UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **NATIONAL FEDERATION OF THE BLIND, INC.,** 1800 Johnson Street Baltimore, MD 21230 | ) ) ) ) ) |
| and | ) ) |
| **NATIONAL ASSOCIATION OF BLIND MERCHANTS** 1821-C E. Hampden Avenue PMB 196 Aurora, CO 80013 | ) ) ) ) ) ) |
| and | ) ) |
| **BILLIE RUTH SCHLANK,** 4019 North River Street Arlington, VA 22207 | ) ) ) ) |
| and | ) ) |
| **DONALD J. MORRIS,** 16547 Old Emmitsburg Road Emmitsburg, MD 21727 | ) ) ) ) |
| and | ) ) |
| **KEVAN WORLEY,** 263 Pyrite Terrace Colorado Springs, CO 80904 | ) ) ) ) |
| and | ) ) |
| Plaintiffs, | ) ) |
| v. | ) Civil Action No. 05-1839 (CCK) ) |
| **MARGARET SPELLINGS, SECRETARY, U.S. DEPARTMENT OF EDUCATION** Washington, D.C. 20202 | ) ) ) ) ) |

|  |  |
|---|---|
| and | ) |
|  | ) |
| **EDWARD ANTHONY,** | ) |
| **ACTING COMMISSIONER** | ) |
| **REHABILITATION SERVICES** | ) |
| **ADMINISTRATION, U.S. DEPARTMENT** | ) |
| **OF EDUCATION** | ) |
| Washington, D.C.  20065 | ) |
|  | ) |
| **Defendants.** | ) |
|  | ) |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Oliver W. McDaniel, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

          Respectfully submitted,

          KENNETH L. WAINSTEIN
          UNITED STATES ATTORNEY
          D.C. BAR NUMBER 451-058


By: _____
    OLIVER W. MCDANIEL, D.C. Bar No. 377-360
    Assistant United States Attorney
    Civil Division
    555 4th Street, N.W.
    Washington, D.C.  20530
    (202) 616-0739

## CERTIFICATE OF SERVICE

I hereby certify that on this 7th day of October, 2005, I caused the foregoing Notice of Appearance to be served on Plaintiff's counsel via Electronic Court Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**Shelly Marie Martin**
**Brown, Goldstein & Levy, LLP**
**120 E. Baltimore Street, Suite 1700**
**Baltimore, MD  21202**

_____
OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 616-0739