UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC., *ET AL.* )<br>)<br>**Plaintiffs,**  )<br>)<br>v.  )<br>)<br>MARGARET SPELLINGS SECRETARY U.S. DEPARTMENT OF EDUCATION, *ET AL.* )<br>)<br>**Defendants.**  )<br>) | Civil Action No. 05-1839 (CCK) |

**DEFENDANTS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME
WITHIN WHICH TO RESPOND TO THE COMPLAINT,
AND MEMORANDUM IN SUPPORT THEREOF**

Defendants, through counsel, the United States Attorney for the District of Columbia, in the above-captioned case hereby move, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, for an extension of time within which to respond to the Complaint in this action, up to and including December 20, 2005. This response may be in the form of dispositive motion. Counsel for Plaintiff, Shelly Marie Martin, Esquire, indicated that Plaintiff does not oppose the motion.

This extension of time is sought because Counsel for the Defendants needs additional time to confer with Agency Counsel and for Agency Counsel properly to brief Counsel for the Defendants on the underlying facts and circumstances involved in this case. A heavy litigation calendar and responsibilities in other cases have made it difficult for Counsel for the Defendant to file an Answer or other response on or before the current due date of November 28, 2005, and will prevent a response before the requested date of December 20, 2005. Specifically, among numerous responsibilities that include discovery and mediation, Counsel for the Defendant has had to prepare

for and deliver an oral argument before the D.C. Circuit in the case of Negley v. FBI, Appeal No. 04-5348, file a supplemental Vaughn declaration in the case of Maydak v. DOJ, C.A. No. 00-562 (RBW), deliver an oral argument before the D.C. Circuit in the case of Richardson v. Powell, Appeal No. 04-5372 and will have to file a responsive memorandum in the case of Canadian Commerical Corp., *et al* v. Air Force, C.A. No. 04-1189 (JDB), prepare dispositive motions in another appeal and submit a Vaughn index. These factors and other responsibilities of Counsel for the Defendant will not allow the filing of an Answer before December 20, 2005.

    In light of the foregoing, Defendant requests an extension of time within which to respond to the Complaint in this action up to and including December 20, 2005.

    Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY
D.C. BAR NUMBER 451-058

By: _____
OLIVER W. MCDANIEL, D.C. Bar No. 377-360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of November, 2005, I caused the foregoing Defendant's Unopposed Motion for an Extension of Time Within Which to Respond to the Complaint, and Memorandum in Support Thereof, and proposed Order, to be served on Counsel for the Plaintiff by the Electronic Court Filing system or, if this means fails, then by mail, postage prepaid, addressed as follows:

**Shelly Marie Martin**
**BROWN, GOLDSTEIN & LEVY, LLP**
**120 E. Baltimore Street, Suite 1700**
**Baltimore, Maryland 21202**

OLIVER W. MCDANIEL, D.C. BAR # 377360
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 616-0739