UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC., *ET AL.* </br></br>Plaintiffs, </br></br> v. </br></br> MARGARET SPELLINGS SECRETARY U.S. DEPARTMENT OF EDUCATION, *ET AL.* </br></br>Defendants. | Civil Action No. 05-1839 (CCK) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time Within Which to Respond to the Complaint, and Memorandum in Support Thereof, and the entire record of this case, it is hereby

ORDERED that Defendant's Unopposed Motion for an Extension of Time Within Which to Respond to the Complaint, be GRANTED, and it is

FURTHER ORDERED that Defendant shall have up to and including December 20, 2005, to answer or otherwise respond to the Complaint in this matter.

Date this _____ day of _____, 2005.

_____
United States District Judge

cc:

OLIVER W. McDANIEL
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530

SHELLY MARIE MARTIN
BROWN, GOLSTEIN & LEVY, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202