UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NATIONAL FEDERATION OF THE BLIND, INC. *et al* )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>MARGARET SPELLINGS, )<br>SECRETARY, U.S. DEPARTMENT OF )<br>EDUCATION, *et al*. )<br>Defendants )<br>_____) | Civil Action No. 05-1839 (CKK) |

**ORDER**

UPON CONSIDERATION of Defendants' motion to dismiss, the grounds stated therefor, any opposition thereto, and the entire record herein, it is on this \_\_\_ day of _____, hereby

ORDERED that Defendants' motion should be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiffs' Complaint is hereby DISMISSED WITH PREJUDICE.

_____
UNITED STATES DISTRICT JUDGE

cc:

Oliver W. McDaniel
Assistant U.S. Attorney
United States Attorney's Office
Judiciary Building, Rm. 10-450
555 Fourth Street, N.W.
Washington, D.C.  20530

Shelly Marie Martin
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, MD 21202