IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * | |
| | * | Case No. 1:05 CV 01839 |
| Plaintiffs, | * | Judge Colleen Kollar-Kotelly |
| v. | * | |
| MARGARET SPELLINGS, *et al.*, | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**CONSENT MOTION FOR EXTENSION OF TIME**

Plaintiffs, the National Federal of the Blind, the National Association of Blind Merchants, Billie Ruth Schlank, Kevan Worley, and Donald Morris, through their undersigned counsel, respectfully move for an extension of time to respond to the Defendants' Motion to Dismiss and in support thereof state:

The Defendants filed a Motion to Dismiss the Complaint on December 20, 2005. The undersigned counsel had previously scheduled a vacation from December 23, 2005 through January 3, 2006. Plaintiffs requested an extension of time to respond to the Motion to Dismiss, to which Defendants have agreed. Because of a conflict with the briefing schedule in other cases, Defendants have requested an extension of time to file their Reply in support of the Motion to Dismiss, to which the Plaintiffs have agreed. Accordingly, the parties request that the Court set the following briefing schedule for the Motion to Dismiss:

Plaintiffs' Opposition, January 17, 2006.

Defendants' Reply, February 7, 2006.

A proposed order is attached.

Respectfully submitted,

/s/
Shelly Marie Martin D.C. Bar No. 473462
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202
410-962-1030/fax 410-385-0869

Attorney for Plaintiffs

December 22, 2005

**CERTIFICATE OF SERVICE**

I hereby certify that the forgoing Consent Motion for Extension of Time was served on all parties via the Court's electronic filing system.

/s/
Shelly Marie Martin