IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL FEDERATION <br> OF THE BLIND, *et al.*, <br> <br> Plaintiffs, <br> <br> v. <br> <br> MARGARET SPELLINGS, *et al.*, <br> <br> Defendants | * <br> *    Case No. 1:05 CV 01839 <br> * <br> *    Judge Colleen Kollar-Kotelly <br> * <br> * <br> * <br> * <br> * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the foregoing Consent Motion for Extension of Time, the Motion if hereby **GRANTED** this \_\_\_\_ day of December 2005, and it is

**ORDERED** that the Plaintiffs shall file their Opposition to the Defendants' Motion to Dismiss no later than January 17, 2006; and it is further

**ORDERD** that the Defendants shall file any Reply in support of the Motion to Dismiss no later than February 7, 2006.

_____
Hon. Colleen Kollar-Kotelly

Copies to:   Oliver McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington D.C. 20530

Shelly Marie Martin
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202