IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * | |
| | * | Case No. 1:05 CV 01839 |
| Plaintiffs, | | |
| | * | Judge Colleen Kollar-Kotelly |
| v. | | |
| | * | |
| MARGARET SPELLINGS, *et al.*, | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR ADMISSION *PRO HAC VICE***

In accordance with Local Rule 83.2 of the Rules Governing the Admission and Practice of Attorneys in the United States District Court for the District of Columbia, the undersigned respectfully moves for the admission of Daniel F. Goldstein of the law firm of Brown, Goldstein & Levy, LLP, 120 E. Baltimore Street, Suite 1700, Baltimore, Maryland 21202, (410) 962-1030, for the purpose of appearing as counsel on behalf of the Plaintiffs, herein, in the above-styled case only.

In support of this motion is the Declaration of Daniel F. Goldstein, attached as Exhibit 1.

In further support of this motion, it is hereby designated that Shelly Marie Martin is a member of the bar of this Court. She is a person to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition she will act as co-counsel in this matter on behalf of the Plaintiffs. The Defendants do not oppose this Motion.

Executed under penalty of perjury, on this 22 nd day of December, 2005.

          Respectfully submitted,

          /s/
          Shelly Marie Martin D.C. Bar No. 473462
          Brown, Goldstein & Levy, LLP
          120 E. Baltimore Street
          Suite 1700
          Baltimore, Maryland 21202
          410-962-1030/fax 410-385-0869

          Attorney for Plaintiffs

Date:   December 22, 2005

## CERTIFICATE OF SERVICE

I hereby certify that the forgoing Motion for Admission *Pro Hac Vice* was served on all parties via the Court's electronic filing system.

          /s/
          Shelly Marie Martin