IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * | |
| | * | Case No. 1:05 CV 01839 |
| Plaintiffs, | | |
| | * | Judge Colleen Kollar-Kotelly |
| v. | | |
| | * | |
| MARGARET SPELLINGS, *et al.*, | | |
| | * | |
| Defendants | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

This cause has come before the Court upon the application of Daniel F. Goldstein for permission to appear and participate *pro hac vice* in the above styled cause, on behalf of the Plaintiffs, National Federation of the Blind, National Association of Blind Merchants, Billie Ruth Schlank, Donald J. Morris, and Kevan Worley.  Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED/DENIED.

DONE and ORDERED, on this _____ day of January, 2006.

_____
Hon. Colleen Kollar-Kotelly

Copies to:  Oliver McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington D.C. 20530

Shelly Marie Martin
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202