# EXHIBIT 1

Case 1:05-cv-01839-CKK    Document 7-3    Filed 12/22/2005    Page 1 of 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * | |
| Plaintiffs, | * | Case No. 1:05 CV 01839 |
| v. | * | Judge Colleen Kollar-Kotelly |
| MARGARET SPELLINGS, *et al.*, | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **DECLARATION OF DANIEL FRANK GOLDSTEIN**

Daniel Frank Goldstein swears and affirms the following:

1. My name is Daniel Frank Goldstein, I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. I am a partner at the law firm of Brown, Goldstein & Levy, LLP, located at 120 E. Baltimore Street, Suite 1700, Baltimore, Maryland 21202. Phone: 410-962-1030.

3. I am a member in Good Standing of the courts of the following jurisdictions:

    a. Supreme Court of the United States;

    b. United States District Court for the District of Maryland

    c. United States Court of Federal Claims;

    d. United States Court of Appeals for the 4th Circuit;

    e. United States Court of Appeals for the 5th Circuit;

       f.       United States Court of Appeals for the 6th Circuit;

       g.       United States Court of Appeals for the 8th Circuit;

       h.       United States Court of Appeals for the 10th Circuit;

       i.       United States Court of Appeals for the District of Columbia; and

       j.       Court of Appeals of Maryland.

4.       I certify that I have not been disciplined by any bar.

5.       I have not been admitted *pro hac vice* in this Court in the last two years.

6.       I do not engage in the practice law from any office located in the District of Columbia.

PURSUANT TO 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

_____
Daniel Frank Goldstein