IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * | |
| | * | Case No. 1:05 CV 01839 |
| Plaintiffs, | * | Judge Colleen Kollar-Kotelly |
| v. | * | |
| MARGARET SPELLINGS, *et al.*, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DECLARATION OF DANIEL FRANK GOLDSTEIN

Daniel Frank Goldstein swears and affirms the following:

1. My name is Daniel Frank Goldstein, I am over the age of 18 and have personal knowledge of the matters set forth herein.

2. I hereby certify that I am familiar with the Local Rules of the United States District Court for the District of Columbia.

PURSUANT TO 28 U.S.C. § 1746, I HEREBY DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Daniel Frank Goldstein