IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * |
| Plaintiffs, | *   Case No. 1:05 CV 01839 |
| v. | *   Judge Colleen Kollar-Kotelly |
| | * |
| MARGARET SPELLINGS, *et al.*, | * |
| Defendants | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Upon consideration of the Defendants' Motion to Dismiss, Plaintiffs' Opposition thereto having been considered, it is this \_\_\_\_ day of February 2006, **ORDERED** that the Motion be and hereby is **DENIED**.

_____
Hon. Colleen Kollar-Kotelly

Copies to:

Oliver McDaniel
Assistant United States Attorney
Civil Division
555 4th Street NW
Washington, D.C. 20530

Daniel F. Goldstein
Shelly Marie Martin
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202