# EXHIBIT 2






# S--146 AIR WING FOOD SERVICE

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | W912LA06Q9001 |
| Posted Date: | Oct 26, 2005 |
| Original Response Date: | Nov 30, 2005 |
| Current Response Date: | Nov 30, 2005 |
| Original Archive Date: | Jan 29, 2006 |
| Current Archive Date: | Jan 29, 2006 |
| Classification Code: | S -- Utilities and housekeeping services |
| Set Aside: | Total Small Business |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

146th LS/LGC, 119 Mulcahey Drive, Port Hueneme, CA 93041-4011

## Description

Contractor shall provide all personnel, management, supervision, supplies, and services as specified in the Solicitation W912LA-06-Q-9001 for Channel Islands Air Guard Station, Port Hueneme, California.   This includes, but is not limited to, food pre paration, serving, clean-up and equipment maintenance. This acquisition is being conducted as a total set-aside for small business. The North American Industry Classification System (NAICS) code for this acquisition is 722310, with a corresponding size sta ndard of $17.5 million in annual revenue. The government anticipates issuing a solicitation package on or about 26 October 2005. Contractors interested in solicitation W912LA-06-Q-9001 shall notify the Contracting office by either faxing a request to (805)   986-7946 (please include e-mail address with your request)or via e-mail to

karen.wegner@cachan.ang.af.mil. This is a best value acquisition. The contract period will be for one base year and up to 4 one-year option periods. An offerror must be registered in the Central Contractor Registration (CCR) database at www.ccr.gov prior to award of a contract. A site visit is scheduled for 14 November 2005 at 09:30 PST. If you plan to attend the site visit, please email karen.wegner@cachan.ang.af.mil by 09 Novembe r 2005. The closing date and time for receipt of offers is 30 Nov 2005, 12:30 PM, Pacific Standard Time. Facsimile offers are acceptable and may be forwarded to fax number (805) 986-7946. Attn: Base Contracting Office or mail offers to Channel Islands Air Guard Station, 146 MSG/MSC, 119 Mulcahey Drive, Port Hueneme, CA 93041-4011.

**Point of Contact**

Karen Wegner, 805-986-7972

Email your questions to 146th LS/LGC at karen.wegner@cachan.ang.af.mil

**Place of Performance**

Address:    146th MSG/MSC 119 Mulcahey Drive, Port Hueneme CA
Postal Code: 93041-4011
Country:    US

Register to Receive Notification

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- USA NGB listed by [Posted Date]
- USA Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]