# EXHIBIT 3









# M -- Food Mess Attendant Service

- Modification 01 - Posted on Dec 09, 2005
- Modification 02 - Posted on Dec 19, 2005

### General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | FA4613-06-R-0003 |
| Posted Date: | Dec 08, 2005 |
| Original Response Date: | May 01, 2006 |
| Current Response Date: | May 01, 2006 |
| Original Archive Date: | Aug 01, 2006 |
| Current Archive Date: | Aug 01, 2006 |
| Classification Code: | M -- Operation of Government-owned facilities |
| Set Aside: | 8a Competitive |
| Naics Code: | 722310 -- Food Service Contractors |

### Contracting Office Address

Department of the Air Force, Air Force Space Command, 90CONS, 7505 Marne Loop, F.E.Warren AFB, WY, 82005-2860

### Description

This acquisition is set-aside for 8(a) and HUBZone certified businesses. It is subject to the North American Industry Classification System (NAICS) code of 722310 and Standard Industry Classification (SIC) code of 5812, with a size standard of $17.5 Million. The contractor for this acquisition must provide all personnel, supervision, and any items and services necessary to perform food service attendant services at F.E. Warren AFB (FEWAFB) as defined in the PWS.

The contractor shall perform the requirements in the PWS and conform to the professional standards identified therein. Contractor tasks include the following: serving and replenishing food, cleaning facilities, equipment, and utensils, preparing vegetables and fruits for the salad bar, bussing tables in dining areas, performing cashier services, handling foods, supplies, and equipment, maintaining quality control, ensuring operator maintenance and minor repair of food service equipment, and in the event of contingency, perform all required tasks to include cooking to ensure continued service.
This solicitation will be posted on or about 30 Mar 06.

**Point of Contact**

Gloria Hutchinson, Contract Specialist, Phone 307 773 3321, Fax 307 773 4636, Email gloria.hutchinson@warren.af.mil - Carroll Vye, Team Lead/CO, Phone 307-773-3689, Fax 307-773-3964, Email carroll.vye@warren.af.mil

**Place of Performance**

Address: F.E. Warren AFB, WY
Postal Code: 82005
Country: US

Register to Receive Notification

---

Government-wide Numbered Notes
**You may return to Business Opportunities at:**

- USAF AFSC listed by [Posted Date]
- USAF Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

Case 1:05-cv-01839-CKK Document 9-5 Filed 01/17/2006 Page 4 of 7









# M -- Food Mess Attendant Service

- Synopsis - Posted on Dec 08, 2005
- Modification 02 - Posted on Dec 19, 2005

## General Information

| | |
|---|---|
| Document Type: | Modification to a Previous Notice |
| Solicitation Number: | FA4613-06-R-0003 |
| Posted Date: | Dec 09, 2005 |
| Original Response Date: | May 01, 2006 |
| Current Response Date: | May 01, 2006 |
| Original Archive Date: | Aug 01, 2006 |
| Current Archive Date: | Aug 01, 2006 |
| Classification Code: | M -- Operation of Government-owned facilities |
| Set Aside: | 8a Competitive |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

Department of the Air Force, Air Force Space Command, 90CONS, 7505 Marne Loop, F.E.Warren AFB, WY, 82005-2860

## Description

THIS PRESOLICTATION NOTICE IS CANCELLED. A PRESOLICTATION NOTICE FOR THIS REQUIREMENT WILL BE REISSUED AT A FUTURE DATE.

## Point of Contact

Gloria Hutchinson, Contract Specialist, Phone 307 773 3321, Fax 307 773 4636, Email gloria.hutchinson@warren.af.mil - Carroll Vye, Team Lead/CO, Phone 307-773-3689, Fax 307-773-3964, Email carroll.vye@warren.af.mil

**Place of Performance**

Address: F.E. Warren AFB, WY
Postal Code: 82005
Country: US

Register to Receive Notification

---

Government-wide Numbered Notes
**You may return to Business Opportunities at:**

- USAF AFSC listed by [Posted Date]
- USAF Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

Case 1:05-cv-01839-CKK Document 9-5 Filed 01/17/2006 Page 6 of 7









# M -- Food Mess Attendant Service

- Synopsis - Posted on Dec 08, 2005
- Modification 01 - Posted on Dec 09, 2005

## General Information

| | |
|---|---|
| Document Type: | Modification to a Previous Notice |
| Solicitation Number: | FA4613-06-R-0003 |
| Posted Date: | Dec 19, 2005 |
| Original Response Date: | May 01, 2006 |
| Current Response Date: | May 01, 2006 |
| Original Archive Date: | Aug 01, 2006 |
| Current Archive Date: | Aug 01, 2006 |
| Classification Code: | M -- Operation of Government-owned facilities |
| Set Aside: | 8a Competitive |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

Department of the Air Force, Air Force Space Command, 90CONS, 7505 Marne Loop, F.E.Warren AFB, WY, 82005-2860

## Description

This modification corrects the presolicitation notice posted 8 Dec 05. This acquisition is set-aside for 8(a) certified businesses. It is subject to the North American Industry Classification System (NAICS) code of 722310 and Standard Industry Classification (SIC) code of 5812, with a size standard of $17.5 Million. The contractor for this acquisition must provide all personnel, supervision, and any items and services necessary to perform food mess attendant services at F.E.

Warren AFB (FEWAFB) as defined in the PWS. The contractor shall perform the requirements in the PWS and conform to the professional standards identified therein. Contractor tasks include the following: serving and replenishing food; cleaning facilities, equipment, and utensils; preparing vegetables and fruits for the salad bar; bussing tables in dining areas; performing cashier services; handling foods, supplies, and equipment; maintaining quality control; ensuring operator maintenance and minor repair of food service equipment; and in the event of contingency, perform all required tasks to include cooking to ensure continued service. This solicitation will be posted on or about 30 Mar 06.

**Point of Contact**

Gloria Hutchinson, Contract Specialist, Phone 307 773 3321, Fax 307 773 4636, Email gloria.hutchinson@warren.af.mil - Carroll Vye, Team Lead/CO, Phone 307-773-3689, Fax 307-773-3964, Email carroll.vye@warren.af.mil

**Place of Performance**

Address: F.E. Warren AFB, WY
Postal Code: 82005
Country: US

Register to Receive Notification

---

Government-wide Numbered Notes
**You may return to Business Opportunities at:**

- USAF AFSC listed by [Posted Date]
- USAF Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]