# EXHIBIT 4






# S--Mess Attendant Services

- Modification 01 - Posted on Dec 08, 2005

## General Information

| | |
|---|---|
| Document Type: | Sources Sought Notice |
| Solicitation Number: | W911SD-06-MESS |
| Posted Date: | Oct 26, 2005 |
| Original Response Date: | Nov 02, 2005 |
| Current Response Date: | Jan 09, 2006 |
| Original Archive Date: | Mar 10, 2006 |
| Current Archive Date: | Mar 10, 2006 |
| Classification Code: | S -- Utilities and housekeeping services |
| Set Aside: | Total HUB-Zone |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

ACA, United States Military Academy, Directorate of Contracting, ATTN: SFCA-NR-WP, 681 Hardee Place, West Point, NY 10996-1514

## Description

The U.S. Military Academy is seeking Hubzone small business concerns who are interested in competing for a requirement to provide Mess Attendant Waiter Services at West Point, NY. A draft statement of work for this requirement is found under solicit ations at www.usma.edu/DOC/ Interested sources are requested to provide their capabilities by email to the POC not later than 2 November 2005. The information provided will be used in the recommendation for the set aside decision. It is anticipated that the solicitation will be for a

base period    with option years and the estimate is around $5 million per year.    It is anticipated that the contract type will be cost plus award fee. The NAICS for this requirement is 722310 and the size standard is $17.5 mi llion.    There is no solicitation available at this time. Questions about this requirement will not be responded to at this time.

**Point of Contact**

Linda Napolitano, 8459388173

Email your questions to ACA, United States Military Academy at
Linda.Napolitano@usma.army.mil

**Place of Performance**

Address:    ACA, United States Military Academy Directorate of Contracting, ATTN: SFCA-NR-WP, 681 Hardee Place West Point NY

Postal Code: 10996-1514

Country:    US

Register to Receive Notification

---

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- USA DABJ listed by [Posted Date]
- USA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]

PERFORMANCE WORK STATEMENT (PWS) FOR
MESS ATTENDANT/WAITER SERVICE

1.    GENERAL.  This contract covers all resources necessary to perform Mess Attendant/Waiter Service at the U.S. Military Academy (USMA), West Point, NY as defined in the contract except for Government furnished property and services, as specified in Section 3.  It is the policy of the United States Military Academy to remain open during adverse weather conditions and to continue full operations in support of the mission.  The Contractor's duties shall include those duties, noted herein, to be performed in accordance with the terms of this contract.

1.1.    SCOPE OF WORK.

The Contractor shall provide the managerial, administrative, supervisory, direct, and overhead personnel as necessary to accomplish the services and operation functions included in the contract.

The Contractor shall provide complete employee uniforms, (i.e., safety shoes, jackets, ties, hair and beard restraints, and identification badges) as noted in the contract.  Other Contractor Furnished Supplies/Equipment are noted in Technical Exhibit (TE) #5.

The estimated workload is provided in TE #2.

TE #3 contains a listing of Government Furnished Property that the Contractor shall use.

1.1.1.  HOURS OF OPERATION:  One hour before serving of first meal until finish of cleanup of last meal.

1.1.1.1.    NORMAL HOURS.  Estimated workload information and estimated meal serving hours are listed in TE #2.

1.1.1.2.    PRE-GAME MEALS.  The Contractor shall serve pre-game meals, prior to athletic events, at any time during the operational day, starting with one-half (½) hour before breakfast to the end of the dinner meal.  On Sunday a pre-game meal may start up to one (1) hour before brunch.

1.1.1.3.    HOLIDAY SERVICES.  The meal service estimated hours for holiday meals are listed in TE #2.  Increased attendance can be expected and expanded meal hours may be necessary.  Menu items and the number of meals to be served for these holiday meals can be expected to increase.

1.1.1.4.    CONSOLIDATION OF DINING FACILITIES.  When required due to lower workload or during weekends and holiday periods, meals may be served in a reduced number of facilities.  This is normally accomplished through consolidation of feeding requirements.  Consolidation may allow one or more facilities to be temporarily

closed. The Government will provide seventy-two (72) hours advance notice of such consolidation.

1.1.1.5.        OPENING AND CLOSING DINING FACILITIES. The Government reserves the right to open and close dining facilities during the contract period. A closure may be indefinite or for a specified period. The Contractor will be given at least forty-eight (48) hours prior notice of any change.

1.2.    BACKGROUND INFORMATION. The contract consists of the major functional areas indicated below, but are not limited to the following:

> a.  Family Style Service
> b.  Condiment/Tableware Set-Up
> c.  Pre-Meal Service Set-Up
> d.  Hot Cart Count Verification
> e.  Hot Cart Delivery
> f.  Serving
> g.  Black, Gold and Gray (BGG) Room Service
> h.  Cafeteria Style Meals
> i.  Take Out Service
> j.  Pantry Operation

1.3.    PERSONNEL. The Contractor shall provide a work force possessing the skills, knowledge, physical capabilities, and training to satisfactorily perform the services required by the contract. The Project Manager, Alternate Project Manager, Quality Control Manager, and Operation Managers shall be capable of reading, writing, speaking, and understanding English fluently. All other employees shall be capable of speaking and understanding English. Personnel performing work under this work statement shall remain employees of the Contractor and will not be considered employees of the Government.

1.3.1. ALIEN EMPLOYMENT. Contractor shall not employ any alien who does not have a valid US Immigration T-151 or I-94, Alien Registration Card. The Contractor shall provide Social Security numbers and citizenship status of all employees to the Government as required.

1.3.2. CONFLICT OF INTEREST. The Contractor shall not employ any employee of the United States Government or the Department of Defense (DoD), either military or civilian, if such employment would create a conflict of interest. The Contractor shall not employ any person who is an employee of the Directorate of Logistics (DoL), this includes any federal employee already employed at the Cadet Mess.

1.3.3. CONDUCT OF PERSONNEL. The Contracting Officer (KO) may require the Contractor to remove from the job site any employee under this contract for reasons of misconduct, security, suspected or found to be under the influence of alcohol, drugs, or other incapacitating agent. Contractor employees shall be subject to dismissal from the

premises upon determination by the KO that such action is in the best interests of the Government. The installation commander has the authority to bar individuals from the installation. Such removal from the job site or dismissal from the premises shall not relieve the Contractor of the requirement to provide sufficient personnel to perform the services as required by this work statement.

1.3.4. SECURITY REQUIREMENTS. The Contractor and Contractor employees shall comply with security requirements imposed by the local installation at all times while on the military installation.

1.3.4.1.     LAW AND ORDER. The Contractor and Contractor employees shall abide by all federal, state and local laws while engaged in the performance of operations associated with this contract.

1.3.4.2.     The Contractor shall comply with all applicable regulations promulgated by the Superintendent, USMA, West Point.

1.3.5. PROJECT MANAGER. The Contractor shall provide a full-time, on-site project manager who shall have full authority to act and/or make decisions for the Contractor relating to all matters pertaining to this contract in all facilities and shall be responsible for overall management and coordination of work under this contract. The Project Manager shall be the central point of contact and shall be available during normal duty hours to meet on the installation with Government personnel to discuss problem areas.

1.3.5.1.     ALTERNATE PROJECT MANAGER. The Contractor shall designate an Alternate Project Manager who shall have full authority to act and/or make decisions for the Contractor in the absence of the Project Manager.

1.3.5.2.     The Project Manager, or Alternate, shall be physically located at USMA at a minimum, during normal duty hours and shall meet with Government personnel as described in the contract. After hours of operation the Project Manager, or Alternate, shall be available for verbal contact within thirty (30) minutes of being contacted. The Project Manager, or Alternate, shall not be assigned as an Operation Manager or Working Supervisor. The Project Manager and Alternate shall have the following qualifications: Within the past ten (10) years, eight (8) years experience; consisting of a minimum of three (3) years supervisory experience in volume food service facilities providing complete meal service and five (5) years experience in food service management. Also, shall have a current, within the last five (5) years, Sanitation Certificate from the Educational Testing Service (ETS) or a certificate showing completion of a formal course of study through, or equivalent to, the Educational Foundation of the National Restaurant Association Course in Applied Food Service Sanitation or a sanitation course of study from an accredited college or university. High school graduate is the minimum education required. A BS or BA in Food Management may be substituted for three (3) of the five (5) years of management experience. Military food service experience in the pay grade of E-7, Warrant or Commissioned Officer may be credited as management experience for this position. A resume, for both the Project Manager and Alternate, shall be submitted

with the proposal.    The Contractor shall request, in writing, the KO's prior approval to assign a new Project Manager during the performance period of the contract.

1.3.5.3.    QUALITY CONTROL MANAGER.  The Contractor shall provide an autonomous full time Quality Control Manager.  The Contractor's Quality Control Plan, as referenced in Section 1, paragraph 1.5, shall provide for detailed staffing in functional areas to insure that the performance of work meets the standards specified in this contract at all times.

1.3.5.4.    OPERATION MANAGER(S).  The Contractor shall provide a dining room operation manager(s) who shall be responsible for coordinating the operational aspects of all services in the dining room(s), Helps Hall, sculleries and the custodial operations.  An Operation Manager shall be on site during operational hours (See TE #2).  Operation Managers shall report directly to the Project Manager, or Alternate.  The Operation Manager(s) shall not be assigned as a Working Supervisor.

1.3.5.5.  Managers, other than Project Manager and Alternate, and supervisors shall have the following qualifications:  Within the past eight (8) years, three (3) years  supervisory experience in a food service facility.  Also, shall have a current, within the last five (5) years, Sanitation Certificate from the Educational Testing Service (ETS) or a certificate showing completion of a formal course of study through, or equivalent to, the Educational Foundation of the National Restaurant Association Course in Applied Food Service Sanitation or a sanitation course of study from an accredited college or university.  High school graduate is the minimum education required.

1.3.6.  IDENTIFICATION BADGES.  Contractor personnel on duty shall wear an identification badge which shall include the following:  photo, full name of the employee, the legal name under which the Contractor is doing business, a badge serial number, and the name and number of the area or building to which the employee is assigned.  Badges shall be worn on the outer clothing on the front of the body between the neck and waist, and such badges shall be visible at all times.  The Contractor shall collect identification badges from terminated employees prior to clearance of such employees from the installation.  The Contractor shall provide the identification badges.

1.3.7.  EMPLOYEE DRESS.  The Contractor shall provide all employee uniforms.  Employees shall wear Contractor-furnished uniforms and aprons when on duty except aprons shall not be worn while serving food.  Uniforms shall be in good repair (i.e., not in ragged or frayed condition) freshly laundered, light in color, well fitting, and color coordinated.  Shirttails shall be worn tucked into the trousers.  Long sleeve shirts shall not be worn.  Trouser cuffs shall meet the top of the shoe.  Trousers shall be hemmed, not cut-off.  Undergarments shall be worn.  Undergarment color or design shall not be visible through the material of the uniform.  Employees shall wear a fresh uniform each day (i.e., free of wrinkles, stains and odors) and the Contractor shall have extra uniforms available to allow employees to change if a uniform should become heavily soiled.  Uniforms shall not contain commercial advertising except hats may contain the name of the Contractor's firm.  The type and color of uniforms, as well as the standards of dress for Contractor

personnel, shall be approved by the Cadet Mess Contracting Officer's Representative (COR). The Contractor shall submit sample uniforms to the COR no later than (NLT) fourteen (14) days prior to the contract start date (See TE #4).

1.3.7.1.        The Contractor shall provide safety shoes to be worn by all employees while performing work under this contract. Shoes shall be of sturdy construction, and shall cover the foot to meet sanitation and OSHA safety requirements. At a minimum safety shoes shall have steel toes, non-skid soles and be of a height to cover the ankle. Open toed shoes, sandals, athletic shoe sneakers, boat shoes, moccasins, or cowboy boots shall not be worn. All employee's shoes shall be of the same color (i.e., either black or brown.) Employees shall wear socks. A sample shall be provided for approval as part of the uniform.

1.3.7.2.        Supervisors and waiters shall wear Contractor furnished jackets and ties during the academic year beginning August through Graduation Exercises (approximately 1 June). Except for special events (See TE #7), any time of the year, jackets and ties are not required during non-academic year. Jackets and ties shall be worn throughout the meal period, while on the floor, until fifteen (15) minutes after the conclusion of the meal.

1.3.8. PERSONAL HYGIENE. Contractor personnel, in accordance with TB MED 530, and the following shall:

1.3.8.1.        Not wear an apron into any locker room/bathroom.

1.3.8.2.        Not chew gum, except during break periods in designated areas. Use of tobacco in any form is prohibited in all Government buildings on the installation.

1.3.8.3.        Maintain and keep fingernails clean, cut short and not wear nail polish, decals or artificial/fake nails (e.g., wraps, tips, and overlays).

1.3.8.4.        When entering or working in food preparation or serving areas wear a hat. If hair is longer than three (3) inches they shall wear a hat and hair net. Beard guards shall be worn by all employees with a beard or a goatee. Personnel with hair, including facial hair that cannot be adequately restrained shall be prohibited from food service operations. All hair restraints shall be kept clean.

1.3.8.5.        With exception of plain wedding bands and medical alert bracelets/necklaces, food service and dining room personnel shall not wear jewelry, including wristwatches while working.

1.3.9. CONTRACTOR PERSONNEL IDENTIFICATION. On the first day of contract performance, the Contractor shall provide the KO or designated representative, with a list of all employees who shall perform work under this contract. The list shall include the full name, badge serial number, and work assignment of each employee. The Contractor shall update the list on the first workday of each month, to include the type of work or

tasks performed; full-time or part-time status; and the areas supervised, if in a supervisory position.

1.4.    VEHICLE OPERATORS. Contractor personnel operating privately owned vehicles on the installation must have a valid, United States, state driver's license. The Contractor shall be responsible for obtaining parking passes for all employees' vehicles. Parking passes will be issued by the Government, Provost Marshall's Office (PMO), and shall be returned to the PMO upon the employee(s) termination. Parking passes are subject to revocation, by the PMO, if an employee parks in non-designated areas. Parking passes shall be clearly visible through the windshield. Congested parking at any time shall not constitute an excuse for non-performance under this contract.

1.5.    QUALITY CONTROL. The Contractor shall submit a complete Quality Control Plan fourteen (14) days prior to contract start date. The Quality Control Plan must be the same as presented during oral presentation. The Contractor shall establish and implement, upon performance of this contract, a complete quality control program to ensure all requirements of the contract are met in all facilities. The basic tenet of the QC Plan is that the Contractor is responsible for quality control and for demonstrating conformance with contract requirements through objective evidence. All methods, procedures, and forms shall support this concept. This plan shall contain all elements and demonstrate a capability for controlling the quality of all requirements specified in this contract. The QC Plan must be able to identify and correct potential and actual problem areas quickly. As a minimum, the Quality Control Plan and inspection system shall include:

1.5.1.    The number of personnel and position titles, who are to be used exclusively for controlling quality, instructions, and authority being given these personnel and an organizational structure which provides for quality control personnel to have direct accountability to the Project Manager.

1.5.2.    An inspection system covering all performance required by this contract. It must specify areas to be inspected, method of inspection, how often inspections will be accomplished, whether scheduled or unscheduled and titles of individuals who shall perform the inspections. It must contain specific quality control techniques for services identified in the PWS.

1.5.3.    Methods for identifying and preventing deficiencies in the quality of services performed to prevent the level of performance from becoming unacceptable.

1.5.4.    Methods of documenting and enforcing quality control operations of both prime Contractor and SubContractor work, including inspection and testing.

1.5.5.    Establish, maintain, and keep a file of all inspections and tests conducted by the Contractor, customer complaints, and any corrective actions taken. Records must cover both conforming and defective inspection results. The Contractor shall assure that records are complete and reliable. The QC files and documentation shall be kept on site

and be made immediately available to the KO or his designated representative at any time during the term of the contract, which includes any option periods exercised.

1.5.6.   Revise the QC Plan if recurring deficiencies indicate it is not adequate to ensure quality services. The Contractor shall submit in writing all proposed or required changes to the QC Plan to the COR for approval not later than fourteen (14) calendar days prior to the proposed effective date of change. No change shall be implemented prior to written approval by the KO.

1.5.6.1.      A copy of all QC reports shall be sent to the home office.

1.5.7. CUSTOMER COMMENTS. The Contractor shall encourage customer comments and participate in other food service surveys. Customer comment forms shall be turned in directly to the COR. The Contractor shall respond to the COR concerning inquiries and complaints within seventy-two (72) hours.

1.6.     QUALITY ASSURANCE (QA). The Government will evaluate the Contractor's performance under this contract using quality assurance procedures. The quality assurance evaluator (QAE) will record all surveillance observations and review the Contractor's quality control documents. When an observation indicates defective performance the QAE will request the Contractor's representative to initial the recorded observation indicating he/she has read and understands the observation.

1.6.1. PERFORMANCE EVALUATION MEETINGS. The Project Manager shall meet with the KO or designated representative at least weekly during the first month of the contract. Meetings will be held as often as necessary thereafter, as determined by the KO or on request of the Project Manager, but not less than once during each quarter of performance under this contract. The defects will be noted at the meeting and shall be written up and signed by the Contractor's Project Manager and the KO or his representative. Should the Contractor not concur with the written report as prepared, he/she shall so state in writing to the KO within one work day after receipt of the written report, clearly stating his objections.

1.7.     PHYSICAL SECURITY. The Contractor shall be responsible for safeguarding all Government property, subsistence and controlled forms provided for Contractor use. The Contractor shall assure that all equipment and supplies are secure throughout the day and at the close of each work day. The Contractor shall submit his key control plan to the COR for approval not later than fourteen (14) days prior to contract start date. The Contractor shall limit and control access to the storage of subsistence and shall secure facilities at the close of each workday.

1.7.1.   The Contractor shall ensure that the Poop Deck, Regimental Room, and the Black, Gold and Gray Room remain locked when not in use.

1.7.2. KEY CONTROL. The Contractor shall establish and implement a method of accounting for all keys issued by the Government. No keys issued to the Contractor by the Government shall be duplicated by the Contractor. The Contractor shall report

occurrence of duplicated, misplaced, or lost keys to the KO or designated representative within one (1) hour after discovery of occurrence and submit a written report to the KO or designated representative by close of business the next work day. The written report shall provide complete details relating to misplaced or lost keys and the duplication of these keys. The Contractor shall be responsible for all costs for replacement or rekeying of locks and for replacement of keys if such action was necessary due to negligence of Contractor personnel. The Contractor shall submit his key control plan to the COR for approval not later than fourteen (14) days prior to contract start date. (See TE #4). If disapproved the Contractor shall re-submit for approval within fourteen (14) days.

1.7.2.1.          In the event a key is duplicated, misplaced, or lost, all locks and keys will be replaced by the Government. The Contractor shall reimburse the Government for replacement of locks or rekeying required as a result of keys being duplicated, misplaced, or lost by the Contractor or Contractor personnel. The Contractor shall also reimburse the Government for Government property lost or stolen as a result of unauthorized key duplication, misplaced key, or loss of key by the Contractor or Contractor personnel. It is the responsibility of the Contractor to prohibit the use of keys issued by the Government by persons other than Contractor personnel. It is the responsibility of the Contractor to prohibit the opening of the locked areas by Contractor personnel to permit entrance of persons other than Contractor personnel engaged in the performance of assigned work in those areas, except for access of authorized Government personnel.

1.8.     AUTHORIZED OBSERVERS. The Government occasionally authorizes personnel, other than QAEs, medical personnel, and Contract Administrators, to observe Contractor operations including records and plans.

1.9.     INTERFACE WITH GOVERNMENT OPERATION. Performance of work by Contractor personnel under the terms of this contract shall not interfere with regularly scheduled Government operational activities.

1.10.   FRAUD, WASTE, AND ABUSE. The Contractor shall be responsible for maintaining proper conduct and good discipline within Contractor occupied work areas. Contractor personnel shall be encouraged to be alert to and report suspected situations of fraud, waste, and abuse, or other intentionally dishonest conduct against the Government observed during or in the performance of this contract.

1.11.   CONSERVATION OF UTILITIES. The Contractor shall implement the installation energy conservation program at each operational messing facility to ensure energy is conserved. The Contractor shall instruct all employees in the principles and methods of conserving energy, using as a resource, the Army Food Service Energy Management Program Manual, and USMA Regulation 420-6 Energy Management Program Regulation.

1.11.1. The Contractor shall be responsible for operating under conditions, which preclude the waste of utilities. Conditions include but are not limited to the following:

1.11.2. Lights shall be used only in areas where and when work is being performed.

1.11.3. All ceiling lights in the dining room shall be turned off at the conclusion of the duty day, excluding a few lights necessary for night security. The spotlights in B-Wing will not be turned on unless specified for various occasions.

1.11.4. Covers to all light panels shall remain in a closed position. Nothing will block panels. Mechanical or electrical equipment controls will not be adjusted by Contractor employees.

1.11.5. Dining room floor fans shall be turned off and unplugged when not in use and at the conclusion of the duty day.

1.12.    FIRE PREVENTION AND PROTECTION. The Contractor shall train all Contractor employees, upon starting work, in accordance with USMA Reg. 420-3. The Contractor may ask for advice from the Fire Prevention and Protection Division in establishing a fire prevention program by requesting such advice in writing through the KO. The Contractor shall submit his program of instruction to the COR for review and comment not later than fourteen (14) days after contract award. (See TE #4)

1.13.    ACCIDENT/INJURY REPORTING. Immediately upon the occurrence of a job-related injury, the Contractor shall prepare a Record of Injury Form, and forward the original and one copy to the Cadet Mess Safety Officer and the COR. If an injured employee is incapacitated and unable to report for work on his next regularly assigned shift, the Contractor shall prepare DA Form 285, US Army Accident Investigation Report in triplicate and forward original and one copy to the Cadet Mess Safety Officer and the COR within five (5) days after the accident occurs. The Contractor shall inform the Cadet Mess Safety Officer, the COR and the USMA Safety Officer in the event there is a fatality or hospitalization of an employee or employees. Technical advice and assistance in accident investigating and reporting may be requested from the Installation Safety Officer through the KO. If any claims are made by a third party against the Contractor as a result of an accident which occurs in connection with the Contractor's performance, the Contractor shall submit to the KO, a full report, in writing, within forty-eight (48) hours of the initiation of the claim.

1.14.    SAFETY. The Contractor shall initiate a safety program for employees performing work under this contract. This plan shall be provided NLT fourteen (14) days prior to the contract start date. The plan shall include a safety orientation for all employees and shall include but is not limited to the following: lockout/tagout, fire safety, hazardous communication (right to know) training, and proper use and wear of safety protection. This orientation shall be given to employees immediately following employment and at least quarterly thereafter. (See TE #4). The Contractor shall provide the COR with written minutes from quarterly safety meetings within three (3) days following the meeting.

1.14.1. The Contractor shall provide instruction to his employees concerning safe working practices. The Contractor shall comply with current OSHA Regulations, USMA Safety Regulations and applicable portions of other publications cited elsewhere in this contract. The Contractor is subject to unannounced safety inspections.

1.15.   FILES. The Contractor shall maintain complete and accurate files of documentation, records, and reports required under the terms of this contract. The Contractor shall not allow access to the files by any Government agency, non-Government agency, or individual unless specifically authorized by the KO. Files shall be made available to the KO or designated representative upon request. The Contract Manager shall maintain copies of all records, reports and inspections at the on-site office.

1.15.1. The Contractor shall make contract personnel available, as needed, in conjunction with review of files and operations, by the Government.

1.15.2. A mechanized/computerized form of record keeping shall be utilized to track employee hours.

1.16.   DISCLOSURE OF INFORMATION. Performance under this contract may require the Contractor to access data and information proprietary to a Government agency, another Government Contractor, or of such nature that its dissemination or use other than as specified in this work statement would be adverse to the interests of the Government or others. Neither the Contractor, nor Contractor personnel, shall divulge, nor release data or information developed or obtained under performance of this work statement, except to authorized Government personnel or upon written approval of the KO. The Contractor shall not use, disclose, or reproduce proprietary data that bears a restrictive legend, other than as specified in this work statement.

1.16.1. The Contractor shall direct to the KO or designated representative, all inquires, comments, or complaints arising from matters observed, experienced, or learned as a result of, or in connection with the performance of this contract, the resolution of which may require the dissemination of official information.

1.17.   SMOKING. The Contractor shall comply with USMA Policy Memorandum 17-95, which established uniform policies governing smoking within Department of Defense facilities.

1.18.   SANITATION TRAINING. All managers and supervisors shall have a current, within five (5) years, Sanitation Certificate from the Educational Testing Service (ETS) or a certificate showing completion of a formal course of study through, or equivalent to, the Educational Foundation of the National Restaurant Association Course in Applied Food Service Sanitation or a sanitation course of study from an accredited college or university. Certifications showing successful completion of a course of study or the ETS examination shall be obtained not later than sixty (60) days after employment. The Contractor shall provide all employees, upon starting work and on a quarterly basis, with a minimum of four (4) hours training in the principles and practices of personal hygiene,

food service sanitation, and TB MED 530. The cost of such training shall be borne by the Contractor. The scope of the training shall be directed to the individual's role in prevention of foodborne illness. The Contractor may request advice, (in establishing a sanitation training program) from the Installation Medicine Activity (IMA) by requesting such advice in writing through the KO. The Contractor's program of instruction shall be delivered to the KO for review not later than fourteen (14) days after contract award. (See TE #4)

1.18.1.  TRAINING CERTIFICATES. The Contractor shall maintain certificates and records of all required training on-site and shall make them immediately available for Government inspection upon request.

1. 19.  SEPARATION OF DUTIES. Personnel who clean latrines, garbage cans, drains, grease traps or perform similar custodial duties shall not handle clean serving items or food.

1.20.  LOITERING. Contractor employees shall not loiter in any working or patron area. Before starting or upon completion of their assigned shift, employees shall depart food service facilities. The Contractor shall not allow any unauthorized personnel in storage, serving or ware washing areas.

1.21.  INSPECTIONS:

1.21.1. PRE-SHIFT INSPECTION. The Contractor shall conduct a pre-shift inspection of Contractor personnel at the start of each shift for any overt evidence of communicable disease, boils, infected wounds, open sores or acute respiratory infection. Personnel with any such health problems shall be referred to a medical physician to receive written clearance before returning to work (TB MED 530). Personnel with health problems shall not be permitted to work in any capacity where there is likelihood of food or food contact surface contamination with pathogenic organisms or transmitting disease agents to others. Contractor personnel relieved of duty due to illness shall have medical clearance from a physician before returning to work.

1.21.2. SANITATION INSPECTIONS. In addition to inspections of Contractor performance by the QAE, an IMA representative will periodically inspect for compliance with sanitation standards of TB MED 530. These representatives will be medical services personnel, assigned by MEDDAC. Both QAEs and medical services personnel report any defects causing unacceptable performance to the COR for appropriate actions. Sanitary deficiencies require immediate correction and there may be cause for shutdown of the facility until the Contractor restores sanitary standards.

1.22.  CONTRACTOR PERSONNEL MEALS. Contractor personnel may purchase meals at the DoD standard meal rate while on duty. Contractor personnel shall not remove subsistence from the dining facilities. Contractor personnel shall pay for meals prior to consumption. Contractor personnel eating a meal shall sign DD Form 1544, CASH MEAL PAYMENT SHEET, and pay for the meal. Sharing any part of a meal is prohibited. Contractor personnel who are observed eating Government subsistence or

snacking at any time shall be required to pay for a meal, rate determined by the time of the day. The Contractor shall take disciplinary action against employees found in violation. If employees observed eating do not have funds to pay for meals, the Contractor shall reimburse the Government. Meals will only be consumed in Helps Hall at Washington Hall and Okinawa Hall.

1.23. ADMINISTRATIVE MATTERS. The Contractor shall provide all clerical skills necessary to prepare correspondence and maintain functional files, blank forms, and technical and administrative publications libraries required to accomplish the functions and tasks included herein.

1.24. RECYCLING PROGRAM. The Contractor and its employees shall comply with USMA regulation 200-4, for recycling.

1.25. ENVIRONMENTAL PROTECTION. The Contractor shall perform all work in such a manner as to prevent pollution of air, water and land. The Contractor shall comply with USMA Regulation 200-3, AR's 200-1, 200-2, 200-3, and 200-4, and their implementing regulations pertaining to air, noise and water pollution control and abatement; solid and hazardous waste management, including recycling hazardous material transportation, storage, handling and disposal; spill prevention, control and countermeasures; cultural resource conservation and protection; wetlands; soils and geology; vegetation; threatened and endangered species and other protected plants and wildlife; and, energy conservation. Questions regarding specific requirements may be directed to the USMA Environmental Management Division (EMD) at (914) 938-3224. All environmental protection matters shall be coordinated with the USMA EMD.

1.25.1. The Contractor shall comply with newly enacted environmental laws and their implementing regulations, as noted in USMA and AR regulations, which become effective during the course of this contract.

1.25.2. The Contractor shall have available at each work site where hazardous materials are used, the applicable Material Safety Data Sheets (MSDS). All MSDS shall be readily available to employees and the KO or designated representative. The Contractor shall ensure employees are trained in the proper handling of hazardous materials to be used in accordance with OSHA and the USMA Hazard Communication Program.

1.25.3. The Contractor shall provide the Hazmat Manager, DoL, with a listing of hazardous materials, quantities to be used, and copies of applicable MSDS for the contract period . The Contractor shall ensure that all hazardous material containers are clearly labeled as to contents. All hazardous materials shall be stored in accordance with requirements in the MSDS and installation Fire, Safety and Environmental Regulations. The Contractor shall ensure that materials stored together are compatible. Flammable materials shall be stored in properly marked, fireproof lockers or other approved container. Disposal of pails, drums, or other containers, which contain or did contain hazardous materials shall be disposed of in accordance with federal, state and local regulations.

1.26.   EMERGENCY MEDICAL TREATMENT. Government furnished medical service is not available to Contractor personnel, except in emergency on-the-job situations when personnel suffer serious injury or acute pain. Government emergency treatment will be provided as the first point of medical care. Transfer to non-Government facilities shall be effected as soon as possible and as determined by attending medical authorities. Contractor employees experiencing emergency on-the-job injuries or illness may use emergency services at Keller Army Hospital. The Contractor shall be responsible for any charges resulting from treatment received at Keller Army Hospital.

1.27.   FOUND OBJECTS. The Contractor shall turn in all found articles to the COR or QAE's.

1.28.   SAFEGUARDING FUNDS AND CASH MEAL PAYMENT SHEETS, DD FORM 1544. The Contractor shall secure all accountable documents and cash as prescribed in this contract and DoD FMR 7000.14, Vol. 5.

1.29.   STRIKE CONTINGENCY PLAN. Fourteen (14) days prior to the contract start date, the Contractor shall provide to the KO for approval, a strike contingency plan. (See TE #4) If disapproved, the Contractor shall re-submit for approval within fourteen (14) days. The strike contingency plan shall include proposed procedures to:

1.29.1. Notify the Government of a strike or intent to strike.

1.29.2. Perform services outlined in this contract, with minimum disruption of services to patrons.

1.30.   SCHEDULED CLEANING PLAN. Not later than fourteen (14) days prior to the contract start date, the Contractor shall submit to the COR for approval a cleaning schedule for each messing facility. If disapproved the Contractor shall re-submit for approval within fourteen (14) days. This cleaning schedule shall reflect the day and general time of the day that tasks required less frequently than daily (e.g., light fixtures, venetian blinds, and elevator shafts) are to be performed. Cleaning schedules shall be maintained by the Contractor in each facility and be available to the Government upon request. The Contractor shall submit changes to the COR as they occur. (See TE #4)

1.31.   TRANSITION – PHASE-IN AND PHASE-OUT. A transition period is scheduled for the two (2) week period immediately prior to contract start date (phase-in) and the two (2) week period prior to contract end date (phase-out) to allow for orderly contract transition. A phase-in plan shall be provided, to the KO, NLT fourteen (14) days prior to the two (2) week period prior to contract start date. A phase-out plan shall be provided, to the KO, NLT fourteen (14) days prior to the two (2) week period prior to contract end date. In order to maximize the effectiveness of the transition process, an initial meeting between the Government's Contract Administrators and managers of both contractors shall be held to address phase-in and phase-out requirements and responsibilities not later than three (3) days into the phase-in/phase-out period, and thereafter subsequent meetings will be held as determined by the KO. When an

incumbent contractor is also the successor contractor these meetings will not be waived, since the orderly transition from one work specification to another will also require significant management involvement in the transition process.

1.31.1. PHASE-IN. The incoming Contractor shall ensure that its phase-in operations do not hinder or interfere with normal operations of the phase-out Contractor, and that maximum effort is made to avoid loss of productivity.

1.31.1.1.During contract phase-in, the incoming Contractor shall observe operations of the in-place work force; establish credit lines; program for any communications and utility conversions; interview work force personnel off site; gather and submit submittal data; establish signatory authority for Government forms which require Contractor completion; secure insurance, licenses and tax documents; establish accounts and make arrangements for personnel, equipment, materials, and transportation needed to accomplish contract tasks.

1.31.1.2.All work at contract start date will be transferred by the outgoing Contractor to the successor Contractor. During the final seven (7) days of the phase-in period, incoming Contractor will be provided access and input to all subsistence request documents.

1.31.2. PHASE-OUT. The Contractor's Project Manager shall allow a successor Contractor's management personnel to observe contract performance for a period of two (2) weeks prior to the expiration of the contract. The Contractor's managers shall cooperate with any successor during this phase, to include orderly transition of record and operational data.

2.      DEFINITIONS/ACRONYMS

2.1.    DEFINITIONS. Definitions of special terms and phrases used in this Performance Work Statement are included in JCS-PUB-1, "DoD Dictionary of Military and Associated Terms." For the purpose of this contract, those specified below shall also apply.

Where "as shown", "as indicated", "as detailed", or words of similar import are used, it shall be understood that reference is made to this Performance Work Statement and the attachments accompanying this Performance Work Statement unless stated otherwise.

Where "as directed", "as required", "as permitted", "approval", "acceptance", or words of similar import are used, it shall  be understood that direction, requirement, permission, approval, or acceptance of the KO is intended unless stated otherwise.

2.1.1. ACCEPTABLE QUALITY LEVEL (AQL). The maximum percent defective, the maximum number of defects per hundred units or the number of defects that can be considered satisfactory on the average. The allowable leeway or variance from a standard before the Government will reject a specific service. An AQL does not imply that the Contractor may knowingly perform in an unsatisfactory way. It implies that the Government recognizes that defective performance sometimes happens unintentionally. As long as the defective performance does not exceed the AQL, the service will not be rejected by the Government.

2.1.2. "A" RATION. Perishable and semi-perishable foods used in food service facilities where refrigeration is available.

2.1.3. BASIC ALLOWANCE FOR SUBSISTENCE (BAS). A monetary allowance, prescribed by law, paid to military personnel instead of subsistence at Government expense.

2.1.4. BASIC DAILY FOOD ALLOWANCE (BDFA). The computed monetary value of a daily entitlement of nutritionally adequate food for one person for one day.

2.1.5. CLASS C TELEPHONE. Telephone service, which is restricted to intra-post calls from one post telephone to another.

2.1.6. CONTRACTING OFFICER (KO). A Government official with authority to enter into, administer and/or terminate Government contracts.

2.1.7. CONTRACTING OFFICER'S REPRESENTATIVE (COR). An authorized representative of the KO appointed in writing to perform specific contract administration functions.

2.1.8. CUSTOMER COMMENT PROGRAM. A means of documenting contract services. A Government program that is explained to every organization that receives service under this contract which is used to evaluate a Contractor's performance.

2.1.9. DEFECTIVE SERVICE. A unit of service which contains one or more defects or nonconformance with specified requirements.

2.1.10.    LOT. The total number of service outputs in a surveillance period, as defined in the AQL column of the Performance Requirement Summary.

2.1.11.    LOT SIZE. The number of service outputs in a lot.

2.1.12.    PERFORMANCE REQUIREMENTS SUMMARY (PRS). The PRS identifies the key service outputs of the contract that will be evaluated by the Government to assure contract performance standards are met by the Contractor.

2.1.13.    PERFORMANCE WORK STATEMENT (PWS). The section of the contract that tells what work is to be accomplished.

2.1.14.    PLANNED INSPECTION. A sampling method of evaluating Contractor performance using a checklist where the COR, determines what service or tasks is to be inspected. The COR schedules these inspections in conjunction with time and location when service or tasks are performed.

2.1.15.    PROPERTY ADMINISTRATOR. An authorized representative of the KO appointed in writing to administer contract requirements and obligations relative to Government property.

2.1.16.        QUALITY ASSURANCE.  Those actions taken by the Government to assure services meet the requirements of this contract.

2.1.17.        QUALITY ASSURANCE SURVEILLANCE PLAN (QASP).  An aid to the development of a contract quality assurance plan.  A Government plan used in surveillance of a Contractor.

2.1.18.        QUALITY CONTROL.  Those actions taken by a Contractor to control the performance or service so that they meet the requirements of this contract.

2.1.19.        RANDOM SAMPLING.  A sampling method where each service output in a lot has an equal chance of being selected.

2.1.20.        SAMPLE.  A sample consists of one or more service outputs drawn from a lot.  The number of outputs in the sample is the sample size.

2.1.21.        SUPERVISOR.  A person whose duty is supervising groups of workers. Supervisors do not perform any of the tasks assigned to the labor force.

2.2.    TECHNICAL DEFINITIONS PECULIAR TO THIS CONTRACT:

2.2.1.  ALTERNATE COR (A/COR).  Represent the KO in the COR's absence and monitor the Contractor's performance.

2.2.2.  BEVERAGE BARS.  Designated non-alcoholic beverage/water area, in conjunction with cafeteria meals.

2.2.3.  BLACK, GOLD & GRAY (BGG) ROOM.  The dining-in room available for formal Cadet unit-level functions.  Service is individual plate.

2.2.4.  BOX MEALS.  A meal prepared in the messing facility for consumption outside of the dining facility.

2.2.5.  BREAKFAST.  The first meal of the day normally served in the early morning.

2.2.6.  BREAKDOWN CHART.  A dining room map indicating individual meal schedule, e.g., meal, mealtime, tables open/closed, hot cart load chart.

2.2.7.  BRUNCH.  A meal consisting of food items normally served during breakfast and lunch.  This combined meal is served during an extended time period beginning at early or mid-morning and ending shortly after the noon hour.  This meal is served in lieu of a separate breakfast and lunch.

2.2.8.  BUFFET SERVING CARTS.  Mobile food carts used for maintaining the temperature of hot food and cold food at serving lines.

2.2.9. CADET MESS REQUIREMENT (CMR). Delineates service requirements.

2.2.10.        CADET MESS RATION FUND. The funds accounted for by the Treasurer, USMA, to which all moneys derived from the Cadet Ration Allowance and Cadet Mess sales (employee meals and guest meals) are credited. This fund is used solely to purchase food for the Cadet Mess and is designated as a non-appropriated fund.

2.2.11.        CAFETERIA MEAL. Meal served utilizing serving lines.

2.2.12. CONDIMENT BOX. A container made up of all the expendable items needed to feed a Field Feeding or a meal away from the main dining facility.

2.2.13.        DESSERT BARS. Designated dessert area, in conjunction with cafeteria meals.

2.2.14. DE-STAINING. To remove all discoloration.

2.2.15.        DINNER. Dinner is the third and evening meal of each day, normally served at a time approximating late afternoon. This meal is normally served on those days when breakfast and lunch is also served.

2.2.16.        DINING FACILITY. A facility used to provide subsistence to authorized dinners.

2.2.17.        DINING FACILITY ATTENDANT/WAITER. A dining facility attendant is a person who performs custodial, sanitation, waiter and food service duties.

2.2.18. DISH RETURN AREA. Area designated for patrons to return trays and table ware items and to dispose of trash.

2.2.19. EDUCATIONAL FOUNDATION OF THE NATIONAL RESTAURANT ASSOCIATION. Educational Foundation of the National Restaurant Association, (20 North Wacker Drive, Chicago, IL 60606) is a non-profit education foundation created by restaurateurs and other food service executives and governed by a board of trustees, representing all sectors of the industry and associated academic and commercial institutions.

2.2.20. EDUCATIONAL TESTING SERVICE. The Educational Testing Service of Princeton, NJ is a non-profit corporation engaged in test development, test administration and educational research. The Food Protection Certificate Program test is designed to test persons who have ongoing on-site responsibility for protecting the consumer from food-borne illness in food preparation, serving, or eating establishments. Educational Testing Service, Food Protection Certification Program, CN 6515, Princeton, NJ 08541-6515.

2.2.21. EXPENDABLE ITEMS. Items which are consumed in use, regardless of type classification or unit price, including paper and paper products.

2.2.22. FACILITIES. Those Government furnished operating buildings and areas assigned to the Contractor for contract performance.

2.2.23. FAMILY STYLE SERVICE. A way of serving food by which the people at the table help themselves from large dishes passed around from hand to hand.

2.2.24. FIELD FEEDING. Feeding under field conditions at a location actually situated in the field.

2.2.25. FLEX HOURS. Serving times for Cadets before and or after the scheduled meal time.

2.2.26. FOOD CONTACT SURFACE. Those surfaces of equipment and utensils with which food normally comes in contact. This includes those surfaces from which food may drain, drop or splash back into food, or onto surfaces normally in contact with food.

2.2.27. FOOD HANDLERS. Food service personnel who work where unsealed food or drink is handled, processed, prepared or served, and who touch food or food contact surfaces in any way.

2.2.28. GOVERNMENT BUSINESS HOURS. Government administrative business hours are Monday through Friday, excluding national holidays, 8:00 a.m. through 4:30 p.m.

2.2.29. GOVERNMENT FURNISHED PROPERTY. Property in the possession of, or directly acquired by, the Government and subsequently made available to the Contractor.

2.2.30. GOVERNMENT PROPERTY. All property owned by or leased to the Government or acquired by the Government under the terms of the contract. Government property includes both Government-furnished property and Contractor acquired property as defined in FAR 45.101.

2.2.31. HEAVY TABLES. Offer an additional half (1/2) serving(s) (one and a half (1 ½) times) of any menu item(s); exceeds the portion size of the normal Cadet Mess menu by half (1/2).

2.2.32. HEAVY-HEAVY TABLES. Offer an additional full serving(s) (two (2) times) of any menu item(s); exceeds the portion size of the normal Cadet Mess menu by one (1).

2.2.33. HELPS HALL (EMPLOYEE CAFETERIA). A separate dining/break area designated in the Cadet Mess facilities for use by Contractor and Government employees.

2.2.34. HOLE COUNT. Hole count is the total number of vacant seats at a meal.

2.2.35. HOT CARTS. Utilized for transporting and maintaining the temperature of hot food.

2.2.36. HOURS OF OPERATION. One hour before serving of first meal until finish of cleanup of last meal.

2.2.37. INDIVIDUAL PLATE SERVICE. Accomplished by experienced waiters. Individual plates of food are prepared by the food preparation section for distribution by the Contractor. Normally required only in the BGG Room, Poop Deck and at special event head tables, unless otherwise indicated.

2.2.38. INSTALLATION FOOD ADVISOR (IFA). An individual who advises the dining facilities and the Installation Commander on matters of food service.

2.2.39. LEFTOVERS. Leftovers are the food portions of any item, which were prepared for a specified meal period but not served.

2.2.40. LUNCH. The second meal of the day normally served at a time approximating midday.

2.2.41. MAJOR MAINTENANCE. The maintenance and repair of equipment, including the restoration or replacement of parts, as necessitated by wear and tear, damage, failure of parts, or the like.

2.2.42. MANDATORY MEAL. Normally Family Style meal where Cadet attendance is mandatory, with assigned seating.

2.2.43. MANIFEST. Form used to provide long term forecasts. Also used for confirmation, by the COR and Contractor, of the services provided each day.

2.2.44. MEAL. Food provided for one person during a scheduled serving period.

2.2.45. MEALS READY TO EAT (MRE). Prepackaged meals used to replace regular meals.

2.2.46. MERMITE/CAMBRO FOOD TRANSPORT CONTAINERS. Food containers used to transport subsistence to Field Feeding and other locations.

2.2.47. MESS ATTENDANT/WAITER SERVICE. Those activities required to perform sanitation, custodial, waiter and food service duties within dining facilities.

2.2.48. MINOR MAINTENANCE. Normal operator care of equipment recommended by the manufacturer. It includes cleaning, oiling, greasing, tightening of nuts and bolts and performing other preventive maintenance tasks.

2.2.49. NORMAL MEAL HOURS. Hours that meals are being served (See TE #2).

2.2.50. NORMAL DUTY HOURS. From 8:00 A.M. to 4:30 P.M. daily.

2.2.51. NON-EXPENDABLE PROPERTY. Property, which is not consumed in use, retains its original identity during the period of use and requires that accountability be maintained throughout the life of the item. Includes items used in the storage, preparation, cooking, transporting and serving of food, to include utensils and tableware.

2.2.52. OIC (OFFICER IN CHARGE). Person responsible for entire Cadet Mess operation.

2.2.53. OPERATIONS & PLANS COORDINATOR (OPS & PLANS). Cadet Mess administration employees assigned with providing long term forecasts and daily meal by meal information.

2.2.54. OPTIONAL MEAL. Any meal where Cadet attendance is optional, may be any style of service.

2.2.55. PANTRIES. Room where dishwashing machines are located for washing dishware.

2.2.56. PERISHABLE SUBSISTENCE. Those food items with limited shelf life, which normally require controlled conditions of temperature, and/or humidity during transportation and storage.

2.2.57. POLICE. The action or process of cleaning and putting in order, to include related areas of responsibility. This will include sweeping, scrubbing, and picking up.

2.2.58. POOP DECK. The Balcony area in the center of Washington Hall, used by the Superintendent, Commandant and Dean while hosting official guests of USMA at West Point.

2.2.59. PORTION CONTROL. Serving(s) of equal amounts to each patron or table in accordance with prescribed menus or Chef-in-Charge.

2.2.60. PRE-GAME MEALS. Special menus of hot and cold food items are served as pre-game meals prior to athletic events. These meals may be served any time of the day starting with one-half (1/2) hours before breakfast to the end of the diner meal. On Sunday a pre-game meal may start up to one (1) hour before brunch.

2.2.61. PRE-MEAL SERVICE SET-UP. Delivery of specific food items to each scheduled table prior to the meal.

2.2.62. PREVENTIVE MEDICINE ACTIVITY (PVNT MED ACTV). The local medical authority responsible for inspecting sanitary conditions of messing facilities and applying ratings based on their professional qualitative judgment. Also referred to as

Veterinary Activity (VET ACTV). A part of MEDDAC that is responsible for inspecting all food to determine fitness of safety for human consumption.

2.2.63. QUALITY ASSURANCE EVALUATOR (QAE). Represent the COR and monitor the Contractors performance.

2.2.64. REGIMENTAL ROOM. The dining room available for informal Cadet unit-level functions. Normally meals are served Family Style.

2.2.65. SANITIZED. The bactericidal treatment of clean surfaces of equipment and utensils by a process which has been approved by the Preventive Medicine Activity as effective in destroying pathogenic microorganisms and leaving no toxic residue.

2.2.66. SANITIZING SOLUTION. One hundred (100) parts per million (1,000,000) chlorine solution or other equivalent solution, as defined in TB MED 530.

2.2.67. SECONDS. Any part of a meal in addition to the initial portion.

2.2.68. SERVER. A person who serves hot/cold food from serving line.

2.2.69. SERVING LINE(S). The place and equipment used to serve food items, to include self-service fixtures and equipment. It also includes such items as associated tableware, beverage bars, dessert bars, salad and/or soup bars, plate dispensers, silverware dispensers, and hot/cold buffet serving carts.

2.2.70. SHORT ORDER MEALS. Meals served using food items like hamburgers, hot dogs, grilled cheese, cold sandwiches etc.

2.2.71. SOUP AND/OR SALAD BAR. Part of the cafeteria serving lines.

2.2.72. SPECIAL EVENT MEALS. Both Cadet and non-Cadet meals normally held in lieu of a regularly scheduled meal. This includes special condiment/tableware set-up, head table, rearranging of furniture, table cloths and cloth napkins, different meal hours, individual plate, and VIP waiter service. See the requirements delineated in a CMR.

2.2.73. STAINLESS STEEL SERVING WARE. Any serving ware, i.e., pans, platters, covers, utilized in the serving of the meal, to include all stainless steel ice bowls and aluminum trays.

2.2.74. STANDARD MEAL RATE. The standard cost of a meal as established by DoD.

2.2.75. SUBSISTENCE. Food items required for feeding patrons. This term includes all foods, nonalcoholic beverages, condiments, and ice.

2.2.76.    SUBSISTENCE-IN-KIND (SIK). Meals furnished to enlisted personnel at Government expense.

2.2.77. SUPERINTENDENT.  Senior military officer at West Point.

2.2.78. SUPPER.  The evening meal served on those days when brunch is served in lieu of breakfast and lunch.

2.2.79. TABLES SERVED.  Tables where patrons have actually sat down and dined.

2.2.80. TAKE OUT.  Self service meal offering cold food items for take out.

2.2.81. TEMPERATURE DANGER ZONE.  The temperature danger zone is between forty (40) degrees F and one hundred-forty (140) degrees F.  Foods are at risk of bacteria growth when in the temperature danger zone.

2.2.82. UNSCHEDULED INSPECTION.  A method of evaluating contract requirements.

2.2.83. VIP SERVICE.  Experienced waiter service provided to VIP patrons dining in the BGG Room, Poop Deck, at special event head tables and any other table designated as a VIP table during regular meals and special events.

2.2.84. WAITER STATION.  A group of tables served by a waiter at mandatory meals consisting of no more than ten (10) tables per waiter.

2.2.85.        WORK ORDER.  A Contractor's written request made for maintenance (to include repair, servicing, or calibration).

2.3.    ACRONYMS.  Acronyms with which the Contractor should be familiar.

ACRONYM    MEANING

| 2.3.1. | A/COR | Alternate Contracting Officer's Representative |
| 2.3.2. | AR | Army Regulation |
| 2.3.3. | CBT | Cadet Basic Training |
| 2.3.4. | CFT | Cadet Field Training |
| 2.3.5. | CDR | Contract Discrepancy Report |
| 2.3.6. | CMR | Cadet Mess Requirement |
| 2.3.7. | COR | Contracting Officer's Representative |
| 2.3.8. | DA | Department of Army |
| 2.3.9. | DFA | Dining Facility Attendant |

2.3.10.      DOC          Directorate of Contracting

2.3.11. DoD          Department of Defense

2.3.12. GFP          Government Furnished Property

2.3.13. GPA          Government Property Administrator

2.3.14. HACCP          Hazardous Analysis Critical Control Point

2.3.15. IAW          In Accordance With

2.3.16. IMA          Installation Medical Authority

2.3.17. KO          Contracting Officer

2.3.18. MEDDAC          Medical Department Activity

2.3.19. MRE          Meal, Ready-to-Eat

2.3.20. NLT          Not Later Than

2.3.21. NSF          National Sanitation Foundation

2.3.22. OIC          Officer In Charge

2.3.23. POC          Point of Contact

2.3.24. POV          Privately Owned Vehicle

2.3.25. PRS          Performance Requirements Summary

2.3.26. QA          Quality Assurance

2.3.27. QAE          Quality Assurance Evaluator

2.3.28. QC          Quality Control

2.3.29. QDR          Quality Discrepancy Report

2.3.30. SOP          Standard Operating Procedure

2.3.31. TB          Technical Bulletin

2.3.32. TBMED          Technical Bulletin Medical

2.3.33. TE          Technical Exhibit

2.3.34. TM          Technical Manual

2.3.35. USMA        United States Military Academy

2.3.36. VET         Post Veterinarian

2.3.37. VIP         Very Important Person(s)

3.      GOVERNMENT FURNISHED PROPERTY(GFP) AND SERVICES:  The
Government will provide the facilities, equipment, supplies and services specified as
Government-Furnished Property (GFP) at TE #3 in this contract.

3.1.     PROPERTY.  Government property provided in this section shall be used only in
the performance of the functions and tasks required in this contract.  The Contractor shall
be responsible for the cost of any repairs or replacement caused by the negligence or
abuse by the Contractor, Contractor employees, or subcontractors.

3.1.1.  FACILITIES.  The Government will furnish the facilities for the Contractor's use
as described in this contract.  The Government will be responsible for facilities
engineering support of the facilities furnished, except for replacement of light bulbs and
fluorescent lights in Contractor's office/storage areas.  The Contractor shall not make any
alterations to the spaces except with prior written permission of the KO.  The Contractor
shall, as directed by the KO, restore the facilities and areas to the condition in which
received, fair wear and tear excepted, at time of contract completion or termination of this
contract, except as otherwise approved in writing by the KO.

3.1.1.1.        OFFICE/STORAGE AREAS.  The Government will provide the
Contractor with office and custodial/storage areas.

3.1.2.  EQUIPMENT.  The Government will provide equipment listed at TE #3 for the
Contractors use in performance of the contract.  Maintenance, repair and replacement of
Government furnished equipment will remain the responsibility of the Government with
the exception of minor maintenance.  The Government will provide alterations, repairs
and major maintenance as needed.

3.1.2.1.        EQUIPMENT MANUALS.  Equipment operating manuals presently
maintained by the Government will be provided to the Contractor on contract start date.
A joint inventory will be taken of equipment operating manuals.  If any subsequent
inventory shall disclose the loss of any manuals the Contractor shall replace the manual
by obtaining a new copy from the equipment manufacturer.  Replacement manuals shall
become the property of the Government.

3.1.3.  SUBSISTENCE AND SUPPLIES:

3.1.3.1.        All subsistence items, serving utensils, tableware, and other supplies, not listed in Section 4, will be provided by the Government.

3.1.3.2.        The Government will provide silver, china (porcelain), and crystal tableware items for use on the Poop Deck and in the BGG Room as listed in TE #3.

3.1.3.3.        DECORATIVE MATERIALS. The Government will provide decorative materials for holidays and special occasions.

3.1.3.4.        TABLECLOTHS AND NAPKINS. The Government will provide all tablecloths, white and colored, and colored cloth napkins.

3.1.3.5.        POSTERS AND FLIERS. The Government will provide materials in the form of posters, fliers place mats, and table displays.

3.1.3.6.        SAFE. The Government will provide the Contractor with a safe at the Cadet Mess Washington Hall, and Okinawa Hall.

3.1.3.7.        KEYS. The Government will provide the Contractor with keys to facilities being used by the Contractor in the performance of this work statement.

3.1.3.7.1.KEY BOX. The Government will provide the Contractor with a key box for securing keys.

3.1.3.8.        COMBINATION LOCKS. The Government will provide the contractor combination locks for all Contractor employee's lockers.

3.1.3.9.        PUBLICATIONS. The Government will provide publications, applicable Cadet Mess SOPs and Government forms.


3.2.    SERVICES:

3.2.1.  UTILITIES. Utilities required to operate the messing facilities and equipment. Gas, electricity and water.

3.2.2.  MAIL DISTRIBUTION. Mail distribution limited to intra-post only. Contractor mail distribution box located in Cadet Mess Administrative area.

3.2.3.  COMMUNICATIONS. The Government will provide telephone communication service for local Class C (those authorized for transaction of the installation's official business without access to commercial telephone, local, or long distance lines), in the performance of this contract. The installation, maintenance, repair, and removal of Government furnished telephone instruments will be the responsibility of the Directorate of Information Management (DOIM). The Government will not be responsible for charges for long distance telephone calls made or accepted by Contractor personnel. The

Contractor shall install commercial telephone service, with all service and toll charges to be paid by the Contractor.

3.2.4.  GREASE, REFUSE AND RECYCLING COLLECTION.  Refuse collection, grease and recycling collection provided on varying days.

3.2.5.  INSECT AND RODENT CONTROL.  The Government will provide insect and rodent control service for Government furnished facilities.

3.2.6.  GROUNDS MAINTENANCE.  Grounds maintenance, except as specified in Section 5, paragraphs 5.17.3. and 5.19.15.

3.2.7.  FIRE PROTECTION.  The Government will provide fire protection services of the USMA Fire Department.  The emergency telephone number is 117.

3.2.8.  MILITARY POLICE PROTECTION.  The Government will provide security and police protection services of the USMA Provost Marshal's Office.  The emergency telephone number is 938-3333.

3.2.9.  TRANSPORTATION.  At the Cadet Mess, Washington Hall, and Okinawa Hall the Government will provide transportation, including drivers, for movement of Government provided subsistence and supplies, and to transport meals, equipment, and refuse containers to and from the field, when field feeding is required.  Contractor personnel shall not use their own POV's for transportation of subsistence and supplies to any site including personnel to and from field feeding sites

3.2.10. LAUNDRY SERVICE.  The Government will provide laundry service for messing facility curtains; draperies; all tablecloths, white and colored; and colored cloth napkins.

3.2.11. DISPENSARY AND HOSPITAL FACILITIES.  The facilities of the USMA Post Hospital (Keller Army Community Hospital (KACH)) are available for use by the Contractor only for the emergency treatment of Contractor personnel injured at the job site.  The Contractor shall pay for the use of said facilities at prevailing rates for the services provided.  Billing and payment will be made by separate transaction between KACH and the Contractor.  See Section 1, paragraph 1.26.

3.3.     ADMINISTRATION OF GOVERNMENT FURNISHED PROPERTY.  Subpart 45.5, Part 45 of the FAR and AR 735-5 set forth the basic requirements to be observed by Contractors in establishing and maintaining control over Government property provided pursuant to the terms of this contract.

3.3.1.  ACCOUNTABILITY.  The Contractor shall be directly responsible and accountable for all GFP upon delivery into their custody or control, in accordance with the terms of this contract.  The Contractor shall establish a Contractor's Property Control Plan in accordance with sound business practice, Subpart 45.5, Part 45 of the FAR and AR 735-5 to control, protect, preserve and maintain all Government property specified in

this contract. The plan shall be in writing and maintained (retained) by the Contractor and made available to the Contract Administrator for review not later than fourteen (14) days prior to contract start date.(See TE #4)  The system will be reviewed, and if satisfactory, approved in writing by the Government's Property Administrator (GPA). The Contractor shall maintain and make available the records, and account for all Government property until relieved of that responsibility by the Government. The Contractor shall furnish all necessary data to substantiate any request for relief from responsibility.

3.3.2. AUDITS. The Government retains the right to audit the Contractor's property control system as frequently as conditions warrant. The KO will decide when an audit is appropriate and will provide written notification to the Contractor. The Contractor shall make all such records and related correspondence available to the auditors and the GPA.

3.3.3. INITIAL INVENTORIES. Inventory procedures for property accountability will be in accordance with AR's 710-2 and 735-5, DoD 7000.14-R, Vol. 13, the FAR, and all other applicable regulations and publications. The Contractor and the Government shall jointly determine the number and condition of all items of Government furnished property/equipment/material to include the serial number of each serial numbered item. Initial inventories will start at the written direction of the KO and will be conducted by the Contractor, the GPA and functional area representatives during the contract phase-in. The GPA must certify all initial inventories.

3.3.4. CONTRACTOR CERTIFICATION. Upon completion of the initial inventories the Contractor shall certify that the GFP (See TE #3) in this contract is correct. If TE #3 is not correct; corrections will be prepared, by the Government, for Contractor certification. The Contractor shall certify the initial inventory when and only when the initial inventory is true, accurate and correct.

3.3.5. PHYSICAL INVENTORIES. The Contractor shall perform physical inventories annually, the Contractor, with approval of the GPA, shall establish the type, frequency, and procedures for inventories of other than subsistence items. Personnel who perform the physical inventory shall not be the same individuals who maintain the property records or have custody of the property unless permission to do so has been granted in writing by the GPA. China and silver shall be inventoried monthly.

3.3.5.1. REPORTING OF GOVERNMENT PROPERTY. The Contractor shall submit an annual report using DD Form 1662 (DOD Property in the Custody of Contractors) for all Government property on hand as of 30 September of each year. The report shall be submitted to the Contract Administrator no later than 15 October following the close of the period of which the report is made. The Government will provide the forms and prices for reporting purposes.

3.3.6. REPORTS OF INVENTORIES. The Contractor shall, as a minimum, submit a listing that identifies all discrepancies disclosed by the inventory, to the GPA not later than five (5) workdays after completing required inventories.

3.3.7. CONTRACTOR COMPLETION/TERMINATION INVENTORY. Upon contract completion, or termination, a joint inventory shall be conducted by the Government and the Contractor at the written direction of the KO. The Contractor Project Manager/Property Control Representative, GPA, and functional area representatives will be present at these inventories.

3.3.8. EXCESS GOVERNMENT PROPERTY, EQUIPMENT OR MATERIAL. The Contractor shall investigate and report to the GPA all cases where GFP, equipment or material, under the control of the Contractor is not required in the performance of this contract. The Contractor shall also immediately report to the GPA any GFP, equipment or material, under the control of the Contractor required in the performance of this contract, but not listed in the contract.

3.3.9. REMOVAL OF GOVERNMENT FURNISHED PROPERTY, EQUIPMENT OR MATERIAL. The GPA will provide the Contractor a chain of custody document (DA Form 3161, DA Form 2062 (Hand Receipt/Annex Number) or replacement form approved by the GPA) when GFP, equipment or material, listed in this contract is removed from a Contractor-operated building or facility. The Contractor shall immediately certify by signature on DA Form 2062 that the GFP, equipment or material, was returned to Government control. The DA Form 2062 is the legal, binding and accountable document, in the interim, awaiting formal contract modification. Changes in quantities, types, models, serial numbers, or location will be changed by formal contract modification. All DA Form 2062's will be signed by the GPA or the KO for the Government.

3.3.10. NEW/REPLACEMENT GOVERNMENT FURNISHED PROPERTY, EQUIPMENT OR MATERIAL. When new/replacement GFP, equipment or material, is provided to the Contractor, the Contractor shall immediately acknowledge acceptance and responsibility for the GFP, equipment or material, by signing DA Form 2062. The DA Form 2062 is the legal, binding and accountable document, in the interim, awaiting formal contract modification. Changes in quantities, types, models, serial numbers, or location will be changed by formal contract modification.

3.3.11. LOSS OF, OR DAMAGE TO, GOVERNMENT FURNISHED PROPERTY, EQUIPMENT OR MATERIAL. Upon discovery of any loss or damage to GFP, equipment, material, the Contractor shall immediately notify the GPA by verbal means. A written notification shall follow within two (2) days. The Contractor shall investigate and report, in writing, to the GPA all cases of loss, damage, or destruction of GFP in its possession as soon as the facts become known but not later than fifteen (15) days after discovery.

3.3.12. DETERMINATION. The written determination by the KO as to the liability for GFP, equipment, material, lost, damaged, destroyed, or consumed in excessive quantities while in the possession of the Contractor shall serve the same purpose as the Report of Survey in a Military Property Account, even though the Contractor is the accountable and

responsible party and his liability is for determination only under the terms of this contract. To this end, the presentation of facts surrounding the loss, damage or both, shall be accurate and complete. The file shall reflect the investigative and other actions of the GPA and the KO to validate presentations of the Contractor, cite the specific contract terms on which a determination is made, and stand alone as a full report of the case without reference to other files.

3.3.13. LIABILITY. Any GFP, equipment or material, (to include subsistence items) provided under the terms of this contract that cannot be located by the Contractor shall be determined to have been lost. If the KO determines that the Contractor is responsible and liable for the loss under the terms of this contract, the current acquisition cost of the GFP, equipment or material, shall be deducted from the next contract invoice.

4.      CONTRACTOR-FURNISHED ITEMS AND SERVICES: The Contractor shall provide all items and services to meet the requirements of this contract except as specified as Government-furnished property and services in Section 3, which are necessary to perform the requirements of this contract (i.e., office equipment such as copiers, computers, fax machines, and furnishings). A recommended list of supplies is provided at TE #5. Contractor furnished property and services shall be compatible with Government systems (i.e., computer programs Windows NT 4.0 and Microsoft Office 97). The Contractor shall upgrade to remain compatible with the Government computer programs, at the Contractor's expense. The Contractor shall manage the total work effort associated with the operations, maintenance, repair, and all other services required herein to assure fully adequate and timely completion of these services. Included in this function is a full range of management duties including, but not limited to, planning, scheduling, report preparation, establishing and maintaining records, and quality control.

4.2.    CONTRACTOR-FURNISHED ITEMS:

4.2.1. SPECIFICATION ITEMS. The Contractor shall provide the following items, which meet or exceed equipment manufacturer's recommendations.

COMMERCIAL ITEM DESCRIPTION:

4.2.1.1.       Dishwashing Compound, Machine

4.2.1.2.       Rinse Additive, Dishwashing

4.2.1.3.Dishwashing Compound, Hand Liquid

4.2.1.4.       Dishwashing Compound, Pot and Pan Liquid

4.2.1.5.       Hand Soap, Antimicrobial

4.2.2. SUPPLIES. The Contractor shall furnish all janitorial, cleaning, dishwashing and pot/pan supplies to perform the various tasks to the standards of this contract. Chemicals shall be used IAW manufacturer's recommendations. Supplies are adequate when they are on hand in each operating messing facility in sufficient quantity to perform work requirements.

4.2.2.1. JANITORIAL SUPPLIES. The Contractor shall furnish all cleaning, waxing and stripping supplies required for the performance of this contract. The Contractor shall provide ladders, vacuum cleaners/steam extraction carpet cleaning systems, and all sanitizing and disinfecting aids necessary to perform the cleaning as specified in this contract. A recommended list of janitorial supplies is at TE #5. This list is representative only and is neither exhaustive nor inclusive. The Contractor shall not use Government provided subsistence items (e.g., vinegar, lemon juice) for any cleaning task.

4.2.2.2. STORAGE OF SUPPLIES. The Contractor shall store and secure all cleaning liquids, powders and/or chemicals in their original containers, cleaning supplies (e.g., mops, brooms, pails) in the housekeeping storage area. All cleaning supplies will be stored safely; MSDS sheet shall be available on all products.

4.2.3.  MECHANICAL FLOOR SCRUBBERS. Used to clean floors, and to clean and strip tile floors.

4.2.4.  WHITE CLOTH NAPKINS. The Contractor shall supply white cloth napkins, twelve inches by twelve inches (12" x 12"), as required. (See Section 5) Up to four thousand six hundred (4,600) white cloth napkins may be required for a single meal.

4.2.5.  SUBMITTALS. The Contractor shall submit to the COR for approval, NLT fourteen (14) days prior to contract start date, a list of each Contractor furnished item at Section 4, paragraphs 4.2.1.1. through 4.2.1.5, and each type of chemical to be used in the performance of this contract. (See TE #4) The list shall include the manufacturer's specifications, a product data sheet, a material safety data sheet, and a sample of each chemical in its original container. If disapproved the Contractor shall re-submit for approval within seven (7) days.

4.2.6.  CALCULATORS, COMPUTERS, AND TYPEWRITERS. Calculators, computers, and typewriters shall be supplied as required by the Contractor, and this contract.

4.2.7.  IDENTIFICATION BADGES. See Section 1, paragraph 1.3.6.

4.2.8.  UNIFORMS AND SPECIAL TYPE CLOTHING. Employee uniforms and special type clothing (e.g., jackets, rubber gloves, aprons, hats, and hair nets). See Section 1, paragraphs 1.3.7, 1.3.7.1, and 1.3.7.2.

4.2.9.  OFFICE SUPPLIES. All necessary office supplies, except Government forms.

4.2.10. TELEPHONE SERVICE. Commercial telephone service.

4.2.11. REPRODUCTION SERVICE. All reproduction service necessary for the Contractor's performance of this contract.

4.2.12 HAND TOOLS. Hand tools required for performance of minor maintenance (e.g., pliers and wrenches).

4.2.13.  MECHANIZED/COMPUTERIZED TIME KEEPING EQUIPMENT. Required for tracking personnel hours.

4.3.    EQUIPMENT:

4.3.1. INSTALLED EQUIPMENT. The Contractor may, with the written permission of the KO, install equipment, fixtures, and furnishings in Government facilities. These items shall be marked to identify Contractor ownership, and be readily removable. The installation, maintenance, and removal costs, to include the cost to return the facility to its original condition, shall be borne by the Contractor.

4.3.2. The Contractor's equipment shall be of the size and type suitable for accomplishing the various phases of work described herein.

4.3.3.    Equipment considered by the COR or KO to be improper, unsafe or inadequate for the purpose, shall be immediately removed from the job and replaced with satisfactory equipment. The Contractor shall not use tools with broken or sharp handles, tools that have been contaminated (e.g., asbestos) and tools that have offensive odors or are excessively dirty.

5.    SPECIFIC TASKS - MESS ATTENDANT/WAITER SERVICE

**5.1.    GENERAL.** The Contractor shall be responsible for the performance of requirements of this contract at the Cadet Mess, Washington Hall; Okinawa Hall, Camp Buckner; Camp Smith; and any temporary facility designated by the Government, and shall provide sufficient personnel to perform all required tasks in this contract, to preclude delays in serving activities. At no time shall the Contractor and Government personnel trade off or switch any area of responsibility. Contractor mess attendants shall not be utilized to perform any duties that are not stated in this contract. The Contractor shall sign for all subsistence received from the kitchen or warehouse when required.

5.1.1. FOOD SERVING. The Contractor shall serve a complete meal to any authorized patron entering any of the Cadet Mess facilities during designated meal hours.

5.1.2.    Contractor personnel shall be courteous and present a helpful attitude toward each patron. The Contractor shall permit only employees whose uniforms are clean, neat, and complete to serve food.

**5.2.    GOVERNMENT RESPONSIBILITIES.** Items listed in this paragraph are here to provide clarity and will remain Government responsibilities.

5.2.1. Preparing and issuing Box Meals and Meals Ready to Eat (MRE's).

5.2.2. Loading hot carts

5.2.3. Serving food in employee cafeteria (Help's Hall).

5.2.4. Cleaning food preparation areas, to include food service equipment and field feeding containers.

5.2.5. Cleaning beverage tanks.

5.2.6. The Government shall prepare and obtain Contractor signature on issue documents for all subsistence issued to the Contractor from the warehouse and kitchen. A copy of the issue document will be given to the Contractor and the original will be retained by the Government.

**5.3. FAMILY STYLE SERVICE:**

5.3.1. GENERAL. The Contractor shall serve meals Family Style in the dining room and Regimental Room. The Contractor shall properly equip each dining table with all required condiments and accessories

before and throughout each scheduled serving period. All cleaning/service of dining/service areas and equipment shall be completed no later than the start of each scheduled meal period and prior to closing of the dining facility for the day's operation. General cleaning shall not be performed during scheduled meal serving periods except for housekeeping.

5.3.2. WAITERS. Hot carts and steel shall not be removed from the floor until after Brigade rise during mandatory meals or as directed by the COR.

5.3.2.1 Waiters shall work at assigned stations during a meal period. Waiters shall remain in full uniform until fifteen (15) minutes after the completion of a meal; this includes waiters that work on early tables.

5.3.3. CONDIMENT/TABLEWARE SET-UP. All dining room tables shall display a complete and proper condiment/tableware set-up except when being prepared for cafeteria service. The basic dining room table set-up is described in TE #6. The Contractor shall assure that table numbers and special identification markers (i.e., VIP and special groups) are placed on tables IAW Government instructions. The Government will provide changes to the basic table set-up as needed, but not later than one (1) hour prior to the scheduled meal period.

5.3.4. PRE-MEAL SERVICE SET-UP. The pre-meal service set-up is comprised of specific food items to be delivered by the Contractor to each scheduled dining room table at least fifteen (15) minutes prior to the scheduled start of each meal period. The items required will vary according to the menu.

5.3.4.1. READY TO SERVE/COLD FOOD ITEMS. See TE #6. Cold items (e.g., drinks, milk, butter, salad, ice, and water) shall not be placed on any table earlier than thirty-five (35) minutes prior to scheduled table meal time. All other items (e.g., bread, rolls, cakes, pies, cookies) shall not be placed on any table earlier than fifty (50) minutes prior to scheduled table meal time. Food items shall not be stacked on top of each other when being transported to tables. The Contractor shall meet with the Chef-in-Charge prior to each pre-meal set up to count and sign for all pre-set items. The Contractor shall meet with the warehouse personnel prior to each pre-meal set up to count and sign for all items coming from the warehouse.

5.3.4.1.1. Fresh fruit and yogurt bars will be available to the Contractor in the kitchen area. The Contractor shall place the bars in each occupied wing.

5.3.5.    HOT CART COUNT VERIFICATION. The Contractor shall count trays of hot food in the hot carts and verify that the temperature of each cart is greater than one hundred forty (140) degrees no later than fifteen (15) minutes prior to each Family Style Meal. The count shall be reconciled against the information provided on the daily breakdown sheet. Any discrepancies shall be reported to the Chef-in-Charge. After verification the Contractor shall not open hot carts until the start of serving. During optional Family Style Meals, when the kitchen is progressively cooking, not all of the hot carts may be ready fifteen (15) minutes prior to the meal.

5.3.5.1. HOT CART DELIVERY. The Contractor shall ensure hot cart electrical plugs are not damaged when unplugged. Hot food carts shall be delivered to the dining room no earlier than ten (10) minutes prior to each scheduled table service. Hot carts shall progressively be delivered to the dining room so that no hot cart is in the dining room more than fifteen (15) minutes prior to serving from that hot cart. Hot carts shall be removed within forty-five (45) minutes after the meal is complete.

5.3.5.2. HOT FOOD SERVINGWARE COVERS. The Contractor shall not remove hot food servingware covers serving pans until the food is served. Hot carts shall be closed between the serving of the trays.

5.3.6. SERVING – MANDATORY MEALS. During mandatory meals hot food shall not be served until patrons take seats. All hot food shall be served within six (6) minutes of the patrons taking their seats.

5.3.6.1. SEATING PATRONS. The Contractor shall seat patrons at all Optional Style Family Meals, ensuring ten (10) patrons at each table.

5.3.6.2. SERVING – OPTIONAL MEALS. Hot food during optional meals, ten (10) patrons should be present at the table before they are served. After ten (10) patrons are at the table hot food shall be served within six (6) minutes. Cold food put on tables and hot carts delivered shall be progressively setup/delivered to the dining room.

5.3.6.3. HOT FOOD PORTIONS. The Contractor shall ensure that specially marked trays of hot food are delivered to the proper table. A hot cart may consist of trays for both heavy tables and regular tables.

5.3.7.    PATRON COUNTS – MEALS. After patrons are seated during Family Style meals the Contractor shall count all vacant seats (holes) in each wing and provide the hole and patron count to the Government. During cafeteria and any other meal serviced by the Contractor the Contractor shall provide a patron count. (See TE #7)

5.3.8. CONTINENTAL BREAKFAST. The Contractor shall serve Continental Breakfast meals to tables identified as Continental. Continental breakfast may also be served as a Take Out.

5.3.8.1 Scheduled Continental Breakfast tables shall be set with the condiment/ tableware set-up indicated in TE #6, with the exception of large dinner plates.

5.3.8.2. The Contractor shall have available throughout the scheduled serving hours a variety of extra cereals and packet (PC) items (e.g., hot chocolate, oatmeal, and instant breakfast grits).

5.3.9. BRUNCH. Brunch is served in lieu of a separate breakfast and lunch meal and has expanded serving hours (See TE #2).

5.3.10. BEVERAGES – OPTIONAL MEALS. At optional meals hot water and coffee shall not be pre-set on tables, they shall be provided after the table is served.

5.3.11. REGIMENTAL ROOM SERVICE. The Contractor shall serve meals Family Style in the Regimental Room. Meals in the Regimental Room are in conjunction with other serving requirements.

5.3.11.1 NOTIFICATION. The Government will notify the Contractor of Regimental Room Meals as indicated in TE #2.

5.3.11.2 FINAL COUNT BILLING SHEET. The Contractor shall complete the Cadet Mess Final Count Billing Sheet (See TE #7) when serving meals in the Regimental Room.

5.3.11.3. TABLE SETTING. Tables shall be set with Government provided special tablecloths and Contractor provided white cloth napkins. Tables shall be re-set before each use.

5.3.11.4. REGIMENTAL ROOM STORAGE ROOM. The Contractor shall ensure that the storage room, located in the Regimental Room, remains in a neat condition at all times (e.g., free of debris and dirt on floor area). Tableware items shall not be placed on the floor.

5.3.11.4.1. REGIMENTAL ROOM. The Contractor shall ensure that the Regimental Room is in a neat condition at all times (e.g., free of debris, dirt on floor area, and excess equipment). The Regimental Room may be used by the Cadet Mess for meetings and other functions.

5.3.12 OKINAWA HALL, CAMP BUCKNER. The Contractor shall serve meals Family Style, Cafeteria, or Take-Out, at Okinawa Hall. See TE #6 for dining room floor plan.

**5.4. CAFETERIA STYLE MEALS:**

5.4.1. SERVING LINES. The serving lines may vary IAW the ordered service; a map (see TE #6) is provided as an example of the basic set-up. The Contractor shall set-up and maintain all serving lines: hot, cold, salad, dessert, beverage, fruit, milk, and pick-up areas. This includes ice at the beverage area and the set up and maintenance of the dish return area. The Contractor shall place food on serving lines IAW the layout provided by the kitchen.

5.4.1.1. The kitchen will stock/place the first containers of food on the serving lines. The Contractor shall provide personnel to serve the main entrée at each of the double-sided hot serving lines and progressively replenish available menu items throughout the scheduled mealtime so that each patron is provided with all items. When the containers are approximately three-fourths (¾) empty, the food container shall be removed and replaced with a full container. The remaining one-fourth (¼) shall then be transferred into replacement containers. Food on serving lines shall remain covered until the serving lines are open. The Contractor shall serve the main entrée in the correct portion size as directed by the Chef-in-Charge. Serving line equipment shall be plugged in and turned on one (1) hour prior to the scheduled mealtime. The Government will place all required food items on the serving line no later than fifteen (15) minutes nor earlier than thirty (30) minutes prior to the scheduled mealtime. The kitchen will check and replenish the back up food items and the hot carts and other staging areas so that the Contractor can replenish serving lines.

5.4.1.1.1. The Contractor shall use bimetallic thermometers accurate to +/- 3 degrees Fahrenheit to assure hot food is at and held above 140 degrees Fahrenheit and cold food is at and held at 32 to 40 degrees Fahrenheit. All food not at these temperatures shall be reported to the Chef-in-Charge.

5.4.1.2. The Contractor shall maintain clean surfaces and floor areas on and around all serving areas for the entire scheduled meal serving period. Normal serving meal period will be scheduled for one and one-half (1½) hours. The exception is brunch, which will normally be served for three (3) hours.

5.4.1.3. The Contractor shall replenish and spot clean hot and cold serving areas. The Contractor shall operate the dish return area and pantries and clean and sanitize tables in designated dining areas.

5.4.1.4. The Contractor shall set-up appropriate tableware items (i.e., trays, plates, silverware, bowls, napkins, glasses, mugs and ice in ice carts). The Contractor shall replenish clean tableware items throughout the scheduled serving time.

5.4.2. The Contractor shall set the patrons dining tables with condiments and table numbers only. Tables may be reused for patrons if properly cleaned and sanitized between patrons use. Any items left by patrons are to be bused before the cleaning of the tables. The occasional busing of eating utensils, tableware items, and trash left by patrons does not constitute routine busing. The Contractor shall clean tables and floors within four (4) minutes of any spill of food or trash during scheduled serving hours.

5.4.3. The Contractor shall clean all self service areas and serving lines after the closing of patron serving lines. All food not disposed of at the Governments direction shall be returned to the kitchen. All kitchen line pans and utensils utilized shall be washed in the pantries and returned to the kitchen. All serving lines, dispensers and other equipment shall be cleaned and neatly parked in their original location. All tables shall be reset with the basic tableware set up, unless the next scheduled meal is required to be cafeteria style or a special meal.

5.4.4. PATRON AND GOVERNMENT RESPONSIBILITIES CLARIFIED:

5.4.4.1. Patrons will perform the following tasks: remove their own trays and tableware items and trash to the dish return areas.

5.4.4.2. The Government will provide separate serving utensils for each item served. During serving times, utensils shall remain in the food with the handle extended out. Cleaned utensils shall be stored in a dry area protected from contamination.

**5.5. TAKE OUT SERVICE.** The Contractor shall provide Take Out Service when offered in the dining room.

5.5.1. STAGING. The number of serving lines may vary IAW the ordered service. The Contractor shall rearrange tables, chairs, stanchions and partitions and return same at the conclusion of the meal.

5.5.2. MENU. The menu may include, but is not limited to, the following:

- a.  Sandwich items
- b.  Lunch meat
- c.  Continental Breakfast items
- d.  Bread items
- b.  Fresh fruit and vegetables
- d.  Milk
- e.  Soup
- f.  Salad and salad dressing
- g.  Cup-a-Soup
- h.  Juice
- i.  Snacks - cookies, chips
- j.  Crackers
- k.  Condiment packets - mayonnaise, mustard, ketchup,
- l.  Brown paper bags
- m.  Plastic sandwich bags
- n.  Paper napkins

5.5.3. PROGRESSIVE REPLENISHMENT. The Contractor shall progressively replenish menu items throughout scheduled serving hours.

5.5.4. CLEARING SERVING LINES. The Contractor shall remove all food from serving lines within twenty (20) minutes after lines are closed to patron service. Cleaning of serving lines shall be completed within sixty (60) minutes after the lines are closed. All food service equipment used shall be cleaned and sanitized and returned to their location. Tables and chairs shall be returned to their original location. All tables shall be re-set with the basic condiment/tableware set-up at TE #6.

5.5.5. The Contractor shall provide to the Government headcount of patrons served.

**5.6. INDIVIDUAL PLATE SERVICE:**

5.6.1. GENERAL. Individual plate service is normally required in the Black, Gold and Gray Room, on the Poop Deck and for Head-tables at special events. Periodically, the Contractor shall provide individual plate service for VIP tables in the dining room. The Government will prepare individual plates of food. The Contractor shall serve each individual plate.

5.6.2. BLACK, GOLD AND GRAY (BGG) ROOM. The Contractor shall serve meals, individual plate style in the BGG Room. Meals in the BGG Room are in conjunction with other serving requirements.

5.6.2.1. NOTIFICATION. The Government will notify the Contractor of BGG Room meals as indicated in TE #2.

5.6.2.2. The Contractor shall deliver dishes equal to the forecast patron count to the Kitchen and Bake Shop on the day of the scheduled meal.

5.6.2.3. TABLE SETTING. Tables shall be set with tablecloths and cloth napkins and shall be changed after each use. Tableware set-up shall be as indicated in TE #6, with condiments appropriate for the meal, NLT one (1) hour prior to the scheduled serving time. At the direction of the COR, tables may be set with display plates, which shall be removed prior to serving.

5.6.2.4. PRE-MEAL SERVICE SET-UP. Cold food items (e.g., drinks, butter, salad, shrimp, ice, water, wine) shall be placed at each individual plate no earlier than forty (40) minutes prior to the meal; cold beverages shall be pre-poured. Ice used for consumption shall be dispensed using an ice scoop.

5.6.2.5. The Contractor shall garnish food and dessert items under the direction of the Government (e.g., place parsley on dinner plate, place ice cream on pie).

5.6.2.6. SERVING. The Contractor shall provide experienced waiters to serve meals individual plate style.

5.6.2.6.1. The Contractor shall have available throughout the scheduled meal hours hot and cold beverages and ice.

5.6.2.6.2. The Contractor shall progressively bus dishes throughout the scheduled meal hours; salad plates, soup bowls and dinner plates shall be removed before serving the next food item.

5.6.2.7. At the conclusion of the meal the Contractor shall sanitize and secure all tableware items in the storage cage. Sanitizing shall be done using the dish machine located in the BGG Room pantry. Tables shall remain un-set until the next scheduled meal. The BGG Room and storage areas shall be secured when not in use.

5.6.2.8. The Contractor shall ensure that the BGG Room is in a neat condition at all times (e.g., free of debris, dirt on floor area, excess equipment, and supplies).

5.6.2.9. All silver items used from the BGG Room shall be polished with a nonabrasive polish as needed so that no tarnished items are used at/on the tables.

5.6.2.10. FINAL COUNT BILLING SHEET. The Contractor shall complete the Cadet Mess Final Count Billing Sheet (See TE #7) when serving meals in the BGG Room.

5.6.3. POOP DECK. The Contractor shall serve meals individual plate style on the Poop Deck. Meals on the Poop Deck are in conjunction with other serving requirements.

5.6.3.1. NOTIFICATION. The Government will notify the Contractor of Poop Deck meals as indicated in TE #2.

5.6.3.2. The Contractor shall deliver dishes equal to the forecast patron count to the Kitchen and Bake Shop on the day of the scheduled meal.

5.6.3.3. TABLE SETTING. Contractor shall set tables with tablecloths and cloth napkins and shall change after each use. Contractor shall set-up tableware as indicated in TE #6, with condiments appropriate for the meal NLT one (1) hour prior to the scheduled serving time. At the direction of the COR tables shall be set with display plates which shall be removed prior to serving.

5.6.3.4. PRE-MEAL SERVICE SET-UP. The Contractor shall deliver cold food items from the kitchen. Cold food items (e.g., drinks, bread, butter, salad, ice, water) shall be placed at each individual plate no earlier than thirty (30) minutes prior to the meal; cold beverages shall be pre-poured. Ice used for consumption shall be dispensed using an ice scoop.

5.6.3.5. HOT CARTS. The Contractor shall deliver the hot food cart to the Poop Deck stairwell no earlier than ten (10) minutes prior to the scheduled serving time.

5.6.3.6. The Contractor shall garnish food and dessert items under the direction of the Government (e.g., place parsley on dinner plate, place ice cream on pie).

5.6.3.7. SERVING. The Contractor shall provide experienced waiters to serve meals individual plate style, including the removal of the display plates.

5.6.3.7.1. The Contractor shall have hot and cold beverages, including ice, available throughout the scheduled meal hours.

5.6.3.7.2. The Contractor shall progressively bus dishes throughout the scheduled meal hours. Salad plates, soup bowls and dinner plates shall be removed before serving the next food item.

5.6.3.8. At the conclusion of the meal the Contractor shall clean, sanitize and secure all tableware items. Tables shall remain un-set until the next scheduled meal. The Poop Deck and storage cabinets shall be secured when not in use.

5.6.3.9. The Contractor shall ensure that the Poop Deck is in a neat condition at all times (e.g., free of debris, dirt on carpeting, excess equipment).

5.6.3.10. All silver items used from the Poop Deck shall be polished with a nonabrasive polish as needed so that no tarnished items are used at/on the tables.

## 5.7. SPECIAL EVENT MEALS.

5.7.1. GENERAL. The Contractor shall serve special event meals. The Government will provide the Contractor with a Cadet Mess Requirement (CMR) for all special events, further clarifying the required services.

5.7.1.1. BANQUET SET-UP. The Contractor shall set special event tables banquet style as indicated in the Cadet Mess CMR. Silverware and serving utensils shall be provided at each table for each item. Wine glasses shall be placed above the knife. Double pie plates; one for bread above the fork, one for dessert stacked on each table. All condiments shall be removed, except salt, pepper, sugar, sugar substitute, and steak sauce at beef meals.

5.7.1.2. HEAD TABLES. The Contractor shall set head tables as indicated in the Cadet Mess CMR and shall provide experienced waiters to provide individual plate style service to head table. Poop Deck tableware shall be used for head tables.

5.7.1.3. TABLE DRAPING/SKIRTING. The Contractor shall drape/skirt table as indicated in the Cadet Mess CMR. Side stands shall be covered with Government provided cloth covers.

5.7.1.4. CLOTH NAPKINS. The Contractor shall provide white cloth napkins for special event meals.

5.7.1.5. TABLE STRIPPING. The Contractor shall strip all but the tablecloth from a varying number of tables not scheduled, but in the area of a special event meal. Tables in the same wing shall be stripped at the direction of the Government.

5.7.1.6. FURNITURE REARRANGING. The Contractor shall move/rearrange tables, chairs as directed in the Cadet Mess CMR or by the COR. Easels, stanchions, coat racks, stages and stairs shall be located as directed in the Cadet Mess CMR.

5.7.1.7. HOUSEKEEPING. The Contractor shall sweep and mop entrance vestibules prior to each special event meals. The men's and ladies rest rooms adjacent to the dining room and the VIP rest rooms down stairs shall be clean and well stocked. Stanchions shall be polished and easels, coat racks, stages, portable stairs, etc., shall be dusted and put in place when required for the event.

5.7.1.8. WAITERS. The Contractor shall provide a minimum of one (1) waiter for each ten (10) tables at Family Style, special event meals.

5.7.1.9. SERVING. Contractor shall serve meals within six (6) minutes after the signal is given to start serving. Coffee shall be served after the hot food when the patrons start their dessert or if requested by patrons. The Contractor shall progressively bus tables throughout the scheduled meal hours. However, during speeches all Contractor personnel shall not bus tables or move about the floor.

5.7.2. SPECIAL EVENT MEALS. The information provided herein is not inclusive in all areas, it merely highlights the Contractors requirements for each event. Hours of operation and set-up for special event meals will vary.

5.7.2.1. 500TH NIGHT BANQUET. Banquet set-up with Family Style service. Individual plate service at head tables. Normally in January, estimated headcount is two thousand five hundred (2500). Contractor support is not required for Take Out dinners.

5.7.2.2. YEARLING BANQUET. Banquet set-up with Family Style service. Individual plate service at head tables. Normally in January, estimated headcount is two thousand five hundred (2500). Contractor support is not required for Take Out dinners.

5.7.2.3. RMC BANQUET (ROYAL MILITARY COLLEGE). Banquet set-up with Family Style service. Individual plate service at head tables. Normally in February every other year, estimated headcount is five hundred (500). Optional dinner Family Style for Cadets.

5.7.2.4. 100TH NIGHT BANQUET. Banquet set-up with Family Style service. Individual plate service at head tables. Normally in February, estimated headcount is two thousand five hundred (2,500). Contractor support is not required for Take Out dinners.

5.7.2.5. PLEBE PARENT BANQUET. Banquet set-up with Family Style service. Individual plate service at head tables. Thirty (30) chairs placed on the front balcony for the band. Normally in October, estimated headcount is four thousand four-hundred (4400). Contractor support is not required for Take Out dinners.

5.7.2.6. ALUMNI DINNER DANCE. Banquet set-up with Family Style service. Individual plate service at head tables. Approximately sixty (60) tables moved. The Contractor is not required to serve alcoholic beverages except wine at head tables. Two (2) dinner dances, normally May and October. The dance will not end until approximately 2400 hours (midnight), estimated headcount is two thousand (2,000) each dinner dance. The Contractor shall bus and clean up tables during the Dinner/Dance. Contractor support is not required for Take Out dinners.

5.7.2.7. ALUMNI LUNCHEON. Banquet set-up with Family Style service. Individual plate service at head tables. Normally in May and home football games, estimated headcount in May is one thousand seven hundred (1,700), football luncheon estimate is seven hundred fifty (750). The Contractor may serve optional Family Style service or Take Out lunch for Cadets.

5.7.2.8. GRADUATION BANQUET. Banquet shall be set-up with Family Style service. Individual plate service at head tables. Place thirty (30) chairs on balcony for the band. Normally in May, estimated headcount is four thousand three hundred (4,300). Contractor support is not required for Take Out.

5.7.2.9. RING BANQUET. Banquet set-up with Family Style service. Individual plate service at head table. Normally late August, estimated headcount is two thousand five hundred (2,500). Contractor support is not required for Take Out.

5.7.2.10. THAYER AWARD BANQUET. Basic table set-up with approximately thirty (30) tables receiving Banquet set-up. Family Style service. Individual plate service at head tables. Normally in September, estimated headcount is four thousand three hundred (4,300).

5.7.2.11. SUPERINTENDENT'S HOMECOMING FOOTBALL LUNCHEON. Cafeteria style service. Mugs and tumblers, silverware, napkins, dessert plates, dessert, juice, water and coffee shall be placed on tables. Cafeteria lines set-up and replenished throughout meal. Normally in October, estimated headcount is five hundred (500).

5.7.2.12. OTHER BANQUETS. Other banquets are normally set-up with Family Style service. Individual plate service at head table. Normally during the academic year, estimated headcount two hundred to eight hundred fifty (200-850) per banquet. The Contractor may be required to serve optional Family Style service or Take Out for Cadets.

**5.8. FIELD FEEDING.** Field Feedings are in conjunction with other serving requirements.

5.8.1. CONDIMENT BOXES. The Contractor shall prepare separate condiment boxes for each Field Feeding site in accordance with the ordered service. Condiment boxes will be provided by the Government and the Contractor shall assemble and put in condiment box: paper trays, plastic ware, cups, paper napkins, bar soap, paper towels, plastic gloves, wash basins, garbage bags, appropriate condiments, etc. A twenty (20) foot sheet of brown paper shall be placed in each condiment box.

5.8.2. LAKE FREDERICK. At the direction of the COR, normally seven (7) days prior to the conclusion of CBT, the Cadets will be issued meals for Field Feeding at breakfast and dinner for approximately one thousand five hundred seventy-five (1,575) new Cadets and other military personnel. Approximately ten (10) to twelve (12) meals will be consumed at Lake Frederick. The Government will return all field equipment to Washington Hall.

5.8.2.1. The Contractor shall prepare separate condiment boxes for each company in accordance with the ordered service.

5.8.2.2. At the conclusion of each Field Feeding at Lake Frederick, the equipment, i.e., food and beverage containers, and utensils, will be returned, by the Government, to Washington Hall, Cadet Mess loading docks. The equipment will normally return at 0730-0800 hours for breakfast and 1930-2000 hours for dinner. The Contractor shall off load the equipment at the loading dock and transport to the pantry and staging area for the condiment boxes.

5.8.2.3. The Contractor shall unload returning trucks from Lake Frederick. The Contractor shall empty containers and inserts, pre-wash containers, inserts, and serving utensils before placing in dish washer for machine washing. The Contractor shall return items to the kitchen.

**5.9. CAMP SMITH.** The Contractor shall provide all supervision, cashier service, and personnel to serve one hundred to two hundred-fifty (100-250) patrons for the breakfast and dinner meals. Serving line and self service areas inside a dining facility at Camp Smith will be utilized. The service shall be performed during the last week in May through the second week of August. Schedule of meals and meal serving times will be provided by the Government each year. Prior to first meal, at the beginning of the season, all areas to be utilized shall be cleaned and sanitized. The Contractor shall provide employee transportation to and from Camp Smith.

5.9.1. The Contractor shall on and off load all supplies and equipment, to include Box Meals and/or MRE's, on Government provided vehicles at the Cadet Mess and Camp Smith. The Contractor shall place box meals and other items transported, that need to be kept cold, into the kitchen refrigerator. Issuing of box meals/MRE's is not a Contractor requirement.

5.9.2. The Contractor shall use a security cage at Camp Smith to secure bulk shipment of condiments or condiment boxes with the appropriate items to support each meal.

5.9.3. The Contractor shall arrive one (1) hour prior to the deliverance of the food to start equipment. The Contractor shall use, maintain, and operate hot food holding carts and serving line. The Contractor shall use bimetallic thermometers accurate to +/- 3 degrees Fahrenheit to ensure that hot food is kept hot at a

temperature of one hundred forty (140) degrees Fahrenheit or above and cold food at thirty-two to forty degrees Fahrenheit (32 – 40) IAW TBMED 530.

5.9.4. The Contractor shall remove the shipping containers from the vehicle and place hot food items into the holding cart then return shipping containers with the previous meal serving pans to the vehicle before unloading other equipment/supplies. Twenty (20) minutes prior to the scheduled meal hour cold food may be placed on the serving line. Ten (10) minutes prior to the scheduled meal hour hot food may be placed on the serving line. Cold food shall be kept cold and hot food hot. All food shall remain covered until the first patron arrives. Contractor shall serve trays of food for each patron throughout the scheduled meal serving hours. This shall be accomplished at a rate of at least six (6) patrons per minute. Portion size will be determined by the Chef-in-Charge.

5.9.5. The Contractor shall set up designated self service areas ( napkins, plastic ware, cups, beverage, cereal, fruit, salad, dessert, condiments, etc.) no later than ten (10) minutes prior to the meal start time.

5.9.6. The Contractor shall prepare an area for the patrons to dispose of garbage/trash. Trash receptacles shall be lined with plastic trash bags and replaced as necessary and after every meal.

5.9.7. The Contractor shall complete all cleaning within one (1) hour of the conclusion of the meal.

5.9.8. The Contractor shall remove all food and equipment from the serving line and self service areas within ten (10) minutes after patrons have departed. All serving lines, hot carts shall be cleaned after every meal. All serving pans and serving utensils shall be pre-washed to be free of all food particles, foreign matter, smudges and stickiness visible to the eye and/or touch.

5.9.9. The Contractor shall wash all tables and bench seats prior to each meal. Dining areas to include all access routes, serving areas and kitchen area shall be swept and mopped.

5.9.10. The Contractor shall neatly stack all supplies/equipment, to be transported back to Cadet Mess, in a designated area.

5.9.11. The Contractor shall accomplish a complete sanitation cleaning of all areas of responsibility, rearrange and clean tables and benches prior to the first scheduled meal.

5.9.12. The Contractor provide cashier services IAW Section 5, paragraphs 5.21. through 5.21.6.1. of this contract. Patrons and/or Contractor personnel required to sign for or pay for a lunch meal shall do so at the breakfast meal.

**5.10. EMPLOYEE CAFETERIA (HELP'S HALL).** Help's Hall is the employee cafeteria and break area. The use of Help's Hall is a privilege granted by the OIC, Cadet Mess. Any employee(s) abusing this privilege will be restricted from further use of this area. (See Cadet Mess Help's Hall SOP)

5.10.1. Normal Help's Hall meal hours are:

| | |
|---|---|
| Breakfast | 0600 – 0830 |
| Brunch | 0830 – 1230 (Sundays and Holidays) |
| Lunch | 1015 - 1215 |
| Dinner/Supper | 1515 - 1830 |

5.10.1.1. Help's Hall shall be open for Cadet's use after they have gone to sick call. The Cadets will present sick slip, to prevent non-sick call Cadets from possibly using the sick call Breakfast. Sick call Breakfast will be served Monday – Saturday 0600 – 0830 Printed Breakfast Menu; 0830 – 1000 Continental (cereal, milk, juice, fruit, Bread Item, Yogurt)

5.10.2. The Contractor shall provide waiter/cashier service during the Help's Hall meal periods. The Government will serve the food in Help's Hall.

5.10.3. The Contractor shall serve special groups Family Style service, set-up no later than fifteen (15) minutes prior to the scheduled meal as directed by the Government.

5.10.4. Any items left by patrons are to be bused before the cleaning of the tables. The occasional busing of eating utensils, tableware items, and trash left by patrons does not constitute routine busing.

5.10.5. The Contractor shall sanitize tableware items and dispose of garbage/trash at the conclusion of the meal and periodically throughout each day. The Contractor shall ensure Help's Hall is in a neat condition at all times (e.g., free of excess tableware, debris, dirt on floor area). The Contractor shall ensure Help's Hall remains sufficiently stocked with mugs, tumblers and dinnerware throughout each day. The Contractor shall ensure that condiments are available for all patrons.

5.10.6. Support personnel (e.g., MP's, USMA Band Members, and AVIT) will dine in Help's Hall during special events. The Contractor shall obtain signatures on the Banquet Support Personnel Signature Sheet (BSPSS) (See TE #7) or cash from special event support personnel as per the direction of the Government. In the event of cash collection the Contractor shall follow procedures in Section 5, paragraphs 5.21. through 5.21.6.1. Contractor shall submit the BSPSS form to the Government by the next official workday.

5.10.7. The meal rate for all personnel will be a per meal rate as directed by the Government. Sharing of meals or portions of meals is prohibited.

5.10.7.1. The cashier shall ensure that all personnel pay the established DOD meal rate before consuming any meal. Any person consuming any part of a meal must pay for an entire meal.

5.10.7.2. The Contractor shall provide the Government with the total number of personnel who dined in Help's Hall for each meal.

**5.11. CONDIMENT ROOM OPERATION.** The Contractor shall ensure that the condiment room remains in a neat condition at all times (e.g., free of debris, dirt and spills on floor area). All items shall be stored IAW TB MED 530.

5.11.1. The Contractor shall not store table condiments, cereal, etc. in plastic trash bags.

5.11.2. The Contractor shall provide an assortment of individual boxes of cold cereal for each breakfast/brunch meal table based upon availability of supply.

5.11.3. The Contractor shall secure the condiment room when not manned by Contractor personnel. The Contractor shall not permit patrons access to the condiment room.

5.11.4. The Contractor shall secure daily deliveries. Deliveries shall not be left unattended.

**5.12. AFTER MEAL CLEANING/SANITATION REQUIREMENTS:**

5.12.1. GENERAL. The Contractor shall sweep, mop and clean floors; clean tables, chairs, and service equipment and ware-washing equipment; wash and sanitize sugar caddies, dishes, mugs, tumblers, bowls, flatware, utensils serving pans and trays; operate dishwashing equipment before, during and after meals; and store and transport cleaned equipment, utensils, dishes, mugs tumblers, bowls, flatware and all utensils to point of use or storage. The automatic cart washer shall be used to clean carts. The Contractor shall segregate and remove trash and garbage and transport to disposal areas and place in appropriate receptacles. The Contractor shall perform all sanitation procedures to meet the standards/requirements of TB MED 530.

5.12.1.1. After each meal period, the Contractor shall complete cleaning NLT thirty (30) minutes prior to the next scheduled meal period, with the exception of the dinner meal when cleaning shall be completed

prior to the closing of the dining facility for the day's operation. The Contractor shall be given at least three (3) hours between the end of one meal and the beginning of the next meal.

5.12.1.2. Waiters may bus table and serving ware no longer needed during the meal if there is no interference with the patrons.

5.12.1.3. All condiments shall be wiped clean after each meal period. Any dishes/bowls utilized as condiment containers shall be removed and replaced with clean containers. Cleaning materials that have been used for other cleaning tasks shall not be used to clean condiment containers. All condiments shall be replaced as needed during the clean up operation. Condiments shall not be discarded until empty or spoiled.

5.12.1.4. To ensure proper sanitation of all closed tables the Contractor shall keep the tables and condiments clean and floors swept and mopped. If set, all tableware items shall be sanitized and the table(s) re-set, including table cloth each third day.

5.12.2. At the conclusion of each meal the Contractor shall:

5.12.2.1. Return to the kitchen, mobile bars, uneaten fruit, unopened yogurt, milk, and at the discretion of the Government, other unopened/unused items (e.g., bread, Danish, hot food). Return all Contractor controlled unopened subsistence to proper storage rooms.

5.12.2.2. Return all unopened beverage containers (e.g., milk and soda) to the kitchen. Milk shall be returned within ten (10) minutes. Milk to be disposed of at the direction of the Government, shall be emptied into the pantries' drainage system along with all other open beverages.

5.12.2.3. The Contractor shall document the quantity of unused/unopened subsistence items returned to the kitchen or warehouse. Contractor supervisory personnel shall sign the return document and shall obtain the signature of kitchen or warehouse personnel on the return document. Both the Contractor and the Government will retain copies.

5.12.2.4. Transport stainless steel serving ware to the pantries first, then tableware items. Ensure busing carts and pantry tables are not overloaded. Pre-wash and sanitize all items. All unserviceable items (e.g., cracked, chipped, broken, leaky) shall be exchanged by the Government who will indicate disposal method. (See TE #7)

5.12.2.5. Shake all tablecloths after each use to remove debris. Remove all garbage/trash to the South pantry. Containers with liquid contents shall not be placed into plastic trash bags. All garbage shall be dumped into the designated disposal units, with the exception of rice, steak, bones, and Popsicle sticks. These items shall be placed into the plastic bags along with the table trash. Plastic trash bags shall not be placed on any part of the dining room tables or chairs.

5.12.2.6. Clean and sanitize all table tops, vertical edges, the seats and backs of the chairs, and table numbers/stands. Partitions and chair legs, rungs and framework shall be spot cleaned to remove soil and spillage.

5.12.2.7. Re-set all tables neatly and uniformly with the basic condiment/tableware set-up. (See TE #6)

5.12.2.8. Vertical and horizontal table alignment shall be accomplished after every meal. Check for broken and unsteady chairs. Replace defective chairs. Report all unsteady tables to the Government.

5.12.2.9. TABLE NUMBERS. The Contractor shall assure all tables are properly numbered IAW dining room map.

5.12.2.10. The Contractor shall not place silverware baskets or mug/tumbler racks on the floor, on a chair or table top. At the completion of the clean-up operation all racks and baskets shall be stored inside the

busing cart or on the bottom shelf of the side stand. Side stands and busing carts shall be free of dirt, dust, soil, food particles, liquid, and any foreign matter.

5.12.3. FLOORS:

5.12.3.1. GENERAL. The Contractor shall keep floors clean so that no visible dirt or dust remains on floors, floor mats or runners, in corners, behind doors, or under furniture and equipment. Cleaning shall be done in such a manner that no dust is raised. The Contractor shall sweep, scrub, and mop all dining room floors, to include all access routes and serving areas after each meal. At no time shall excessive amounts of water be used or allowed to accumulate during the cleaning process. Furniture and equipment shall be moved as necessary during the cleaning process and shall be replaced at the completion of cleaning. Chairs shall not be placed on tables at any time. Vinyl and painted floors shall be cleaned, striped, scrubbed and/or buffed with a floor buffer. The Contractor shall perform all sanitation procedures to meet the standards/ requirements of TB MED 530. Use manufacturer recommended cleaner for each type of floor.

5.12.3.2. SPOT FLOOR CLEANING. The Contractor shall remove all spills around serving and dining areas within four (4) minutes during serving periods. Spot cleaning shall be accomplished by hand removing, sweeping or damp mopping small areas as necessary to remove food or beverage spills and debris from dining area floors. This requirement includes the removal of water, sand, dirt, chewing gum, debris, or stains. The Contractor shall, within four (4) minutes, clean spills on carpeted floors to prevent stains from setting into the carpet. Mops, brooms, buckets, etc. for spot cleaning shall be staged in the pantries.

5.12.3.3. HOT CART AREA FLOORS. The Contractor shall sweep, scrub, and mop hot cart area floors during each meal, while the hot carts are on the dining room floor. Carts not in use shall be moved to allow proper cleaning under them. Floor buffers may be used to scrub these floors.

5.12.4. HOT CART CLEANING. The Contractor shall clean all hot carts, including carts not utilized for the meal, using an approved sanitizing solution NLT one (1) hour after the conclusion of every meal. The interior of the hot carts, to include the rubber door gaskets shall be free of food, food particles, food spills, serving ware, etc. The exterior shall be free of all dirt, smudges, food particles, dust, water residue, and tape residue. The waiters shall not clean hot carts during meal serving hours.

5.12.5. TABLECLOTHS AND CLOTH NAPKINS. The Contractor shall use Government provided tablecloths on all tables. Government provided colored cloth napkins shall be used in the BGG Room. Contractor provided white cloth napkins shall be used at Regimental Room meals, Mandatory Family Style dinner meals, and at special event meals. Linens shall be stored in specified sites out of sight of patrons.

5.12.5.1. After each use tablecloths and cloth napkins shall be replaced with clean tablecloths and cloth napkins. Tablecloths and cloth napkins torn or with holes shall not be placed on any table.

5.12.5.2. Colored tablecloths and cloth napkins shall not be mixed in with white and shall be kept separate by color/item.

5.12.5.3. RETURNS. The Contractor shall return all Government provided soiled tablecloths and colored cloth napkins to the Linen Room. Soiled tablecloths shall be shaken to be free of all debris before being returned; scheduled times for return shall be set by linen room personnel.

**5.13. DISHWASHING.** The Contractor shall provide dishwashing service as follows and IAW TB MED 530.

5.13.1. DISHWASHING OPERATIONS. Flatware and serving utensils shall be placed in the dish machine so food contact surfaces are exposed to all dishwashing cycles. The dishwashing room/area shall be cleaned after each meal. The Contractor shall provide all chemicals used in dishwashing procedures.

5.13.1.1. The clean-up operation after a meal shall be divided between both pantries unless the table count is less than one hundred seventy-five (175) tables or when directed by the Government. The entire dishwashing operation shall be completed in time to set up for the next meal with the exception of the dinner meal when cleaning shall be completed prior to the closing of the dining facility for the day's operation.

5.13.2. DISHWASHING COMPOUNDS. The Contractor shall use commercial grade dishwashing machine compounds and rinse additives that meet Federal Specifications P-D-1800 and P-R-1272, respectively. The Contractor shall submit manufacturers product literature indicating compliance with these specifications to the KO NLT fourteen (14) days prior to the contract start date. (See TE #4) The Contractor shall maintain MSDS sheets on all products.

5.13.3. MAINTENANCE. The pantries shall periodically, at Government discretion, be closed for maintenance and/or repair.

5.13.3.1. BEFORE OPERATION. Before operating equipment, the Contractor shall visually check equipment for signs of damage, and see that connections are secure. The Contractor shall submit a work order to the Government when deficiencies are found during such checks.

5.13.4. PERSONNEL. Only those Contractor personnel trained in the operational procedures shall operate the dishwashing machines.

5.13.5. NOTIFICATION. The Contractor shall immediately notify the Government any time that the dish washing water temperature cannot be maintained at or above minimum prescribed temperatures IAW TB MED 530. In the event of a mechanical failure, the Contractor shall notify the Government.

5.13.5.1. EMERGENCY PROCEDURES. In the event that adequate and suitable amounts of hot water cannot be obtained to accomplish automatic cleaning, the Contractor shall: wash and rinse free of detergent all stainless steel pitchers and ice bowls. In addition they shall be immerse for a minimum of 1-minute in a chlorine solution (See TB MED 530). A test kit or other device that accurately measures "parts-per-million" of concentration of solution shall be on hand in each facility and shall be used to monitor the sanitizer concentration. In the event of power or mechanical failures during meal service, the Contractor shall notify the COR. When directed by the COR, the Contractor shall perform dishwashing by other methods IAW TB MED 530.

5.13.6.    PRE-WASHING AND SCRAPING. Before being placed in the dishwashing machines all tableware items, silverware, aluminum sheet pans, stainless steel serving ware (e.g., vegetable pans) shall be pre-washed. Silverware shall be washed twice; first with the handles in the down position and then inverted with the handles in the up position. Waiters that are serving tables shall not pre-wash, scrub, or load dirty steel or tableware.

5.13.7. PROGRESSIVE CLEANING. The Contractor shall accomplish washing of serving ware as items are used and placed in storage. Upon cleaning, the items shall be returned to storage. The Contractor shall store serving ware upside down on the shelves and maintain the shelves (including portable shelving/dollies) in a clean, sanitary and orderly condition. Cabinets and shelves shall be washed and sanitized prior to equipment being placed on the shelves. All storage room areas shall be maintained in a sanitary condition.

5.13.8. To ensure all items are properly cleaned and sanitized in the dishwashing machines the Contractor shall, when ordered service is for more than one thousand (1,000) patrons, shut down each dishwashing machine, drain the dirty water, remove food particles from the interior of the machine and refill with clean water. This shall normally be accomplished once midway through each clean-up operation or more frequently if deemed necessary by either the Contractor or the Government.

5.13.9. DRYING. All dishware, flatware, trays and utensils shall be air-dried IAW TB MED 530.

5.13.10. HANDLING. The Contractor shall handle cleaned and sanitized dish ware and utensils in such a manner that protects them from contamination. Flatware shall be touched by the handles. Dishware shall be handled without contacting food contact surfaces.

5.13.11.The Contractor shall drain and clean dishwashing equipment after each use. Dishwashing machines shall have the curtains, spray arms, trays, and other removable parts removed, cleaned, and left out to air dry. The removable parts and the interior surfaces shall be free of foreign matter and smudges. Exterior surfaces, dish tables and walls shall be scrubbed with detergent and rinsed clean with hot water, after each meal. Pre-wash sinks, conveyer belts, garbage disposals, and removable covers shall be cleaned and free of foreign matter and smudges. Garbage/trash, liquid and broken pieces of plastic ware shall not be swept or hosed into the elevator shaft. Lime deposits shall be removed weekly with an approved de-liming agent. The Contractor shall thoroughly de-scale the dishwashing machines weekly.

5.13.12 CARTS. The Contractor shall not reload busing carts with clean items until they are washed with hot detergent water and sanitized. Wheels of all carts shall be greased with a grease gun a minimum of two (2) times each month and whenever a wheel is squeaky.

5.13.13. DE-STAINING. The Contractor shall de-stain the dining room table plastic ware including glasses, bouillon cups, butter dishes, etc., on a daily basis, to prevent stain build-up. By contract start date, the Contractor shall provide to the COR, for approval, a de-staining schedule. Periodically, the Contractor shall be required to de-stain an item not on the schedule for the day. This may occur prior to a special event or under the direction of the COR when an item is observed with heavy stain build-up.

5.13.14. EQUIPMENT AND UTENSIL SANITATION. For those cleaning tasks done less often than after every meal, the Contractor shall provide the KO for approval, by contract start date, a cleaning schedule. This schedule shall include the day, time of day, and shift when the cleaning shall be accomplished. (See TE #4). If the schedule is disapproved the Contractor shall re-submit for approval within fourteen (14) days.

**5.14. ICE MACHINES.** The Contractor shall wipe clean the exterior surfaces of the ice machines after each meal and prior to the next scheduled meal. The ice machines shall be emptied and the interiors thoroughly cleaned and sanitized once each month, different ice machines may be scheduled on different days. Ice machines shall be emptied, cleaned and sanitized whenever an unsanitary condition exists. Properly cleaned ice machines shall be free of dirt, dust, mold, grease, residue and foreign matter. The contractor shall arrange to have the machines turned off and back on for cleaning. Ice transfer utensils (scoops) shall remain outside the ice bin and shall be protected from contamination

**5.15. FLOORS.** During pantry operation the floors shall remain in a safe condition. Food spills shall be cleaned within four (4) minutes. Garbage containers shall be emptied before any overflow. Mops shall be hung with the handle up. The Contractor shall remove mop strings from all floors and equipment.

5.15.1. FLOOR DRAINS. The Contractor shall ensure trash and debris does not enter floor drains. The Contractor shall submit a work order for any drains without covers. Floor drains shall be cleaned daily to remove accumulations of scum, slime, foreign objects and residue.

5.15.2. FLOOR CLEANING. The Contractor shall clean and scrub floors with a cleaning solution and rinse with clear hot water and squeegee dry at the conclusion of each meal.

5.15.3. WAXING AND BUFFING. The Contractor shall wax and buff floors to maintain a high gloss finish. A general, nonskid type liquid wax shall be used on all asphalt tile, linoleum, rubber tile and vinyl tile flooring. No wax is to be applied to ceramic tile, quarry tile, concrete, terrazzo, slate, or painted floors.

5.15.3.1. WAX STRIPPING. The Contractor shall strip wax from floors. Dirt, streaks, scuff-marks, and old wax deposits shall be removed using an approved solvent for wax stripping. Following the stripping operation, new wax shall be applied and the floors buffed to a uniform smooth gloss. The wax stripping operation will be considered satisfactory when floors are free of dirt, streaks, scuff marks, and old wax; new wax applied; and the floors buffed to a uniform smooth gloss. Waxed floor, to include Helps Hall, shall be buffed as needed to maintain the uniform smooth gloss.

5.15.4. SWEEPING. Sweeping shall be performed in such a manner that no dust is raised. A properly swept floor shall be free of debris and visible dirt, dust, grit, lint and food residue.

5.15.5. MOPPING. Mopping shall be performed with care to avoid splashes on equipment, furniture, walls, trim, doors, curtains and adjacent carpets. A properly mopped floor shall be free of dirt, dust, food residue, mop strings, film, streaks, debris, standing water and water stains.

5.15.6. SCRUBBING. Scrubbing shall be done using a detergent solution, followed by a plain water rinse. A properly scrubbed floor shall be free of imbedded dirt, marks, film, debris, stains and standing water. Electric floor machines may be used.

5.15.7. CARPET VACUUMING. Carpet vacuuming shall be accomplished with an electric vacuum. A properly vacuumed carpet shall be free of lint, dust, dirt and food particles.

5.15.8. CARPET SHAMPOOING. Carpets shall be shampooed clean using a steam extraction method. Small pieces of furniture shall be moved to shampoo the entire carpet. Following shampooing operation, carpet areas shall be free of dirt, food particles, stains, and foreign matter.

**5.16. INSECT AND RODENT CONTROL.** The Government will provide insect and rodent control service for Government furnished facilities. The Contractor shall conduct operations in a sanitary manner to prevent the attraction of insects, vermin and rodents. The Contractor shall also take those actions directed by the Government insect and rodent control team or the Veterinarian to control insects and rodents

5.16.1. The Contractor shall prepare the pantries for fumigation as directed by the Government. After the fumigation process is complete the pantries shall be cleaned and sanitized, to include both the inside and outside of the dishwashing machines, walls, floors, stainless steel storage cabinets, the south scullery elevator, and all other contact surfaces.

5.16.2. To prevent birds and rodents from entering the dining room the Contractor shall ensure doors are kept closed. The Contractor shall turn in a work order for any screens that need repair.

**5.17. COMPACTOR OPERATIONS:**

5.17.1. The Contractor shall dispose of trash and garbage delivered to the disposal area from all departments, prevent garbage accumulation in the sculleries or near the freight elevator, ensure spills in or near the freight area are cleaned within fifteen (15) minutes, flatten all cardboard boxes before disposal and use cardboard bailer. The Contractor shall complete bailer operations prior to the start of the next meal and prior to closing.

5.17.2. The Contractor shall thoroughly clean, garbage containers and covers, with hot water and detergent each time they are emptied and prior to reuse or return to the appropriate department.

5.17.3. The compactor area, including loading dock, adjacent roadway and walls and doors within the immediate area shall be scrubbed once daily and as needed to maintain cleanliness. Spills and garbage shall be cleaned within fifteen (15) minutes.

5.17.4. When the compactor is hauled away (normally Monday, Wednesday, and Friday) the Contractor shall thoroughly clean the vacated and surrounding area, to include the drain, to remove all grease and other debris. The Contractor shall have approximately forty-five (45) minutes to complete the required cleaning before the compactor is returned.

**5.18. RECYCLING.** The Contractor and its employees shall comply with USMA Regulation 200-4 and local regulations for recycling.

**5.19. HOUSEKEEPING:**

5.19.1. GENERAL. The Contractor shall sweep, mop and clean floors, vacuum and clean rugs/carpeting where installed; clean woodwork, walls, ceilings, furniture and equipment as specified in this contract. The Contractor shall perform all cleaning and sanitation procedures to meet the requirements of this contract and TB MED 530. The Contractor shall perform housekeeping in accordance with the task and frequency chart at TE #2. Weather, traffic or other conditions may demand additional cleaning by the Contractor to ensure that facilities and equipment are clean, neat and sanitary at all times.

5.19.2. PLANNING AND SCHEDULING. No later than fourteen (14) days prior to the contract start date, the Contractor shall submit to the KO for approval a plan of the methods and equipment and janitorial supplies proposed for housekeeping and cleaning. (See TE #4) If disapproved the Contractor shall re-submit for approval within seven (7) days. The plan shall include a schedule by facility of the day and general times each requirement is to be performed. The schedule should recognize that only essential cleaning shall be accomplished in the food preparation areas while meals are being prepared.

5.19.3. LAVATORY CLEANING. The Contractor shall service lavatories after each meal period, and as needed. Trash receptacles shall be emptied and dispensers refilled after each meal, and as needed. Clean lavatories shall be free of dirt, grime, stains, residue, and foreign matter. Clean lavatory fixtures shall be free of dirt, grime, stains, residue, and streaks. Walls, floors, and partitions shall be free of dirt, grime, stains, residue, graffiti, and foreign matter. Mirrors and dispensers shall be free of dirt, grime, stains, hand prints, streaks, and spots.

5.19.3.1.TOILETS. Toilets, toilet seats and urinals shall be washed inside and out with a nonabrasive disinfectant cleanser and when dry shall be free of streaks and stains. No rust or scale deposits shall be left under the rim.

5.19.3.2.DISPENSERS. The Contractor shall have all paper towel, toilet paper, and hand soap dispensers supplied prior to the start of each meal period, and as needed. Supplies to replenish dispensers shall be on-hand. Soap dispensers shall be refilled with antimicrobial soap.

5.19.3.3.FLOORS, WALLS AND PARTITIONS. The Contractor shall clean lavatory floors. Excess water shall be removed from the floor. Walls and toilet partitions shall be spot cleaned daily and thoroughly cleaned weekly, with disinfectant. Particular care in cleaning shall be emphasized around the floor adjacent to urinals and toilets to eliminate odors. Mops, brooms, and brushes used in cleaning restroom's shall be distinctively marked and shall not be used for cleaning other areas and shall be stored IAW TB MED 530.

5.19.3.4. EQUIPMENT RESTRICTIONS. The Contractor shall not use mops, brooms, and brushes used in cleaning of bathrooms for cleaning in any other areas. They shall be identified by red or red painted handles and stored separately when not in use.

5.19.3.5. EMPLOYEE LOCKERS. The Contractor shall maintain employee lockers, where provided, in a neat and sanitary condition. Dirty, damaged or discarded uniforms shall not be stored or permitted to accumulate in lockers. The Contractor shall clean all lockers weekly, as a minimum, including inside those that are not locked. No food shall be stored in lockers.

5.19.4. HAND WASHING SINK AREAS. The Contractor shall clean all sinks, designated for hand washing, after each meal period, and as needed. A supply of disposable paper towels and antimicrobial soap shall be available in dispensers at all times.

5.19.5. UPHOLSTERY SHAMPOOING. Poop Deck chairs shall be checked after each use and spot shampooed as needed. Properly shampooed upholstery shall be free of liquid, odors, stains and visible dirt.

5.19.6. DUSTING AND CLEANING. Furniture, decorations, non-food contact surfaces, shall be dusted and/or cleaned. A properly dusted/cleaned surface shall be free of dirt, dust, grease or other matter, streaks, spots or water residue.

5.19.7. POLISHING. Polishing shall be accomplished using a nonabrasive polish. Polishing shall be done on metal equipment, fixtures and decorations, and on wood furniture, walls and decorations. A properly polished surface shall be free of streaks, polish residue and shall present a uniformly bright appearance.

5.19.7.1. All silver shall be polished as needed. A properly polished piece of silver shall be free of streaks, polish residue and shall present a uniformly bright appearance and no tarnish.

5.19.8. WALL, DOOR AND HANDRAIL CLEANING. Smudges, stains, spillage, dust and dirt shall be removed from walls, stainless steel, wainscots, doors, door frames, posts, handrails, partitions, baseboards, trim, molding, jambs, window ledges and wall mounted fixtures. Walls are inclusive of the area from ceiling to floor. Particular care shall be given to removing hand smudges, grease and splashes on baseboards, doors and trim. Properly cleaned areas shall be free of dust, dirt, mold, mildew, stains, streaks, lint, smudges, grease and water spots.

5.19.8.1. DOOR RUNNERS (BGG, REGIMENTAL ROOM). The Contractor shall thoroughly clean all runners to be free of dirt, debris, residue, foreign matter, once monthly.

5.19.8.2. DUCT CLEANING. All ducts and vents shall be vacuumed and the surface shall be damp wiped. Cleaning the interior of ducts or conduits is not required by the Contractor. A properly cleaned duct or louver shall be free of visible dust, dirt, grease and other matter, spots, streaks and residue.

5.19.9. INTERIOR GLASS CLEANING. A properly cleaned glass surface shall be free of dirt, dust, grease, water spots, streaks, residue and foreign matter.

5.19.10. HALLWAYS (WALLS AND FLOORS). Properly maintained hallways are free of dirt, debris, stains, grease, spots, and residue at all times. The Contractor shall remove all skids/pallets, milk crates, racks and other equipment for complete cleaning. The Contractor shall clean and scrub floors with a cleaning solution and rinse with clear hot water.

5.19.11. FLOOR FANS. The Contractor shall clean all dining room floor fans at the end of Academic Year, Spring and Christmas Leave, or as directed by the COR, to include removing and cleaning nets in warm soapy water and air drying and replacing. Fans, including nets shall be free of dirt, dust, grease or other foreign matter, spots, streaks and residue. The Contractor shall turn in a work order on fans that need repair or painted.

5.19.12. VENETIAN BLINDS. The Contractor shall clean venetian blinds twice a year and spot clean as needed to remove, bugs, dirt, dust, grease, stains, spots, streaks and foreign matter.

5.19.13. GREASE TRAP ROOM. The Contractor shall clean the grease trap room at least once a month and as directed by the COR.

5.19.14. CLEANING ELEVATOR PITS IN THE SOUTH PANTRIES. Contractor shall remove debris, garbage and trash after elevators are lifted once quarterly. The Contractor shall arrange to have the elevator lifted. After cleaning, the elevator pit shall be free of debris, garbage, trash, grease and dirt.

5.19.15. GROUNDS MAINTENANCE. Before each meal or special event the Contractor shall sweep and mop the front foyer, all vestibules, outside steps and landings and police the grounds fifteen (15) feet around the Cadet Mess and Okinawa Hall. (mopping outside is not required 1 November through 1 March) Priority care shall be given to the front entrance steps and the steps closest to the employee cafeteria. Policing of the rear of the Cadet Mess shall include from the stairs leading up to the Cadet Chapel, through the tunnel to the first underpass and along the rock embankment. Cleaning includes removing all debris, leaves, paper, trash, cigarette butts and any foreign matter.

5.19.15.1. SNOW AND ICE. The contractor shall remove snow and ice and place ice melting compound on the outside steps, landings and ground area extending fifteen (15) feet from the base of the steps. Areas shall be maintained to be free of snow and ice and to provide safe access routes prior to start of meal. Priority care shall be given to the front entrance steps and the steps closest to the employee cafeteria.

5.19.15.2. FRONT BALCONY OVERLOOK. The Contractor shall remove all debris, paper, trash, leaves and any other foreign matter from the front balcony overlook.

5.19.16. NLT the second week of May each year, the Contractor shall accomplish a complete cleaning of Okinawa Hall Camp Buckner and the outside area. Cleaning is subject to and shall pass inspection by the Preventive Medicine Activity.

5.19.16.1. CLEANING INCLUDES:

   a. Dusting of all rafters (To be completed first)
   b. Cleaning of walls, all window screens and inside of windows, window sills
   c. Removal of leaves and debris around the building from fifteen (15) feet out from the front deck up to the medic building over to side walk down to lower parking lot.
   d. Cleaning of bathrooms
   e. Cleaning busing carts, hot carts and side stands
   f. Cleaning of pantries, including equipment
   g. Cleaning tables and chairs
   h. Sweeping, stripping, mopping, waxing and buffing floors
   i. Cleaning tableware items
   j. Completing inventory of equipment and tableware

**5.20. ADMINISTRATIVE REQUIREMENTS:**

5.20.1. PUBLICATIONS. One complete set of the Government publications will be provided to the Contractor by the Government. Requirements for distribution of changes and supplements will be established by the KO. The Contractor shall maintain all publications. See Section 6.

5.20.2. REPORTS. The Contractor shall collect, compile, and maintain on file, data necessary to furnish reports as specified in Section 3.

5.20.3. POSTER/DISPLAYS. The Contractor shall display posters furnished by the Government which pertain to fire prevention, nutrition and weight control programs, health and sanitation measures, accident prevention, and similar purposes pertinent to Army activities.

5.20.4. BREAKDOWNS. The Contractor shall prepare Daily Break Down Sheets for table/hot carts breakdown (see TE #7) for each meal in accordance with the ordered service and specific information, updates and revisions provided by the Cadet Mess Operations Section and the COR.

5.20.4.1. The Contractor shall deliver copies of each breakdown as follows: three (3) copies to the COR Office, one (1) copy to the Operations Section, three (3) copies to the Food Preparation Section, one (1) copy to the Bake Shop, and one (1) copy to the Meat Preparation Section. All copies shall be delivered NLT four (4) hours prior to the meal.

5.20.4.2. At Okinawa Hall the Contractor shall provide copies of the daily breakdown sheet to the Chef-In-Charge and COR/QAE NLT four (4) hours prior to each meal.

5.20.5. FINAL COUNT BILLING SHEET. The Contractor shall complete a Final Count Billing Sheet for each meal in the Regimental Room and Black, Gold and Gray Room and provide to the Government at the conclusion of the meal. If the Contractor does not receive a billing sheet, one shall be requested from the Government NLT thirty (30) minutes prior to the scheduled serving time.

5.20.6. RECONCILIATION SHEETS. The Contractor shall be provided a Cadet Mess Manifest for Contract Services form for each day of service indicating patron and service forecast. Once the Contractor has delivered services he shall indicate on the form the actual services provided. The Contractor and the COR shall indicate agreement on patron forecast and services provided by signing the form after each day of service. The COR will retain the original and furnish the Contractor with a copy.

5.20.7. COORDINATION MEETINGS. The Contractor shall attend coordination meetings pertaining to special event meals as indicated in the CMR for each event.

5.20.8. SUPPLY/SUBSISTENCE REQUESTS. The Contractor shall order all subsistence and replacement supplies from the Cadet Mess warehouse utilizing USMA Form 6-107 and DA Form 3161, and shall acknowledge quantities received. Only authorized Contractor employees shall order or receive supplies, and subsistence. Subsistence orders shall be made daily, Monday through Friday. Subsistence request forms for weekend requirements shall be prepared each Friday, with separate request forms for each day. Supply orders shall be made on an as needed basis. All orders shall be placed before 1200 hours (noon).

5.20.8.1. The Contractor shall submit all request forms, with the quantity and type of items, to the COR/QAE for signature approval before forwarding to the Cadet Mess warehouse. Tablecloth requests shall be forwarded to the Cadet Mess Linen Room.

5.20.8.2. INVENTORY. A daily inventory sheet shall be submitted to the COR along with the request forms. See TE #7. The COR/QAE will conduct unscheduled inspections of subsistence and supplies.

5.20.8.3. Subsistence and supply items will be transported to Okinawa Hall by the Government. The Contractor shall not transport subsistence or supply items.

5.20.8.4. The Contractor's authorized employee(s) shall order, pick up and acknowledge acceptance of all items necessary for special events from the warehouse and linen room (e.g., silverware, seat cushions, stanchions, easels, stage, and stairs). All items received for special events shall be returned NLT noon the next working day and shall be counted, separated, and grouped by item.

5.20.8.5. LINEN REQUESTS. The Contractor's authorized employee(s) shall request, pick-up and acknowledge acceptance of Government furnished tablecloths and colored cloth napkins from the Linen Room. The request form shall be prepared daily, Monday through Friday. The Friday request form shall include any tablecloths required for weekend meals, to include the Monday breakfast meal. The tablecloths for weekend meals shall be stored and secured by the Contractor until needed for each meal.

5.20.8.5.1. A copy of the request form, signed by the Contractor's authorized employee(s) acknowledging receipt of all items, will be retained by the Government and a copy shall be retained by the Contractor.

### 5.21.    CASH COLLECTION FUNCTIONS:

5.21.1.  HEADCOUNT/CASHIER. The Contractor shall provide headcount/cashier service during all meal serving periods. Headcount/cashier service shall be performed to maximize diner flow and control personnel from entering the dining facility without proper identification and payment. The Contractor shall provide personnel, who shall devote full attention to accurately admitting and accounting for all diners, on appropriate forms as required in paragraph 5.21.2. Assigned personnel shall not perform additional duties (i.e., monitoring the dining room, maintaining order or selling newspapers). Sufficient number of forms shall be available for diner signatures. Contractor personnel shall understand instructions and form used in performing these duties to permit a flow rate that corresponds with the serving line rates. The headcounters/cashiers shall ensure all authorized diners have proper identification, sign appropriate headcount forms and pay cash if applicable.

5.21.2. CASH COLLECTION FUNCTIONS. The Contractor shall obtain the pre-numbered Guest Meal Collection Sheet from the Cash Receipts Branch , Treasurer, USMA.  The Cash Receipts Branch will maintain a log of acquisitions and distribution of these documents to ensure that accountability for the issue and return of cash sheets is accomplished.  The log will include; form number, date of deposit to the Cadet Bank and the amount of cash collected and recorded on the sheets. Only eligible diners shall be permitted to enter dining facilities.  The rate stated in the most current Dining Facility DOD Reimbursable Rate Memorandum shall be charged.  The Contractor shall use DA Form 3032 or DD Form 1544 to record attendance and meal rates of personnel at each meal period.   Separate forms shall be used for each day.

5.21.3. CONTRACTOR EMPLOYEES. At each facility a DD Form 1544 shall be completed in accordance with AR 30-1. The Contractor shall collect cost of the total meal from all Contractor employees who consume any part of a meal. Only Contractor employees on duty are authorized meals at the dining facility.  When purchasing meals, Contract employees shall pay the appropriate meal rate.

5.21.4. CHANGE FUNDS.  The Contractor shall provide sufficient change in each dining facility to make change for any diners who pay cash for their meals.

5.21.5. The Contractor shall account for and safeguard all cash and controlled forms IAW DoD FMR 7000.14-R, VOL. 5 and VOL. 13, AR 215-1 and AR 30-1.  The Contractor shall ensure that cash and cash collection sheets for the preceding day are deposited and turned- in at the Cadet Bank the next official workday.

5.21.6. The Treasurer will report immediately any missing cash sheets to the KO.  The Contractor shall be liable to the Cadet Mess Ration Fund for any lost sheet. The amount of liability shall be equal to a full sheet at the higher rate in accordance with AR 30-1.

5.21.6.1.The Contractor shall be liable for the amount of funds associated with the number of signatures on the Cash Collection Sheet.

**5.22. MISCELLANEOUS REQUIREMENTS:**

5.22.1. PALLETS/SKIDS. Pallets and skids used for deliveries to the condiment room and dining room shall be returned to the basement by the Contractor.

5.22.2. EQUIPMENT. Hot food carts, side stands, and busing carts shall be positioned in the dining room so as not to damage the wood work, block any doors, or as indicated by the COR.

5.22.3. CLEANING RESTRICTIONS. The Contractor shall not use steel wool for any cleaning process. Muriatic acid, gasoline, alcohol, or any other volatile, or highly flammable liquid shall not be used at any time. Ammonia shall not be used in the dining room.

5.22.4. CHEMICAL STORAGE. Chemicals shall be stored in original containers that identify the type of chemical, instructions for use and dilution, and a hazard warning IAW OSHA standards.

5.22.5. CLOTH NAPKINS AND UNIFORM STORAGE. The Contractor shall store Contractor furnished cloth napkins and uniforms in a clean place. If not protected from contamination by the physical confines of the storage facility, plastic or other appropriate covering shall be used.

5.22.6. FURNITURE REARRANGING. The Contractor shall move, set up or rearrange dining room furniture, curtains, stages and stairs for various meetings, meals, special events and/or when it is necessary to make repairs to the dining room, etc. and return same at the conclusion of the function. Furniture shall be handled with care to prevent any damage during movement or storage. Tables shall be lifted and carried. Tables shall not be slid across the floor. Chairs shall not be placed on table tops.

5.22.7. FURNITURE REPAIR. Monthly, a Government vehicle and driver will transport to and pick up furniture from the Post Furniture Repair Shop. The Contractor shall provide sufficient personnel to load and unload the furniture (normally this will be chairs and a load is usually fifty (50) chairs) at mess hall sites. The Government will notify the Contractor NLT twenty-four (24) hours prior.

5.22.8. MINOR MAINTENANCE. The Contractor shall provide and replace light bulbs and florescent lights in his offices/storage area when needed.

## 5.23    SUPPORTING COST DATA

5.23.1. An automated/computerized time card reporting system must be installed at each of the locations to be covered under this requirement.

5.23.2. An annual contract cost budget detailed by cost element monthly must be submitted at the beginning of the contract period of performance to be used as a basis for measuring actual contract performance.

5.23.3. Invoices for labor costs must be supported with the inclusion of a labor summary report by labor category and employee listing. The report will summarize the labor hours and dollars incurred by each employee for each pay period.

5.23.4. Invoices for other direct costs must be detailed by item (i.e. supplies, equipment, etc.) Items over $500 must include a vendor invoice and purchase order. The contractor

must maintain a log listing other direct costs valued at less than $500. The costs for these items must be supported by vendor invoices and purchase orders that can be provided to the Government upon request.

6.    APPLICABLE PUBLICATIONS AND FORMS

6.1. General. Documents applicable to this contract are listed herein and will be in effect at the start of the contract. The Contractor shall adhere to these documents unless otherwise specified in this contract. Supplements and/or amendments to these publications may be issued during the life of the contract and shall be considered to be in full force and effect as to the effective date of the supplement and/or amendment unless it impacts upon contract price. In such cases the Contractor shall notify the KO. Performance in these cases shall begin only upon receipt of a Change Order issued by the KO. All publications and forms, except commercial publications, listed herein shall be provided by the Government at the start of the contract. The Contractor shall keep all issued publications posted and up-to-date. Upon completion of the contract, the Contractor shall return to the Government all issued publications and unused forms.

6-1.1. Supply of Publications. The Contractor shall request additional Government publications from the KO on forms supplied by the Government. Commercial publications, e.g., ETS Food Protection Certification Program Bulletin, necessary for the performance of this contract shall be provided by the Contractor.

6-1.2. Blank Forms. The Contractor shall request, receive, distribute, maintain, and use Government blank forms required to accomplish the tasks specified in this contract. The Government will provide an initial 30-day supply of blank forms upon the contract start date. The Contractor shall request blank forms from the KO on forms supplied by the Government. Upon termination of the contract, unused blank forms shall be returned to the Government.

6.2. Regulations, Publications and Forms.

| NUMBER | TITLE |
| --- | --- |
| AR 25-1 | The Army Information Resources Management Program |
| AR 30-1 | Army Food Service Program |
| AR 200-1 | Environmental Protection and Enhancement |
| AR 200-2 | Environmental Effects of Army Actions |
| AR 735-5 | Policies and Procedures for Property Accountability |
| DA Form 285 | US Army Accident Report |
| DD Form 1544 | Cash Meal Payment Sheet |
| DA Form 2062 | Hand Receipt/Annex Number |
| DA Form 3032 | Signature Headcount Sheet |
| DA Form 3161 | Request for Issue or Turn-In |
| DD Form 1662 | DoD Property in the Custody of Contractors |

DoD  FMR 7000,                Financial Management Regulations, Admin Control of Funds
Vol 14, Chapter 5and Antideficiency Act Violations, Conducting Investigations

FAR Part 45.5                 Management of Government Property in the Possession of Contractors

Fed Spec PD 1800,             Federal Specifications
P-R-1272

JCS-PUB-1                     DoD Dictionary of Military and Associated Terms

OSHA Regulations

TB MED 530                    Occupational & Environmental Health Food Service Sanitation

Title 18, Section 793         Gathering, transmitting or Losing Defense Information

Title 18, Section 798         Disclosure of Classified Information

USMA Form 6-107               Cadet Mess Forecast Requisition and Issue

USMA Policy Memo              Smoke Free Workplace Policy
17-95

USMA REG 200-3                Hazardous Materials/Hazardous Waste Management

USMA REG 200-4                Qualified Recycling Program

USMA REG 420-3                Fire Prevention and Protection

USMA REG 420-6                Utilities-Energy Management Program Manual

In House Instruction          Cadet Mess Help's Hall SOP