# EXHIBIT 5






# S -- Cafeteria Operation Services at New Census Bureau Headquarters Office Complex

- <u>Synopsis</u> - Posted on Nov 23, 2005
- <u>Solicitation 01</u> - Posted on Dec 19, 2005

## General Information

| | |
|---|---|
| Document Type: | Modification to a Previous Notice |
| Solicitation Number: | RFPGS11P06ZGC0266 |
| Posted Date: | Nov 23, 2005 |
| Original Response Date: | Feb 01, 2006 |
| Current Response Date: | Feb 01, 2006 |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | S -- Utilities and housekeeping services |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

General Services Administration, Public Buildings Service (PBS), Triangle Service Center (WPZ), 7th & D Streets, SW, Room 7660, Washington, DC, 20407

## Description

Contractor shall provide Cafeteria Operation Services at the U.S. Department of Commerce, New Census Bureau Headquarters Office Complex, Suitland Federal Center, Suitland, Maryland, 20746, for an initial period of five (5) years beginning on or about August 1, 2006 and unevaluated options for an additional ten (10) years. The Government intends to procure the service through competitive negotiations using the Source Selection procedure. This procurement is opened to both large and small business concerns. The NAICS code for this

procurement is 722310.   The Request for Proposal (RFP) will be issued on or about December 20, 2005.   You may access the solicitation at the Federal Business Opportunities Web Site Home Page:   http://www.fbo.gov.   GSA is ussuing this solicitation electronically only. Proposals will be due on February 1, 2006 at 2:30 P.M. at GSA, Bid Room 1065, 7th & D Streets, S.W., Washington, D.C.   20407.

## Original Point of Contact

Cindy Dwier, Contract Specialist, Phone (301) 457-6005, Fax (301) 457-6600, Email cindy.dwier@gsa.gov - Jerome Lofton, Supervisory Contract Specialist, Phone 202 755-1032, Email jerome.lofton@gsa.gov

## Current Point of Contact

Cindy Dwier, Contract Specialist, Phone (202) 755-1008, Fax (202) 755-0006, Email cindy.dwier@gsa.gov - Jerome Lofton, Supervisory Contract Specialist, Phone 202 755-1032, Fax null, Email jerome.lofton@gsa.gov

## Place of Performance

Address:     U.S. Department of Commerce New Census Bureau Headquarters Office Complex, Suitland, Maryland

Postal Code: 20746

Country:     U.S.

Register to Receive Notification

---

## Government-wide Numbered Notes
## You may return to Business Opportunities at:

- GSA PBS listed by [Posted Date]
- GSA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]







# S -- Cafeteria Operation Services at New Census Bureau Headquarters Office Complex

- Modification 01 - Posted on Nov 23, 2005
- Solicitation 01 - Posted on Dec 19, 2005

## General Information

Document Type:            Presolicitation Notice
Solicitation Number:      RFPGS11P06ZGC0266
Posted Date:              Nov 23, 2005
Original Response Date:   Feb 01, 2006
Current Response Date:    Feb 01, 2006
Original Archive Date:
Current Archive Date:
Classification Code:      S -- Utilities and housekeeping services
Naics Code:               722310 -- Food Service Contractors

## Contracting Office Address

General Services Administration, Public Buildings Service (PBS), Triangle Service Center (WPZ), 7th & D Streets, SW, Room 7660, Washington, DC, 20407

## Description

Contractor shall provide Cafeteria Operation Services at the U.S. Department of Commerce, New Census Bureau Headquarters Office Complex, Suitland Federal Center, Suitland, Maryland, 20746, for an initial period of five (5) years beginning on or about August 1, 2006 and unevaluated options for an additional ten (10) years.    The Government intends to procure the service through competitive negotiations using the Source Selection procedure.    This procurement is opened to both large and small business concerns.    The NAICS code for this

procurement is 722310. The Request for Proposal (RFP) will be issued on or about December 20, 2005. You may access the solicitation at the Federal Business Opportunities Web Site Home Page: http://www.fbo.gov. GSA is ussuing this solicitation electronically only. Proposals will be due on February 1, 2006 at 2:30 P.M. at GSA, Bid Room 1065, 7th & D Streets, S.W., Washington, D.C. 20407.

**Original Point of Contact**

Cindy Dwier, Contract Specialist, Phone (301) 457-6005, Fax (301) 457-6600, Email cindy.dwier@gsa.gov - Jerome Lofton, Supervisory Contract Specialist, Phone 202 755-1032, Email jerome.lofton@gsa.gov

**Current Point of Contact**

Cindy Dwier, Contract Specialist, Phone (202) 755-1008, Fax (202) 755-0006, Email cindy.dwier@gsa.gov - Jerome Lofton, Supervisory Contract Specialist, Phone 202 755-1032, Fax null, Email jerome.lofton@gsa.gov

**Place of Performance**

Address:     U.S. Department of Commerce New Census Bureau Headquarters Office Complex, Suitland, Maryland

Postal Code: 20746

Country:     U.S.

Register to Receive Notification

---

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- GSA PBS listed by [Posted Date]
- GSA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]



General Services Administration
National Capital Region
Public Buildings Service
Triangle Service Center
Washington, DC

## SPECIFICATIONS AND BID FORMS

THIS PROCUREMENT IS OPEN TO BOTH SMALL BUSINESS AND LARGE
CONCERNS ONLY.

In accordance with GSA's Affirmative Procurement Program and the Statutes, Regulations,
and Executive Orders of the United States, the contractor is to use green products and
supplies in the accomplishment of this contract.

| | |
|---|---|
| SOLICITATION NO: | RFP  GS-11-P05-ZGC0266 |
| PROJECT: | CAFETERIA SERVICES |
| LOCATION: | New Census Bureau Headquarters Office Complex<br>Suitland Federal Center<br>Suitland, Maryland 20746 |
| SOLICITATION ISSUE DATE: | December 20, 2005 |
| OFFER DUE: | GENERAL SERVICES ADMINISTRATION<br>NATIONAL CAPITAL REGION<br>PUBLIC BUILDINGS SERVICE<br>TRIANGLE SERVICES DIVISION (WPZ)<br>301 7TH STREET, SW ROOM 7670<br>WASHINGTON, DC  20407 |
| DATE DUE: | January 24, 2006 |
| TIME: | 2:30 P.M. (Local Time) |
| DELIVER TO: | GSA, BID ROOM 1065<br>7TH & D STREETS, SW<br>WASHINGTON, DC  20407 |

NOTE: ANY QUESTIONS REGARDING THIS SOLICITATION MAY BE DIRECTED TO:

Cindy Dwier Telephone No.: (202) -755-1008 or Saundra Sloan (202) 755-1035

GSAM 515.406-1: UNIFORM CONTRACT ACT
The information collection requirements contained in this solicitation/contract, that are not required by regulation, have been approved by the Office of Management and Budget pursuant to the Paperwork Reduction Act and assigned OMB Control No. 3090-0163.
GSA's hours of operation are 8:00 am to 5:00 pm. Requests for *preaward* debriefings postmarked or otherwise submitted after 4:30 p.m. will be considered submitted the following business day.  Requests for *postaward* debriefings delivered after 4:30 p.m. will be considered received and filed the following business day.
This solicitation and any documents related to this procurement will be available on the Internet.  All contractors downloading the solicitation shall notify this office in writing (either by electronic mail or facsimile) in order to be placed on the plan holders' list. Contractors are responsible for downloading their own copy of the solicitation and amendments, if any.  The WWW address of the Federal Business Opportunities web page is http://www.fedbizopps.gov.  It is the contractor's responsibility to monitor this site for the release of the solicitation and amendments, if any.  Contractors may register for electronic notification of postings to the site.

PROPERTY OF THE UNITED STATES GOVERNMENT COPYING, DISSEMINATION, OR DISTRIBUTION OF
THESE DRAWINGS, PLANS, OR SPECIFICATIONS TO UNAUTHORIZED USERS IS PROHIBITED.

**MEMORANDUM TO: All Prospective Bidders**

SUBJECT:                    Request for Proposals (RFP) Number GS-11P05ZGC0266
                           Cafeteria Services
                           New Census Bureau Headquarters Office Complex
                           Suitland Federal Center
                           Suitland, Maryland 20746

The General Services Administration invites you to attend a pre-bid conference which will be held
at the time and place listed below:

LOCATION:                   New Census Bureau Headquarters Office Complex
                           Suitland Federal Center
                           Suitland, Maryland 20746
                           Room 2113-3
                           A walk-through of the site will be conducted please wear appropriate
                           attire and shoes.


DATE: January 10, 2006                    TIME: 1:30 P.M to 3:00 P.M

The purpose of this conference is to provide a briefing on the contracting concept, the scope of
work, the specifications, so that bidders can ascertain the complexities of the services to be
performed.  Answers to questions will be addressed at the pre-bid conference and a summary of
the topics discussed at the conference will be provided to all prospective bidders as an addendum
to the Request for Proposals.

We consider attendance at this conference vital to the preparation of a competitive proposal and to
understand the total result desired by the Government.  It is again emphasized that it is most
advantageous for each bidder to have qualified representation at the pre-bid conference.

Contractors are requested to notify the individuals listed below by letter, telephone, fax or e-mail
of the names of persons who will attend the conference.  Notification should be made at least two
working days before the scheduled meeting to:

Points of Contact: Cindy Dwier (202) 755-1008 or Saundra Sloan (202) 755-1035

All questions must be submitted in writing to Cindy Dwier, Contract Specialist VIA Fax (202)
755-0006 or by e-mail to cindy.dwier@gsa.gov by 3:00 pm January 11, 2006.

We consider attendance at this conference to be vital to the preparation of your proposal.  Failure
to attend this meeting may not be used as an excuse for omissions or miscalculation in bid.  It is
again emphasized that it is most advantageous for each Contractor to have qualified representation

at the pre-bid conference.  Contractors are requested to notify the individual listed below by FAX of the name (s) of person (s) who will attend the conference.  The Notification should be made at least two working days before the scheduled meeting.  This is necessary to coordinate entrance to the building and meet security requirements.

Contact Person:  Cindy Dwier (202) 755-1008 or Saundra Sloan (2020 755-1035 or E-mail address cindy.dwier@gsa.gov or saundra.sloan@gsa.gov

There will be a limited tour of the building work site immediately following the pre-bid conference.

This is a secured facility.  You must present a photo identification (valid drivers license) to participate in the conference or in the tour.

No other tours will be scheduled.

DIRECTIONS TO THE CENSUS BUREAU

DRIVING

From I-95
Take the Beltway to Exit #7 (Brancy Ave. Toward Washington in Maryland). Go about two miles to Silver Hill Road. Make a right at Silver Hill Road. At the third light after you turn onto Silver Hill Rd., will be the Census Bureau on your left. You will be required to enter the Visitor Center at Gate #5. Please provide the guard with a picture ID and let them know you are here for the Cafeteria Services meeting, they can call Rhonda Cook, Building Manager (301) 457-0038 and the alternate is Cindy Dwier (240) 376-7169. You will also be directed to the entrance of Federal Office Building #3, which is the first building from the gate. You will be required to pass a security checkpoint upon entering the building.

From Washington, D.C.
Take I-295 to the Suitland Parkway. Stay on the parkway 4.7 miles and exit at the Silver Hill Rd., North Ramp. Merge onto Silver Hill Rd. Travel .4 miles, make a left onto the Suitland Federal Center campus. You will be required to enter the Visitor Center at Gate #5. Please provide the guard with a picture ID and let them know you are here for the Cafeteria Services meeting, they can call Rhonda Cook, Building Manager (301) 457-0038 and the alternate is Cindy Dwier 240-376-7169. You will also be directed to the entrance of Federal Office Building #3, which is the first building from the gate. You will be required to pass a security checkpoint upon entering the building.

METRO
Guest parking can be challenge, which is why we encourage visitors to come by Metrorail. If you elect to take the metro, take the Green Line to Suitland. From the Suitland Metro station take the escalator to the parking level. Because of the construction of the new building getting through the gate near the metro is somewhat complicated.


Special Considerations
Because of limited parking, visitors are encouraged o take public transportation to the Census Bureau. If this is not feasible, visitors should allow sufficient time to search for parking.

Because the Suitland Federal Center facilities are controlled, personal items such as purses, laptop computers, etc., are subject to search. These searches may also affect the time it will take for visitors ro reach their destination. Property passes are repuired for equipment being taken out of facilities. The property passes will be provided upon request. However, visitors are discouraged from bringing any unnecessary eomputers and other equipment.

## TABLE OF CONTENT

| PART | TITLE | PAGES |
|------|-------|-------|
| I | Standard Form 1449 (SF-1449) - Solicitation/Contract/ Order for Commercial Items | 6 |
| | **Addendum to SF-1449** | |
| | 1.   Dun & Bradstreet (DUN) Number | 7 |
| | 2.   Remittance Address | 7 |
| | 3.   Central Contractor Registration | 7 |
| | 4.   Memorandum to All Prospective Bidders | 2 |
| | Statement of Work | 8-30 |
| | Exhibit I - Milestone Chart for Contractor's Deliverables | 31 |
| | Exhibit II - Government Deliverables Due Contractor | 32 |
| | Addendum Provisions Incorporated in Full Text | |
| | 1.   Type of Contract | 32 |
| | 2.   Roles of Government Personnel | 32 |
| | 3.   Contract Representative | 33 |
| | 4.   Discrepancy in the Specifications | 33 |
| | 5.   Identification/Building Pass | 33 |
| | 6.   Insurance Requirements | 34 |
| | 7.   Payment of Postage, Fees, and Marking | 34 |
| | 8.   Security Clearance Requirements | 34-36 |
| | 9.   Standards of Conduct | 36 |
| | 10.  Termination of Contract by Either Party | 36 |
| | 11.  Post Award Evaluation of Contract Performance | 36-37 |
| | 12.  Statement of Equivalent Rates for Federal Hires | 37-38 |
| II | PROVISIONS/CLAUSES | |
| | FAR 52.252-2 Clauses Incorporated by Reference | 38 |
| | FAR 52.212-4 Contract Terms and Conditions-- Commercials Items | 39-43 |
| | FAR 52.212-5 Contract Terms and Conditions Required To Implement Statutes or Executive Orders - Commercial Items | 43-46 |
| | GSAM 552.212-72 Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to GSA Acquisition of Commercial Items | 46-47 |
| | FAR 52.204-7 Central Contractor Registration | 47-49 |

GSAM 552.212-71 Contract Terms and Conditions
Applicable to GSA Acquisition of Commercial Items          49-50
Addendum to FAR 52.212-4, FAR 52.212-5 and GSAM
552.212-71                                                 50

III     INSTRUCTIONS TO OFFERORS

FAR 52.212-1 Instructions to Offerors - Commercial Items   51
        1.      Instructions on Submitting Proposals        52
        2.      Contents of the Proposals - General and
                Specific                                    52-59
FAR 52.233-2 - Service of Protest                          59
GSAM 552.233-70 - Protests Filed Directly
With the General Services Administration                    59-61
FAR 52.212-2 Evaluation--Commercial Items
        Evaluation Factors                                 61
FAR 52.212-3 Offeror Representations and Certifications--
Commercial Items                                           63-66

IV      ATTACHMENTS

Attachment 1 - Wage Determination                          68

Attachment 2 - Inventory of Food Service Equipment List    69-71

Attachment 3 - Contract Information                        72

Attachment 4 - Staffing Guide Form                         73

Attachment 5 - Standard 527 - Contractor's Qualification &
Financial Information                                      74

Attachment 6 - GSA 2817 - Monthly (or 4-week) Profit/Loss
Statement Pro-Forma Operating Statement                    75

Attachment 7 - Preventive Maintenance Guide               76

PART I

*************NOTICE*************

PROPOSALS MUST BE RECEIVED ON OR BEFORE THE DUE DATE AT THE

LOCATION SPECIFIED IN BLOCK 8 OF THE SF-1449

SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS.


General Services Administration,
Public Building Service
Bid Room 1065
7th & D Streets, S.W.
Washington, DC  20407


Site Solicitation number GS11P06ZGC0266 on the front of the proposal documents

ATTACHMENT TO SF1449 - SOLICITATION/CONTRACT/ORDER FOR

COMMERCIAL ITEMS

OFFEROR TO COMPLETE BLOCKS 12, 17, & 30

| 2. CONTRACT NUMBER | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER | 6. SOLICITATION ISSUE DATE |
|---|---|---|---|---|
| iS11P06ZGC0266' | | | RFP-GS11P06ZGC0266 | |

| 7. FOR SOLICITATION INFORMATION CALL→ | a. NAME Cindy Dwier | b. TELEPHONE NUMBER (No collect calls) (202) 755-1008 | 8. OFFER DUE DATE/ LOCAL TIM JANUARY 24, 2006 |
|---|---|---|---|

| 9. ISSUED BY GSA, TRIANGLE SERVICE CENTER CODE | WPZ | 10. THIS ACQUISITION IS | 11. DOMESTIC DELIVERY: FOB DESTINATION | 12. DISCOUNT TERMS |
|---|---|---|---|---|

General Services Administration
NCR, Public Buildings Service
Triangle Service Center (WPZ)
409 12th Street , SW,
Washington, DC 20024

10. THIS ACQUISITION IS

UNRESTRICTED X

☐ SET ASIDE: _____ FOR

SMALL BUSINESS & LARGE

☐ SMALL DISADV. BUSINESS

☐ 8 (A)

SIC
722310

SIZE STANDARD
15 Million

11. DOMESTIC DELIVERY: FOB DESTINATION

INTERNATIONAL DELIVERY: FOB DESTINATION

☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)

13b. RATING

14. METHOD OF SOLICITATION
☐ RFQ  ☐ IFB  ☒ RFP

| 15. DELIVER TO CODE | 16. ADMINISTERED BY CODE |
|---|---|

New Census Bureau Headquarters Office Complex
Suitland Federal Center
Suitland, Maryland 20746

16. ADMINISTERED BY

Same as Block 9

| 17a. CONTRACTOR/ OFFEROR NAME AND ADDRESS CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY CODE |
|---|---|---|

18a. PAYMENT WILL BE MADE BY

General Services Administration
Finance Division, 7BCPL
PO Box 17181
Ft Worth, TX 76102

TELEPHONE NO.       FAX NO.       DUNS

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED   ☐ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|

| 25. ACCOUNTING AND APPROPRIATION DATA | 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
|---|---|

_____ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4, FAR 52.212-3 AND 52.212-5 ARE ATTACHED.   ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

_____ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.  ADDENDA ☒ ARE ☐ ARE NOT ATTACHED.

28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN _3_ COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET ☒ FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

29. AWARD OF CONTRACT: REFERENCE _____ OFFER DATED _____, YOUR OFFER ON SOLICITATION (BLOCK 5) [ ] INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: .

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) |
|---|---|

| 30b. NAME AND TITLE OF SIGNER (TYPE OR PRINT) | 30c. DATE SIGNED | 31b. NAME OF CONTRACTING OFFICER (TYPE OR PRINT) | 31c. DATE SIGNED |
|---|---|---|---|

| 32a. QUANTITY IN COLUMN 21 HAS BEEN ☐ RECEIVED ☐ INSPECTED ☐ ACCEPTED AND CONFORMS TO THE CONTRACT, EXCEPT AS NOTED | 33. SHIP NUMBER PARTIAL / FINAL | 34. VOUCHER NUMBER | 35. AMOUNT VERIFIED CORRECT FOR |
|---|---|---|---|

| 32b. SIGNATURE OF AUTHORIZED GOVT. REPRESENTATIVE | 32c. DATE | 36. PAYMENT ☐ COMPLETE ☐ PARTIAL ☐ FINAL | 37. CHECK NUMBER |
|---|---|---|---|

| | | 38. S/R ACCOUNT NUMBER | 39. S/R VOUCHER NUMBER | 40. PAID BY |
|---|---|---|---|---|

| 41a. I CERTIFY THIS ACCOUNT IS CORRECT AND PROPER FOR PAYMENT | 42a. RECEIVED BY (Print) |
|---|---|

| 41b. SIGNATURE AND TITLE OF CERTIFYING OFFICER | 41c. DATE | 42b. RECEIVED AT (Location) |
|---|---|---|

| | | 42c. DATE REC'D (YYMMDD) | 42d. TOTAL CONTAINERS |
|---|---|---|---|

Cafeteria Services
New Census Bureau HQ Complex

9

General Services Administration
National Capital Region

**STANDARD FORM 1449 (10-95)**
53.212AUTHORIZED FOR LOCAL REPRODUCTION
AND PAPERWORK

BURDEN STATEMENT Prescribed by GSA - FAR (48 CFR)
SEE REVERSE FOR OMB CONTROL NUMBER

ADDENDUM TO STANDARD FORM 1449

• Block 17a DUN & BRADSTREET NUMBER _____

• Block 17b REMITTANCE ADDRESS

When the contractor wishes payments to be mailed to an address other than that shown

on the Standard Form 1449, Solicitation/Contract/Order for Commercial Items insert the

proper remittance address in the space provided below:

_____

_____

52.204-7 CENTRAL CONTRACTOR REGISTRATION Contractor must be registered

in CCR prior to award.

STATEMENT OF WORK

1. **Description of services.** The contractor shall establish and operate the food service facilities described herein for the purpose of dispensing food, nonalcoholic beverages and such other items as may be authorized by the Contracting Officer (CO) in accordance with the terms and conditions of this contract.

 a. **Profit and administrative expenses.** The contractor shall maintain the menu price structure in such a manner so as to result in a combined net profit and administrative expenses of not to exceed 10% of net sales from the operation on an average annual basis during the full-term of the contract.

 b. **Excess profit and administrative expense.** It is the intent of this contract that any excess of allowable profit or administrative expense be reflected in lower selling prices to patrons. If, however, at the expiration or termination of the contract the audit shows that the 10% combined net profit and administrative expense authorized is exceeded, such excess shall be payable to the Government. If the audit shows that less than 10% net profit and administrative expense accrues to the contractor or, that the contractor actually incurs a loss, the contractor shall absorb such deficit or loss and the Government shall not in any way be liable therefore.

2. **SPECIAL NOTICE TO BIDDERS**

 a. **INTERRUPTIONS IN GOVERNMENT.** Should inclement weather, interruption in Government operations or other unanticipated events occur that interrupt normal government processes or require the closing of the government on the bid due date, the bid will be due at the same time of the next government workday unless notice is given to the contrary by the contracting office.

 b. **EXECUTIVE ORDER 1989.** Economy and efficiency in government procurement. Through compliance with certain immigration and naturalization act provisions, is in effect and must be complied with under any contract(s) resulting from this invitation for bids. In accordance with executive order 12989, contractors are responsible for compliance with immigration laws and are hereby notified that any and all suspected infractions shall be reported to the immigration and naturalization service.

3. **Scope of work.** The contractor shall establish and operate in the contractor's name, the food service facilities as shown in section 4. below, for the purpose of dispensing food, nonalcoholic beverages and such other items as may be authorized by the Contracting Officer's Representative (COR), in accordance with all terms and conditions specified herein. This cafeteria is to be operated at the time of final build out for the benefit of approximately 6,000 employees who will be occupants in the building located at:

New Census Bureau Headquarters Office Complex
Suitland Federal Center
Suitland, Maryland 20746

a. **Employee Phased Move-in schedule**
The Census Bureau will be a phased move – in based upon the following schedule
August 2006 to November 2006 - Initial Move-in of 3,000 employees
February 2006 to May 2007 – Second Phase move-in of 2,000 employees
November 2007 to September 2009 – Third Phase move-in of 1,000 employees
Total population September 2009 – 6,000 employees

Government shall not be held responsible for any variation from this employee population
figure or move-in schedule since the extent of occupancy is not guaranteed.

There are other office buildings within walking distance of the Census Office Complex
which may contribute to additional customer base.

4. **Description of facilities.**

a. **Area and location in the building/campus complex.**

**The Main Cafeteria, Dining Room and Kitchen are located on the Concourse level.**

The design intent is described below:

Kitchen
This full service kitchen will be able to produce an extensive menu of hot and cold
offerings by including the following:
The kitchen will have direct access to the servery to restock the stations and to the
dining area for clean-up. The kitchen is designed to minimize labor cost.

Servery
The linear servery has been designed to allow openness toward the view of the
landscape. The servery will enjoy a singular direction with customers entering
from the "street" and passing down the line, choosing either the inner bank of
stations offering hot foods, or the outer row for quicker, cold items.
Stations within the servery have been strategically placed to accommodate queue
space in a discreet manner.

Dining Area
The dining area holds an eclectic arrangement of seats with an abundance of
tables for two that can be grouped together for large parties. There are also eight
banks of singles bars for people dining alone. Several of these banks will be
facing the outdoors. Groupings of rounds have been included as well to further
enliven the dining room setting.

**The Café is located adjacent to the Main Cafeteria.**

The design intent is described below:

This is a café within The Main Cafeteria. At the head of the Census Main Cafeteria will stand the miniature Café. A circular serving station will offer a variety of quick pick items in a fanciful and lively setting.

**Espresso Bar is located on Concourse Level.**

The design intent is described below:

Opposite the Cafe, on the wall abutting the training center stands a sheik gourmet coffee bar. The Espresso Bar and Café will be available to trainees in adjacent and nearby conference and training rooms during break-out sessions.

**Satellite Servery.**

**The Satellite Servery is scheduled to open in October 2006.**

The design intent is described below:

Opposite the heath and fitness center there will be a satellite food service operation. This food service facility will contain a grill to serve both breakfast and short order lunch items. It will also offer coffee, juices and pastries.

**NOAA Building Snack Bar/Deli**

The NOAA Building Snack Bar/Deli service will begin on or about August 01, 2006. The facility is scheduled to be turned over to the successful food service contractor on July 01, 2006.

**The design intent is described below:**
Located in the Census Campus Complex in a separate building is the newly constructed NOAA Building Snack Bar/Deli. The location of the building is approximately ½ mile from the New Census Bureau HQ Complex. The intent is to operate the NOAA Building Snack Bar/Deli as a remote satellite facility to the main Census Bureau complex. The NOAA building population is approximately 480 employees.

The future grill station shown on the drawing may be built out in the future if demand and financial viability warrants.

The required hours of operation are 7:00 AM to 3:00 PM for this facility.

The adjacent dining room has approximately 30 seats.

Refer to drawings provided with this Request for Proposal for layout and size of the above described facilities.

Vending machines in the building are not part of this solicitation.
Coffee Shop with snacks (approximately 1,000 square feet) located on the Concourse Level is not part of this solicitation.
The vending machines and Coffee Shop are operated by the Business Enterprise Program for the Blind, State of Maryland under the Randolph-Sheppard Act and are not part of this solicitation.

### b.  Seating Capacity:

Main Cafeteria
    Approximately 470 indoor seats and 100 outdoor seats

Café
    Approximately 80 indoor seats

Espresso Bar
    Approximately 36 indoor seats

Satellite Servery
    Approximately 80 indoor seats

### c.  Performance data:

The facility is under construction and no historical performance data is available for this location.

The existing Census cafeteria 2003 sales were $1,099,000 and 2003 patronage was 349,000 and 2004 sales were $1,194,000 and 2004 patronage was 379,000 serving an existing campus population of approximately 3,900 employees.

### 5.  Effective Date.

**Service will begin on or about August 01, 2006.**
The facility is scheduled to be turned over to the successful food service contractor on July 01, 2006.

### 6.  Hours of service.

a. **Service schedule**. Cafeteria services will be provided 5 days per week, Monday through Friday (except for holidays observed by the Federal Government), as follows:

The minimum hours for the Main Cafeteria are:

| | |
|---|---|
| Breakfast | 7:00 am to 9:30 am |
| Lunch | 11:00 am to 2:00 pm |

Other facilities (Café, Espresso Bar, and Satellite Servery) can be used to supplement the Main Cafeteria during Breakfast and Lunch or operate in lieu of the Main Cafeteria during break hours below:

| | |
|---|---|
| AM Break | 9:30 am  to 11:00 am |
| PM Break | 2:00 pm  to  4:00 pm |

The offeror must provide detailed operating hours by location.

The above hours are minimum hours that must be adhered to, if the contractor wants to extend the service schedule to increase financial viability then hours can be extended per 6 b.

b. **Modification to service schedule**. Any request for modifying the hours or days of service shall be submitted for approval of the COR. All hours may be adjusted by the COR as necessary to accommodate the requirements of the occupying agencies. Evening meals and/or service on Saturdays, luncheon meetings, and special functions, may be required periodically by the occupant agencies.

7. **Responsibilities of the contractor**. The contractor shall provide prompt, efficient, and courteous service, and avoid undue interference with the operation of buildings in which services are provided. The contractor shall employ sufficient and suitable personnel, secure and maintain insurance, maintain records, submit reports, and observe other contract requirements, all as more specifically set forth herein. The contractor shall pay each and every fee, cost, or other charge incident to or resulting from operations under the contract. This includes payments to the Government as required in these Special Contract Requirements. Reasonable care shall be exercised in the use of space and Government-owned equipment and, upon contract termination, the contractor will yield such space and equipment in as good condition as when received, except for ordinary wear and tear, and damage or destruction beyond the contractor's control and not due to the contractor's fault or negligence

a. **Service.** The contractor shall operate and manage the cafeteria in the contractor's name at the Federal building. Patrons shall be encouraged to remove trays, dishes and utensils from tables to dish carts that will be strategically located in the dining area (or to a conveyor belt as the case may be). The contractor will provide busing

service to remove any remaining soiled dishes and assure that tables and chairs are cleaned before each patron is seated.

In connection with the sale of refreshments for special and/or catered occasions, the contractor will be required to furnish thermal jugs, containers for sugar and cream, paper napkins, paper cups, and plastic spoons. Paper cups/lids shall also be provided for individual carry-out service for beverages.

     b. **Menus**. It shall be the responsibility of the contractor to provide a variety of quality prepared foods. The contractor shall meet business and industry standards of quality and nutrition, and comply with the 1990 and all subsequent revisions of U. S. Dietary Guidelines (i.e., offer foods low in total fat, saturated fat, cholesterol, sodium, sugar; such as lean meats, low-fat dairy products, vegetables, fruits, and grain products). The variety and appearance of food in the cafeteria on each operating day shall be consistent with approved food service industry standards for comparable "business and industry" cafeterias. Contractor shall meet regularly with the COR, designated tenant agency representatives and Census Bureau Patron's committee to discuss mutual objectives, including but not limited to service levels, menus and marketing.

     (1) Prior to the start date of service, the Contractor shall provide to the COR a complete price/portion book for the account. Any changes to the menu prices or portions or items offered for sale shall be submitted to the Contracting Officer's Representative 30 days in advance and shall be submitted as replacement pages for the price/portion book.

Future price adjustments/changes with supporting documentation that includes a price and portion market basket survey for each item that the price or portion is being adjusted may be requested by the COR at the time the price adjustment is requested by the contractor.

Future price adjustments/changes with supporting documentation that includes a one (1) year profit/loss statement showing the positive/negative impact on the account's financial viability maybe requested by the COR at the time the price adjustment is requested by the contractor.

Notice to the patrons of the price adjustment must be posted 14 days prior to the on-site implementation after approval by the CO or designated representative.

     (2) The Contractor shall make a reasonable effort to adhere to the food cost ranges submitted in his proposal. Representatives of the Contracting Officer will examine the contractor's food, labor, and other costs at regular intervals to ensure the adequacy of the Contractor's cost control procedures.

     (3) During each serving period, easy-to-read menus with prices listed shall be prominently displayed for the information of patrons. Menus shall be posted at or near the cafeteria entrance and near the service points.

MINIMUM acceptable menu profile:

The following figures are based on the **minimum** acceptable level of service.
Contractors are encouraged to develop services consistent with competitive practices in
the private business and industry sector (e.g., salad bars, special promotions,
demonstration cooking etc.).

BREAKFAST PROFILE:   Complete hot breakfast menu,
LUNCHEON PROFILE:

| Item | No. per day | Item | No. per day |
|------|-------------|------|-------------|
| Soups | 2 | Lunch special | 2 |
| Entrees | 4 | Deli/Sand | 9 |
| Vegetables | 4 | Grill items | 3 |
| Salads | 8 | Beverages | 8 cold, 3 hot |
| Desserts | 6 | Fresh Fruit | 3 |

c. **Equipment and utensils provided by the contractor.**

(1)  All required equipment and utensils not provided by the Government
under the provisions of Responsibilities of the Government, paragraph 8, shall be
provided by the contractor who shall replace such equipment and utensils when necessary
because of loss, wear, breakage, or obsolescence.  Equipment and utensils provided by
the contractor shall be of a quality in keeping with that provided by the Government, and
meeting current business and industry standards, as determined by the COR.  The
contractor shall provide all necessary food service equipment and utensils of the general
character listed below and to replace such equipment and utensils when necessary
because of loss, depreciation, or obsolescence:

| | |
|---|---|
| Cash registers | see (1) (a) |
| Chinaware and dishes | see (1) (b) |
| Containers and cans, all types | |
| Dispensers, napkins | |
| Furniture, office | |
| Glassware | |
| Inserts, steam table and counters | |
| Merchandising Equipment | |
| Machines, office and cash handling | |
| Menu boards, letters, price markers | |
| Racks, dishmachine and storage | see (1) (c) |
| Safe | |
| Scales, food preparation | |
| Sharpeners | |
| Silverware | |
| Trash receptacles | see (1) (d) |

| | |
|---|---|
| Trays | see (1) (b) |
| Utensils and kitchenware | |
| Vehicles | see (1) (e) |

(a) The contractor shall provide preset electronic cash registers which will perform the following functions: Data entry display, printing, audit control, storage of operating totals automatic tax, multiplication and other computations. Offerors shall provide a complete description, including catalog cuts and other descriptive literature, of the registers they propose to furnish. Any special utility provided by the Government, such as a dedicated electrical service line shall be noted in conjunction with the catalog cut sheets.

(b) It is incumbent upon the contractor to verify sizes and capabilities of Government-furnished dish, bowl, and mug dispensing equipment and to provide chinaware of appropriate size and weight to suit equipment. Also note type of self-bussing equipment in use, and dining table top sizes for trays.

(c) The contractor must ascertain the type and quantity of Government-owned dishmachine and storage racks provided in the facility with relationship to contractors mode of service.

(d) Trash receptacles shall be of hard non-toxic plastic material. Single service plastic liners shall be used in conjunction with these receptacles. All trash containers will be provided with self-closing tops.

(e) The operational use and expense of a vehicle is authorized only when specifically approved in writing by the CO or as a requirement of the contract.

(2) A physical inventory, item priced, shall be made of all equipment provided by the contractor. An approved copy signed by the COR or the authorized representative, shall be filed with the contract.

(3) All items provided by the contractor shall be of good quality, suitable for the purpose of its intended use, and consistent with the quality of the various items provided by the Government and meeting current business and industry standards. All equipment and utensils, including disposable paper, furnished by the contractor shall be subject to approval of the Government.

d. **Sanitation and quality.**

(1) The contractor shall serve tasty, appetizing, and quality food, under clean and sanitary conditions in accordance with the provisions and recommendations contained in the most recently published Food Service Sanitation Manual, Public Health Service. All foods served shall be wholesome and free from spoilage, free from adulteration and misbranding, and safe for human consumption. Uncooked items, such as fresh fruits, shall be clean and free from blemishes. All foods shall when served, be

attractive in appearance and correct in temperature and consistency. They shall be crisp, moist, dry, tender, etc., as may be appropriate in each case.

(2) If vending machines are operated under the contract, they shall be constructed, maintained, and operated in accordance with the recommendations of the most recently published Public Health Service Publication, The Vending of Food and Beverages.

(3) All employees assigned by the contractor to perform work under this cafeteria contract shall be physically able to do their assigned work and shall be free from communicable diseases. The most recently published Food Service Sanitation Manual, Public Health Service Publication, and all local codes and regulations relating to food service sanitation and procedures shall be adhered to by the contractor.

(4) The contractor is required to develop a Hazard Analysis and Critical Control Point (HACCP) plan.

(5) Material Safety Data Sheets (MSDS) shall be onsite 10 days before the start date of the contract.

e. **Personnel and supervision**.

(1) The contractor shall employ sufficient personnel to maintain sanitary conditions and satisfactory service which will ensure prompt and efficient service at all times. All employees shall be sober, conscientious, neat, and courteous. The contractor must at all times provide an adequate staff of food service employees to perform the varied and essential duties inherent to a successful food service operation.

(2) The contractor or operator is required to provide a professional, full-time, qualified food service person to act as manager of the facility. The manager will be subject to the approval of the Government. At a minimum, the manager shall have had two years consecutive experience in a position of comparable responsibility. The contractor's manager will be delegated the authority, and shall be able to effectively manage the day-to-day effective operation of the cafeteria relative to supervision of personnel and training, menu planning, purchasing, cost control, sanitation, etc. The manager must be onsite at all times that the cafeteria is open, for the duration of this contract. The contractor's manager will be replaced, on 30 days notice, upon request of the COR for operational deficiencies determined to be a result of inferior direct management.

A representative of the contractor, other than the above manager, shall visit all facilities periodically, at times agreed upon by the Government and the contractor for general supervisory purposes. The contractor representative above the manager (i.e. District Manager), must have 5 years experience in that position. A written report should be generated and kept on site and be available for Government review. A representative of

executive status shall visit the facilities to adjust matters requiring attention upon 48 hours advance notice from the Government.

(3) The contractor's employees shall wear a distinctive item of clothing such as a badge, cap, armband, blouse, or uniform as a means of identification during the time they are in the building. The contractor's employees shall wear proper uniforms, including hair nets and/or head covers during the time they are performing their duties in the building. Legible name plates identifying each employee and the food service contractor shall be provided by the contractor and displayed as part of the uniform.

(4) The contractor's employees shall be required to change their clothing in the locker rooms provided for that purpose and to maintain the room in a neat and clean condition.

(5) Employees of the contractor shall be fully capable of performing the type of work for which they are employed.

(6) The contractor must provide adequate, trained relief personnel to substitute for the regular employees when they are absent in order that a high quality food service operation will be maintained at all times.

(7) The contractor shall require the employees to comply with such instructions pertaining to conduct and building regulations as are in effect for the control of persons in the building, or as may be issued for that purpose by Government representatives.

(8) The contractor is required to schedule an employee training program that will continue for the duration of this contract and any extensions thereof, to ensure that their employees perform their jobs with the highest standards of efficiency and sanitation.

(9) All articles found by the contractor, the contractor's agents or employees, or by patrons and given to the contractor, shall be turned in to the Buildings Manager's office as lost and found items.

f. **Trash removal**. The contractor will contract for trash removal, as an operating expense at a frequency consistent with the volume of trash generated by the normal operation of the facility, and the adequacy of the space designed by the Buildings Manager for the trash (dumpster, bin, etc.) container. The type of container service contracted for will be in compliance with all Federal, State, and local environmental codes. Any exceptions to this provision must be directed in writing by the COR.

g. **Recycling.** The contractor shall participate and integrate with the recycling program operated by the Government in the building.

Removal and/or recycling of grease and cooking oils shall be the responsibility of the contractor.

**h. Rodent control**.  The contractor shall maintain an effective program for the extermination of rodents and vermin in areas assigned for the contractor's use and shall coordinate his efforts with the programs conducted by the building management staff, Federal, State, and local environmental codes.  Any exceptions to this provision must be directed in writing by the COR.

**i. Contractor performed repairs**.

    (1)  The contractor shall adjust, repair, re-lamp and continuously maintain in a satisfactory condition, all equipment and utensils used under the contract, regardless of whether provided by the Government or by the contractor.  The contractor shall be responsible for the repair and the repair cost (material, parts, and labor) of each Government-owned equipment item not to exceed $1,000.00 per repair.

    (2)  The contractor shall immediately perform these repairs whenever they are required and shall notify the COR when such work is being accomplished.  However, repairs on cafeteria equipment covered by a warranty or guarantee agreement shall not be initiated without the prior approval of the COR.

    (3)  The contractor shall immediately report any potential need of repairs where the cost of labor, parts and materials is expected to exceed $1,000.00 to the COR.  The COR or designated representative will provide guidance on how to proceed with the repair.

**j. Contractor performed maintenance**.

    (1)  The contractor is required to perform a preventive maintenance program on all Government-owned equipment.  In the event the contractor does not have a maintenance department or qualified maintenance personnel, the contractor is required to contract with a qualified equipment maintenance source.

    (2)  The preventive maintenance will be in accordance with the manufacturer's suggested maintenance guide or the Government's maintenance guide for each individual piece of equipment.  Within 30 days after receiving the required maintenance guides from the Government, the contractor shall submit to the COR an annual preventive maintenance schedule.  The COR shall review and approve the maintenance schedule.

    (3)  The contractor will maintain on file, in the cafeteria, the preventive maintenance work that was actually performed each month and the dates that each job was accomplished, and be available for Government review.

    (4)  Failure of the contractor to perform preventive maintenance on the equipment may result in the Government obtaining the services of a recognized maintenance company and billing the contractor for the cost of such services.  The re-procured services will be performed in accordance with the requirements of the Statement of Work.

k. **Cleaning and Janitorial services.**

(1)  The Contractor agrees to furnish all labor, supplies, materials, equipment, and supervision sufficient to maintain the cafeteria concession areas in a clean, orderly, and sanitary condition at all times.  Before beginning work, the contractor shall submit to the COR a list stating the name of the manufacturer and the brand name of the materials that he proposes to use in the performance of this work.  He shall not use in connection with the work of this contract any material which the Government determines would be unsuitable for the purpose, or harmful to the surfaces to which it is applied.

(2)    Equipment and Supplies used in the performance of the cleaning and janitorial services shall be of sufficient type and capacity to assure high quality work and shall meet with the approval of the COR.

(3)    Cleaning and janitorial services shall be performed at such levels of quality and quantity as to assure that the standards of cleanliness and sanitation specified in this document shall be met at all times.  In every case, the Contracting Officer's Representative shall make the final determination of compliance with this requirement.

Cleaning and janitorial services shall meet the highest standards of sanitation as previously established by Federal, State, and Local Governmental authority, and as prescribed by the Contracting Officer's Representative.

Failure to keep any of the facilities in a clean and sanitary condition satisfactory to the Contracting Officer or the Contracting Officer's Representative may result in the withdrawal of the privilege of using such facilities, alternatively the Contracting Officer or the Contracting Officer's Representative may have the facility cleaned by other means and the cost of such work charged to the Contractor.

(4)    The Contractor shall be responsible for the maintenance of the dining room floors and may subcontract with a qualified commercial cleaning contractor to accomplish this work.

If floor maintenance is to be performed by a sub-contractor, a copy of the subcontract is to be forwarded to the Contracting Officer's Representative within 30 days of receipt of notice to proceed.

Resilient tile floors are to be kept clean and shiny at all times, through appropriate methods of cleaning, waxing, buffing and periodic stripping.  This includes corners and baseboards.  Spillages are to be cleaned up as they occur.  Scuff marks are to be removed prior to the start of each day of business.  Hard floor surfaces, such as terrazzo, shall be kept clean and shiny at all times.  There shall be a coating of floor finish sufficient to protect the hard surface from wear at all times.  Other than this, they shall be treated in the same manner as resilient tile, described above.  Carpeted floors are to be kept free of debris and dust.  They are to be cleaned as the need arises including spot cleaning and

periodic shampooing during low or non-traffic periods. Spillages are to be cleaned up as they occur.

(5)     The Government shall be responsible for the cleaning of all exterior windows (outside and inside thereof). The Government shall be responsible for the cleaning of window covering/blinds and drapes in the dining areas.

(6)     Walls and ceilings are to be kept free of spotting, grease and soiled surfaces at all times. This does not apply to heating ventilation and air conditioning louvers, lighting fixtures or other building equipment that is part of a general building mechanical system.

(7)     Lavatories are to be kept free of dust, dirt and debris at all times. They are to be kept fully stocked with appropriate supplies at all times. Walls and ceilings are to be kept free of spotting, grease and soiled surfaces at all times. Stalls, cabinets and wall mounted trash receptacles are to be kept free of dust, grease, spillage and dirt at all times. Light fixtures of the wall mounted variety shall be kept free of dust, dirt and debris at all times. Floors and baseboards shall be kept free of dust, debris, dirt, scuff, and splash marks at all times. Particular care shall be given to dust, dirt and debris buildup in corners. Floor drains shall be kept clean and surface vents unclogged at all times. Porcelain and other type fixtures shall be kept clean of dust, debris, dirt, soap buildup, stain, algae buildup, encrustation and streaking on all surfaces at all times. Sanitary napkin disposal containers shall be kept free of contaminating materials at all times. Doors and air vents shall be kept free of dust, dirt, debris, spotting and splash marks at all times. Trash receptacles shall have plastic liners.

(8)     Locker rooms and attendant lavatories shall be kept clean as specified above. Shower facilities, if provided, shall be kept free of dust, dirt, debris, algae, encrustation and soap buildup at all times. Drains shall be kept clean and surface vents free from debris and unclogged at all times. Walls, ceilings, and doors (and air vents therein) shall be kept clean at all times as specified above under item (7), lavatories.

Floors shall be kept clean as appropriately specified above for either lavatories or dining room floors.

Employees shall use the locker room(s) and no other part of the facility for the purpose of changing clothing. These designated areas (locker rooms) shall not be used for food preparation, storage or service, or for utensil washing or storage.

(9)     In the dining area, exterior surfaces of all furniture shall be kept free of dust, dirt, debris, spillage, stains, foreign substances, posted printed matter and anything that might contribute either to potential food contamination or degeneration in the appearance of the furniture. All spaces occupied or used by the Contractor will be kept free of rust, mold and mildew.

All furniture shall be kept free of dust, dirt, debris and stains, on all surfaces. Doors shall be kept free of dust, spillage, dirt, splash marks and spotting at all times.

(10) In the food surface preparation area, hand sinks (single compartment) shall be kept free of chipping, dust, dirt, debris and soap buildup at all times. They shall have a soap dispenser and hand towel dispenser immediately adjacent that shall be kept fully serviced at all times. There shall be a trash can located immediately adjacent to the sink that shall be equipped with plastic liner and shall be kept free of all other materials except discarded hand towels at all times.

Floors shall be kept completely mopped, free of all dust, dirt, debris, foreign substances and grease buildup. Surface vents of drains shall remain unclogged at all times.

Stainless steel food preparation and serving tables, counters, and other external surfaces shall be kept free of dirt, dust, debris, grease buildup, algae and encrustation at all times.

(11) Dry storage areas shall be kept clean. Floors shall be kept clean of dust, dirt, debris, grease and rust stains at all times.

(12) Office space shall be kept free of dust, dirt and debris on all surfaces. Floors shall be kept clean and free of dust, dirt, debris and scuff marks.

(13) Where the contractor temporarily stores trash and garbage at a central location to await removal from the premises, this location shall be kept neat, clean, free of pests, rodents and odors. The trash and garbage shall be kept in containers as specified herein.

In cases where the GSA trash disposal activity (contract or force account) does not provide for the frequency required for cafeteria garbage disposal, the contractor is to dispose of all trash, rubbish or garbage as stated in paragraph 7(f) of this section. In so doing he shall comply with all Federal, State and local laws and regulations pertaining to the environment.

(14) Cleaning and janitorial services shall be performed on a regular schedule. The following cleaning schedule shall be followed and can be increased at the request of the Contracting Officer.

      (a) **Daily**.

           (i)    Sweep and damp mop kitchens including walk-in refrigerators.

          (ii)   Sweep, damp-mop and spray-buff as required resilient tile in dining areas.

         (iii)  Clean tray rails and glass sneeze guard over serving line.

         (iv)  Spot-clean tile walls and posts in dining

and kitchen areas.

(v)   As required, empty trash and rubbish cans at a location designated by the Buildings Manager for removal from the premises by the Contractor.

(vi)  Clean trash cans and trucks or dump containers.

(vii) Damp-wipe all doors and windows.

(viii) Thoroughly clean inside of dishwashers, coffee urns, all beverage dispensers, hot and cold food troughs, conveyor belts, etc.

ix)   Clean restrooms and locker rooms.

(x)   Vacuum carpet and spot-clean any soiled areas.

(b)   **Weekly**

(i)   Thoroughly clean chairs and table pedestals.

(ii   Clean tray stands.

(iii) Clean hoods and filters in kitchen and serving area.

(iv)  Thoroughly wash entire cafeteria receiving dock and trash room.

(v)   Spot-clean carpet.

(vi)  Spray-wax and buff resilient floors.

(c)   **Monthly**

(i)   Clean all portable fans.

(d) **Quarterly**

(i)   Thoroughly strip and wax all resilient tile floors.

(ii)  Shampoo carpet.

(e)   **Semi-annually**

(i)   Thoroughly clean the tile walls in kitchen and dining areas.

(ii)  Thoroughly clean all fans, ventilating

grills and ventilators.

The Contracting Officer's Representative may require additional cleaning as he deems necessary. No work shall be performed on weekends or Federal holidays, without prior approval of the Buildings Manager.

l. <u>Security areas</u>. The contractor shall be responsible for the security of all areas under the jurisdiction of the contractor. Designated employees shall have the responsibility for determining that all equipment has been turned off, that windows are closed, lights and fans turned off, and doors locked when the cafeteria is closed. This should be a matter of a daily report to the Guard Office upon leaving the building. A key shall be available for emergency use only in the building security office. This key shall be available in a sealed envelope.

m. <u>Hazardous conditions</u>. In addition to paragraph (f) of the Service Contract Act of 1965 (as amended), the contractor shall be responsible for unsanitary or hazardous conditions that are dangerous to anyone using the food facility. This shall include any employee, agent or representative of the contractor, Federal employee or other patrons of the food service facility and shall be applicable to any portion of the facility that is under the jurisdiction of the contractor.

n. <u>Liability</u>. The Government will not be responsible in any way for damage or loss /occasioned by fire, theft, accident, or otherwise to the contractor's stored supplies, materials or equipment, or the employees' personal belongings. Any personal injury or physical damage to the building or equipment resulting from fire or other causes shall be reported to the Building Manager immediately.

o. <u>Fire and civil defense drills</u>. The contractor shall notify the local fire department in the event of fire. All of the employees of the contractor shall be organized and trained to participate in fire and Civil Defense drills including the reporting of fires. This shall be accomplished with the cooperation of the Buildings Manager and the building occupant emergency plan. A copy of this plan is available in the office of the Buildings Manager.

p. <u>Reporting requirements</u>.

(1) <u>Routine monthly (or four week) statements</u>. The contractor shall furnish copies of the monthly (or four week) profit and loss statement to the CO and the program office within twenty (20) days after the end of the monthly (or four week) accounting period. The profit and loss statement shall be submitted on the attached GSA Form 2817, monthly (or four week), Profit/Loss Statement or a substantially similar report. The CO or representatives shall, as required and necessary, examine all phases of the financial operation of the cafeteria. Periodic physical inventories of all food stocks on hand shall be, taken by the contractor, at least once each quarter.

The contractor is requested to provide monthly the following information relating to patronage and sales for each location (Main Cafeteria, Café Espresso Bar and Satellite Servery):

|  | Time | Daily Patronage | Check Average |
|---|---|---|---|
| Breakfast | to |  |  |
| A.M. Break | to |  |  |
| Luncheon | to |  |  |
| P.M. Break | to |  |  |
| Other (describe) |  |  |  |

     (2) **Contractor certification of end-of-fiscal year statement**. All cafeteria contractors shall certify their end-of-fiscal year profit/loss statements for submission to the COR. The purpose of this requirement is to place greater emphasis on the contractor's responsibility to submit accurate and timely reports, while significantly reducing the need and frequency of administrative contract audits by agency personnel.

     (3) **Equipment records**. The contractor shall acknowledge in writing to the COTR receipt of the Government-owned equipment listed in the attached Equipment Inventory. At the beginning of the contract period, the contractor shall submit to the COTR a list of the equipment and utensils which the contractor will provide. Throughout the contract period, and extensions thereof, the contractor shall maintain current records of all equipment and utensils used in the contract operation, properly indicating thereon all additions, replacements and removals.

q. **Operating expenses**.

     (1) The contractor is permitted to incur the usual type of operating expenses for cafeteria services. Operating expenses are the actual net costs after deduction of trade discounts, cash discounts, rebates, etc., which accrue or which the contractor becomes obligated to pay because of operations under the contract. These expenses may include, but are not limited to:

        (a)  The cost of food and beverages sold.
        (b)  Salaries and wages.
        (c)  Janitorial services.
        (d)  Repairs and preventive maintenance to the Government and contractor owned equipment.
        (e)  Depreciation.
        (f)  Telephone service.
        (g)  Laundry.
        (h)  Postage.
        (i)  Insurance.
        (j)  Transportation of goods.
        (k)  Payment in lieu of rental.

(l)  Supplies and materials.
(m) Rentals of equipment (only when approved in
writing by the Contracting Officer).
(n)  Workman's compensation.
(o)  Payroll taxes.
(p)  Other taxes and licenses.
(q)  Employee benefits.
(r)  Cost of decorations, posters, advertising handouts, etc.,
promoting special occasions or holidays.  All activities of this
nature to be confined to the interior of the building(s).

(2) The following are not allowable as operating expenses under the terms
of the contract, but are to be recovered as part of the administrative expense:

(a)  Payroll computations and disbursements of employee salaries.
(b)  Wages and salaries of home-office employees and general
administrative, executive, and management officials for
general supervision of the contract.
(c)  Accounting expenses, including costs of preparing financial
reports.
(d)  Supervision of facilities by contractor's home office
personnel.
(e)  Other wages and salaries to the extent that they exceed those
normally paid for similar work in the locality, unless
approved by the CO.
(f)  Home Office management costs, such as general management
overhead, transportation of management personnel, and any
other indirect management costs, as related to this contract.
(g)  Repairs necessary as the result of negligence of the
contractor or his employees.
(h)  Payment for forms and other supplies or stationery.

Other expenses may not be incurred as operating expenses without the approval of the
Contracting Officer.

r. **Depreciation** The principles set forth in FAR 31.205.11 Depreciation, shall be used
except that smallwares (china, silverware, pots and pans, serving utensils, trays, etc.)
shall be treated as follows:

(1) The actual cost, minus 10% for salvage value, of the original
inventory of smallwares provided by the operator shall be amortized as an operating
expense on a straight line basis over a five year period.  The actual cost of replacement
items required to maintain the inventory at its original level may be charged as an
operating expense to the extent that such annual replacement cost does not exceed 1-
1/4% of annual net sales.  Costs incurred to increase the original level of the inventory

and for replacement costs that exceed 1-1/4% of annual net sales shall not be allowed as operating expenses unless specifically authorized in advance by the CO.

(2) Upon the expiration or termination of this contract, the contractor agrees to offer for sale to the Government or a successor contractor, all smallwares and equipment provided by the operator under this contract for an amount equal to the salvage value plus any unamortized costs. The Government shall not be liable for such costs in the event it decides not to exercise its option to purchase or arrange for purchase of the aforementioned smallwares and equipment.

s. **Energy conservation guidelines**. The Contractor shall be responsible for securing lights and cafeteria/kitchen equipment during periods of non-active operations that are not essential for safety, security or sanitation. The Contractor shall be liable for the estimated costs of utilities resulting from leaving such non-essential equipment and lights in operation during periods of non-active cafeteria/kitchen operations and for the additional estimated cost of utilities from failure to perform the preventive maintenance and repair requirements as stated in this specification.

8. **Responsibilities of the Government**.

a. **Contract to operate the facility**. The Government agrees to grant to the contractor for the stipulated period, subject to the contract requirements and conditions herein, the right to establish, manage and operate a cafeteria in the Federal Building as described herein and in connection therewith to prepare and sell food, nonalcoholic beverages and such other products as the Government may authorize.

b. **Vending stands**. The Government reserves the right to permit the establishment of vending stands to be operated by the following State licensing agency under the Provisions of the Randolph-Sheppard Act (20 U.S.C. 107):

Business Enterprise Program for the Blind , State of Maryland

c. **Facilities**. At the beginning of the contract period, the Government will provide space for operations under the contract, as indicated and thereafter, such space as it may deem necessary or desirable. It will provide adequate ingress and egress, including a reasonable use of existing elevators, corridors, passageways, driveways, and loading platforms. It will, as it deems advisable, provide space heating, space lighting, ventilation, and the utilities. In addition, it will:

(1)   Make such improvements and alterations as it may deem necessary or desirable to prepare or recondition assigned space for its intended purpose, including improvements and alterations necessary to conform to applicable sanitary requirements.

(2) Maintain and repair building structure in areas assigned for the operator's use, including painting and redecoration, the maintenance of gas, water, steam, sewer, and electrical lines, ventilation, fire suppression system, building electrical

lighting fixtures (including re-lamping); floors and floor coverings, and walls and ceilings: Provided, that the contractor shall bear the expenses of repairs necessary because of negligence on the part of the contractor or the contractor's employees.

(3) At its own expense, provide, install and permit the contractor to use the equipment listed and additional equipment of a similar type when required for expansion approved by the CO;  Provided, that equipment no longer needed for the contract operations may be withdrawn by the CO.  The Government will replace equipment which it has provided, as it deems necessary.  Subject to adequate maintenance and repair of equipment by the contractor (as required in Responsibility of the Contractor), the Government will replace component parts of, and make repairs to such equipment.

d.  **Government-owned equipment**.  The Government will furnish for the contractor's use, equipment of the character listed as follows:

> Bar, back
> Beverage dispensers (excluding post-mix)
> Boosters, hot water
> Cabinets, fixed
> Can washing equipment
> Carts, dish
> Cold food holding equipment
> Condiment stands
> Conveyors
> Counters, including ice pans, display shelves, steam
> tables
> Dining room tables and chairs
> Dish lowerators
> Dish washing machine
> Dispensers, hot and cold drink
> Disposal(s), waste, or similar system
> Grills
> Fountains, water
> Freezers, all types
> Fryers, deep fat
> Hoods
> Hot food holding equipment
> Ice dispensers
> Ice maker/dispenser
> Kettles, steam
> Lockers
> Microwaves
> Mixers, food, motor-driven
> Ovens, all types
> Plates, hot

Rails, guide or tray
Ranges, all types
Refrigerators, all types and components
Sinks
Shelving, storage
Slicers
Steamers, all types
Surface fire suppression systems
Tables, cook's, baker's, dish, kitchen
Toasters, all types
Traps, grease
Trucks, dish
Urns, coffee
Other food service equipment that is constructed as part of the
building and affixed to the structure.

## 9. Rights and authority of the Government.

a. **Approval**.  Subject to the detailed provisions stated in this Statement of Work, menus, recipes, the quality of food and services, prices charged, the type, quantity, and condition of equipment, and all other phases of operations shall be subject to the review  and approval of the CO or his designated representative at all times.

b. **Public space**.  The Government reserves the right to use dining areas and other public spaces at other than serving periods, for meetings of Government employees or other assemblies:  Provided, that after each use the space will be cleaned and rearranged without expense to the contractor.

## 10. Restrictions.

a. **Equipment**.  Unless otherwise permitted by the CO, the contractor shall not install and/or operate any automatic vending equipment other than that specified, or remove any Government-owned equipment from the premises (except for repair).

b. **Patronage**.  Since the facilities to be provided hereunder are for the benefit and conveniences of Federal employees, patronage from other sources may be regulated by the Government.

c. **Weekends and Federal holidays**.  No work shall be performed weekends or Federal holidays without prior approval of the Building Manager.

d. **Facilities**.  The physical facilities made available to the contractor under this contract shall not be used in connection with operations not included in the contract.  Conversely, however, the contractor may, if desired, utilize centralized food preparation and storage sources located elsewhere from which distribution is made to facilities operated by the Contract, including the facilities included in this contract.  Prices charged to the operation

for items obtained from these sources shall not exceed the actual cost of procurement and/or storage, preparation and distribution.

**11.** **Adjustments**. In the event the contractor is not realizing a reasonable profit or is incurring a loss, adjustments may be negotiated to permit a reasonable profit. For the purpose of this provision, a net profit of 2-6% can be considered a reasonable profit.

**12.** **Records**. The contractor shall maintain such accounting records in connection with operations under this contract as are satisfactory to the CO. The contractor shall take all necessary precautions to assure that all income received from any source is immediately recorded through cash register sales tickets and that all expenditures are supported by appropriate vouchers.

**13.** **Cash Register Readings**. The Contractor shall permit a representative of the Contracting Officer to read cash register counters and sales recorders on demand.

**14.** **Projected Annual Budget**. The Contractor shall provide the Contracting Officer or his designated representative a projected annual operating budget (pro forma) at the beginning of each fiscal year. The annual budget shall include a written explanation of how each line was developed and, for each meal period, the estimated customer participation, check average and sales.

**15.** **Modification of contract**. Modifications of the terms of the contract may be made by mutual agreement in writing between the parties hereto. Any change which results in benefit to the contractor should be accompanied by an appropriate adjustment of the contract terms in favor of the Government. Conversely, if the change affects the contractor's operations to the extent that they are less profitable, it should be accompanied by an appropriate adjustment of the contract terms in the contractor's favor.

**16.** **Inspection and Acceptance.**

a.     **Contractor Responsibility**

The contractor is responsible for the day-to day inspection and monitoring of all Contractor work performed to ensure compliance with contract requirements. The results of all inspections conducted by the Contractor shall be documented on inspection reports (warranted as presented) and made available to the COR on the last workday of each month.

b.     **Role of Government Personnel and Responsibilities for Contract Administration.**

**Contract inspectors.** Contractor inspectors are subordinates of the COR and are responsible for the day-to-day inspection and monitoring of the contractors work. The responsibilities of the contract inspector include, but are not limited to; inspecting the work to ensure compliance with the contract requirements; documenting, through written inspection reports the results of all inspections

conducted; following through to assure that all defects or omissions are corrected; conferring with representatives of the contractor regarding any problems encountered in the performance of the work and generally assisting the COR in carrying out his/her responsibilities.

### c. Quality Standards

The contractor shall ensure that the required services in the Statement of Work and elsewhere in this contract, meet the quality standards outlined herein. All work performed under this contract shall be highest quality, consistent with best industry practices, to assure timely provision of services, optimum tenant agency satisfaction, and adequate protection of Government assets.

### d. Inspections

1. Facilities operated under the contract will be inspected periodically by representatives of the Government and, when circumstances warrant, by representatives of local health departments. After each inspection the operator will be advised of unsatisfactory conditions for which he/she is responsible. Deficiencies thus reported shall be corrected by the operator in timely period specified by such inspections or written justification for an extension of not more than one (1) full day.

2. The Government shall have the right to send its representative into areas assigned for the operator's use, at anytime, for inspection or other purposes approved by the CO.

3. The contractor will be subject to a periodic, unannounced audit of the food service facilities by a representative of the CO. The audit shall specifically include a comprehensive review of:

(a) Service quality, attentiveness, courtesy, and similar factors.

(b) Food quality, presentation, merchandising.

(c) Sanitary practices and conditions.

(d) Personnel appearance.

(e) Training program techniques, schedules and records.

(f) Safety conditions.

(g) Menu compliance, as indicated in the minimum acceptable menu profile.

(h) Portion sizes submitted in the business plan.

(i) Cash Register tapes and sales records.

17.    **Payment in lieu of rental**. The contractor shall pay the Government the amount per calendar month equal to one and one half (1-1/2) percent of net sales.

18.    **Accumulation of excess profit**. It is the intent of this contract that profit be computed over the full term of the contract. No intermediate or short-term limit should be imposed on the accumulation of profit by the contractor. Conversely, the contractor should take appropriate action to ensure any excess administrative overhead and profit accumulated does not exceed the authorized profit maximum of 10% by more than 50% over any one year period unless specifically allowed by the CO in writing.

19.    **Final profit/loss statement at termination of contract**.

    a. Any monies due the Government upon the expiration of the contract must be paid in conjunction with the submission of the final monthly Profit/Loss Statement.

    b. The contractor is granted a period of ninety-days from the date of the last day of operations under the contract to submit his final statement.

20.    **Purpose of payment in lieu of rent and payment schedule**. This fee shall be applied to the Government's "out-of-pocket" expense for the depreciation of equipment, space, heating, lighting, air conditioning and ventilation.

    a. This payment shall be made monthly, in arrears. The first payment shall be made not later than thirty days after the end of the first month of operation. This payment to cover the first month's operation or fraction thereof. Subsequent monthly payments shall be made not later than the twentieth day (20th) after the end of the previous month.

    b. Payment shall be by check made payable to the General Services Administration and mailed or delivered to:

            General Services Administration
            P. O. Box 894201
            Los Angeles, CA  90189-4201

    c. The check shall be marked (concessions check), identified with the contract number and the month for which the payment is being made. A copy of the monthly profit and loss statement shall accompany the check.

    d. Copies of the check and the monthly profit and loss statement shall be forwarded to the program office. Mail to:

    General Services Administration
    National Capital Region
    Concessions and Retail Tenant Services Branch Room 7415 - (WPYC)
    301 7th Street, SW
    Washington, DC  20407

**21. Accounting terms.** The definitions of accounting terms are as defined on the GSA Form 2817, Monthly (or 4 week) Profit/Loss Statement.

**22. Failure to Perform.** In the event work is performed unsatisfactorily, the contractor will be requested to correct the deficiencies.

**23. Suspension of work.**

(a) Employee Dismissal: In the event Federal employees are dismissed from work due to severe weather, unanticipated holidays declared by the President or failure of the Congress to appropriate funds etc., the contractor may be required to temporarily cease operations. The Government will not be liable for any claim for business lost during such a suspension of government operations.

(b) The contractor will resume operations on the next subsequent Government business day. The contractor is required to notify the COR immediately if operations cannot be resumed on that day.

**24. Proprietary Marks.**

GSA acknowledges that the names, logos, service marks, trademarks, trade dress, trade names, and patents, whether or not registered, of Contractor are proprietary to the Contractor, and its affiliated and parent companies, and will not use the marks for any purpose except as expressly permitted in writing by the Contractor.

**25. Business Licenses, Taxes & Assessments.**

The Contractor shall pay all Federal, State, City, and other taxes or assessments in connection with the operation and performance of the Services. The Contractor shall keep current and pay all licenses and permit fees in connection with Services (employers' liability coverage).

EXHIBIT I

## MILESTONE CHART FOR CONTRACTOR'S DELIVERABLES

The contractor shall be required to submit the following deliverables and reports at times specified in the contract which are considered critical to the successful completion of all contractual requirements.

| ITEMS | DUE DATE | DUE TO |
|---|---|---|
| Fingerprint Charts (FD 258) & Statement of Personal History (GSA Form 176) | Thirty (30) days before Contract Start | COR |
| Evidence of Insurance | Prior to Notice to Proceed | CO |
| Written Notice of Designated Representative (including telephone and/or pager numbers) | Five workdays before Contract Start | COR |
| Material Safety Data Sheets | Within 10 days prior Contract effective date | COR |

EXHIBIT II

## GOVERNMENT DELIVERABLES DUE THE CONTRACTOR

Post Award Conference which includes the Contract Specialist or Contracting Officer

Employee Briefing.

Work space (office, locker, and storage area) – if available

Keys for closets, storage areas, etc – if applicable

Supply of fingerprint charts (FD-258)

Supply of Statement of Personal History Statements (GSA Form 176)

Building Pass (GSA Form 15) – provided after receipt of FD258 and GSA 176

ADDENDUM PROVISIONS INCORPORATED IN FULL TEXT:

1. **FAR 52.216-1 TYPE OF CONTRACT**. The Government contemplates award of a commercial services contract resulting from this solicitation.

## 2. THE ROLE OF GOVERNMENT PERSONNEL AND RESPONSIBILITY FOR CONTRACT ADMINISTRATION

**CONTRACTING OFFICER**:
Saundra D. Sloan
Telephone: (202) 755-1035

The Contracting Officer has the overall responsibility for the administration of this contract. The CO alone, without delegation, is authorized to take actions on behalf of the Government to amend, modify or deviate from the contract terms, conditions, requirements, specifications, details and/or delivery schedules. However, she/he may delegate certain other responsibilities to her/his authorized representatives.

**CONTRACTING OFFICER'S REPRESENTATIVE:**

Thomas Cason
Telephone:  202-708-7492

The individual shown above is designated as the Contracting Officer's Representative to assist him in the discharge of his responsibilities when he is unable to be directly in touch with the contract work. The responsibilities of the Contracting Offer's Representative include, but are not limited to: determining the adequacy of performance by the contractor in accordance with the terms and conditions of this contract; acting as the Government's representative in charge of work at the site; ensuring compliance's with contract requirements in so far as the work is concerned; and advising the Contracting Officer of any factors which may cause delay in performance of the work.

3. **CONTRACT REPRESENTATIVE**. Five days prior to the contract starting date, the contractor shall submit to the Contracting Officer's Representative a written notice designating a representative at the site of the building to whom all notices issued by the Government may be delivered or mailed, including notices required under the contract for proposed deductions and final decisions.

4. **DISCREPANCY IN THE SPECIFICATIONS**. In any case of discrepancy in the specifications, the matter shall be immediately submitted to the Contracting Officer, without whose decision said discrepancy shall not be adjusted by the contractor, save only at his own risk and expense. The decision of the Contracting Officer as to the proper interpretation of the specifications shall be final and conclusive on the parties hereto subject only to appeal as provided in the "Disputes" clause of this contract. When there is any conflict between the various printed forms and other written terms, conditions, supplements, etc., the latter will govern.

5. **IDENTIFICATION/BUILDING PASS**.
The contractor shall ensure that every new employee has a GSA/Contractor identification/building pass (GSA Form 277) before the employee enters on duty. GSA personnel, designated by the Contracting Officer's Representative, shall furnish and fill out these passes using GSA Form 15, Night, Weekend and Holiday Pass. The contractor and the Contracting Officer's Representative shall sign each pass issued. The Contractor shall see that all passes are returned to the Contracting Officer's Representative as his employees are dismissed or terminated, and when the contract expires. All passes must contain an expiration date.

The contractor shall see that all employees carry their passes with them during duty hours and shown them upon request. The Contracting Officer's Representative or other GSA personnel designated by him shall periodically verify the passes of contractor employees with their personal identification.

The contractor shall make his employees available for photo identification badges, when required by the Government, on a schedule to be worked out with the Contracting Officer's Representative. The Government will make the badges after a favorable security report has been received on the contractor employees. GSA personnel will take the pictures and furnish the equipment and material to make the identification badges. Contractor employees shall sign each badge at the time of photographing. The contractor shall issue the badges to the employees each day as they report for work and shall collect the badges at the end of the work shift before the employees leave the building. The contractor shall see that all badges are returned to the Contracting Officer's Representative when employees are dismissed or terminated. The contractor will notify the Contracting Officer's Representative when employee badges are lost. It will be the responsibility of the contractor to pay for replacement badges at the rate of $10 per badge.

6. **INSURANCE REQUIREMENTS.**  Evidence of insurance is to be provided to the address below before notice to proceed on contract can be issued:

GENERAL SERVICES ADMINISTRATION
NATIONAL CAPITAL REGION
PUBLIC BUILDINGS SERVICE
TRIANGLE SERVICES DIVISION (WPZ)
301 7TH STREET, SW ROOM 7670
WASHINGTON, DC  20407

### a. Worker's Compensation and Employer's Liability:
The Contractor is required to comply with applicable Federal and State Worker's compensation and occupational disease statutes; however, notwithstanding the permissibility of deductibles under those statutes, occupational diseases are not compensable under those statutes, they shall be covered under the employer's liability section of the insurance policy. Employer's liability coverage of at least $100,000 each

accident shall be required except in states with exclusive or monopolistic funds that do not permit worker's compensation to be written by private carriers.

Even though the laws of a State might allow a contractor to be a non-subscriber to worker's compensation, the contractor is required to carry and maintain worker's compensation insurance (without any deductibles) and employer's liability insurance. If occupational diseases are not covered under the worker's compensation policy, it shall be covered under the employer's liability section of the insurance policy.

**b.  General Liability Insurance**:
General Liability insurance coverage written on the comprehensive form of policy, is required in the amount of $500,000 per occurrence for bodily injury, $50,000 per occurrence for property damage.

7. **PAYMENT OF POSTAGE, FEES AND MARKING**. All postage and fees related to submitting information forms, reports, etc., to the Contracting Officer or the Contracting Officer's Representative (COR) shall be paid by the contractor. All information submitted to the Contracting Officer or the COR shall clearly indicate the Contract Number of the contract for which the information is being submitted.

8. **SECURITY CLEARANCE REQUIREMENTS (NON-CLASSIFIED CONTRACT)**. Unless otherwise specified, the contractor will submit to the Contracting Officer's Representative (COR) thirty (30) days before the starting date of the contract, two (2) completed Form FD-258, "Fingerprinting Charts" and one (1) GSA Form 176, "Statement of Personal History" for the contractor and all employees who have access to the building in performance of the contract work. The fingerprint cards (FD 258) must be stamped, "Federal Protective Service's (FPS) ORI." These Government furnished forms will be submitted for new and replacement employees before entrance on duty. Contract employees that fail to submit all the required documents and are found working at a GSA facility, will be immediately removed from the facility until all of the required documents have been submitted.

A notice to proceed, or its equivalent, shall not be issued until satisfactory quality control plans, maintenance schedules, and security clearance information are provided and found acceptable by the Contracting Officer or an authorized representative.  Contract employees who have not received security clearance shall not be allowed to work in federally occupied space unless government escort is provided.

FPS will conduct a name check utilizing the National Crime Information Center (NCIC) to determine the existence of a criminal record no later than three (3) working days after receipt of the required forms. If no negative information is received, the COR will be advised that the contract employee has received a "Suitable" Notice of Initial Adjudication (NIA). The COR will notify the contractor the employee is allowed to work the contract. However, this check does not necessarily mean there is absolutely no criminal history record on the individual. The FD 258 fingerprint card findings will substantiate the Notice of Final Adjudication determination.

The contract employee may start work on a GSA contract while awaiting NIA clearance if escorted (see definition below) or their work is limited to public areas and normal public access times. Until a "Suitable" NIA determination has been made, the contract employee must submit to the security check access procedure that is in place at the facility where the employee is working. GSA will not provide the employee with an access badge, until the "Suitable" NIA has been received.

If Federal Protective Service personnel receive evidence of disqualifying criminal history information, they will immediately advise the COR that the employee has received an "Unsuitable" NIA. The COR will advise the contract employer that the employee is "Unsuitable" and a Notice of Final Adjudication determination must be rendered. Until that check is completed, the individual in question will not be allowed access in the Federal building as a GSA contract employee.

A person who receives an "Unfavorable" Notice of Final Adjudication determination will be provided a reasonable time (30 days) to challenge the accuracy of the information contained in the FBI criminal history records; past employment history and/or State criminal history repositories; or to provide additional facts, proof and supporting documents outlining any mitigating circumstances affecting any information maintained in the criminal history records.

All contract employees that receive a "Favorable" Notice of Final Adjudication receive a clearance valid for five (5) years from the Notice of Final Adjudication date. Contract employees cleared through this process while employed by a contractor who is subsequently replaced by another contractor shall only be required to submit another set of clearance forms if the employee has not been cleared within the last five years, or if required by the Contracting Officer's Representative.
In emergency situations, such as when a replacement is needed for a long-term contract employee, due to illness or other unforeseen events, a substitute contract employee may be granted access to the facility. The Property Manager must ensure that the employee is escorted while they are performing their assigned contract duties or their work is limited to public areas and normal public access times, until the new employee has received a "Suitable" NIA clearance.

Escort personnel must be one of the following:

FPS Personnel
Other PBS Personnel
Contract Security Personnel
Tenant Agency Personnel
Other Contract Worker with FPS Clearance

No contract applicant will be, cleared or granted access for work in judicial offices, if they have been convicted of a felony.

9. **STANDARDS OF CONDUCT**. The contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, appearance, and integrity and shall be responsible for taking such disciplinary action with respect to his employees as may be necessary. The CO, or his authorized representative (COR), may require dismissal from work any employee who is deemed incompetent or is identified as a potential threat to the health, safety, security, general well being or operational mission of the facility or its population.

10. **TERMINATION OF CONTRACT BY EITHER PARTY**. Either party may terminate this contract without cause, by giving the other party 180 days written notice of its intention to do so, at no cost to either party.

Upon receipt of written notification, the contractor will continue full, uninterrupted performance under the terms and conditions of this contract, through and including the mutually agreed date of termination.

The contractor shall ensure that all Government property and space is returned to its original condition, before vacating premises and no later than close of business on the established termination date.

Once reaching the determined termination date, the Government, without demand or notice, will reenter and regain control of the premises held by the contractor. The contractor shall vacate the premises and expressly waive all rights to the property.

11. **POST AWARD EVALUATION OF CONTRACTOR PERFORMANCE.**
The successful offeror on this contract will have his/her performance evaluated throughout the term of the contract. The evaluation(s) may be used to determine suitability for future Federal contracts. The Contractor will have the opportunity to review and comment on the evaluation(s).

### a. Contractor Performance Evaluations.
The General Services Administration, Public Buildings Service, will be using the Contractor Performance System (CPS) to collect, maintain, and disseminate contractor performance information as required by Federal Acquisition Regulation, Subpart 42.15. The CPS is a Federal multiple agency, web-based system that allows contractors to access interim and final evaluations electronically for review and comment following registration in the system.

A final performance evaluation will be prepared on this contract at the time of completion of work. In addition to the final evaluation, interim evaluations will be prepared annually (to coincide with the anniversary date of the contract) and may be done at any time when there is a significant change in performance.

Access to interim and final evaluations will be provided to the Contractor as soon as practicable after completion of the evaluation. The Contractor will be permitted thirty (30) days to review the document and to submit additional information or a rebutting

statement. Any disagreement between the parties regarding an evaluation will be referred to an individual one level above the Contracting Officer, whose decision will be final. Copies of the evaluations, Contractor responses, and review comments, if any, will be retained as part of the contract file, and may be used by all participating CPS Federal Agencies to support future award decisions.

**b. Electronic Access to Contractor Performance Evaluations.**
Contractors must register in order to access interim and final evaluations electronically. You may register using the following website: https://cpscontractor.nih.gov. To register, simply logon and click on the "Register Here" link. This site provides instructions on how to register and offers computer-based training for contractors through the "CPS Contractor On-Line Training" hyperlink. There is no fee for registration or use of this system. Electronic evaluations are available to registered Contractors for review 30 days from the date the evaluation is sent.

For those Contractors who choose not to register or are unable to register electronically, please notify your Contracting Officer of the representative designated by your firm to receive a copy of the evaluations for comment. This individual will receive copies of your organization's evaluations by regular mail services. It will be the Contractor's responsibility to ensure that the Contracting Officer receives any comments your company may have within the period identified by the Contracting Officer. Comments after the specified period will not be accepted, unless an extension is requested of the Contracting Officer and is granted.

### 13. 52.222-42 STATEMENT OF EQUIVALENT RATES FOR FEDERAL HIRES (MAY 1989) COMPARABLE RATES:
The Service Contact Act of 1965, as amended, requires the contracting agency to state the comparable rates which employees would be paid if employed by the Government. These rates are for information only, and do not control the rates to be paid under the contract. The following classes of service employees expected to be employed under the contract would, if employed by the General Services Administration, be paid not less than:

### EMPLOYEE CLASS HOURLY MONETARY WAGE % OF HOURLY AS FRINGE

07100 Food Service Worker (WG 2) $11.46

Retirement 20.4%

Life & Health Insurance 3.7%

Workman's Compensation 1.9%

Sick leave provided by law: 13 days per year

Paid Holidays provided by law: 10

Vacations or paid leave provided by law:
(1) two hours of annual leave each week for an employee with less than 3 years of service
(2) three hours of annual leave each week for an employee with 3 but less than 15 years
of service
(3) four hours of annual leave each week for an employee with 15 or more years of
service.

## WAGE DETERMINATION:

Bidders are advised that the various classes of service employees who will be employed
in the performance of the contract awarded under this solicitation MUST BE PAID the
minimum monetary wage and shall be furnished fringe benefits shown on the attached
Wage Determination No. 1994-2563 (Rev 24), dated 09/30/2003. This determination was
issued under the provisions of the McNamara - O'Hara Service Contract Act (79 Stat.
1034), and in accordance with Part 4.3 of 29 CFR Part 4.

## PART II - PROVISIONS/CLAUSES

## COMMERCIAL ITEMS CONTRACT CLAUSES INDEX (Updated 10/2003)

## (CLAUSES INCORPORATED BY REFERENCE)

### 52.252-2 CLAUSES INCORPORATED BY REFERENCE (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and
effect as if they were given in full text. Upon request, the Contracting Officer will make
their full text available. Also, the full text of a clause may be accessed electronically at
this/these address:

http://www.arnet.gov/far

http://www.arnet.GSAM/gsam.html

| CLAUSE NO. | 48 CFR REFERENCE | APPLICABLE CLAUSE TITLE |
|---|---|---|
| 1 | 52.204-4 | Printed or Copied Double-Sided on Recycled Paper (8/00) |
| 2 | 52.204-6 | Data Universal Numbering System (DUNS) Number (10/03) |

## 52.212-4 CONTRACT TERMS AND CONDITIONS--COMMERCIAL ITEMS. (OCT 2003)
(a) Inspection/Acceptance. The Contractor shall only tender for acceptance those items
that conform to the requirements of this contract. The Government reserves the right to
inspect or test any supplies or services that have been tendered for acceptance. The

Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights-

(1) Within a reasonable time after the defect was discovered or should have been discovered; and

(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) Assignment. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (e.g., use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) Changes. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) Disputes. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) Definitions. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) Excusable delays. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) Invoice.

(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include-

(i) Name and address of the Contractor;

(ii) Invoice date and number;

(iii) Contract number, contract line item number and, if applicable, the order number;

(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;

(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;

(vi) Terms of any discount for prompt payment offered;

(vii) Name and address of official to whom payment is to be sent;

(viii) Name, title, and phone number of person to notify in event of defective invoice; and

(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.

(x) Electronic funds transfer (EFT) banking information.

(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.

(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (e.g., 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer-Other Than Central Contractor Registration), or applicable agency procedures.

(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.

(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR part 1315.

(h) Patent indemnity. The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) Payment. Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract. The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and OMB prompt payment regulations at 5 CFR part 1315. In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.

(j) Risk of loss. Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:

(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or

(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) Taxes. The contract price includes all applicable Federal, State, and local taxes and duties.

(l) Termination for the Government's convenience. The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the

Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) Termination for cause. The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) Title. Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) Warranty. The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) Limitation of liability. Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) Other compliances. The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) Compliance with laws unique to Government contracts. The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 327, et seq., Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) Order of precedence. Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:

(1) The schedule of supplies/services.

(2) The Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause.

(3) The clause at 52.212-5.

(4) Addenda to this solicitation or contract, including any license agreements for computer software.

(5) Solicitation provisions if this is a solicitation.

(6) Other paragraphs of this clause.

(7) The Standard Form 1449.

(8) Other documents, exhibits, and attachments.

(9) The specification.

(t) Central Contractor Registration (CCR).

(1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(2) (i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name. (ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757. (End of clause)

### 52.212-5 CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS- COMMERCIAL ITEMS. (JAN 2004)

(a) The Contractor shall comply with the following Federal Acquisition (FAR) clause, which is incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items: 52.233-3, Protest after Award (Aug 1996) (31 U.S.C. 3553).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to

implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(Contracting Officer check as appropriate.)

__ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

__ (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999) (15 U.S.C. 657a).

__ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (Jan 1999) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

__ (4)(i)  52.219-5, Very Small Business Set-Aside (June 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

__ (ii) Alternate I (Mar 1999) of 52.219-5.

__ (iii) Alternate II (June 2003) of 52.219-5.

__ (5)(i)  52.219-6, Notice of Total Small Business Set-Aside (June 2003) (15 U.S.C. 644).

__ (ii) Alternate I (Oct 1995) of 52.219-6.

__ (6)(i)  52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).

__ (ii) Alternate I (Oct 1995) of 52.219-7.

__ (7) 52.219-8, Utilization of Small Business Concerns (Oct 2000) (15 U.S.C. 637(d)(2) and (3)).

__ (8)(i)  52.219-9, Small Business Subcontracting Plan (Jan 2002) (15 U.S.C. 637(d)(4).

__ (ii) Alternate I (Oct 2001) of 52.219-9.

__ (iii) Alternate II (Oct 2001) of 52.219-9.

__ (9) 52.219-14, Limitations on Subcontracting (Dec 1996) (15 U.S.C. 637(a)(14)).

__ (10)(i)  52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (June 2003) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

__ (ii) Alternate I (June 2003) of 52.219-23.

__ (11) 52.219-25, Small Disadvantaged Business Participation Program-Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

__ (12) 52.219-26, Small Disadvantaged Business Participation Program-Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

__ (13) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

__ (14) 52.222-19, Child Labor-Cooperation with Authorities and Remedies (Jan 2004) (E.O. 13126).

__ (15) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

X (16) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

X (17) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

X(18) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

_X_ (19) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

__ (20)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

__ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

__ (21) 52.225-1, Buy American Act-Supplies (June 2003) (41 U.S.C. 10a-10d).

__ (22)(i) 52.225-3, Buy American Act-Free Trade Agreements-Israeli Trade Act (Jan 2004) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78).

__ (ii) Alternate I (Jan 2004) of 52.225-3.

__ (iii) Alternate II (Jan 2004) of 52.225-3.

__ (23) 52.225-5, Trade Agreements (Jan 2004) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

__ (24) 52.225-13, Restrictions on Certain Foreign Purchases (Oct 2003) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

__ (25) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).

__ (26) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).

__ (27) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

__ (28) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

__ (29) 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration (Oct 2003) (31 U.S.C. 3332).

__ (30) 52.232-34, Payment by Electronic Funds Transfer-Other than Central Contractor Registration (May 1999) (31 U.S.C. 3332).

__ (31) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).

__ (32) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

__ (33)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631)..

__ (ii) Alternate I (Apr 1984) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[Contracting Officer check as appropriate.]

X (1) 52.222-41, Service Contract Act of 1965, as Amended (May 1989) (41 U.S.C. 351, *et seq.*).

X (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act-Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

__ (5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, *et seq.*).

(d) *Comptroller General Examination of Record.* The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records-Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vi) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause-

(i) 52.219-8, Utilization of Small Business Concerns (Oct 2000) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-41, Service Contract Act of 1965, as Amended (May 1989), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, *et seq.*).

(vi) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. Appx 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations. (End of clause)

*Alternate I (Feb 2000).* As prescribed in 12.301(b)(4), delete paragraph (d) from the basic clause, redesignate paragraph (e) as paragraph (d), and revise the reference to "paragraphs (a), (b), (c), or (d) of this clause" in the redesignated paragraph (d) to read "paragraphs (a), (b), and (c) of this clause."

### 552.212-72  CONTRACT TERMS AND CONDITIONS REQUIRED TO IMPLEMENT STATUTES OR EXECUTIVE ORDERS APPLICABLE TO GSA ACQUISITION OF COMMERCIAL ITEMS. (SEPT 2003)

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement provisions of law or Executive Orders applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on the date the solicitation is issued applies unless otherwise stated herein. The following provisions and clauses are incorporated by reference:

(a) Provisions.

_X_  552.223-72      Hazardous Material Information

(b) Clauses.

____552.223-70      Hazardous Substances

____552.223-71      Nonconforming Hazardous Material

____552.238-70      Identification of Electronic Office Equipment Providing
                    Accessibility for the Handicapped

____552.238-72      Identification of Products that have Environmental Attributes

### 52.204-7 CENTRAL CONTRACTOR REGISTRATION (OCT 2003)

(a) Definitions. As used in this clause-

"Central Contractor Registration (CCR) database" means the primary Government repository for Contractor information required for the conduct of business with the Government.

"Data Universal Numbering System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

"Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same parent concern.

"Registered in the CCR database" means that-

(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database; and

(2) The Government has validated all mandatory data fields and has marked the record "Active."

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number-

(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://www.dnb.com; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company Physical Street Address, City, State, and Zip Code.

(iv) Company Mailing Address, City, State and Zip Code (if separate from physical).

(v) Company Telephone Number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g) (1) (i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12 of the FAR; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423, or 269-961-5757. (End of clause)

### 552.212-71 CONTRACT TERMS AND CONDITIONS APPLICABLE TO GSA ACQUISITION OF COMMERCIAL ITEMS (JULY 2000)

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement agency policy applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on

the date the solicitation is issued applies unless otherwise stated herein. The following provisions and clauses are incorporated by reference:
(a) Provisions.
___552.237-70 Qualifications of Offerors
(b) Clauses.

_X_552.203-70 Restriction on Advertising
___552.211-73 Marking
_X_552.215-70 Examination of Records by GSA
___552.215-71 Examination of Records by GSA (Multiple Award Schedule)
___552.215-72 Price Adjustment—Failure to Provide Accurate Information
___552.219-70 Allocation of Orders—Partially Set-Aside Items
_X_552.228-70 Workmen's Compensation
_X_552.229-70 Federal, State and Local Taxes
___552.232-8 Discounts for Prompt Payment
___552.232-23 Assignment of Claims
___552.232-71 Adjusting Payments
___552.232-72 Final Payment
___552.232-73 Availability of Funds
___552.232.78 Payment Information
_X_552.237-71 Qualifications of Employees
___552.238-71 Submission and Distribution of Authorized FSS Schedule Price List
___552.238-74 Contractor's Report of Sales
___552.238-75 Price Reductions
___552.242-70 Status Report of Orders and Shipments
___552.243-72 Modifications (Multiple Award Schedule)
___552.246-73 Warranty - Multiple Award Schedule
___552.246-76 Warranty of Pesticides

## ADDENDUM TO FAR 52.212-4, 52.212.5 & 552.212-71

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement agency policy applicable to acquisition of commercial items or components. The date of the clause in the regulation that is applicable at the time the solicitation is issued applies unless otherwise stated. The following provisions and clauses are incorporated by reference:
52.237-1 Site Visit
52.237-2 Protection of Government Buildings, Equipment & Vegetation
52.228-5 Insurance – Work on a Government Installation
52.217-2 Cancellation Under Multi-year Contracts
52.217-8 Option to Extend Services
52.217-9 Option to Extend the Term of the Contract*
552.217-71 Notice Regarding Options
*Fill in for Clause 52.217-9: Option may be exercised 30 days before expiration of contract; total duration of services shall not exceed 15 years.

## PART III - INSTRUCTIONS TO OFFERORS

### 52.212-1 INSTRUCTIONS TO OFFERORS--COMMERCIAL ITEMS (JAN 2004)

(a) North American Industry Classification System (NAICS) code and small business size standard. The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) Submission of offers. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show-

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3;

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

**INSTRUCTIONS ON SUBMITTING PROPOSALS**. These instructions are in addition to the instructions listed in 1-11 above. Offerors shall submit an original and two copies of the proposal, prepared in such format and detail as to enable the Government to make a thorough evaluation thereof and to arrive at a sound determination as to whether or not the offeror can meet the Government's requirements. Your proposal package shall be sealed in an envelope. All envelopes shall clearly identify your firm name and address.

**PROPOSALS MUST BE RECEIVED ON OR BEFORE THE DUE DATE AT THE LOCATION SPECIFIED IN BLOCK 9 OF THE SF 1449.**

**Contents of the proposal.** Each proposal should be divided into two parts, as set forth herein, and be sufficiently complete and organized to ensure that evaluation can be made on the basis of its content. It is important that the proposal be organized as specified. Both parts, properly identified, may be in the same binder or loose-leaf cover.

a. **Part I - General Information**. The general information portion of the submission should contain:

(1) The offeror's signed SF-1449, Addendum to SF 1449 (to include the Remittance Address, DUNS Number, and CCR Registration), Representations & Certifications and GSA Form 527.

(2) Financial qualifications of offerors: Each offeror submitting a proposal on the work for this contract is required to submit with their offer evidence of their financial responsibility and capacity to carry out the terms of the contract. This information should be submitted on GSA Form 527, Contractor's Qualifications and Financial Information.

(3) Insurance requirement: Liability insurance coverage, written on the comprehensive form of policy, is required in the amount of $500,000 per occurrence for bodily injury and $50,000 per occurrence for property damage. (See clause 52.228-5 Insurance - Work on a Government Installation.)

b. **Part II - Specific Information**.

**TAB A - PAST PERFORMANCE**

Using the information below in the order shown, illustrate your past performance:

TAB A (1) Reputation.
List the name and address of references or accounts that reflect the conditions, effort and complexity comparable to this solicitation, under recent (within one year) and/or existing contract(s), telephone numbers, opening date, building population, patronage, annual dollar value, and type of contractual arrangements; i.e., management fee, profit and loss, fixed price or other.

Provide a minimum of 5 references.

List the name and address of GSA accounts your company operates outside of the Metropolitan Washington, DC region, telephone numbers, opening date, building population, patronage, annual dollar value, and type of contractual arrangements; i.e., management fee, profit and loss, fixed price or other. If your company does not operate any GSA accounts outside this area, state so in the Reputation Section.

The Government reserves the right to contact additional sources for information on past performance.

TAB A (2) Experience.
In addition to general background information, state experience and/or ability to operate profit/loss contracts which are similar in size, scope, complexity and sales volume.

## TAB B - RESOURCE MANAGEMENT

Using the information below, in the order shown, illustrate your plan for managing your resources:

TAB B (1) Resources.

Provide organization charts showing the chain of command above the level of manager with resumes and functions for all positions shown.

Provide background and qualifications of the on-site manager types to be assigned to the operation if you are awarded the contract and a resume on the key managers listed in the chain of command. The on site manager must have a minimum of 2 years consecutive experience in a position of comparable responsibility.                     .

The manager above the on-site manager (i.e. District Manger) must have a minimum of five (5) years experience in that position.

Provide detailed policies and procedures relative to employee and management training programs and indicate resources for providing backup.

Describe in detail home-office support resources, including inspection forms, points of contact, key personnel, and schedule for site visits.

State available regional and home office experience and operations in the geographical area that would enhance operations.

TAB B (2) Staffing.

Provide a comprehensive and detailed color-coded daily staffing chart for the operation of this facility for each location (Main Cafeteria, Café, Espresso Bar, and Satellite Servery, NOAA Deli/Snack Bar) and a summary staffing chart for the entire campus. Include comprehensive job descriptions for each employee. Complete the attached

Staffing Guide or provide a similar document that provides the same information as the attached Staffing Guide.

Provide your organization charts showing the chain of command of supervision and staff that will supplement your unit management.

Indicate any subcontracting of functions such as maintenance services and the yearly cost projections.

Describe the step-by-step process you will use to properly and timely open the campus food service facilities if you are awarded the contract.  Include a detailed time-phased action plan with dates and steps for each action. Incorporate the phased Census employee move in schedule.

## TAB C - MENU CYCLE AND VARIETY

State the length of your menu cycle and how often it changes throughout the year. Provide the complete menu cycle that you will implement, with anticipated food cost/price ratio (percentage) for each food category for each location ((Main Cafeteria, Café, Espresso Bar, Satellite Servery, NOAA Deli/Snack Bar) .

The Census Bureau desires hot and cold food (entrees, vegetables and salads) sold by the ounce with a wide variety of selections that change daily. Describe your company's by-the ounce program and how it will be implemented in this facility.

The Census Bureau has expressed a need for catering services. Please provide your approach to Catering and how it will be handled and staffed.

Include your policy for featured specials, promotional events and merchandising practices.

Compare the services you will be providing in performing this contract with the latest trends in employee feeding in the private sector.  Describe in detail any innovative upgrades you plan to implement and include their costs.  Prepare a facility diagram and describe in detail your plans regarding the serving stations.  Assure that services are compatible with the facility.

Include merchandising plan for each station, garnishes, serving utensils, pan sizes, food layout diagrams, special promotions, etc.  You are encouraged to use marketing concepts consistent with any expertise developed in the private sector.

Include your company program that addresses healthy menu options.  State how this program was developed and how it will be marketed and implemented to increase customer awareness and willingness to improve eating lifestyle.

Summarize the number of daily items under each food category, such as number of luncheon entrees, vegetables, salads, desserts, beverages, soups, bread and rolls, breakfast items, sandwiches, specials, grill items, etc. Summarize the total number of different items in each category for the complete menu cycle. Proposed menu cycles should reflect proposed price and portion policies.

## TAB D SANITATION AND PREVENTIVE MAINTENANCE.

Include a complete and comprehensive internal sanitation program geared to this facility. Include standards, operating requirements, sanitation training programs, inspection procedures, frequency schedules, and management reports.

Include the HACCP plan for this facility as required in the Statement of Work.

If you plan to subcontract any cleaning, state which services and yearly cost projections.

Provide a comprehensive description of the preventive maintenance program you will employ in complying with the terms of this contract. Include company name and copy of any maintenance contracts with a schedule for each piece of equipment.

Provide one year of actual preventive maintenance records for (2) two existing accounts that have a similar preventive maintenance requirement as this contract.

Include a brief description of your proposed recycling program.

## TAB E CONTROLS.

Describe in detail accounting systems and procedures to include information required in the Statement of Work. Include management reports and other control checks with planned frequency schedules. Describe, in depth, reports that will be used. Assure accounting system provides information on sales, meal counts, check averages, and cost per meal data.

Demonstrate that internal audits are conducted on operational controls, financial statistics, methods, procedures, and systems.

Describe in detail the quality assurance program including forms to be used, follow-up procedures, implementation plan, frequency reporting schedules, and control checks.

Provide sample reports and schedules.

Provide food production systems with copies of the forms to be utilized and explained in detail.

Provide inventory system and controls with copies of the forms to be utilized and explained in detail.

Describe in detail how customer complaints (verbal and written) are to be handled by the on site manager. Provide training or operation manual that details the handling, monitoring and follow-up of customer complaints.

Describe the methods that will be utilized to receive customer feedback and the process that will be in place to respond to the feedback.

Describe the method that your company utilizes to measure and monitor customer satisfaction.

## TAB F PRICE AND PORTION POLICIES.

State your pricing policies and procedures for establishing portion sizes and prices. Indicate your management support and production systems designed to control portions sizes and food costs, including procurement policies and discounts.

Price and portion policies should reflect proposed menu cycles.

State your future pricing policy and philosophy for the term of the contract for adjusting future prices and portions. Provide a sample/format of your company's market basket.

## TAB G BUDGET (PRO FORMA).

Provide a projected annual operating budget (profit and loss statement) with a detailed written explanation of how each line was developed, including the estimated customer participation, check averages and sales for each meal period. Include the cost of all subcontracting. Budget should be based on 250 business days.

The budget (profit and loss statement) submitted should be for the first full year of operation after the facility is fully occupied (with 6,000 employees). Provide a budget for each location (Main Cafeteria, Café, Espresso Bar, and Satellite Servery NOAA Deli/Snack Bar) and a master budget (profit and loss statement) that incorporates all locations.

Provide a detailed list of all start up costs and investments (POS systems, small wares, corporate support during opening, renovations costs etc.).

### c. Period for acceptance of offers.

The offeror agrees to hold the prices in its offer firm for ninety (90) calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

### d. Product samples.

When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during pre-award testing.

e. **Multiple offers.**

Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

f. **Late submissions, modifications, revisions, and withdrawals of offers.**

1. Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation.

2. Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and-

(a) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(b) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(c) If this solicitation is a request for proposals, it was the only proposal received. However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

3. Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

4. If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time

specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

5. Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

g. **Contract award (not applicable to Invitation for Bids).**

**The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint.** However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

h. **Multiple awards.**

The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

i. **Availability of requirements documents cited in the solicitation.**

(1)The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to:

GSA Federal Supply Service Specifications Section
Suite 8100, 470 East L'Enfant Plaza, SW
Washington, DC 20407
Telephone (202) 619-8925
Facsimile (202) 619-8978.

If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and

commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the:
Department of Defense Single Stock Point (DoDSSP) Building 4, Section D
700 Robbins Avenue Philadelphia, PA 19111-5094
Telephone (215) 697-2667/2179
Facsimile (215) 697-1462

Automatic distribution may be obtained on a subscription basis.

Order forms, pricing information, and customer support information may be obtained-
By telephone at (215) 697-2667/2179
or
Through the DoDSSP Internet site at http://dodssp.daps.mil.

(3) Non-government (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

## j. Data Universal Numbering System (DUNS) Number.

Applies to all offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS or DUNS+4 number that identifies the offeror's name and address. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling 1-866-705-5711 or via the internet at http://www.dnb.com. An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

## k. Central Contractor Registration.

Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may

obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.
*Debriefing.* If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.
(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.
(3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.
(4) A summary of the rationale for award.
(5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.
(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency. (End of provision)

### 52.233-2 SERVICE OF PROTEST (AUG 1996)

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the General Accounting Office (GAO), shall be served on the contracting officer,
General Services Administration, PBS, DC Service Center, 7th & D Sts, SW, Washington, DC 20407, by obtaining written and dated acknowledgment of receipt from The Assistant General Counsel (LB), General Services Administration, 18th and F Streets NW., Washington DC 20405.
(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

### 552.233-70 PROTESTS FILED DIRECTLY WITH THE GENERAL SERVICES ADMINISTRATION (MAR 2000)

(a) The following definitions apply in this provision:
(1) "Agency Protest Official for GSA" means the official in the Office of Acquisition Policy designated to review and decide procurement protests filed with GSA.
(2) "Deciding official" means the person chosen by the protester to decide the agency protest; it may be either the Contracting Officer or the Agency Protest Official for GSA.
(b) The filing time frames in FAR 33.103(e) apply. An agency protest is filed when the protest complaint is received at the location in the solicitation designates for serving protests. GSA's hours of operation are 8:00 a.m. to 4:30 p.m. Protests delivered after 4:30 p.m. will be considered received and filed the following business day.
(c) A protest filed directly with the General Services Administration (GSA) must:
(1) Indicate that it is a protest to the agency.
(2) Be filed in writing with the Contracting Officer.

(3) State whether the protester chooses to have the Contracting Officer or the Agency Protest Official for GSA decide the protest. If the protest is silent on this matter, the Contracting Officer will decide the protest.

(4) Indicate whether the protester prefers to make an oral presentation, a written presentation, or an oral presentation confirmed in writing, of arguments in support of the protest to the deciding official.

(5) Include the information required by FAR 33.103(d) (2).

(i) Name, address, fax number, and telephone number of the protester.

(ii) Solicitation or contract number.

(iii) Detailed statement of the legal and factual grounds for the protest, to include a description of resulting prejudice to the protester.

(iv) Copies of relevant documents.

(v) Request for a ruling by the agency.

(vi) Statement as to the form of relief requested.

(vii) All information establishing that the protester is an interested party for the purpose of filing a protest.

(viii) All information establishing the timeliness of the protest (see paragraph (b) of this provision).

(d) An interested party filing a protest with GSA has the choice of requesting either that the Contracting Officer or the Agency Protest Official for GSA decide the protest.

(e) The decision by the Agency Protest Official for GSA is an alternative to a decision by the Contracting Officer. The Agency Protest Official for GSA will not consider appeals from the Contracting Officer's decision on an agency protest.

(f) The deciding official must conduct a scheduling conference with the protester within three (3) days after the protest is filed. The scheduling conference will establish deadlines for oral or written arguments in support of the agency protest and for agency officials to present information in response to the protest issues. The deciding official may hear oral arguments in support of the agency protest at the same time as the scheduling conference, depending on availability of the necessary parties.

(g) Oral conferences may take place either by telephone or in person. Other parties (e.g., representatives of the program office) may attend at the discretion of the deciding official.

(h) The following procedures apply to information submitted in support of or in response to an agency protest:

(1) The protester and the agency have only one opportunity to support or explain the substance of the protest (either orally, in writing, or orally confirmed in writing).

(2) GSA procedures do not provide for any discovery.

(3) The deciding official has discretion to request additional information from either the agency or the protester. However, the deciding official will normally decide protests on the basis of information provided by the protester and the agency.

(4) Except as provided in paragraph (5) (ii) below, the parties are encouraged, but not required, to exchange information

(5) If the agency makes a written response to the protest, the following filing requirements apply.

(i) The agency must file its response to the protest with the deciding official within five (5) days after the filing of the protest.

(ii) The agency must also provide the protest with a copy of the response on the same day it files the response with the deciding official. If the agency believes it needs to redact or withhold any information in the response from the protester, it must obtain the approval of the deciding official.

(i) The deciding official will resolve the protest through informal presentations or meetings to the maximum extent practicable.

(j) An interested party may represent itself or be represented by legal counsel. GSA will not reimburse the party for any legal fees related to the agency protest.

(k) GSA will stay award or suspend contract performance in accordance with FAR 33.103(f). The stay or suspension, unless over-ridden, remains in effect until the protest is decided, dismissed, or withdrawn.

(l) The deciding official will make a best effort to issue a decision on the protest within twenty-eight (28) days after the filing date. The decision may be oral or written. If the decision is orally communicated to protestor, it will be confirmed in writing within three (3) days after the decision.

(m) GSA may dismiss or stay proceedings on an agency protest if a protest on the same or similar basis is filed with a protest forum outside of GSA.

## 52.212-2 EVALUATION--COMMERCIAL ITEMS (JAN 1999)

(a) The Government will make award to the responsible offeror whose offer conforms to the solicitation and receives the highest total point score. The State Licensing Agency (SLA) will compete for this facility and will be selected if their proposal is in the competitive range. In the event they are not in the competitive range and two or more offerors are tied for the highest total point score, lots will be drawn to determine which offeror will be awarded the contract.

## NOTE: THE GOVERNMENT MAY PROCEED WITH AWARD UNDER THIS SOLICITATION WITHOUT CONDUCTING DISCUSSIONS. THEREFORE, OFFERORS ARE ENCOURAGED TO INITIALLY SUBMIT THEIR MOST FAVORABLE PROPOSAL.

Note: See "Instructions to Offerors" for information on submissions required.

## A. PAST PERFORMANCE.

1. **Reputation**. The Government considers the reputation of the offeror in providing food services as indicated by the program office survey of services submitted in the offeror's proposal and the information requested of the offeror. A survey will be conducted with clients of the offeror. Health inspection reports may also be reviewed. The Government reserves the right to contact additional references.

2. **Experience**. The Government considers the experience and/or the ability of the offeror to provide food service under a profit/loss arrangement in facilities comparable in size, type and complexity. The offeror must have a minimum of five (5) years experience in the food service industry, and three (3) years experience with profit/loss facilities

similar to this in sales volume, size, scope and complexity, involving point of service marketing and state of the art equipment.

## B. RESOURCE MANAGEMENT.

1. Resources. The Government considers the resources of the offeror's organization, including regional management level staffing, training and proposed unit backup support.

2. Staffing. The Government considers the offeror's staffing levels and pattern as it is required by the facility layout, menu, patronage, and sales. Also considered is the daily and weekly man-hour coverage for functions. Refer to the Statement of Work for manager requirements to be included in your proposal.

## C. MENU CYCLE AND VARIETY.

The Government considers the offeror's provision of a complete menu cycle, variety and daily patterns. Proposed innovative services and/or facility improvements are also evaluated. The Government will evaluate the compatibility of the menu cycle and innovations as they relate to the facility layout and equipment.

## D. SANITATION AND PREVENTIVE MAINTENANCE.

The Government considers the offeror's sanitation and preventive maintenance practices that demonstrate conformance with food service standards. In addition, the adequacy of the preventive maintenance program and practices as proposed in guidelines and schedules are considered. Also considered is the proposed recycling program.

## E. CONTROLS.

The Government considers the offeror's accounting systems, quality assurance program and effective management data which produces information on sales, meal counts, check averages, etc., based on the contract requirements in the Statement of Work.

## F. PRICE AND PORTION POLICIES.

The Government considers the offeror's policies on pricing, portions and food cost controls.

## G. BUDGET (PRO FORMA).

The Government considers the offeror's proposed total operating budget and written explanations as it relates to the proposal, and its realistic projection of sales, costs, and profit.

**Proposals will be evaluated and scored on the above evaluation factors. The factors Reputation and Experience each are one and one-half times as important to the**

**Government in the evaluation as any other single category. The other categories are not listed in relative order of importance.**

(b) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

Approximately 30 days after notice of award, the contractor shall organize the business, procure the necessary equipment and have a complete organization ready to begin full operation as provided herein. The specific beginning date is to be designated by the contracting officer. The contract shall be for a period of 5 years effective with the beginning date specified in the Notice to Proceed, subject, however to the rights of termination set forth in the termination clauses. At the option of the Contracting officer, it may be extended thereafter for terms of from 1 to five years, provided that the Contracting Officer shall give written notice to the contractor at least 180 days before the contract, or any extensions thereof, would otherwise expire. In no event shall the contract period, as extended, exceed a period of 15 years from the beginning date of the original contract.

## 52.212-3 OFFEROR REPRESENTATIONS AND CERTIFICATIONS--

## COMMERCIAL ITEMS (Jan 2004)

(a) Definitions. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.
"Forced or indentured child labor" means all work or service-
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
"Service-disabled veteran-owned small business concern"-
(1) Means a small business concern-
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR part 121 and size standards in this solicitation.

"Veteran-owned small business concern" means a small business concern-

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern-

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701). (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) Taxpayer Identification Number (TIN).

[ ] TIN: _____.

[ ] TIN has been applied for.

[ ] TIN is not required because:

[ ] Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

[ ] Offeror is an agency or instrumentality of a foreign government;

[ ] Offeror is an agency or instrumentality of the Federal Government.

(4) Type of organization.

[ ] Sole proprietorship;

[ ] Partnership;

[ ] Corporate entity (not tax-exempt);

[ ] Corporate entity (tax-exempt);
[ ] Government entity (Federal, State, or local);
[ ] Foreign government;
[ ] International organization per 26 CFR 1.6049-4;
[ ] Other _____.
(5) Common parent.
[ ] Offeror is not owned or controlled by a common parent;
[ ] Name and TIN of common parent:
Name _____.
TIN _____.
(c) Offerors must complete the following representations when the resulting contract will
be performed in the United States or its outlying areas. Check all that apply.
(1) Small business concern. The offeror represents as part of its offer that it [ ] is,    [ ] is
not a small business concern.
(2) Veteran-owned small business concern. [Complete only if the offeror represented
itself as a small business concern in paragraph (c)(1) of this provision.] The offeror
represents as part of its offer that it [ ] is, [ ] is not a veteran-owned small business
concern.
(3) Service-disabled veteran-owned small business concern. [Complete only if the offeror
represented itself as a veteran-owned small business concern in paragraph (c)(2) of this
provision.] The offeror represents as part of its offer that it o is, o is not a service-disabled
veteran-owned small business concern.
(4) Small disadvantaged business concern. [Complete only if the offeror represented itself
as a small business concern in paragraph (c)(1) of this provision.] The offeror represents,
for general statistical purposes, that it o is, o is not a small disadvantaged business
concern as defined in 13 CFR 124.1002.
(5) Women-owned small business concern. [Complete only if the offeror represented
itself as a small business concern in paragraph (c)(1) of this provision.] The offeror
represents that it [ ] is, [ ] is not a women-owned small business concern.
Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed
the simplified acquisition threshold.
(6) Women-owned business concern (other than small business concern). [Complete only
if the offeror is a women-owned business concern and did not represent itself as a small
business concern in paragraph (c)(1) of this provision.] The offeror represents that it o is
a women-owned business concern.
(7) Tie bid priority for labor surplus area concerns. If this is an invitation for bid, small
business offerors may identify the labor surplus areas in which costs to be incurred on
account of manufacturing or production (by offeror or first-tier subcontractors) amount to
more than 50 percent of the contract price:
_____

(8) Small Business Size for the Small Business Competitiveness Demonstration Program
and for the Targeted Industry Categories under the Small Business Competitiveness
Demonstration Program. [Complete only if the offeror has represented itself to be a small
business concern under the size standards for this solicitation.]

(i) [Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the four designated industry groups (DIGs).] The offeror represents as part of its offer that it [ ] is, [ ] is not an emerging small business.
(ii) [Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or four designated industry groups (DIGs).] Offeror represents as follows:
(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or
(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).
(Check one of the following):

Number of Employees    Average Annual Gross Revenues

__ 50 or fewer    __ $1 million or less
__ 51-100    __ $1,000,001-$2 million
__ 101-250    __ $2,000,001-$3.5 million
__ 251-500    __ $3,500,001-$5 million
__ 501-750    __ $5,000,001-$10 million
__ 751-1,000    __ $10,000,001-$17 million
__ Over 1,000    __ Over $17 million

**PART IV – ATTACHMENTS**

LISTING OF ATTACHMENTS

Attachment 1 - Wages Determination

Attachment 2 – Foodservice Drawings and Food Service Equipment List

Attachment 3 - Contract Information

Attachment 4 - Staffing Guide Form

Attachment 5 - Standard 527 - Contractor's Qualification & Financial Information

Attachment 6 - GSA 2817 - Monthly (or 4-week) Profit/Loss Statement Pro-Forma Operating Statement

Attachment 7 - Preventive Maintenance Guide

**ATTACHMENT 1- WAGE DETERMINATION**

ATTACHMENT 2 - FOODSERVICE DRAWINGS

AND FOOD SERVICE EQUIPMENT LIST


Refer to the drawings that are part of this solicitation.

(See next page)

The subject solicitation includes Sensitive but Unclassified (SBU) building information. Before release of SBU information, the requestor must complete and sign a "Document Security Notice of Prospective Bidders/Offerors." The following information must also be submitted and/or provided by the requestor with the completed Notice: (1) copy of business license; (2) company's Dun & Bradstreet number; (3) valid tax identification number; and (4) valid picture state driver's license (of person picking up SBU documents). The Notice can be obtained from and will be submitted to: Cindy Dwier, Contract Specialist, or Saundra Sloan, Contracting Officer, Triangle Service Center (WPZ), 409 12th Street, S.W. Suite 710, Washington D.C. 20024. No e-mail copies will be accepted, (however facisimiles can be submitted). Authorization to receive the SBU information will be granted upon verification of submitted information. Please read the Notice carefully regarding requirements for receipt, storage, and disposal of the SBU information. All solicitations will be labeled if they contain SBU information. Drawings will only be released to contractors who have been authorized ty the Contracting Officer. To obtain drawings from the contact person. the person must present the completed and signed Document Security Notice, sign log book, identify the information requested, and present a valid driver's license or state-issued ID card.

Drawings are available at the location below beginning on December 20, 2005.

Cindy Dwier, Contract Specilaist
GSA, Triangle Service Center (WPZ-1)
409 12th Street, S.W.
Washington D.C. 20024
(202) 755-1008
Fax (202) 755-0006

Alternate:

Saundra Sloan, Contracting Officer
(202) 755-1035
Same location as above.

**ATTACHMENT 3 - CONTRACT INFORMATION**

1. CONTRACT INFORMATION

   A.  Customer's Name _____

   B.  Customer's Contracting Officer: _____

       Name _____

       Address _____

       Phone Number _____

   C.  Contract Number _____

   D.  Place of Performance _____

   E.  Period of Performance _____

   F.  Brief Description of Services Provided _____

   G.  Total Dollar Amount of Contract _____

2. CONTRACT INFORMATION

   A.  Customer's Name _____

   B.  Customer's Contracting Officer: _____

       Name _____

       Address _____

       Phone Number _____

   C.  Contract Number _____

   D.  Place of Performance _____

   E.  Period of Performance _____

   F.  Brief Description of Services Provided _____

   G.  Total Dollar Amount of Contract _____

## ATTACHMENT 4 – STAFFING GUIDE FORM

```
STAFFING GUIDE
PROPOSED FACILITY:
DATE:
REVISED DATE:
```

| POSITIONS | # PER DAY | HOURS PER DAY | (SEE#1): HOURS PER YEAR | (SEE#2): ($) WAGE RATE | ($) (%) BENEFITS | ($) PER YEAR TOTAL |
|---|---|---|---|---|---|---|
| SUPER./COOK II | | | | | | |
| COOK II | | | | | | |
| COOK I | | | | | | |
| BAKERS | | | | | | |
| GRILL COOK | | | | | | |
| PREPARE./SERVER | | | | | | |
| UTILITY | | | | | | |
| DISHWASHING | | | | | | |
| CASHIER | | | | | | |
| SUB-TOTAL | | | | | | |

| MANAGERS | # | YEAR RATE ($) | BENEFIT (%) | PER YR ($) |
|---|---|---|---|---|
| UNIT DIRECTOR | | | | |
| MANAGER | | | | |
| ASST. MANAGER | | | | |

```
TOTAL (PER YR. LAB. COST (POSITIONS AND MANAGERS))
```

NOTE:
#1.  THIS FIGURE INCLUDES VACATION HOURS.
#2   THE U.S. DEPART. OF LABOR, DATED

ATTACHMENT 5 - SF-527 - CONTRACTOR'S QUALIFICATIONS AND

FINANCIAL INFORMATION

ATTACHMENT 6 - GSA 2817 MONTHLY (OR 4-WEE) PROFIT/LOSS

STATEMENT PRO-FORMA OPERATING STATEMENT

| | | PERIOD (From To Date) | | |
|---|---|---|---|---|
| [ ] MONTHLY (OR 4-WEEK) PTOFIT/LOSS STATEMENT<br>[ ] PROFORMA OPERATINTG STATEMENT<br><br>(Check one and see instructions on reverse) | | | | |
| BUILDING | LOCATION | CONTRACTOR | | |
| NUMBER OF | OPERATING DAYS | MEALS SERVED | EMPLOYEES | TOTAL VENDING MACHINE SALES $ |

| ITEMS OF REVENUE AND EXPENSE | | | CURRENT MONTH | |
|---|---|---|---|---|
| | | | DOLLARS | % |
| 1. Net Sales (See Note 1 on reverse) | | | | |
| 2. Cost of Goods Sold (See Note 2 on reverse) | | | | |
| 3. Gross profit on Sales (Line 1 minus Line 2) | | | | |
| OPERATING EXPENSES | PAYROLL COSTS | 4. Wages and Salaries | | |
| | | 5. Payroll Taxes | | |
| | | 6. Employee Benefits (see Note 3 on reverse) | | |
| | | 7. Other Payroll Costs/Adjustments (See Note 3 on reverse) | | |
| | | 8. Total Payroll Costs (Sum of Lines 4,5,6, and 7) | | |
| | 9. Payments in Lieu of Rent (See Note 4 on reverse) | | | |
| | 10. Cafeteria Supplies | | | |
| | 11. Taxes and Licenses (See Note 5 on reverse) | | | |
| | 12. General Insurance | | | |
| | 13. Repairs and Maintenance | | | |
| | 14. Uniforms and Laundry | | | |
| | 15. Miscellaneous services (See Note 5 on reverse) | | | |
| | DEPRECIATION | 16. Smallwares | | |
| | | 17. Other Fixed Assets | | |
| | 18. Other Operating Expenses (See Note 5 on reverse) | | | |
| | 19. TOTAL OPERATING EXPENSE | | | |

| | Current Month | | |
|---|---|---|---|
| 20. Less: Vending Income | | | |
| 21. Adjusted Operating Expense (Line 19 minus line 20) | | | |
| 22. Administrative Expense (See Note 5 on reverse) | | | |
| 23. Total Operating and Administrative Expense (Sum of Lines 8,21, and 22) | | | |
| 24. NET INCOME/LOSS FROM OPERATONS (Line 3 minus Line 23) | | | |

GENERAL SERVICES ADMINISTRATION

### NOTES

1. Complete Part I and enter results on Line 1 of this form.
2. Complete Part II and enter results on Line 2 of this form.
3. Attach Explanation of Expense Entries for Lines 6 and 7 (Fr
4. Multiply One and One-Half (1 1/2 X Line 1).
5. Attach Explanation of Expense Entries for Lines 11, 15, 18, a

### PART I - NET SALES

| ITEMS OF REVENUE AND EXPENSE | Current Month | |
|---|---|---|
| Sales | | |
| Less: Sales Tax | | |
| Less: Sales Returns and Allowances | | |
| Net Sales (Enter this amount on Line 1, Front) | | |

### PART II - COST OF GOODS SOLD

| | Current Month | |
|---|---|---|
| Inventory at Beginning of Period | | |
| Purchases | | |
| Less: Purchase Returns and Allowances | | |
| Less: Purchase Discounts | | |
| Net Purchases | | |
| Goods Available for Sale | | |

| Less: Ending Inventory | - | |
| Cost of Goods Sold (Enter this amount on Line 2, Front) | - | |

## APPLICABILITY

-
Submission of this form is required in all proposals for Food Service Contracts and will be used to project the estimated revenue and expense and profit of loss for the initial year of operation, based on expected full occupancy as stated in the solicitation. Following award determination, the successful offeror will submit this form, or a substantially similar report, reflecting actual revenue and expense items and the net income or loss fo the monthly reporting period and for the year-to-date.

-
## DEFINITIONS

-
Gross Revenue: total charges to customers for merchandise sold, from which sales tax and sales returns and allowances are deducted to yield net sales. Vending income is not to be included in the computation of net sales

Cost of Goods Sold: represents the amount of money expended or liability incurred for goods sold. Inventory o hand at the beginning of the report period, purchases made during the period, purchase returns and allowances, purchase discounts and ending inventory for the period must be reflected.

-
Expenses: may be classified under the subheadings provided, as either operating or administrative. Expense categories are further defined in the contract solicitation.

-
Net Income/Loss from Operations: the excess of gross profit on sales over the total operating and administrativ

-
-
-

GSA F

ATTACHMENT 7 - PREVENTIVE MAINTENANCE GUIDE

## ATTACHMENT 7

## PREVENTIVE MAINTENANCE

| INDEX | | | | |
|---|---|---|---|---|
| PREVENTIVE MAINTENANCE GUIDE | | | | |
| EQUIPMENT DESCRIPTION | GUIDE NUMBER | QUALIFIED P.M. PERSONNEL | | |
| | | | | |
| | | | | |
| Conveyor | G-3 | X | | |
| Dish machine | G-4 | X | | |
| | | | | |
| | | | | |
| | | | | |
| Fryer | G-8 | | | |
| Grill | G-9 | X | | |
| Hood | G-10 | X | | |
| | | | | |
| Ice Maker, Dispenser, Storage | G-12 | X | | |
| Kettle | G-13 | X | | |
| | | | | |
| Oven | G-15 | X | | |
| Range | G-16 | X | | |
| | | | | |
| Refrigerator/Freezer | G-18 | X | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| Boilers, Generators, Steam | G-26 | X | | |
| | | | | |

## PREVENTIVE MAINTENANCE GUIDE

## CONVEYOR

Dish/tray, Busing Conveyor

## MONTHLY:

1. Check conveyor belt condition and tension, detergent dispenser. ◄········ [ **Formatted:** Bullets and Numbering ]

2. Lubricate motor drive and gear head assembly. ◄········ [ **Formatted:** Bullets and Numbering ]

3. Check with operator, verify cleaning program. ◄········ [ **Formatted:** Bullets and Numbering ]

## SEMI-ANNUAL

1. Examine belt rollers, sprockets, slats, guides, idlers, and limit switch. ◄········ [ **Formatted:** Bullets and Numbering ]

2. Check and clean dram under conveyor and test wash apparatus. ◄········ [ **Formatted:** Bullets and Numbering ]

3. Inspect control panel and all wiring connections. ◄········ [ **Formatted:** Bullets and Numbering ]

4. If variable speed, check for proper fpm travel. ◄········ [ **Formatted:** Bullets and Numbering ]

5. Refer to manufacturers instructions for maintenance. ◄········ [ **Formatted:** Bullets and Numbering ]

\*Conveyors in excess of 30'-0", allow one minute of maintenance time for each foot over.

## PREVENTIVE MAINTENANCE GUIDE

DISHWASHING MACHINE
(Special Note:  Service, (P.M.) should be made by qualified manufacturer's
service representative. (electric, gas, steam, all types.)

**MONTHLY:**
1.  Check with operator, verify cleaning program.

2.  Dilemma as required.

3.  Check utility supply line, valve packing, valves, traps, solenoids and insulation
    for each tank.

4.  Inspect conveyor tension, lubricate chain and sprockets.

5.  Remove wash manifolds, rinse manifolds, scrap screens and suction
    strainers, and inspect.

6.  Clean thoroughly motor ventilating openings.

7.  Clean all line strainers.

8.  Drain booster heater to remove scale which may collect in tank bottom.

**SEMI-ANNUAL**
1.  Check thermostatic control solenoid valve for a minimum of 100° prewash,
    140°  for wash, and 140°  or 180° F  for final rinse.  (Low temp machines at
    140°  F)

2.  Examine pumps-suction and discharge connections, adjust packing nuts.

3.  Test electrical controls, signal lights, timer, and OFF/ON switches.

4.  Calibrate thermostats (Call in qualified utility company service representative).

5.  Tighten all screws in electrical wiring connections, i.e., panels, junction boxes,
    final connections.

6.  Clean elements to obtain maximum heat transfer.

7.  Test timer, switches, pilot light, and replace door gaskets, if needed.

8.  Check for adequate steam pressure to unit.

Formatted: Bullets and Numbering

9.  Remove line strainer and clean-check steam separator.    Formatted: Bullets and Numbering

10. Inspect steam coils and clean, if required.    Formatted: Bullets and Numbering

11. Examine condensate trap, thermostatic trap, and pressure regulator.    Formatted: Bullets and Numbering

12. Check gas/air mixture on gas (call in qualified utility company service representative).    Formatted: Bullets and Numbering

13. Adjust pilot light to lowest possible flame (call in qualified utility company service representative).    Formatted: Bullets and Numbering

14. Check gas pressure regularly to ensure proper combustion.    Formatted: Bullets and Numbering

15. Check flue for proper draft or obstructions.    Formatted: Bullets and Numbering

## PREVENTIVE MAINTENANCE GUIDE

### FRYER

 (Electric or gas, deep, fat, counter-top, drop-in free standing.)

### SEMI-ANNUAL:

1.  Check basket raising mechanism and basket condition.

2.  Drop-in units must have flange to counter seal.

3.  Inspect grease compartment.

4.  Calibrate thermostats (call qualified utility company service representative)

5.  Check gas/air mixture on gas (call qualified utility company service representative)

6.  Clean and adjust gas burners.

7.  Check safety pilot and solenoid.

8.  Clean and adjust pilot light

9.  Check flue for proper draft of obstructions.

10. Lubricate gas valves.

11. Tighten all screws in electrical wiring connections, i.e., plugs on appliances.

12. Clean interior walls and elements to obtain maximum heat transfer.

*Formatted:* Bullets and Numbering

## PREVENTIVE MAINTENANCE GUIDE

GRILL

   (Griddle, built-in, counter-top, free standing.)

SEMI-ANNUAL

1.  Inspect grease trough, drip tray, splash guard, and surface condition.

**Formatted:** Bullets and Numbering

2.  Calibrate thermostats (call in qualified utility company service representative).

3.  Check gas/air mixture on gas (call in qualified utility company service representative).

4.  Clean and adjust gas burners.

5.  Check safety pilot and solenoid.

6.  Clean and adjust pilot light.

7.  Check flue for proper draft or obstructions.

8.  Lubricate gas valves.

9.  Tighten all screws in electrical wiring connections, i.e., plus on appliances, panels, junction boxes, final connections, etc.

10.  Check elements to obtain maximum heat transfer.

11.  Examine utility; supply line, valve packing, specialties and insulation.

12.  Examine control knobs, indicating lights grill surface.

## PREVENTIVE MAINTENANCE GUIDE

HOOD

   (Exhaust, washdown system (1) and filter type hoods (2) ).

MONTHLY:

1.  Detergent system fittings should be checked for leaks, or check filters for fit and condition. (1)

2.  Grease collecting gutter should be checked – to remove any foreign material, or examine hood sides and drip trays or troughs.  (1)  (2)

3.  Check water temperature – minimum 140 ° .   (1)

4.  Check with operator, verify cleaning program.  (1) and (2) (See GSA Cafeteria Operations Contract)


SEMI-ANNUAL

1.  Check air velocity.  (1) and (20 – (See mfts. Recommendation)

2.  Remove filters, examine rack and hood condition.  (2)

3.  Check grease accumulation in hood to collar.  (1) and (2)

4.  Determine if filters should be replaced.  (2)

*Formatted: Bullets and Numbering*

## PREVENTIVE MAINTENANCE GUIDE

ICE MAKER

   (Special Note: Service, (P.M.) should be made by qualified manufacturer's service representative, (all types,      storage and dispenser.)

MONTHLY:

1.  Check all controls, adjust if necessary.

2.  Examine condition of bin doors-closure and ease of slide.

3.  Inspect ice condition, water, and drain connections.

4.  Check with operator, verify cleaning program.

5.  Test ice dispensing valve, (door) metering adjustment, drain grid, and drain line.

6.  Examine water connection and external controls, strainer, etc.

7.  Check storage bin condition.


SEMI-ANNUAL:

1.  Perform monthly and semi-annual refrigeration P>M>  See guide G18.

2.  Lubricate condenser fan motor, or if water-cooled check temperature.

3.  Check lubrication of evaporator thrust bearings and chain drive.

4.  Disassemble drum assembly, clean and/or replace seals, or examine gear motor auger section, dispenser drive assembly.

5.  Replace gear box lubricant with proper oil.

6.  Remove supply water screen from strainer and clean.

7.  Lubricate water pump and components.

8.  Check float valve in makeup tank.

9. Inspect water distribution holes in header.

10. Drain and flush and clean water contract surfaces of the ice machine.


### PREVENTIVE MAINTENANCE GUIDE

KETTLE

   Steam, Electric, Gas, and Tilting.  (Braising Pan)


SEMI-ANNUAL:

1. Calibrate thermostat (call qualified utility company service representative).

2. Check and replace leaking packing washers.

3. Examine water supply control and fill valve.

4. Inspect temperature gauge, lid hinge and condition.

5. Test timer, switches, pilot light.

6. Check for adequate steam pressure to unit.

7. Examine condesate trap, thermostatic trap and regulator.

8. Check and clean burner orifices on gas.

9. Clean and adjust pilot lights.

10. Check air shutters to make sure air/gas mixture is correct (call in qualified utility company service representative).  (gas)

11. Check flue for proper draft or obstructions.  (gas)

12. Lubricate valves, tilt mechanism.

13. Tighten all screws in electrical wiring connections, i.e., panels, junction boxes, final connections, etc.

14. Check elements to obtain maximum heat transfer.

## PREVENTIVE MAINTENANCE GUIDE

OVEN

   (Convection or baking)

SEMI-ANNUAL

1.  Check for tight fit of oven doors; adjust door hinges, gasket and molding.

2.  Check and clean fan blades for convection ovens.

3.  Check to ensure ovens and oven racks are level.

4.  Calibrate thermostats (call in qualified utility company representative).

5.  Check gas/air mixture on gas (call in qualified utility company service representative).

6.  Clean and adjust gas burners.

7.  Check safety pilot and solenoid.

8.  Clean and adjust pilot light.

9.  Check flue for proper draft of obstructions.

10. Lubricate gas valves.

11. Tighten all screws in electrical wiring connection, i.e., panels, junction boxes, final connections, etc.

12. Clean interior walls and elements to obtain maximum heat transfer.

## PREVENTIVE MAINTENANCE GUIDE

RANGE

   (Electric, or gas, hot plate, griddle top, oven base.)

SEMI-ANNUAL:

1. Calibrate thermostats (call in qualified utility company service representative). | Formatted: Bullets and Numbering |

2. Check gas/air mixture on gas (call in qualified utility company service representative).

3. Tighten all screws in electrical wiring connections on panels, junctions boxes, final connections, etc.

4. Clean and adjust gas burners.

5. Clean and adjust pilot lights.

6. Check automatic burner lighters and safety controls.

7. Lubricate gas valves.

8. Check for tight fit of oven doors; adjust door hinges, gasket and molding.

9. Check gas pressure regularly to ensure proper combustion.

10. Check flue for proper draft of obstructions.

11. Clean interior walls and elements to obtain maximum heat transfer.

12. Check and clean fan blades for convection ovens.

13. Check electric power line condition (switch, disconnect, etc.), or check condition of gas supply, valves, regulators, and inspect pilot adjustment.

## PREVENTIVE MAINTENACE GUIDE

REFRIGERATORS/FREEZERS (WALK-IN UNITS)

   Walk-in boxes and refrigeration system.

MONTHLY:

1.  Indicator light on-check compartment temperature.

2.  Examine handles, door gaskets, hinges and tightness of door closure.

3.  Check with operator, verify cleaning program.

4.  Verify defrost cycle and timer on the freezer refrigeration system.

SEMI-ANNUAL:

1.  Check refrigerant level if short cycling or loss of temperature control is observed.

2.  Clean fan, condenser fins and plates and blower coils.

3.  Check gaskets and seals, and hinges on doors for tight fit and for leaks.

4.  Have automatic defrosters adjusted.  Reset defrost cycle so freezer will defrost during "Off Peak" Hours.  Have trained technician do this.

5.  Make sure thermostats are properly calibrated.

6.  Lubricate hinges and latches.  Use food grade oil.

7.  Inspect and service all electric motors.

**Formatted:** Bullets and Numbering

**Formatted:** Bullets and Numbering

## PREVENTIVE MAINTENANCE GUIDE

### BOILER/GENERATOR, STEAM

#### MONTHLY:

1.  Inspect utility supply lines, valve packing special fittings and insulation.

2.  Check and test all controls, thermostats, and timers.

3.  Verify boiler blow down with the cafeteria operator.  (Boiler blowndown is to be done daily by the operator.)

#### SEMI-ANNUALLY:

1.  Inspect low water cutoffs, pressure relief valves, pressure regulating valves, gauges and line strainers.

2.  Inspect water feed, fill and drain valve.

3.  Check for adequate steam pressure.

4.  Check steam trap and replace, if necessary.

5.  Drain tank and remove excess lime deposits.

#### ELECTRIC

1.  Inspect and tighten all screws, electrical connections, plugs, panels, junction boxes, et.c

2.  Check solenoid valves for proper operation.

#### GAS FIRED:

1.  Check gas/air mixture in gas valve (call qualified utility company service representative).

2.  Adjust pilot light to lowest possible flame (call in qualified utility company service representative).

Formatted: Bullets and Numbering

Formatted: Bullets and Numbering

Formatted: Bullets and Numbering

Formatted: Bullets and Numbering

3. Check gas pressure regularly to insure proper combustion.