# EXHIBIT 6







# M -- Cafe Food Services

- Solicitation 01 - Posted on Dec 15, 2005
- Amendment 01 - Posted on Dec 28, 2005
- Amendment 02 - Posted on Jan 05, 2006

## General Information

|  |  |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | GS-02P-06-PCC-0027 |
| Posted Date: | Dec 15, 2005 |
| Original Response Date: | Feb 02, 2006 |
| Current Response Date: | Feb 02, 2006 |
| Original Archive Date: | Aug 24, 2006 |
| Current Archive Date: | Aug 24, 2006 |
| Classification Code: | M -- Operation of Government-owned facilities |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

General Services Administration, Public Buildings Service (PBS), Brooklyn/Queens/Long Island Service Center 2PMC-B, 625 Fulton St. (10 Metrotech), 7th Floor, Brooklyn, NY, 11201

## Description

The contractor shall provide all management, supervision, labor, materials, supplies and equipment (except as otherwise described in the solicitation) and shall establish and operate the food service facility for the purpose of dispensing food, non-alcoholic beverages and other such items.    A Pre-Proposal Conference will be held on Thursday, December 22, 2005 at 10:00 a.m. at the General Post Office (GPO), 271 Cadman Plaza East, 3rd Floor, Brooklyn, NY 11201. The solicitation package will be available on the Internet on or about December 16, 2005.

## Point of Contact

Brenda Hunter, Contracting Officer, Phone 718-254-7128, Fax 718-254-7083, Email brenda.hunter@gsa.gov - Thomas Adams, Contracting Officer, Phone (718) 254-7106, Fax (718) 254-7085, Email thomas.adams@gsa.gov

## Place of Performance

Address:     Emanuel Celler U.S. Court Complex, 225 Cadman Plaza East, Brooklyn, NY 11201
Postal Code: 11201
Country:     USA

Register to Receive Notification

## Government-wide Numbered Notes
## You may return to Business Opportunities at:

- GSA PBS listed by [Posted Date]
- GSA Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]



# REQUEST FOR PROPOSAL (RFP)

## THIS PROCUREMENT IS OPEN TO BOTH SMALL AND LARGE BUSINESSES

PROJECT: CAFE SERVICES
EMANUEL CELLER U.S. COURT COMPLEX
225 CADMAN PLAZA EAST
BROOKLYN, NY 11201

SOLICITATION NO: GS-02P-06-PCC-0027

CLOSING DATE AND TIME: FEBRUARY 2, 2006
4:30 PM LOCAL TIME

SUBMIT OFFER TO: GENERAL SERVICES ADMINISTRATION
SMALL BUSINESS UTILIZATION CENTER (2AR)
JACOB K. JAVITS FEDERAL BUILDING
26 FEDERAL PLAZA, RM. 18-110
NEW YORK, NY 10278

# TABLE OF CONTENTS

Note: This Table of Contents is for convenience only. Its accuracy is not guaranteed and it is not to be considered as part of the specification. In case of discrepancy between the Table of Contents and the Specification, the specification shall govern.

| Title | Page number |
|---|---|
| Table of Contents | 2 |
| Description of Services | 3-13 |
| Packaging and Marking | 14 |
| Inspection and Acceptance | 15-17 |
| Deliveries or Performance | 18 |
| Special Contract Requirements | 19-20 |
| Contract Clauses | 21-25 |
| Additional Clauses Necessary to Implement this Contract | 26-27 |
| Wage Determination | 27-38 |
| FAR 52.212-3 Offeror Representations and Certifications – Commercial Items (MAR 2005) | 39-49 |
| Addenda to FAR 52.212-3 Compliance with Veterans Employment Requirements  and FAR 52.219-22 Small Disadvantaged Business Status (OCT 1999) | 50-51 |
| FAR 52-212-1 Instructions to Offerors – Commercial Items | 52-56 |
| Addenda to FAR 52.212-1 Additional Instructions, FAR 52.204-6 Data Universal Numbering System (DUNS) Number (OCT 2003), FAR 52.204-7 Central Contractor Registration | 57-61 |
| FAR 52.212-2 Evaluation – Commercial Items (JAN 1999) | 62-67 |
| Addendum to FAR 52.212-4, FAR 52.217-9 Option to Extend the Term of the Contract (MAR 2000) | 68 |

SUPPLIES OR SERVICES AND PRICES

1. Description of services.  The contractor shall provide all management, supervision, labor, materials, supplies and equipment (except as otherwise described herein) and shall establish and operate the food service facility for the purpose of dispensing food, non-alcoholic beverages and other such items as may be authorized by the Contracting Officer (CO), in accordance with all terms and conditions specified herein.

2. Terms of contract.

a. Profit and administrative expenses.  The operations of the facility shall be conducted as a profit and loss account with no liability to the Government and with no more than an average 10% combined net profit and administrative expenses.

b. Payment to the Government.  No payment to the Government is required.

c. Contract Period.  March 17, 2006 through March 18, 2011 with two (2) five-year renewal options.

d. Termination of Contract

(1) Convenience.  Either party may terminate this contract without cause, by first giving the other party 180 days written notice of its intention to do so.

(2) Default.  The Government may terminate the contract if the contractor defaults or fails to comply with the requirements of the contract and the contractor's rights under the contract and the occupancy of the Government premises shall end.  The Government may reenter the premises held by the contractor, without demand or notice and any notice to which the contractor would otherwise be entitled would be waived.  The contractor shall be responsible for losses and damages to the Government resulting from the contractor's default or failure.

(3) At the time of termination of this contract, or extensions thereof, all Government-owned equipment shall be returned to the Government in good condition, ordinary wear and tear excepted.

(4) The contractor may remove or dispose of his equipment and property, subject to any Government liens on such equipment and property to satisfy any claims against the contractor which are not satisfied by his warranty.

e. Modification of Contract.  Modifications of the terms of the contract may be made by mutual agreement in writing between the parties.  Any change, should result in equal benefit to both the Government and contractor.

f. Adjustments.  In the event the contractor is not realizing a reasonable profit or is incurring a loss, adjustments may be negotiated to permit a reasonable profit.

g. Accounting Terms.  The definitions of accounting terms are as defined on the GSA Form 2817, Monthly (or 4 week) Profit/Loss Statement.

3

## DESCRIPTION/SPECIFICATION

### 1. Scope of Work:

The Contractor shall provide all management, supervision, labor, materials, supplies and equipment (except as otherwise described herein) and shall establish and operate the food service facility for the purpose of dispensing food, non-alcoholic beverages and other such items as may be authorized by the Contracting Officer (CO), in accordance with all items and conditions specified herein. Service shall be prompt, efficient and courteous and avoid undue interference with the operation of the building in which services are provided. Services will be provided for the benefit of approximately 500 building employees, approximately 100 jurors and a varying number of daily visitors at the Emanuel Celler U.S.Court Complex, 225 Cadman Plaza East, Brooklyn, NY 11201.

### 2. Description of Services.

The Contractor will be required to provide food services, janitorial, trash removal and preventive maintenance on all Government owned equipment in said food service areas of the facility. In addition, the Contractor will be responsible for obtaining all permits, licenses and approvals to operate the facility. The variety, menu pricing and appearance of food shall be consistent with approved food service industry standards for comparable local food facilities. The Contractor shall demonstrate innovative methods in keeping with the best industry standards.

**NOTE  : At the time of issuance of this solicitation, the cafe has not been built. It is the intention of the Government to build out this café prior to the start date of this contract indicated below. However, this is subject to the availability of funds. Should the funds be unavailable, this contract will be cancelled at the convenience of the Government.**

**Services shall be provided effective March 17, 2006 through March 18, 2011**
**With two (2) five-year renewal options.**

**After award, the successful contractor will be issued a Notice to Proceed to execute performance of the contract.**

### 3. Description of Facility and Operations.

Building Statistics - Cafe

| | |
|---|---|
| Kitchen area & Serving area | 2780 SF |
| Office (In the Kitchen area) | 100 SF |
| Storage (In the Kitchen area) | 300 SF |
| Dining area (in 4 locations – Main dining area, additional seating area, judges seating, jurors seating area) | 4785 SF |
| Seating Capacity: | Approximately 300 seats total (Dining area) |

4. **Hours of Operation**.

A. <u>Service Schedule</u> - Food services shall be provided 5 days per week, Monday through Friday
(Except holidays observed by the Federal Government), as follows:

| | |
|---|---|
| Breakfast | 7:00 a.m. to 10:30 a.m. |
| Break | 10:30 a.m. to 11:00 a.m. |
| Lunch | 11:00 a.m. to 3:00 p.m. |

B. <u>Modification to Service Schedule</u> - All hours may be adjusted as necessary to accommodate the requirements of the occupying agencies. Any request for modifying the hours or days of service shall be submitted for the approval of the Contracting Officer (CO). Evening meals and/or service on Saturdays, luncheon meetings, juror meals, and special functions, may be requested periodically by the occupant agencies. On-site and off-site catering may also be requested (Evening and Saturday service requires 48-hours notice to the contractor).

5. **Food Services**.

<u>Concept description</u>: The operation will be a manual Café offering hot and cold food in a Food Court service style, also called Free Flow Service. The food service would be comprised of following food stations such as: 1.Mini Deli: Selection of deli sandwiches and cold take out salads, 2.Soup: One or two daily choices, 3. Grill: Grilled breakfast items, hamburgers, sandwiches, hot dogs, French fries, onions rings, 4. Dessert: Limited assortment of pre-made desserts. 5. Beverage: A full complement of hot and cold beverages. In addition, the contractor shall provide detailed description of any of the latest market concepts such as self-service soup, pasta, salad, potato, taco and sandwich bars; pizza, chicken and fast food stations. The Contractor may offer these types of services each day or may schedule alternate service days. As a means to provide a variety of selections, the Contractor may provide his own concepts and products and/or incorporate "product branding". Customers will help themselves to all foods and beverages with the exception of made-to-order sandwiches and grilled foods. These shall be handed to them by counter servers. Customers will carry their own trays through the Cashier Station to the dining room and dispose of their trays, disposable plates and plastic ware.

**Other Concessions Information:**

There is a Sundry stand located on the first floor that is operated under the State of New York Randolph Sheppard Program. This facility will operate five (5) days of the week during the hours of 7:00am to 5:00pm. Listed below are the types of articles to be sold:

<u>Food:</u>
Pre-packaged: Soups, casseroles, Pastries, snack Size, Ice Cream


<u>Snacks:</u>
Candy, Gum
Pre-packaged:
Chips, Pretzels, Crackers, Popcorn, Cookies, Cakes, Pies
Prepackaged:
Nuts, dried fruit and canned fruit
Beverages:
Canned Soda

**Please note that the Contractor will not be permitted to sell the articles listed above without written authorization from the Contracting Officer to do so. Such authorization may be rescinded at any time at the sole discretion of the Contracting Officer.**

6. **Responsibilities of the Contractor**.

The Contractor shall provide prompt, efficient, and courteous service, and avoid undue interference with the operation of buildings in which services are provided. Licenses and permits shall be obtained as required by State and local authorities, and all applicable building, health, sanitary, and other regulations and laws shall be observed. The Contractor shall employ sufficient and suitable personnel, secure and maintain insurance, maintain records, submit reports, and observe other contract requirements, all as more specifically set forth herein. The Contractor shall pay each and every fee, cost, or other charge incident to or resulting from operations under this contract. Reasonable care shall be exercised in the use of space and Government-owned equipment and, upon license termination, the licensee will yield such space and equipment in as good condition as when received, except for ordinary wear and tear, and damage or destruction beyond the contractor's control and not due to the Contractor's fault or negligence.

All required equipment and utensils not provided by the Government, shall be provided by the Contractor who shall replace such equipment and utensils when necessary because of wear, breakage, or obsolescence. Equipment and utensils provided by the Contractor shall be of a quality in keeping with that provided by the Government as determined by the Contracting Officer's Representative (COR).

Except as otherwise provided herein, the Contractor shall adjust, repair, and continuously maintain in a satisfactory condition, all equipment and utensils used under the license, regardless of whether provided by the Government or by the Contractor.

A. **Service**

The Contractor shall clean and sanitize the dining room and lobby tables after each break, meal and at the end of the day. The Contractor will remove any remaining items from the tables. Patrons shall be requested to remove trays, dishes and utensils from tables to dish carts that will be strategically located in the dining and lobby areas.
The Contractor will provide busing service to remove any remaining soiled dishes and assure that tables and chairs are cleaned and sanitized.

The Contractor will utilize paper or Styrofoam containers and plates for service. The Contractor will provide disposable (paper or Styrofoam) cups/lids for individual carry-out service for beverages and meals.

B. **Menus**

It shall be the responsibility of the Contractor to provide a variety of quality prepared and prepackaged foods and hot/cold beverages. The variety and appearance of food in the facility on each operating day shall be consistent with approved food service industry standards for comparable "business and industry" facilities.

Any request for change in menu, price, or portion including additional items for sale shall be submitted in writing and receive written approval of the Contracting Officer. No approved change shall take effect until a two week notice has been made by the Contractor to the customer with a brief statement of cause and again approval by the Contracting Officer.

During each serving period, easy-to-read menus with prices listed shall be prominently displayed for the information of patrons.

C. **Equipment and Utensils Provided by the Contractor**

(1) All required equipment and utensils not provided by the Government under the provisions of Responsibilities of the Government, shall be provided by the Contractor who shall replace such equipment and utensils when necessary because of loss, wear, breakage, or obsolescence. Equipment and utensils provided by the contractor shall be of a quality in keeping with that provided by the Government as determined by the Property Manager. The Contractor shall provide all necessary food service equipment and utensils of the general character listed below and to replace such equipment and utensils when necessary because of loss, depreciation or obsolescence.

> Disposable plates
> Office Furniture
> Machines, office and cash handling
> Safe
> Sharpeners

(2) All items provided by the Contractor shall be of good quality, suitable for the purpose of its intended use, and consistent with the quality of the various items provided by the Government. All equipment furnished by the Contractor shall be subject to approval of the Government.

Prior to placement, the Contractor shall provide submittals and samples for approval by the Contracting Officer of all menu boards, signage, trash receptacles and other highly visible items (includes dishes and silverware). It is a requirement of this contract that such items be aesthetically consistent with the cafeteria/dining design elements. This requirement shall remain in effect throughout the entire term of the contract. Installation and placement of approved menu boards, signage, trash receptacles and decorative items are the Contractor's responsibility.

Trash receptacles shall be of hard non-toxic plastic material. Single service plastic liners shall be used in conjunction with these receptacles. All trash containers will be provided with self-closing swing tops. A sufficient number of receptacles must be strategically placed to accommodate the daily requirement.

D. **Sanitation and Quality**

(1) The Contractor shall serve tasty, appetizing, and quality food, under clean and sanitary conditions in accordance with the provisions and recommendations contained in the most current Food Code, U.S. Food and Drug Administration.

All foods served shall be wholesome and free from spoilage, free from adulteration and misbranding, and safe for human consumption.

Uncooked items, such as fresh fruits, shall be clean and free from blemish. All foods shall, when served, be attractive in appearance and correct in temperature and consistency. They shall be crisp, moist, dry, tender, etc., as may be appropriate in each case.

(2) All employees assigned by the Contractor to perform work under this agreement shall be physically able to do their assigned work and shall be free from communicable diseases as certified by a medical examination, done at no cost to the Government. The current Food Code, U.S. Food and Drug Administration and all local codes and regulations relating to food service sanitation and procedures shall be adhered to by the Contractor.

E. **Personnel and Supervision**

(1) The Contractor shall employ sufficient personnel to maintain sanitary conditions and satisfactory service which will ensure prompt and efficient service at all times. All employees shall be sober, conscientious, neat, and courteous. The Contractor must at all times provide an adequate staff of food service employees to perform the varied and essential duties inherent to a successful food service operation. The Contractor shall employ the necessary personnel who possess the necessary qualifications to supervise the cafeteria effectively.

(2) The Contractor's employees shall wear a distinctive item of clothing such as a badge, cap, armband, blouse, or uniform as a means of identification during the time they are in the building. The Contractor's employees shall wear proper uniforms, including hair nets and/or head covers during the time they are performing their duties in the building. Legible nameplates identifying each employee shall be provided by the contractor and displayed as part of the uniform.

(3) The Contractor's employees shall be required to change their clothing in the restrooms located in the kitchen area.

(4) Employees of the Contractor shall be fully capable of performing the type of work for which they are employed.

(5) The Contractor must provide adequate, trained relief personnel to substitute for the regular employees when they are absent in order that a high quality food service operation will be maintained at all times.

(6) The Contractor shall require the employees to comply with such instructions pertaining to conduct and building regulations as are in effect for the control of persons in the

building, or as may be issued for that purpose by Government representatives. All employees must be cleared through the Department of Homeland Security clearance procedures.

(7) All articles found by the Contractor, the Contractor's agents or employees, or by patrons and given to the Contractor shall be turned in to the GSA Building Manager as lost and found items.

In addition to the above, the Contractor is responsible for:
- Ensuring all its employees have a GSA Contractor Identification Badge before the employee enters on duty. The GSA Building Manager shall furnish these badges.
- Return of these badges to the GSA Building Manger as its employees are dismissed or terminated, and when the contract expires.
- Ensuring that its employees properly wear their badges at all times while on duty, and show them upon request.
- Making its employees available for photo identification badges, when expired by the Government, on a schedule to be worked out with the GSA Building Manager.

F.    **Cleaning and Janitorial Services**

(1) The Contractor agrees to furnish all labor, supplies, materials, equipment, and supervision sufficient to maintain the cafeteria concessions areas and food service equipment in a clean, orderly and sanitary condition at all times. This is to include the kitchen and kitchen floors, the servery and servery floors and the storage area and storage area floors, within the confines of the facility. This may be subcontracted with a qualified commercial cleaning contractor to accomplish the work. Before beginning work, the Contractor shall submit to the Contracting Officer the brand name or manufacturer of any material proposed for use in connection with the work of this contract.

Any material which the Contracting Officer determines would be unsuitable for the purpose or harmful to the surfaces to which it is to be applied, may be rejected. All chemicals used for the purpose of cleaning shall be non-toxic and non-hazardous. The Contractor shall provide Material Safety Data Sheets (MSDS) to the CO.

(2) Equipment used in the performance of the cleaning and janitorial services shall be of the type and of sufficient capacity to assure high quality work, and shall meet with the approval of the Contracting Officer.

(3) The Contractor is not responsible for the tile flooring in the dining or lobby areas which will be maintained by the Government.

(4) If floor maintenance is to be performed by a subcontractor, a copy of the subcontract is to be forwarded to the Contracting Officer within 30 days of receipt of notice to proceed.

(5) The Contractor will collect all trash associated with his operation and remove it to a designated trash container as approved by the Contracting Officer. The government will be responsible for the removal of the trash from the building.

(6) The Government must be responsible for the cleaning of all exterior windows, ledges and frames both inside and out.

(7) Cleaning and janitorial services must be performed on a regular schedule and shall meet the highest standards of sanitation common to the food service industry.

(8) The Contractor must establish a complete Quality Control Program (QCP) to assure the requirements of the contract are provided as specified. **A minimum of 5 work days prior to the starting date of the license, the Contractor shall provide a final copy of his QCP to the COR for approval.** The QCP shall be a system for identifying and correcting deficiencies in the quality of services before the level of performance becomes unacceptable and/or the Government inspectors point out the deficiencies. This QCP is of paramount importance.

(9) Failure to keep any of the facilities in a clean and sanitary condition may result in the withdrawal of the privilege of using such facilities or the Contracting Officer may have the facility cleaned by other means and the cost of such work charged to the Contractor.

G. **Security Areas**
The Contractor shall be responsible for the security of all areas under the jurisdiction of the Contractor. Designated employees shall have the responsibility for determining that all equipment has been turned off, that windows are closed, lights and fans turned off, and doors locked when the facility is closed.

H. **Hazardous Conditions**
The Contractor shall be responsible for unsanitary or hazardous conditions arising out of the Contractor's operation that are dangerous to anyone using the food facility. This must include any employee, agent or representative of the Contractor, Federal employee or other patrons of the food service facility and shall be applicable to any portion of the facility that is under the jurisdiction of the Contractor.

I. **Liability**
The Government will not be responsible in any way for damage or loss /occasioned by fire, theft, accident, or otherwise to the Contractor's stored supplies, materials or equipment, or the employees' personal belongings. Any personal injury or physical damage to the building or equipment resulting from fire or other causes shall be reported to the Contracting Officer immediately.

J. **Fire, Building Evacuation and Civil Defense Drills**
The Contractor must notify the fire department in the event of fire. All of the employees of the Contractor shall be organized and trained to participate in fire, building evacuation and Civil Defense drills including the reporting of fires. This shall be accomplished with the cooperation of the GSA Building Manager and the building self-protection plan.

K. **Information Access**
The General Service Administration (GSA) or its duly authorized representative shall, until 3 years after the term of the contract, have access to and the right to examine any documents, books, papers and records involving transactions related to this contract.

7.  **Responsibilities of the Government**.

A. Contract to Operate the Facility. The Government agrees to grant to the Contractor for the stipulated period, subject to the agreement and conditions herein, the right to establish, manage and operate a food service facility in the **Emanuel Celler U.S. Court Complex Brooklyn, 225 Cadman Plaza East, NY 11201,** as described herein and in connection therewith to prepare and sell food, non-alcoholic beverages and such other products as the Government may authorize.

B. Space At the beginning of the agreement period, the Government will provide space for operations under the agreement, as indicated and thereafter, such space as it may deem necessary or desirable. The Government will provide adequate ingress and egress, including a reasonable use of existing elevators, corridors, passageways, driveways, and loading platforms. The Government (Building Owner/Lessor) will, as it deems necessary, provide space heating, space lighting, ventilation, utilities and an integrated pest management program. In addition, it will:

(1) The Government will make improvements and alterations as deemed necessary or desirable to prepare or recondition assigned space for its intended purpose, including improvements and alterations necessary to conform to applicable sanitary requirements.

(2) The Government will maintain and repair building structure in areas assigned for the operator's use, including painting, the maintenance of gas, water, steam, sewer, and electrical lines, main building ventilation, electrical lighting fixtures (including re-lamping); floors and floor coverings, and walls and ceilings:  provided, that the Contractor shall bear the expenses of repairs necessary because of negligence on the part of the Contractor or the Contractor's employees.

(3) At its own expense, the Government shall provide, install, and permit the Contractor to use the equipment listed, and additional equipment of a similar type when required for expansion approved by the CO.  Equipment no longer needed for the food operations may be withdrawn by the Contracting Officer.  The Government will replace equipment which it has provided, as it deems necessary.  Subject to adequate maintenance and repair of equipment by the Contractor (as required in Section 7, Responsibilities of the Contractor), the Government will replace component parts of, and make repairs to such equipment.

C. Government Owned/Furnished Equipment The Government will furnish for the Contractor's use the following equipment listed as needed:

Boosters, hot water
Cabinets, fixed
Cold food holding equipment
Café utility cart
Cash registers
Containers and cans, all types
Condiment stands
Counters, including ice pans, display shelves, steam tables
Dining room tables and chairs
Dish washing machine

11

Dispensers, napkins, plates, hot and cold
Disposal(s), waste, or similar system
Freezers, all types
Fryers, deep fat
Grills
Hoods
Hot food-holding equipment
Ice maker/dispenser
Mixers, food, motor-driven
Menu boards, letters, price markers
Ovens, all types
Racks
Rails, guide or tray
Ranges
Refrigerators, all types and components
Sinks, all types
Shelving, storage
Slicers
Steam table inserts
Steamers, all types
Surface fire suppression systems
Tables, cook's, baker's, dish, kitchen
Toasters, all types
Traps, grease
Trash receptacles
Trays
Utensils and kitchenware

Other food service equipment that is constructed as part of the building and affixed to the structure.

**NOTE:  The equipment schedule contains a full list of items to be purchased by the Government.  However, the contractor shall review this schedule and determine if any of the equipment is unnecessary or if any additional equipment is required.  (All equipment listed above will be in working order and should be operated by manufacturers' recommendations).**

8.  **Rights and Authority of the Government**.

a. **Approval**  Subject to the detailed provisions stated herein menus, recipes, the quality of food and services, prices charged, the type, quantity, and condition of equipment, and all other phases of operations shall be subject to the review and approval of the CO at all times.

b. **Public Space** The Government reserves the right to use dining areas and other public spaces for meetings of Government employees or other assemblies, provided that after each use the space will be cleaned and rearranged without expense to the Contractor and the space is not being used for normal cafeteria operations.

c. **Vending Stands.**  The Government reserves the right to permit the establishment of vending stands to be operated by the following State Licensing Agency under the provisions of the Randolph-Sheppard Act (20 U.S.C. 107):

> New York State Licensing Agency
> Department of Social Services
> Business Enterprise Program

9.  **Restrictions**.

a. **Equipment** - Unless otherwise permitted by the Contracting Officer, the Contractor shall not install and/or operate any unauthorized piece of equipment or remove any Government-owned equipment from the premises (except for repair).

b. **Patronage** - Since the facilities to be provided hereunder are primarily for the benefit and conveniences of Federal employees, patronage from other sources may be regulated by the Government.

c. **Weekends and Holidays** - No work shall be performed weekends or Federal holidays without prior approval of the GSA Property Manager.

d. **Facilities** - The physical facilities made available to the Contractor under this agreement shall not be used in connection with operations not included in the contract.  Conversely, however, the Contractor may, if desired, utilize centralized food preparation and storage sources located elsewhere from which distribution is made to facilities operated by the agreement. Prices charged to the operation for items obtained from these sources shall not exceed the actual cost of procurement and/or storage, preparation and distribution.

PACKAGING AND MARKING

1. Payment of postage and fees. All postage and fees related to submitting information including, forms, reports, etc., to the Contracting Officer (CO) or the Contracting Officer's Representative (COR) shall be paid by the contractor.

2. Marking. All information submitted to the CO or the COR shall clearly indicate the contract number of the contract for which the information is being submitted.

## Inspection and Acceptance

1. 52.246-4  INSPECTION OF SERVICES—FIXED-PRICE (AUG 1996)

 (a) *Definition.* "Services," as used in this clause, includes services performed, workmanship, and material furnished or utilized in the performance of services.

 (b) The Contractor shall provide and maintain an inspection system acceptable to the Government covering the services under this contract. Complete records of all inspection work performed by the Contractor shall be maintained and made available to the Government during contract performance and for as long afterwards as the contract requires.

 (c) The Government has the right to inspect and test all services called for by the contract, to the extent practicable at all times and places during the term of the contract. The Government shall perform inspections and tests in a manner that will not unduly delay the work.

 (d) If the Government performs inspections or tests on the premises of the Contractor or a subcontractor, the Contractor shall furnish, and shall require subcontractors to furnish, at no increase in contract price, all reasonable facilities and assistance for the safe and convenient performance of these duties.

 (e) If any of the services do not conform with contract requirements, the Government may require the Contractor to perform the services again in conformity with contract requirements, at no increase in contract amount. When the defects in services cannot be corrected by re-performance, the Government may—

   (1) Require the Contractor to take necessary action to ensure that future performance conforms to contract requirements; and

   (2) Reduce the contract price to reflect the reduced value of the services performed.

 (f) If the Contractor fails to promptly perform the services again or to take the necessary action to ensure future performance in conformity with contract requirements, the Government may—

   (1) By contract or otherwise, perform the services and charge to the Contractor any cost incurred by the Government that is directly related to the performance of such service; or

   (2) Terminate the contract for default.

(End of clause)

15

## 2. Inspections.

Facilities operated under the contract will be inspected periodically by representatives of the Government and, when circumstances warrant, by representatives of local health departments. After each inspection the operator will be advised of unsatisfactory conditions for which he/she is responsible. Deficiencies thus reported shall be corrected by the Contractor in a timely period specified by such inspections or written justification for an extension of not more than one (1) full day.

The Government shall have the right to send its representative into areas assigned for the operator's use, at anytime, for inspection or other purposes approved by the CO. The Government reserves the right to use dining areas and other public spaces at other than serving periods, for meetings of Government employees or other assemblies: PROVIDED that after each such use the space will be cleaned and rearranged without expense to the Contractor.

The Contractor will be subject to periodic, unannounced audit of the food service facilities by a representative of the CO. The audit shall specifically include a comprehensive review of:

- Service quality, attentiveness, courtesy, and similar factors
- Food quality, presentation, merchandising
- Sanitary practices and conditions
- Personnel appearance
- Training program techniques, schedules and records
- Safety conditions
- Menu compliance, as indicated in the minimum acceptable menu profile
- Portion sizes submitted in the business plan
- Cash register tapes and sales records

## 3. Government Personnel.

**a**. Contracting **Officer (CO).** The CO has the overall responsibility for the administration of this contract. The CO alone, without delegation, is authorized to take actions on behalf of the Government to amend, modify or deviate from the contract terms, conditions, requirements, specifications, details and/or delivery schedules. However, the CO may delegate certain other responsibilities to authorized representatives.

**b. Contracting Officer's Representative (COR).** The COR is designated by the CO to assist in the discharge of the CO's responsibilities when the CO is unable to be directly in touch with the contract work. The responsibilities of the COR include, but are not limited to: determining the adequacy of performance by the contractor in accordance with the terms and conditions of this contract; acting as the Government's representative in charge of work at the site; ensuring compliance with contract requirements insofar as the work is concerned; and advising the CO of any factors which may cause delay in performance of the work.

**c. Contract inspectors.** Contract inspectors are subordinates of the COR and are responsible for the day-to-day inspection and monitoring of the contractor's work. The responsibilities of the contract inspector include, but are not limited to: inspecting the work to ensure compliance with the contract requirements; documenting, through written inspection reports the results of all inspections conducted; following through to assure that all defects or omissions are corrected; conferring with representatives of the contractor regarding any problems encountered in the performance of the work and generally assisting the COR in carrying out his/her responsibilities.

DELIVERIES OR PERFORMANCE

1. Place of Performance.

The services to be provided under this contract shall be accomplished at:

        EMANUEL CELLER U.S. COURT COMPLEX
        225 CADMAN PLAZA EAST
        BROOKLYN, NY  11201

SPECIAL CONTRACT REQUIREMENTS

    1. Identification/Building Pass:

    A. The contractor shall see that every new employee has a GSA/contractor identification/building pass before the employee enters on duty. GSA personnel, designated by the Contracting Officer's Representative shall furnish and fill out these passes using GSA Form 14, "Night, Weekend and Holiday Pass." The contractor and the Contracting Officer's Representative shall sign each pass issued. The contractor shall see that all passes are returned to the Contracting Officer's Representative as his employees are dismissed or terminated, and when the contract expires. All passes must contain an expiration date.

The contractor shall see that all employees carry their passes with them during duty hours and show them upon request. The Contracting Officer's Representative or other GSA personnel designated by him shall periodically verify passes of contractor employees with their personal identification.

    B. The Contracting Officer shall make his employees available for photo identification badges, when required by the Government, on a schedule to be worked out with the Contracting Officer's Representative. The badges will be made by the Government after a favorable security report has been received on the contractor's employees. GSA personnel will take the pictures and furnish the equipment and material to make the identification badges. Contractor employees shall sign each badge at the time of photographing. The contractor shall issue the badges to the employees each day as they report for work and shall collect the badges at the end of the work shift before the employees leave the building. The contractor shall see that all badges are returned to the Contracting Officer's Representative when employees are dismissed or terminated. The contractor will notify the Contracting Officer's Representative when employee badges are lost. It will be the responsibility of the contractor to pay for replacement badges at the rate of $2 per badge.

NOTE: The use of the photo-identification badges will be at the option of the Government.

2. Security Clearance Requirements (Non-classified Contract):

Unless otherwise specified, the contractor will submit to the Contracting Officer's Representative at least five (5) work days before the starting date of the contract, two (2) completed Forms FD 258, "Fingerprinting Chart" and one (1) 176 DHS Form, "Statement or Personal History for Contract and Childcare Personnel" for those officers of the firm, who for any reason, may visit the worksite during the period of this contract and for all employees who have access to the building in performance of the contract work. These forms will be submitted for replacement employees before entrance on duty. Necessary forms will be furnished by the Government. If the Contracting Officer receives an unsuitable report on any employee after processing of these forms, or if the Contracting Officer's Representative finds a prospective employee to be unsuitable or unfit for his assigned duties, the contractor shall be advised immediately that such employee cannot continue to work or be assigned to work under the contract.

For employees cleared through this process while employed by a contractor who is subsequently replaced by another contractor, in the same building, the new contractor shall only be required to submit another set of these forms if the employee has not been cleared within the last three (3) years, or if required by the Contracting Officer's Representative.

The Government shall have and exercise full and complete control over granting, denying, withholding or terminating clearances for employees. The Government may, as it deems appropriate, authorize and grant temporary clearance to employees of the contractor. However, the granting of a temporary clearance to any such employee shall not be considered as assurance that full clearance will follow as a result or condition thereof and the granting of either temporary or full clearance shall in no way prevent, preclude or bar the withdrawal or termination of any such clearance by the Government.

3.     Standards of conduct:

The contractor shall be responsible for maintaining satisfactory standards of employee competency, conduct, appearance, and integrity and shall be responsible for taking such disciplinary action with respect to his employees as may be necessary. The contractor is also responsible for ensuring that his employees do not disturb papers on desks, open desk drawers or cabinets, or use Government telephones, except as authorized.

4.     Recording Presence:

Each contract employee must sign in when reporting for duty and sign out when leaving at the end of the work day. GSA Form 139 (Recording of Time or Arrival and Departure from Building) designated to be used by the contractor personnel only, shall be used for this purpose. The sign-in and sign-out location will be designated by the Contracting Officer's Representative.

# CONTRACT CLAUSES

**Note:** The full text version of the clauses incorporated by reference in this solicitation can be found in the Federal Acquisition Regulation (FAR). The FAR can be accessed at the following Internet address: **http://www.arnet.gov/far/**

## 1. **CLAUSES INCORPORATED BY REFERENCE**

**FAR 52-212-4 Contract Terms and Conditions – Commercial Items (SEPT 2005)**

**FAR 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders—Commercial Items (SEPT 2005)**

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

(1) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).

(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub. L. 108-77, 108-78)

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

_X_ (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (Jul 1995), with Alternate I (Oct 1995) (41 U.S.C. 253g and 10 U.S.C. 2402).

__ (2) 52.219-3, Notice of Total HUBZone Set-Aside (Jan 1999) (15 U.S.C. 657a).

__ (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JULY 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

(4)(i) 52.219-5, Very Small Business Set-Aside (June 2003) (Pub. L. 103-403, section 304, Small Business Reauthorization and Amendments Act of 1994).

__ (ii) Alternate I (Mar 1999) of 52.219-5.

__ (iii) Alternate II (June 2003) of 52.219-5.

__ (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (June 2003) (15 U.S.C. 644).

__ (ii) Alternate I (Oct 1995) of 52.219-6.

__ (iii) Alternate II (Mar 2004) of 52.219-6.

__ (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (June 2003) (15 U.S.C. 644).

__ (ii) Alternate I (Oct 1995) of 52.219-7.

__ (iii) Alternate II (Mar 2004) of 52.219-7.

__ (7) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)).

__X (8)(i)  52.219-9, Small Business Subcontracting Plan (July 2005) (15 U.S.C. 637(d)(4).

__ (ii) Alternate I (Oct 2001) of 52.219-9.

__ (iii) Alternate II (Oct 2001) of 52.219-9.

__ (9) 52.219-14, Limitations on Subcontracting (Dec 1996) (15 U.S.C. 637(a)(14)).

__ (10)(i)  52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (SEPT 2005) (10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

__ (ii) Alternate I (June 2003) of 52.219-23.

_X_ (11) 52.219-25, Small Disadvantaged Business Participation Program— Disadvantaged Status and Reporting (Oct 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

__ (12) 52.219-26, Small Disadvantaged Business Participation Program— Incentive Subcontracting (Oct 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

__ (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (May 2004).

(14) 52.222-3, Convict Labor (June 2003) (E.O. 11755).

__ (15) 52.222-19, Child Labor—Cooperation with Authorities and Remedies (June 2004) (E.O. 13126).

_X_ (16) 52.222-21, Prohibition of Segregated Facilities (Feb 1999).

_X_ (17) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

_X_ (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

_X_ (19) 52.222-36, Affirmative Action for Workers with Disabilities (Jun 1998) (29 U.S.C. 793).

_X_ (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

__ (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

__ (22)(i)  52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (Aug 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

__ (ii) Alternate I (Aug 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

__ (23) 52.225-1, Buy American Act—Supplies (June 2003) (41 U.S.C. 10a-10d).

__ (24)(i) 52.225-3, Buy American Act—Free Trade Agreements—Israeli Trade Act (JAN 2005) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286).

__ (ii) Alternate I (Jan 2004) of 52.225-3.

__ (iii) Alternate II (Jan 2004) of 52.225-3.

__ (25) 52.225-5, Trade Agreements (JAN 2005) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

_X_ (26) 52.225-13, Restrictions on Certain Foreign Purchases (MAR 2005) (E.o.s, proclamations, and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

_____ (27) 52.225-15, Sanctioned European Union Country End Products (Feb 2000) (E.O. 12849).

_X_ (28) 52.225-16, Sanctioned European Union Country Services (Feb 2000) (E.O. 12849).

__ (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (Feb 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

__ (30) 52.232-30, Installment Payments for Commercial Items (Oct 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

__ (31) 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration (Oct 2003) (31 U.S.C. 3332).

__ (32) 52.232-34, Payment by Electronic Funds Transfer—Other than Central Contractor Registration (May 1999) (31 U.S.C. 3332).

__ (33) 52.232-36, Payment by Third Party (May 1999) (31 U.S.C. 3332).

__ (34) 52.239-1, Privacy or Security Safeguards (Aug 1996) (5 U.S.C. 552a).

__ (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. App. 1241 and 10 U.S.C. 2631).

__ (ii) Alternate I (Apr 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[*Contracting Officer check as appropriate.*]

__X (1) 52.222-41, Service Contract Act of 1965, as Amended (July 2005) (41 U.S.C. 351, *et seq.*).

_X_ (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

__ (3) 52.222-43, Fair Labor Standards Act and Service Contract Act—Price Adjustment (Multiple Year and Option Contracts) (May 1989) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

__ (4) 52.222-44, Fair Labor Standards Act and Service Contract Act—Price Adjustment (Feb 2002) (29 U.S.C. 206 and 41 U.S.C. 351, *et seq.*).

____(5) 52.222-47, SCA Minimum Wages and Fringe Benefits Applicable to Successor Contract Pursuant to Predecessor Contractor Collective Bargaining Agreements (CBA) (May 1989) (41 U.S.C. 351, *et seq.*).

(d) *Comptroller General Examination of Record*. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records—Negotiation.

(1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

(2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause—

(i) 52.219-8, Utilization of Small Business Concerns (May 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $500,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

(ii) 52.222-26, Equal Opportunity (Apr 2002) (E.O. 11246).

(iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (Dec 2001) (38 U.S.C. 4212).

(iv) 52.222-36, Affirmative Action for Workers with Disabilities (June 1998) (29 U.S.C. 793).

(v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (Dec 2004) (E.O. 13201).

(vi) 52.222-41, Service Contract Act of 1965, as Amended (July 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, *et seq*.).

(vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (Apr 2003) (46 U.S.C. App. 1241 and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

(End of clause)

## 2. ADDITIONAL CLAUSES NECESSARY TO IMPLEMENT THIS CONTRACT

### 552.212- CONTRACT TERMS AND CONDITIONS APPLICABLE TO GSA ACQUISITION OF COMMERCIAL ITEMS (JUL 2003)

The Contractor agrees to comply with any provision or clause that is incorporated herein by reference to implement agency policy applicable to acquisition of commercial items or components. The provision or clause in effect based on the applicable regulation cited on the date the solicitation is issued applies unless otherwise stated herein. The following provisions and clauses are incorporated by reference:

(a) *Provisions*.

 x  552.237-70  Qualifications of Offerors

    (b) *Clauses*.

 x  552.203-71  Restriction on Advertising

 x  552.211-73  Marking

 x  552.215-70  Examination of Records by GSA

 __ 552.215-71  Examination of Records by GSA (Multiple Award Schedule)

 __ 552.215-72  Price Adjustment—Failure to Provide Accurate Information

 __ 552.219-70  Allocation of Orders—Partially Set-Aside Items

 x  552.228-70  Workers' Compensation Laws

 __ 552.229-70  Federal, State, and Local Taxes

 __ 552.232-8   Discounts for Prompt Payment

 __ 552.232-23  Assignment of Claims

 __ 552.232-71  Adjusting Payments

 __ 552.232-72  Final Payment

 __ 552.232-73  Availability of Funds

 __ 552.232-78  Payment Information

 x  552.237-71  Qualifications of Employees

 __ 552.238-71  Submission and Distribution of Authorized FSS Schedule Price List

 _  552.238-74  Industrial Funding Fee and Sales Reporting

 __ 552.238-75  Price Reductions

 __ 552.242-70  Status Report of Orders and Shipments

 __ 552.243-72  Modifications (Multiple Award Schedule)

 __ 552.246-73  Warranty—Multiple Award Schedule

 __ 552.246-76  Warranty of Pesticides

(End of clause)

26

## PROHIBITION AGAINST SUBCONTRACTING:

The contractor shall not subcontract any work required by this contract without the Express written approval of the contracting officer. If the contracting officer authorizes the contractor to subcontract any part of the work required by this contract, a copy of any such subcontract shall be provided to the contracting officer.

## INSURANCE:

The Contractor must refer to the FAR Clause 52.228-5" Insurance-Work on Government Installation" incorporated by reference herein. The coverage's specified below, pursuant To Subpart 28.307 of the Federal Acquisition Regulation (FAR), are the minimum Insurance required.

(a) Worker's Compensation and Employer's Liability. Contractors are required to comply with applicable Federal and State Workers' compensation and occupational disease statutes. If occupational diseases are not compensable under those statues, they shall be covered under the employer's liability section of the insurance policy, except when contract operations are so commingled with a contractor's commercial operations that is would not be practical to require this coverage. Employer's liability coverage of a least $100,000 shall be required, except in States with exclusive or monopolic funds that do not permit worker's compensation to be written by private carriers.

(b) General Liability. The contractor shall provide bodily injury liability insurance coverage written on the comprehensive form of policy of at least $500,000 per occurrence.

(c) Automobile Liability. The contractor shall provide automobile liability insurance written on the comprehensive form of policy. The policy shall provide for bodily injury and property damage liability covering the operation of all automobiles used in connection with performing the contract. Policies covering automobiles operated in the United States shall provide coverage of at least $20,000 per person and $500,000 per Occurrence for bodily injury and $20,000 per occurrence for property damage.

The amount of liability coverage on other policies shall be commensurate with any Legal requirements of the locality and sufficient to meet normal and customary claims.

**Wage Determination.**

**Wage Determination No. 1994-2375, Revision No. 25, dated 11/03/2005 is applicable to this procurement .**

Offerors are advised that the various classes of service employees who will be employed in the performance of the contract awarded under this solicitation must be paid the minimum monetary wage and shall be furnished fringe benefits shown on Wage Determination No. 1994-2375, Revision No. 25, dated 11/03/2005.

REGISTER OF WAGE DETERMINATIONS UNDER |    U.S. DEPARTMENT OF LABOR
THE SERVICE CONTRACT ACT    |         EMPLOYMENT STANDARDS
ADMINISTRATION
By direction of the Secretary of Labor |    WAGE AND HOUR DIVISION
                         |    WASHINGTON D.C.  20210
                         |
                         |
                         |
                         | Wage Determination No.: 1994-2375
William W.Gross        Division of  |    Revision No.: 25
Director        Wage Determinations|    Date Of Last Revision: 11/03/2005
_____|_____

State: New York

Area: New York Counties of Bronx, Kings, New York, Putnam, Queens, Richmond,
Rockland, Westchester
OCCUPATION NOTE:

Janitor:  The rate for the Janitor occupation applies to Putnam, Rockland, and
Weschester Counties only.  See Wage Determination 1977-0225 for wage rates and
fringe benefits for Bronx, Kings, New York, Queens, and Richmond Counties.

_____

**Fringe Benefits Required Follow the Occupational Listing**

OCCUPATION CODE - TITLE                    MINIMUM WAGE RATE

01000 - Administrative Support and Clerical Occupations
  01011 - Accounting Clerk I                    11.75
  01012 - Accounting Clerk II                   14.66
  01013 - Accounting Clerk III                  16.28
  01014 - Accounting Clerk IV                   19.05
  01030 - Court Reporter                        21.19
  01050 - Dispatcher, Motor Vehicle            22.37
  01060 - Document Preparation Clerk           15.15
  01070 - Messenger  (Courier)                  11.97
  01090 - Duplicating Machine Operator         13.77
  01110 - Film/Tape Librarian                   15.22
  01115 - General Clerk I                       12.18
  01116 - General Clerk II                      13.22
  01117 - General Clerk III                     15.41
  01118 - General Clerk IV                      16.77
  01120 - Housing Referral Assistant           19.92
  01131 - Key Entry Operator I                  13.95

| | |
|---|---|
| 01132 - Key Entry Operator II | 15.22 |
| 01191 - Order Clerk I | 18.05 |
| 01192 - Order Clerk II | 21.67 |
| 01261 - Personnel Assistant (Employment) I | 14.85 |
| 01262 - Personnel Assistant (Employment) II | 16.67 |
| 01263 - Personnel Assistant (Employment) III | 19.18 |
| 01264 - Personnel Assistant (Employment) IV | 20.79 |
| 01270 - Production Control Clerk | 19.72 |
| 01290 - Rental Clerk | 17.08 |
| 01300 - Scheduler, Maintenance | 16.92 |
| 01311 - Secretary I | 16.92 |
| 01312 - Secretary II | 19.21 |
| 01313 - Secretary III | 20.58 |
| 01314 - Secretary IV | 23.33 |
| 01315 - Secretary V | 27.35 |
| 01320 - Service Order Dispatcher | 20.00 |
| 01341 - Stenographer I | 17.63 |
| 01342 - Stenographer II | 19.87 |
| 01400 - Supply Technician | 24.66 |
| 01420 - Survey Worker (Interviewer) | 16.86 |
| 01460 - Switchboard Operator-Receptionist | 14.26 |
| 01510 - Test Examiner | 19.21 |
| 01520 - Test Proctor | 19.21 |
| 01531 - Travel Clerk I | 14.09 |
| 01532 - Travel Clerk II | 15.27 |
| 01533 - Travel Clerk III | 16.58 |
| 01611 - Word Processor I | 15.83 |
| 01612 - Word Processor II | 17.78 |
| 01613 - Word Processor III | 19.89 |
| 03000 - Automatic Data Processing Occupations | |
| 03010 - Computer Data Librarian | 16.22 |
| 03041 - Computer Operator I | 16.59 |
| 03042 - Computer Operator II | 19.18 |
| 03043 - Computer Operator III | 21.49 |
| 03044 - Computer Operator IV | 26.94 |
| 03045 - Computer Operator V | 27.32 |
| 03071 - Computer Programmer I (1) | 27.62 |
| 03072 - Computer Programmer II (1) | 27.62 |
| 03073 - Computer Programmer III (1) | 27.62 |
| 03074 - Computer Programmer IV (1) | 27.62 |
| 03101 - Computer Systems Analyst I (1) | 27.62 |
| 03102 - Computer Systems Analyst II  (1) | 27.62 |
| 03103 - Computer Systems Analyst III (1) | 27.62 |
| 03160 - Peripheral Equipment Operator | 16.22 |
| 05000 - Automotive Service Occupations | |
| 05005 - Automotive Body Repairer, Fiberglass | 22.26 |
| 05010 - Automotive Glass Installer | 25.67 |
| 05040 - Automotive Worker | 25.42 |

29

05070 - Electrician, Automotive                                          26.47
05100 - Mobile Equipment Servicer                                       23.10
05130 - Motor Equipment Metal Mechanic                                  27.50
05160 - Motor Equipment Metal Worker                                    25.67
05190 - Motor Vehicle Mechanic                                          27.50
05220 - Motor Vehicle Mechanic Helper                                   21.77
05250 - Motor Vehicle Upholstery Worker                                 24.42
05280 - Motor Vehicle Wrecker                                           25.67
05310 - Painter, Automotive                                             26.47
05340 - Radiator Repair Specialist                                      25.67
05370 - Tire Repairer                                                   18.22
05400 - Transmission Repair Specialist                                  27.50
07000 - Food Preparation and Service Occupations
(not set) - Food Service Worker                                         14.67
07010 - Baker                                                           19.55
07041 - Cook I                                                          17.97
07042 - Cook II                                                         19.55
07070 - Dishwasher                                                      14.67
07130 - Meat Cutter                                                     19.55
07250 - Waiter/Waitress                                                 15.50
09000 - Furniture Maintenance and Repair Occupations
09010 - Electrostatic Spray Painter                                     20.13
09040 - Furniture Handler                                               15.30
09070 - Furniture Refinisher                                            20.13
09100 - Furniture Refinisher Helper                                     16.90
09110 - Furniture Repairer, Minor                                       18.51
09130 - Upholsterer                                                     20.13
11030 - General Services and Support Occupations
11030 - Cleaner, Vehicles                                               14.67
11060 - Elevator Operator                                               14.67
11090 - Gardener                                                        17.97
11121 - House Keeping Aid I                                             13.98
11122 - House Keeping Aid II                                            14.82
11150 - Janitor                                                         14.67
11210 - Laborer, Grounds Maintenance                                    15.50
11240 - Maid or Houseman                                                13.98
11270 - Pest Controller                                                 18.75
11300 - Refuse Collector                                                14.67
11330 - Tractor Operator                                                17.13
11360 - Window Cleaner                                                  15.50
12000 - Health Occupations
12020 - Dental Assistant                                                14.12
12040 - Emergency Medical Technician (EMT)/Paramedic/Ambulance Driver  17.06
12071 - Licensed Practical Nurse I                                      16.35
12072 - Licensed Practical Nurse II                                     18.27
12073 - Licensed Practical Nurse III                                    20.44
12100 - Medical Assistant                                               13.58
12130 - Medical Laboratory Technician                                   16.77

30

| | |
|---|---|
| 12160 - Medical Record Clerk | 15.71 |
| 12190 - Medical Record Technician | 17.31 |
| 12221 - Nursing Assistant I | 8.10 |
| 12222 - Nursing Assistant II | 11.96 |
| 12223 - Nursing Assistant III | 13.05 |
| 12224 - Nursing Assistant IV | 16.01 |
| 12250 - Pharmacy Technician | 13.31 |
| 12280 - Phlebotomist | 13.11 |
| 12311 - Registered Nurse I | 29.36 |
| 12312 - Registered Nurse II | 33.15 |
| 12313 - Registered Nurse II, Specialist | 33.15 |
| 12314 - Registered Nurse III | 40.58 |
| 12315 - Registered Nurse III, Anesthetist | 40.58 |
| 12316 - Registered Nurse IV | 44.36 |
| 13000 - Information and Arts Occupations | |
| 13002 - Audiovisual Librarian | 26.56 |
| 13011 - Exhibits Specialist I | 19.51 |
| 13012 - Exhibits Specialist II | 24.45 |
| 13013 - Exhibits Specialist III | 27.59 |
| 13041 - Illustrator I | 19.51 |
| 13042 - Illustrator II | 22.06 |
| 13043 - Illustrator III | 24.90 |
| 13047 - Librarian | 33.86 |
| 13050 - Library Technician | 18.55 |
| 13071 - Photographer I | 16.67 |
| 13072 - Photographer II | 19.94 |
| 13073 - Photographer III | 25.62 |
| 13074 - Photographer IV | 28.92 |
| 13075 - Photographer V | 4.97 |
| 15000 - Laundry, Dry Cleaning, Pressing and Related Occupations | |
| 15010 - Assembler | 9.63 |
| 15030 - Counter Attendant | 9.63 |
| 15040 - Dry Cleaner | 11.86 |
| 15070 - Finisher, Flatwork, Machine | 9.63 |
| 15090 - Presser, Hand | 9.63 |
| 15100 - Presser, Machine, Drycleaning | 9.63 |
| 15130 - Presser, Machine, Shirts | 9.63 |
| 15160 - Presser, Machine, Wearing Apparel, Laundry | 9.63 |
| 15190 - Sewing Machine Operator | 12.59 |
| 15220 - Tailor | 13.57 |
| 15250 - Washer, Machine | 10.44 |
| 19000 - Machine Tool Operation and Repair Occupations | |
| 19010 - Machine-Tool Operator (Toolroom) | 20.13 |
| 19040 - Tool and Die Maker | 23.35 |
| 21000 - Material Handling and Packing Occupations | |
| 21010 - Fuel Distribution System Operator | 21.01 |
| 21020 - Material Coordinator | 20.87 |
| 21030 - Material Expediter | 20.87 |

| | |
|---|---|
| 21040 - Material Handling Laborer | 16.25 |
| 21050 - Order Filler | 14.16 |
| 21071 - Forklift Operator | 16.24 |
| 21080 - Production Line Worker (Food Processing) | 16.25 |
| 21100 - Shipping/Receiving Clerk | 14.53 |
| 21130 - Shipping Packer | 14.53 |
| 21140 - Store Worker I | 12.49 |
| 21150 - Stock Clerk (Shelf Stocker; Store Worker II) | 15.65 |
| 21210 - Tools and Parts Attendant | 16.40 |
| 21400 - Warehouse Specialist | 16.24 |
| 23000 - Mechanics and Maintenance and Repair Occupations | |
| 23010 - Aircraft Mechanic | 24.83 |
| 23040 - Aircraft Mechanic Helper | 20.05 |
| 23050 - Aircraft Quality Control Inspector | 25.79 |
| 23060 - Aircraft Servicer | 21.96 |
| 23070 - Aircraft Worker | 22.90 |
| 23100 - Appliance Mechanic | 20.36 |
| 23120 - Bicycle Repairer | 17.13 |
| 23125 - Cable Splicer | 29.08 |
| 23130 - Carpenter, Maintenance | 25.76 |
| 23140 - Carpet Layer | 25.39 |
| 23160 - Electrician, Maintenance | 34.28 |
| 23181 - Electronics Technician, Maintenance I | 23.39 |
| 23182 - Electronics Technician, Maintenance II | 29.17 |
| 23183 - Electronics Technician, Maintenance III | 31.14 |
| 23260 - Fabric Worker | 23.08 |
| 23290 - Fire Alarm System Mechanic | 21.67 |
| 23310 - Fire Extinguisher Repairer | 20.19 |
| 23340 - Fuel Distribution System Mechanic | 24.80 |
| 23370 - General Maintenance Worker | 18.98 |
| 23400 - Heating, Refrigeration and Air Conditioning Mechanic | 21.26 |
| 23430 - Heavy Equipment Mechanic | 22.35 |
| 23440 - Heavy Equipment Operator | 31.25 |
| 23460 - Instrument Mechanic | 25.56 |
| 23470 - Laborer | 15.95 |
| 23500 - Locksmith | 20.31 |
| 23530 - Machinery Maintenance Mechanic | 23.45 |
| 23550 - Machinist, Maintenance | 20.81 |
| 23580 - Maintenance Trades Helper | 16.90 |
| 23640 - Millwright | 24.23 |
| 23700 - Office Appliance Repairer | 22.95 |
| 23740 - Painter, Aircraft | 20.13 |
| 23760 - Painter, Maintenance | 23.15 |
| 23790 - Pipefitter, Maintenance | 29.86 |
| 23800 - Plumber, Maintenance | 25.58 |
| 23820 - Pneudraulic Systems Mechanic | 23.84 |
| 23850 - Rigger | 23.02 |
| 23870 - Scale Mechanic | 21.99 |

| | |
|---|---|
| 23890 - Sheet-Metal Worker, Maintenance | 30.55 |
| 23910 - Small Engine Mechanic | 19.30 |
| 23930 - Telecommunication Mechanic I | 24.07 |
| 23931 - Telecommunication Mechanic II | 28.03 |
| 23950 - Telephone Lineman | 24.07 |
| 23960 - Welder, Combination, Maintenance | 20.93 |
| 23965 - Well Driller | 24.89 |
| 23970 - Woodcraft Worker | 23.38 |
| 23980 - Woodworker | 17.73 |
| 24000 - Personal Needs Occupations | |
| 24570 - Child Care Attendant | 13.42 |
| 24580 - Child Care Center Clerk | 16.74 |
| 24600 - Chore Aid | 12.67 |
| 24630 - Homemaker | 18.59 |
| 25000 - Plant and System Operation Occupations | |
| 25010 - Boiler Tender | 27.03 |
| 25040 - Sewage Plant Operator | 25.45 |
| 25070 - Stationary Engineer | 26.43 |
| 25190 - Ventilation Equipment Tender | 20.56 |
| 25210 - Water Treatment Plant Operator | 26.43 |
| 27000 - Protective Service Occupations | |
| (not set) - Police Officer | 28.31 |
| 27004 - Alarm Monitor | 16.40 |
| 27006 - Corrections Officer | 25.11 |
| 27010 - Court Security Officer | 26.71 |
| 27040 - Detention Officer | 25.11 |
| 27070 - Firefighter | 26.71 |
| 27101 - Guard I | 12.82 |
| 27102 - Guard II | 17.08 |
| 28000 - Stevedoring/Longshoremen Occupations | |
| 28010 - Blocker and Bracer | 24.71 |
| 28020 - Hatch Tender | 24.71 |
| 28030 - Line Handler | 24.71 |
| 28040 - Stevedore I | 19.58 |
| 28050 - Stevedore II | 21.30 |
| 29000 - Technical Occupations | |
| 21150 - Graphic Artist | 30.01 |
| 29010 - Air Traffic Control Specialist, Center (2) | 34.10 |
| 29011 - Air Traffic Control Specialist, Station (2) | 23.52 |
| 29012 - Air Traffic Control Specialist, Terminal (2) | 25.90 |
| 29023 - Archeological Technician I | 16.42 |
| 29024 - Archeological Technician II | 18.37 |
| 29025 - Archeological Technician III | 22.74 |
| 29030 - Cartographic Technician | 22.83 |
| 29035 - Computer Based Training (CBT) Specialist/ Instructor | 33.42 |
| 29040 - Civil Engineering Technician | 24.06 |
| 29061 - Drafter I | 16.28 |
| 29062 - Drafter II | 17.89 |

| | |
|---|---|
| 29063 - Drafter III | 21.41 |
| 29064 - Drafter IV | 22.83 |
| 29081 - Engineering Technician I | 17.06 |
| 29082 - Engineering Technician II | 19.68 |
| 29083 - Engineering Technician III | 24.15 |
| 29084 - Engineering Technician IV | 25.58 |
| 29085 - Engineering Technician V | 28.89 |
| 29086 - Engineering Technician VI | 31.46 |
| 29090 - Environmental Technician | 22.90 |
| 29100 - Flight Simulator/Instructor (Pilot) | 36.77 |
| 29160 - Instructor | 28.80 |
| 29210 - Laboratory Technician | 21.67 |
| 29240 - Mathematical Technician | 22.83 |
| 29361 - Paralegal/Legal Assistant I | 19.22 |
| 29362 - Paralegal/Legal Assistant II | 24.95 |
| 29363 - Paralegal/Legal Assistant III | 30.55 |
| 29364 - Paralegal/Legal Assistant IV | 36.93 |
| 29390 - Photooptics Technician | 23.55 |
| 29480 - Technical Writer | 32.26 |
| 29491 - Unexploded Ordnance (UXO) Technician I | 21.68 |
| 29492 - Unexploded Ordnance (UXO) Technician II | 26.23 |
| 29493 - Unexploded Ordnance (UXO) Technician III | 31.43 |
| 29494 - Unexploded (UXO) Safety Escort | 21.68 |
| 29495 - Unexploded (UXO) Sweep Personnel | 21.68 |
| 29620 - Weather Observer, Senior  (3) | 24.50 |
| 29621 - Weather Observer, Combined Upper Air and Surface Programs (3) | 22.06 |
| 29622 - Weather Observer, Upper Air (3) | 22.06 |

31000 - Transportation/ Mobile Equipment Operation Occupations

| | |
|---|---|
| 31030 - Bus Driver | 19.61 |
| 31260 - Parking and Lot Attendant | 10.97 |
| 31290 - Shuttle Bus Driver | 15.89 |
| 31300 - Taxi Driver | 14.83 |
| 31361 - Truckdriver, Light Truck | 17.48 |
| 31362 - Truckdriver, Medium Truck | 18.76 |
| 31363 - Truckdriver, Heavy Truck | 22.18 |
| 31364 - Truckdriver, Tractor-Trailer | 22.18 |

99000 - Miscellaneous Occupations

| | |
|---|---|
| 99020 - Animal Caretaker | 16.32 |
| 99030 - Cashier | 10.95 |
| 99041 - Carnival Equipment Operator | 17.13 |
| 99042 - Carnival Equipment Repairer | 17.97 |
| 99043 - Carnival Worker | 14.67 |
| 99050 - Desk Clerk | 16.69 |
| 99095 - Embalmer | 25.31 |
| 99300 - Lifeguard | 11.94 |
| 99310 - Mortician | 25.31 |
| 99350 - Park Attendant (Aide) | 15.01 |
| 99400 - Photofinishing Worker (Photo Lab Tech., Darkroom Tech) | 12.85 |

| | |
|---|---|
| 99500 - Recreation Specialist | 18.61 |
| 99510 - Recycling Worker | 17.13 |
| 99610 - Sales Clerk | 11.96 |
| 99620 - School Crossing Guard (Crosswalk Attendant) | 14.67 |
| 99630 - Sport Official | 11.94 |
| 99658 - Survey Party Chief (Chief of Party) | 19.38 |
| 99659 - Surveying Technician (Instr. Person/Surveyor Asst./Instr.) | 17.38 |
| 99660 - Surveying Aide | 12.68 |
| 99690 - Swimming Pool Operator | 19.55 |
| 99720 - Vending Machine Attendant | 14.42 |
| 99730 - Vending Machine Repairer | 17.64 |
| 99740 - Vending Machine Repairer Helper | 14.25 |

ALL OCCUPATIONS LISTED ABOVE RECEIVE THE FOLLOWING BENEFITS:

HEALTH & WELFARE: $2.87 an hour or $114.80 a week or $497.47 a month

VACATION: 2 weeks paid vacation after 1 year of service with a contractor or
successor; 3 weeks after 5 years, 4 weeks after 10 years, and 5 weeks after 20
years. Length of service includes the whole span of continuous service with the
present contractor or successor, wherever employed, and with the predecessor
contractors in the performance of similar work at the same Federal facility. (Reg.
29 CFR 4.173)

HOLIDAYS: A minimum of ten paid holidays per year: New Year's Day, Martin Luther
King Jr.'s Birthday, Washington's Birthday, Memorial Day, Independence Day,
Labor Day, Columbus Day, Veterans' Day, Thanksgiving Day, and Christmas Day. (A
contractor may substitute for any of the named holidays another day off with pay in
accordance with a plan communicated to the employees involved.) (See 29 CFR 4.174)

THE OCCUPATIONS WHICH HAVE PARENTHESES AFTER THEM RECEIVE THE
FOLLOWING BENEFITS (as numbered):

1) Does not apply to employees employed in a bona fide executive, administrative,
or professional capacity as defined and delineated in 29 CFR 541. (See CFR 4.156)

2) APPLICABLE TO AIR TRAFFIC CONTROLLERS ONLY - NIGHT DIFFERENTIAL: An
employee is entitled to pay for all work performed between the hours of 6:00 P.M. and 6:00
A.M. at the rate of basic pay plus a night pay differential amounting to 10 percent of the rate of
basic pay.

3) WEATHER OBSERVERS - NIGHT PAY & SUNDAY PAY: If you work at night as part of
a regular tour of duty, you will earn a night differential and receive an additional
10% of basic pay for any hours worked between 6pm and 6am. If you are a full-time
employed (40 hours a week) and Sunday is part of your regularly scheduled workweek,
you are paid at your rate of basic pay plus a Sunday premium of 25% of your basic
rate for each hour of Sunday work which is not overtime (i.e. occasional work on

Sunday outside the normal tour of duty is considered overtime work).

HAZARDOUS PAY DIFFERENTIAL: An 8 percent differential is applicable to employees employed in a position that represents a high degree of hazard when working with or in close proximity to ordinance, explosives, and incendiary materials. This includes work such as screening, blending, dying, mixing, and pressing of sensitive ordnance, explosives, and pyrotechnic compositions such as lead azide, black powder and photoflash powder. All dry-house activities involving propellants or explosives. Demilitarization, modification, renovation, demolition, and maintenance operations on sensitive ordnance, explosives and incendiary materials. All operations involving re-grading and cleaning of artillery ranges.

A 4 percent differential is applicable to employees employed in a position that represents a low degree of hazard when working with, or in close proximity to ordnance, (or employees possibly adjacent to) explosives and incendiary materials which involves potential injury such as laceration of hands, face, or arms of the employee engaged in the operation, irritation of the skin, minor burns and the like; minimal damage to immediate or adjacent work area or equipment being used. All operations involving, unloading, storage, and hauling of ordnance, explosive, and incendiary ordnance material other than small arms ammunition. These differentials are only applicable to work that has been specifically designated by the agency for ordnance, explosives, and incendiary material differential pay.

** UNIFORM ALLOWANCE **

If employees are required to wear uniforms in the performance of this contract (either by the terms of the Government contract, by the employer, by the state or local law, etc.), the cost of furnishing such uniforms and maintaining (by laundering or dry cleaning) such uniforms is an expense that may not be borne by an employee where such cost reduces the hourly rate below that required by the wage determination. The Department of Labor will accept payment in accordance with the following standards as compliance:

The contractor or subcontractor is required to furnish all employees with an adequate number of uniforms without cost or to reimburse employees for the actual cost of the uniforms. In addition, where uniform cleaning and maintenance is made the responsibility of the employee, all contractors and subcontractors subject to this wage determination shall (in the absence of a bona fide collective bargaining agreement providing for a different amount, or the furnishing of contrary affirmative proof as to the actual cost), reimburse all employees for such cleaning and maintenance at a rate of $3.35 per week (or $.67 cents per day). However, in those instances where the uniforms furnished are made of "wash and wear" materials, may be routinely washed and dried with other personal garments, and do not require any special treatment such as dry cleaning, daily washing, or commercial laundering in order to meet the cleanliness or appearance standards set by the terms of the Government contract, by the contractor, by law, or by the nature of the work, there is no requirement that employees be reimbursed for uniform maintenance costs.

\*\* NOTES APPLYING TO THIS WAGE DETERMINATION \*\*

Under the policy and guidance contained in All Agency Memorandum No. 159, the Wage and Hour Division does not recognize, for section 4(c) purposes, prospective wage rates and fringe benefit provisions that are effective only upon such contingencies as "approval of Wage and Hour, issuance of a wage determination, incorporation of the wage determination in the contract, adjusting the contract price, etc." (The relevant CBA section) in the collective bargaining agreement between (the parties) contains contingency language that Wage and Hour does not recognize as reflecting

"arm's length negotiation" under section 4(c) of the Act and 29 C.F.R. 5.11(a) of the regulations. This wage determination therefore reflects the actual CBA wage rates and fringe benefits paid under the predecessor contract.

Source of Occupational Title and Descriptions:

The duties of employees under job titles listed are those described in the "Service Contract Act Directory of Occupations," Fourth Edition, January 1993, as amended by the Third Supplement, dated March 1997, unless otherwise indicated. This publication may be obtained from the Superintendent of Documents, at 202-783-3238, or by writing to the Superintendent of Documents, U.S. Government Printing Office, Washington, D.C. 20402. Copies of specific job descriptions may also be obtained from the appropriate contracting officer.

REQUEST FOR AUTHORIZATION OF ADDITIONAL CLASSIFICATION AND WAGE RATE {Standard Form 1444 (SF 1444)}

Conformance Process:

The contracting officer shall require that any class of service employee which is not listed herein and which is to be employed under the contract (i.e., the work to be performed is not performed by any classification listed in the wage determination), be classified by the contractor so as to provide a reasonable relationship (i.e., appropriate level of skill comparison) between such unlisted classifications and the classifications listed in the wage determination. Such conformed classes of employees shall be paid the monetary wages and furnished the fringe benefits as are determined. Such conforming process shall be initiated by the contractor prior to the performance of contract work by such unlisted class(es) of employees. The conformed classification, wage rate, and/or fringe benefits shall be retroactive to the commencement date of the contract. {See Section 4.6 (C)(vi)} When multiple wage determinations are included in a contract, a separate SF 1444 should be prepared for each wage determination to which a class(es) is to be conformed.

The process for preparing a conformance request is as follows:

1) When preparing the bid, the contractor identifies the need for a conformed occupation(s) and computes a proposed rate(s).

2) After contract award, the contractor prepares a written report listing in order proposed classification title(s), a Federal grade equivalency (FGE) for each proposed classification(s), job description(s), and rationale for proposed wage rate(s), including information regarding the agreement or disagreement of the authorized representative of the employees involved, or where there is no authorized representative, the employees themselves. This report should be submitted to the contracting officer no later than 30 days after such unlisted class(es) of employees performs any contract work.

3) The contracting officer reviews the proposed action and promptly submits a report of the action, together with the agency's recommendations and pertinent information including the position of the contractor and the employees, to the Wage and Hour Division, Employment Standards Administration, U.S. Department of Labor, for review. (See section 4.6(b)(2) of Regulations 29 CFR Part 4).

4) Within 30 days of receipt, the Wage and Hour Division approves, modifies, or disapproves the action via transmittal to the agency contracting officer, or notifies the contracting officer that additional time will be required to process the request.

5) The contracting officer transmits the Wage and Hour decision to the contractor.

6) The contractor informs the affected employees.

Information required by the Regulations must be submitted on SF 1444 or bond paper.

When preparing a conformance request, the "Service Contract Act Directory of Occupations" (the Directory) should be used to compare job definitions to insure that duties requested are not performed by a classification already listed in the wage determination. Remember, it is not the job title, but the required tasks that determine whether a class is included in an established wage determination. Conformances may not be used to artificially split, combine, or subdivide classifications listed in the wage determination.

FAR 52.212-3 Offeror Representations and Certifications—Commercial Items (MAR 2005)

An offeror shall complete only paragraph (j) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.

(a) *Definitions*. As used in this provision:

"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.

"Forced or indentured child labor" means all work or service—

(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or

(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.

"Service-disabled veteran-owned small business concern"—

(1) Means a small business concern—

(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and

(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.

(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).

"Small business concern" means a concern, including its affiliates that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.

"Veteran-owned small business concern" means a small business concern—

(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and

(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) *Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701).* (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN).*

☐· TIN: _____.

☐· TIN has been applied for.

☐· TIN is not required because:

☐· Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

☐· Offeror is an agency or instrumentality of a foreign government;

☐· Offeror is an agency or instrumentality of the Federal Government.

(4) *Type of organization.*

☐· Sole proprietorship;

☐· Partnership;

☐· Corporate entity (not tax-exempt);

☐· Corporate entity (tax-exempt);

☐· Government entity (Federal, State, or local);

☐· Foreign government;

☐· International organization per 26 CFR 1.6049-4;

☐· Other _____.

(5) *Common parent.*

☐· Offeror is not owned or controlled by a common parent;

☐· Name and TIN of common parent:

Name _____.

TIN _____.

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) *Small business concern.* The offeror represents as part of its offer that it □ is, □ is not a small business concern.

(2) *Veteran-owned small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents as part of its offer that it □ is, □ is not a veteran-owned small business concern.

(3) *Service-disabled veteran-owned small business concern.* [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.*] The offeror represents as part of its offer that it □ is, □ is not a service-disabled veteran-owned small business concern.

(4) *Small disadvantaged business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, for general statistical purposes, that it □ is, □ is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) *Women-owned small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it □ is, □ is not a women-owned small business concern.

**Note:** Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) *Women-owned business concern (other than small business concern).* [*Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it □ is a women-owned business concern.

(7) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

_____

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. [*Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.*]

(i) [*Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).*] The offeror represents as part of its offer that it □ is, □ is not an emerging small business.

41

(ii) [*Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).*] Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

(*Check one of the following*):

**Number of Employees Average Annual Gross Revenues**

__ 50 or fewer          __ $1 million or less

__ 51–100              __ $1,000,001–$2 million

__ 101–250             __ $2,000,001–$3.5 million

__ 251–500             __ $3,500,001–$5 million

__ 501–750             __ $5,000,001–$10 million

__ 751–1,000           __ $10,000,001–$17 million

__Over 1,000           __ Over $17 million

(9) [*Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program—Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.*]

(i) *General.* The offeror represents that either—

(A) It □ is, □ is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It □ has, □ has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) ☐ *Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns.* The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. [*The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:* _____.]

(10) *HUBZone small business concern.* [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, as part of its offer, that—

(i) It ☐ is, ☐ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR Part 126; and

(ii) It ☐ is, ☐ is not a joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture*: _____.] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Representations required to implement provisions of Executive Order 11246—

(1) Previous contracts and compliance. The offeror represents that—

(i) It ☐ has, ☐ has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and

(ii) It ☐ has, ☐ has not filed all required compliance reports.

(2) *Affirmative Action Compliance*. The offeror represents that—

(i) It ☐ has developed and has on file, ☐ has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 CFR parts 60-1 and 60-2), or

(ii) It ☐ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).* (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

43

(f) *Buy American Act Certificate*. (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act—Supplies, is included in this solicitation.)

(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act—Supplies."

(2) Foreign End Products:

**Line Item No.    Country of Origin**

_____  _____

_____  _____

_____  _____

[*List as necessary*]

(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) *Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate*. (Applies only if the clause at FAR 52.225-3, Buy American Act—Free Trade Agreements—Israeli Trade Act, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act."

(ii) The offeror certifies that the following supplies are end products of Australia, Canada, Chile, Mexico, or Singapore, or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act":

End Products of Australia, Canada, Chile, Mexico, or Singapore or Israeli End Products:

**Line Item No.**    **Country of Origin**

_____  _____

_____  _____

_____  _____

[*List as necessary*]

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act."

The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.
   Other Foreign End Products:

**Line Item No.**    **Country of Origin**

_____  _____

_____  _____

_____  _____

[*List as necessary*]

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.
   (2) *Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate, Alternate I (Jan 2004)*. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:
   (g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act— Free Trade Agreements—Israeli Trade Act":
Canadian End Products:

**Line Item No.**

_____

_____

_____

[*List as necessary*]

45

(3) *Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate, Alternate II (Jan 2004)*. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

   (g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act":
   Canadian or Israeli End Products:

   **Line Item No.    Country of Origin**

   _____  _____

   _____  _____

   _____  _____

   [*List as necessary*]

   (4) *Trade Agreements Certificate.* (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)
      (i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."
      (ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.
   Other End Products:

   **Line Item No.    Country of Origin**

   _____  _____

   _____  _____

   _____  _____

   [*List as necessary*]

      (iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only

offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

(h) *Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12549)*. (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals—

(1) ☐ Are, ☐ are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) ☐ Have, ☐ have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) ☐ Are, ☐ are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) Certification Regarding Knowledge of Child Labor for *Listed End Products (Executive Order 13126)*. [*The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).*]

(1) *Listed end products.*

**Listed End Product   Listed Countries of Origin**

_____   _____

_____   _____

(2) *Certification.* [*If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.*]

[ ] (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

[ ] (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)(1) *Annual Representations and Certifications.* Any changes provided by the offeror in paragraph (j) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certifications electronically via the ORCA website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications—Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____.

[*Offeror to identify the applicable paragraphs at (b) through (i) of this provision that the offeror has completed for the purposes of this solicitation only, if any.*

*These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.*

*Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.*]

(End of provision)

*Alternate I (Apr 2002).* As prescribed in 12.301(b)(2), add the following paragraph (c)(11) to the basic provision:

(11) (Complete if the offeror has represented itself as disadvantaged in paragraph (c)(4) or (c)(9) of this provision.)

[*The offeror shall check the category in which its ownership falls*]:

\_\_\_\_ Black American.

\_\_\_\_ Hispanic American.

\_\_\_\_ Native American (American Indians, Eskimos, Aleuts, or Native Hawaiians).

\_\_\_\_ Asian-Pacific American (persons with origins from Burma, Thailand, Malaysia, Indonesia, Singapore, Brunei, Japan, China, Taiwan, Laos, Cambodia (Kampuchea), Vietnam, Korea, The Philippines, U.S. Trust Territory of the Pacific Islands (Republic of Palau), Republic of the Marshall Islands, Federated States of Micronesia, the Commonwealth of the Northern Mariana Islands, Guam, Samoa, Macao, Hong Kong, Fiji, Tonga, Kiribati, Tuvalu, or Nauru).

\_\_\_\_ Subcontinent Asian (Asian-Indian) American (persons with origins from India, Pakistan, Bangladesh, Sri Lanka, Bhutan, the Maldives Islands, or Nepal).

\_\_\_\_ Individual/concern, other than one of the preceding.

*Alternate II (Oct 2000).* As prescribed in 12.301(b)(2), add the following paragraph (c)(9)(iii) to the basic provision:

(iii) *Address.* The offeror represents that its address ☐ is, ☐ is not in a region for which a small disadvantaged business procurement mechanism is authorized and its address has not changed since its certification as a small disadvantaged business concern or submission of its application for certification. The list of authorized small disadvantaged business procurement mechanisms and regions is posted at http://www.arnet.gov/References/sdbadjustments.htm. The offeror shall use the list in effect on the date of this solicitation. "Address," as used in this provision, means the address of the offeror as listed on the Small Business Administration's register of small disadvantaged business concerns or the address on the completed application that the concern has submitted to the Small Business Administration or a Private Certifier in accordance with 13 CFR Part 124, subpart B. For joint ventures, "address" refers to the address of the small disadvantaged business concern that is participating in the joint venture.

ADDENDA TO 52.212-3

COMPLIANCE WITH VETERANS EMPLOYMENT
REPORTING REQUIREMENTS

(a)  The Offeror represents that, if it is subject to the reporting requirements of 38 U.S.C. 4212(d) (i.e. the VETS-100 report required by the Federal Acquisition Regulation Clause 52.222-37, Employment Reports on Disabled Veterans of the Vietnam Era), it has_____,has not___ are filed (31 W.S.C. 1354).

ADDENDA TO 52.212-3

## FAR 52.219-22  Small Disadvantaged Business Status (Oct 1999)

(a) *General.* This provision is used to assess an offeror's small disadvantaged business status for the purpose of obtaining a benefit on this solicitation. Status as a small business and status as a small disadvantaged business for general statistical purposes is covered by the provision at FAR 52.219-1, Small Business Program Representation.

(b) Representations.

(1) *General.* The offeror represents, as part of its offer, that it is a small business under the size standard applicable to this acquisition; and either—

[ ] (i) It has received certification by the Small Business Administration as a small disadvantaged business concern consistent with 13 CFR 124, Subpart B; and

(A) No material change in disadvantaged ownership and control has occurred since its certification;

(B) Where the concern is owned by one or more disadvantaged individuals, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); and

(C) It is identified, on the date of its representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net); or

[ ] (ii) It has submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(2) □· *For Joint Ventures.* The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements at 13 CFR 124.1002(f) and that the representation in paragraph (b)(1) of this provision is accurate for the small

disadvantaged business concern that is participating in the joint venture. [*The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture:* _____.]

  (c) *Penalties and Remedies*. Anyone who misrepresents any aspects of the disadvantaged status of a concern for the purposes of securing a contract or subcontract shall—

    (1) Be punished by imposition of a fine, imprisonment, or both;

    (2) Be subject to administrative remedies, including suspension and debarment; and

    (3) Be ineligible for participation in programs conducted under the authority of the Small Business Act.

(End of provision)

1. Provisions Incorporated by Reference.

FAR 52.212-1 Instructions to Offerors – Commercial Items  (JAN 2005)

(a) *North American Industry Classification System (NAICS) code and small business size standard*. The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

(b) *Submission of offers*. Submit signed and dated offers to the office specified in this solicitation at or before the exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as otherwise specified in the solicitation. As a minimum, offers must show—

(1) The solicitation number;

(2) The time specified in the solicitation for receipt of offers;

(3) The name, address, and telephone number of the offeror;

(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the requirements in the solicitation. This may include product literature, or other documents, if necessary;

(5) Terms of any express warranty;

(6) Price and any discount terms;

(7) "Remit to" address, if different than mailing address;

(8) A completed copy of the representations and certifications at FAR 52.212-3 (see FAR 52.212-3(j) for those representations and certifications that the offeror shall complete electronically);

(9) Acknowledgment of Solicitation Amendments;

(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts for the same or similar items and other references (including contract numbers, points of contact with telephone numbers and other relevant information); and

(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) *Period for acceptance of offers.* The offeror agrees to hold the prices in its offer firm for 30 calendar days from the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

(d) *Product samples.* When required by the solicitation, product samples shall be submitted at or prior to the time specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no expense to the Government, and returned at the sender's request and expense, unless they are destroyed during pre-award testing.

(e) *Multiple offers.* Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated separately.

(f) Late submissions, modifications, revisions, and withdrawals of offers.

(1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that offers or revisions are due.

(2)(i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is received before award is made, the Contracting Officer determines that accepting the late offer would not unduly delay the acquisition; and—

(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date specified for receipt of offers; or

(B) There is acceptable evidence to establish that it was received at the Government installation designated for receipt of offers and was under the Government's control prior to the time set for receipt of offers; or

(C) If this solicitation is a request for proposals, it was the only proposal received.

(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the Government, will be considered at any time it is received and may be accepted.

3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or oral testimony or statements of Government personnel.

(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received at the Government office designated for

receipt of offers by the exact time specified in the solicitation, and urgent Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date, the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) *Contract award (not applicable to Invitation for Bids)*. The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) *Multiple awards*. The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) Availability of requirements documents cited in the solicitation.

(1)(i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to—

GSA Federal Supply Service Specifications Section
Suite 8100
470 East L'Enfant Plaza, SW
Washington, DC 20407

Telephone (202) 619-8925
Facsimile (202) 619-8978.

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) The DoD Index of Specifications and Standards (DoDISS) and documents listed in it may be obtained from the—

Department of Defense Single Stock Point (DoDSSP)
Building 4, Section D
700 Robbins Avenue
Philadelphia, PA 19111-5094

Telephone (215) 697-2667/2179
Facsimile (215) 697-1462.

(i) Automatic distribution may be obtained on a subscription basis.

(ii) Order forms, pricing information, and customer support information may be obtained—

(A) By telephone at (215) 697-2667/2179; or

(B) Through the DoDSSP Internet site at http://dodssp.daps.mil.

(3) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) *Data Universal Numbering System (DUNS) Number.* (Applies to all offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS or DUNS+4 number that identifies the offeror's name and address. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and Bradstreet by calling 1-866-705-5711 or via the internet at http://www.dnb.com. An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

(k) *Central Contractor Registration.* Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If

the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

    (l) *Debriefing*. If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:

        (1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.

        (2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.

        (3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.

        (4) A summary of the rationale for award;

        (5) For acquisitions of commercial items, the make and model of the item to be delivered by the successful offeror.

        (6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

(End of provision)

2. Addendum to FAR 52-212-1

### A. General

The instructions below provide guidance for the preparation and submission of proposals for café services at the **Emanuel Celler U.S.Court Complex, 225 Cadman Plaza East, Brooklyn, NY 11201** Their purpose is to establish requirements for the format and content of proposals so that proposals are complete, contain all essential information, and can be evaluated equally.

### B. Submission and Content of Proposals

For the purpose of this solicitation, three (3) identical sets of the technical proposal shall be submitted by each Offeror prior to closing time for receipt of proposals. The submission envelope shall clearly identify your firm's name and address and show the hour and date for receipt of proposals by the Contracting Officer in the lower left-hand corner of the envelope. Proposals received after the hour and date specified below will be considered late submissions and will be handled accordingly.

C. **Proposals must be submitted to:**

**General Services Administration
Small Business Utilization Center (2AR)
Jacob K. Javits Federal Building
26 Federal Plaza, Room 18-110 (Bid Room)
New York, NY  10278
Attn: Mrs. Brenda Hunter, Contracting Officer**

D. **Proposals must be received by Close of Business 4:30 p.m., Thursday, February 2, 2006.**

E. **A pre-proposal meeting to review the solicitation package and answer questions has been scheduled for Thursday, December 22, 2005 at 10:00 a.m.** This meeting will be held at the General Post Office (GPO), 271 Cadman Plaza East, 3rd floor, Brooklyn, NY 11201. Please contact the Contracting Officer, Mrs. Brenda Hunter, at (718) 254-7128 if you would like to attend. Please call Mr. Jeffrey Sussman at (718) 330-2010 for directions. Representatives from your company are more than welcome to attend as well. Public parking lots are adjacent to the building. Entering a Federal facility will require security checks.

F. The Contractor must submit the following items with its offer:

| | |
|---|---|
| 1. Standard Form 1449 | Original and two copies |
| 2. Technical Proposal | Original and two copies |
| 3. FAR 52.212-3, Offeror Representations and Certifications – Commercial Items (MAR 2005) | One copy |

.

## ADDENDUM TO FAR 52.212-1

### 52.204-6  Data Universal Numbering System (DUNS) Number (Oct 2003)

(a) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS number or "DUNS+4" that identifies the offeror's name and address exactly as stated in the offer. The DUNS number is a nine-digit number assigned by Dun and Bradstreet, Inc. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see Subpart 32.11) for the same parent concern.

(b) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number—

(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://www.dnb.com; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business name.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company physical street address, city, state and ZIP Code.

(iv) Company mailing address, city, state and ZIP Code (if separate from physical).

(v) Company telephone number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

(x) Company Headquarters name and address (reporting relationship within your entity).

(End of provision)

**Addendum to FAR 52.212-1**
**FAR 52.204-7   Central Contractor Registration (Oct 2003)**

(a) Definitions. As used in this clause—

"Central Contractor Registration (CCR) database" means the primary Government repository for Contractor information required for the conduct of business with the Government.

"Data Universal Numbering System (DUNS) number" means the 9-digit number assigned by Dun and Bradstreet, Inc. (D&B) to identify unique business entities.

"Data Universal Numbering System +4 (DUNS+4) number" means the DUNS number assigned by D&B plus a 4-character suffix that may be assigned by a business concern. (D&B has no affiliation with this 4-character suffix.) This 4-character suffix may be assigned at the discretion of the business concern to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFT) accounts (see the FAR at Subpart 32.11) for the same parent concern.

"Registered in the CCR database" means that—

(1) The Contractor has entered all mandatory information, including the DUNS number or the DUNS+4 number, into the CCR database; and

(2) The Government has validated all mandatory data fields and has marked the record "Active."

(b)(1) By submission of an offer, the offeror acknowledges the requirement that a prospective awardee shall be registered in the CCR database prior to award, during performance, and through final payment of any contract, basic agreement, basic ordering agreement, or blanket purchasing agreement resulting from this solicitation.

(2) The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS +4" followed by the DUNS or DUNS +4 number that identifies the offeror's name and address exactly as stated in the offer. The DUNS number will be used by the Contracting Officer to verify that the offeror is registered in the CCR database.

(c) If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one.

(1) An offeror may obtain a DUNS number—

(i) If located within the United States, by calling Dun and Bradstreet at 1-866-705-5711 or via the Internet at http://www.dnb.com; or

(ii) If located outside the United States, by contacting the local Dun and Bradstreet office.

(2) The offeror should be prepared to provide the following information:

(i) Company legal business.

(ii) Tradestyle, doing business, or other name by which your entity is commonly recognized.

(iii) Company Physical Street Address, City, State, and ZIP Code.

(iv) Company Mailing Address, City, State and ZIP Code (if separate from physical).

(v) Company Telephone Number.

(vi) Date the company was started.

(vii) Number of employees at your location.

(viii) Chief executive officer/key manager.

(ix) Line of business (industry).

` (x) Company Headquarters name and address (reporting relationship within your entity).

(d) If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror.

(e) Processing time, which normally takes 48 hours, should be taken into consideration when registering. Offerors who are not registered should consider applying for registration immediately upon receipt of this solicitation.

(f) The Contractor is responsible for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

(g)

(1)

(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12 of the FAR; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (g)(1)(i) of this clause, or fails to perform the agreement at paragraph (g)(1)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in

the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(2) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see FAR Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(h) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423, or 269-961-5757.

(End of clause)

**Technical Evaluation:**

**Offers will be evaluated on the initial submission.**

**FAR 52.212-2 Evaluation—Commercial Items (JAN 1999).**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government. The following factors shall be used to evaluate offers:

Proposals will be evaluated based on the following non-cost technical evaluation factors listed in descending order of importance:
a) Past Performance, b) Experience, c) Management Plan (Budget, Staffing & Controls), d) Menu, Portion, Prices, and Standard Units of Measurement, e) Menu Cycle and Variety and f) Oral Presentations g) Sanitation.

(b) A written notice of award or acceptance of an offer mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

Technical Proposal Guidelines

For the purpose of this solicitation, GSA will accept only one (1) technical proposal from each Offeror. Firms or individuals having qualifications to perform the required services in this solicitation/contract must submit three (3) sets of their technical process each with original signatures.

Awards may be made without discussions. Therefore, Offerors are requested to initially submit proposals to the Government on the most favorable terms from a technical standpoint.

In order to receive maximum consideration in the technical process, each offeror's proposal must, at a minimum, address all of the areas outlined in paragraph 4 below. These factors are ranked in descending order of importance.

Expensive, elaborate submittals are neither required nor encouraged. Only brochures and literature pertinent to the nature of work under this solicitation should be submitted if they are logically incorporated into the body of this technical/price proposal. Brochures and company literature used in advertising or promoting the company, or corporation investment profiles and

prospectuses are discouraged. The Government has the right to conduct a site visit of one or more food operations.

## 4.  Information to be Included in Technical Proposals

### *a. Past Performance*
The Government intends to contact three (3) references or firms for which the Offeror has performed services to evaluate the Offeror's past performance record.  This evaluation will be a subjective assessment on how well each Offeror has satisfied its customers in the past.

These survey reports will be reviewed to also determine the satisfaction with quality of food, menu variety, merchandising, service, value and preventative maintenance of food service equipment.  The report will also be used to determine responsiveness, follow-up to complaints and suggestions by the customer, district and corporate management, and that inspections have been conducted.  Finally the survey will be used to determine how health standards are being complied with.

Offerors must submit the following information for all current food services contracts and all recent food service contracts performed within the past three (3) years that are similar in size and scope to the requirements of the solicitation.  Provide the following information for each contract:

> -name of company/agency for whom services were provided
> -name, current telephone number, current facsimile (fax) number, and e-mail
> -address an appropriate point of contact for the company/agency
> -dates of contract start and expiration
> -annual contract price
> -brief description of services provided (not to exceed 1/2 page of single spaced print)

For those contracts performed within the past three (3) years that do not meet the definition of 'similar in size and scope' as described above, the Offeror should still provide the same contract and contact information.

If the offeror has performed less than three (3) current or previous contracts, the government will only evaluate those contracts under which the offeror has performed services. Additionally, if the Government attempts to contact references provided by the offeror but is unsuccessful in receiving the references, the government will evaluate only those references actually received.

The Government is not limited to contacting only those references provided by the offeror.  The Government may also consider the offeror's performance on contracts not submitted by the offeror that the Government is aware of or becomes aware of as a result of reference interviews.

Those offerors who do not have any relevant past performance will receive a neutral (neither favorable nor unfavorable) evaluation for this factor.

For any contract that was terminated for default, the Offeror bears the burden to prove all relevant information regarding the facts and circumstances surrounding the default termination. Absent adequate explanations regarding such termination(s) for default, the Government shall

presume that the termination(s) resulted from the contractor's failure to meet its contractual obligations. This information should be listed as an attachment to the contract information sheet and should be no more than one page, double-spaced, in length.

For any contract where severe performance problems occurred (i.e., problems resulting in a cure notice or show cause notice), the Offeror shall provide all relevant information regarding the facts and circumstances surrounding the problems. This information should be listed as an attachment to the contract information sheet and should be no more than one page, single-spaced, in length.

Failure to submit complete and accurate information on references required above may render the proposal deficient in this area.

The Government reserves the right to request further information regarding these contracts, if necessary to properly evaluate the offer.

### b. Experience
In addition to reviewing information on past experience, the Government will consider the offeror's experience within the food services industry. This includes any other food service related business operations that the Offeror has established.

The Offeror must have at least three (3) years of experience in the food service industry with a present annual sales volume sufficient to establish operation credibility for this contract. Offerors should have at least two (2) years experience in profit and loss operations under similar financial arrangements.

Provide a list of all key personnel with headings covering length of service with the present contractor, any certifications, degrees or evidence of training on systems common to food service contracts. The listing should also include any previous jobs with other contractors with similar headings. For Example:   Name, Length of Service, Responsibilities, Degrees, Certifications, Food Safety Training

### c. Management Plan (Budget, Staffing & Controls)

Description: This factor considers the offerors organization, including management level staffing, other personnel, training and proposed backup support.

The factor also includes a budget of proposed total operating budget consisting of sales, food costs, utility service, labor, administration & profit, along with projected sales. The staffing factor considers the staffing levels and pattern, as it is required by the facility layout, menu, patronage, sales daily and weekly man-hour coverage for functions.

The factor will also consider the automated accounting systems provided, which must display effective management data which produces information on sales, meal counts and check averages.

The offeror presents the firm's organizational chart, which clearly reveals sufficient, prompt and active management, staffing support and backup support. The managerial staff must be trained and have (3) three years experience in comparable type operations (patronage, volume & square feet):

64

**The Following Conditions must bet met:**

    -available time to properly supervise this facility

    -firm is properly organized to manage this contract

    -structured to provide prompt supervision and staffing

    -the firm has a division centrally located, to handle this type of facility.

    -A color-coded staffing chart and a weekly staffing schedule should be complete and include adequate backup data. Chart includes summary of hours (including breaks and lunch periods), positions, and functional responsibilities.

**The Following Conditions must bet met under Management Plan (Budget, Staffing & Controls)**

The staffing chart must provide man-hour coverage for the required function of:

    -management and supervision

    -preparation, set-up, service, and utility

    -cleaning and sanitation

    -sales.

    -Training

The staffing chart must also include the following:

    -salaries that are in accordance with operation

    -wage scale that conforms to wage determination.

**The following conditions must be met under Accounting systems**:

    -The accounting system provides effective management data, sales, and meal counts, check averages, and cost per meal.

    -The offeror demonstrates that internal audits are conducted on operational controls, financial statistics, methods, procedures and systems.

    -The offeror has adequate control checks, reports, and frequent reporting schedules for unit analysis and audits; and provides sample reports and schedules.

D.  **Menu, Portion, Prices, and Standard Units of Measurement Price-** Description: The factor consists of menu price and portion, and standard unit of measurement price, and how it reflects service level requirements.

The Following Conditions Must be Met:

    -The price and portion book should be complete and lists menu portion, price and standard unit of measurement price.

    -The overall pricing and portioning structure reflects service level needs and is the most advantageous.

    -Each category of the menu portion and pricing comparison is consistent with service level requirements.

**E. Menu Cycle and Variety -** This factor will consider how the offeror proposes to manage the menu cycle indicating the cycle length and changes throughout the year.   The daily menu will be examined for the following:

The Following Conditions must be met:

>           -high, medium and low cost variety
>           -seasonal menus
>           -repetition and monotony
>           -frequency of popular items
>           -current industry practices

Sample menus should include variety of color, texture, flavor, shape and appropriate garnish. The menu should take into account the facility size, type and patronage, available cooking and serving equipment and energy conservation.

The Offeror's concept includes any promotional programs that will be utilized to improve the menu concepts.

The Offeror's price and portion book should be complete and list menu portion, price and standard unit of measurement.


**F.  Oral Presentations** – This factor deals with the contractor's understanding of the services required in this solicitation.

The following conditions must be met to show that the offeror is able to clearly identify his plan for addressing the food services needs of the Courthouse including:

-A definite plan for providing the services including staffing, training, upper management support and innovation to meet the needs of the Courthouse.

-The offeror must demonstrate that the staff will be skilled in providing service in a timely manner when the volume of patrons is high.

-The offeror must demonstrate an understanding of our clients' unique needs, including how he will address the meals for jurors.

- the offeror explains how his prior experience directly relates to our facility.

- Demonstrates a willingness and flexibility to tailor his services if it is determined that his initial plan is not adequately meeting the Courts' needs.

-Respond to direct questions from the Source Selection Evaluation Board in a clear, concise and thorough manner thereby demonstrating his understanding of our needs.


**G.  Sanitation**

Description: This factor considers sanitation and preventive maintenance practices that demonstrate conformance with food service standards. In addition, the adequacy of the preventive maintenance program and practices as proposed in guidelines and schedules are considered.

The following Conditions must be met.

-The offeror must demonstrate its understanding of the requirements by submitting a complete internal sanitation program.

-Proposed cleaning and sanitation services are explained and are reflected in the budget.

-The sanitation program is comprehensive and includes all phases of the operating requirements and includes follow-up inspections and management reports.

-The offeror details a complete sanitation training program; with refresher courses, and follow-up- on the-job- training.

-The offeror provides evidence that the manager of the facility has been certified in the Serv Safe training course sponsored by the National Education Foundation of the National Restaurant Association.

ADDENDUM TO FAR 52.212-4

## FAR 52.217-9  Option to Extend the Term of the Contract (Mar 2000)

(a) The Government shall have the unilateral option of extending the term of this contract for two (2) additional periods of five (5) years each.  The same terms and conditions contained in this contract shall apply to each option period exercised.  Each period will be exercised upon written notification (mailed or otherwise furnished) to the Contractor at least sixty(60) calendar days prior to the expiration of the contract. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed 15 years.

(End of clause)

**Method of Award**
THE GOVERNMENT WILL AWARD A CONTRACT RESULTING FROM THIS SOLICITATION TO THE RESPONSIBLE OFFEROR WHOSE OFFER, CONFORMING TO THE SOLICITATION, WILL BE MOST ADVANTAGEOUS TO THE GOVERNMENT.