# EXHIBIT 7






# S -- Cafeteria/Concession Services

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | GS-03P-CDC-0022 |
| Posted Date: | Jan 09, 2006 |
| Original Response Date: | Jan 27, 2006 |
| Current Response Date: | Jan 27, 2006 |
| Original Archive Date: | Feb 11, 2006 |
| Current Archive Date: | Feb 11, 2006 |
| Classification Code: | S -- Utilities and housekeeping services |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

General Services Administration, Public Buildings Service (PBS), Allegheny Service Center (3PK), The Strawbridge Building 20 North 8th Street, 8th Floor, Philadelphia, PA, 19107

## Description

The General Services Administration (GSA) is soliciting firms that may be interested in performing the food service contract at the Bureau of Alcohol, Tobacco, Firearms and Explosives, located at 244 Needy Road, Martinsburg, West Virginia 25401-9431. The contractor shall establish and operate, in the contractor?s name, the food services facilities as described in the solicitation, for the purpose of dispensing food, nonalcoholic beverages and other such items in accordance with all terms and conditions specified within the solicitation. This cafeteria is to be operated for the benefit of approximately 550 employees occupying the building (approximately 100 of the employees work an evening shift). Employees are permitted thirty minutes for a lunch break and fifteen-minute breaks throughout the day.

The building contains 4,533 square feet of cafeteria space: kitchen (666sf), serving (651sf),

storage (261sf) and eating area (2955sf).    The hours of operation for the building are 6:00am to 11:30pm.    The contractor will serve breakfast, lunch, light snacks and dinner.    Desired hours of operation for the cafeteria are as follows:

Breakfast     6:00am ? 10:30am
Lunch     10:30am ? 2:30pm
Light Snacks     2:30pm ? 6:00pm
Dinner     6:00pm ? 8:00pm.

Building occupants shall have the ability to call-in orders in advance.

This procurement is open to all business concerns.    The period of the contract is for a base period of five (5) years, with the possibility of two five-year option periods.

The contract will be competitively negotiated.    The award will be made through informal source selection procedures to the contractor whose proposal appears to be the most qualified to provide the required services to the Government.    The Source Selection evaluation criteria to be utilized are as follows in descending order of importance:    1) Past Performance; 2) Management Plan; and 3) Menu.

The solicitation to be issued on or about 31 January 2006 will require submission of a detailed proposal outlining and documenting your compliance with the above criteria.    A pre-proposal conference will be held at a place and time to be announced when the solicitation is issued. It will be in the prospective offeror's interest to attend this conference.    After contract award, all contractor employees will need to complete a full background clearance.

The North American Industry Classification System Code (NAICS) is 722310. The notice of solicitation availability will be posted on the FedBizOpps website.    In order to receive a solicitation, the offeror must submit a copy of a valid business license, a valid Dun & Bradstreet number and an IRS Tax ID number prior to distribution of the request for proposal.

## Point of Contact

Daria Sawyer, Contract Specialist, Phone 215-446-4597, Fax 215-446-6190, Email daria.sawyer@gsa.gov - Daria Sawyer, Contract Specialist, Phone 215-446-4597, Fax 215-446-6190, Email daria.sawyer@gsa.gov

## Place of Performance

Address:     Bureau of Alcohol, Tobacco, Firearms and Explosives 244 Needy Road Martinsburg, West Virginia
Postal Code: 25401-9431
Country:     USA

Register to Receive Notification

---

## Government-wide Numbered Notes
## You may return to Business Opportunities at:

- GSA PBS listed by [Posted Date]
- GSA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]