# EXHIBIT 8





# S -- 722310-Food Service

- Modification 03 - Posted on Dec 13, 2005
- Modification 01 - Posted on Dec 13, 2005
- Modification 02 - Posted on Dec 13, 2005
- Modification 04 - Posted on Dec 14, 2005

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | GS-11P-06-YEC-0018 |
| Posted Date: | Dec 08, 2005 |
| Original Response Date: | Jan 20, 2005 |
| Current Response Date: | Feb 15, 2006 |
| Original Archive Date: | Mar 02, 2006 |
| Current Archive Date: | Mar 02, 2006 |
| Classification Code: | S -- Utilities and housekeeping services |
| Set Aside: | Total Small Business |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

General Services Administration, Public Buildings Service (PBS), Metropolitan Services Center (WPD), 1099 14th Street, NW Suite 200W, Washington, DC, 20005

## Description

The General Services Administration (GSA), Public Buildings Service (PBS), Metropolitan Service Center (WPD), intends on entering into a multi-year contract for Cafeteria Services for a base period of five (5) years with the Government having the unilateral option to extend services for one to five years, not to exceed a fifteen (15) year period. The contractor shall establish and operate in the contractor's name, the food service facilities at the Department of Labor, Frances

Perkins Building, 6th Floor, 200 Constitution Ave., NW, Washington, DC 20210. The Frances Perkins Building has approximately 37,000 square feet of space. The cafeteria is to be operated for the benefit of approximately 4,000 employees who will be occupants in the building located at the Dept. of Labor as indicated above for the purpose of dispensing food, nonalcoholic beverages and such other items as may be authorized by the Contracting Officer's Representative (COR), in accordance with all the terms and conditions specified within the Request for Proposal (RFP). The Government will make an award to the responsible offeror whose offer conforms to the RFP and is most advantageous to the Government. The RFP issue date will be on or about December 30, 2005 with a closing date of January 20, 2006. All interested parties should request a copy of the complete RFP from Cynthia Brown, Contract Specialist on 202-219-3094. This synopsis is a commercial items acquisition and is in accordance with the format in Subpart 12.6, as supplemented with additional information contained in the Request for Proposal.

The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

The evaluation factors are as follows:

1. Past Performance
    a. Reputation
    b. Experience
2. Resource Management
    a. Resources
    b. Staffing
3. Menu Cycle and Variety
4. Sanitation and Preventive Maintenance
5. Controls
6. Price and Portion Policies
7. Budget (Pro Forma)

Proposals will be evaluated and scored on the above evaluation factors. The factors Reputation and Experience each are one and one-half times as important to the Government in the evaluation as any other single category. The other categories are not listed in relative order of importance.

The Government will make award to the responsible offeror who's offer conforms to the solicitation and receives the highest total point score. The State Licensing Agency (SLA) will complete for this facility and will be selected if their proposal is in the competitive range. In the event they are not in the competitive range and two or more offerors are tied for the highest total point score, lost will be drawn to determine which offeror will be awarded the contract.

Solicitations are available upon request from cynthia.brown @gsa.gov. Proposals will be due January 20, 2006, at 2:30 PM, local time, at the following location. GSA, Bid Room 1065, 7th & D Street, SW, Washington, DC 20407. Only written request will be accepted. Notification of any change shall be made only on the FedBizOPPS.
Please reference solicitation number GS-11-P06-YEC0018.

**Point of Contact**

Marisol Vargas-Busch, Contracting Officer, Phone (202) 219-2469, Fax (202) 208-3494, Email marisol.vargasbusch@gsa.gov - Cynthia Brown, Contract Specialist, Phone 202-219-3094, Fax 202-219-2371, Email cynthia.brown@gsa.gov

[Register to Receive Notification]

---

**Government-wide Numbered Notes**
You may return to Business Opportunities at:

- GSA PBS listed by [Posted Date]
- GSA Agencywide listed by [Posted Date]

---

[Home] [SEARCH synopses] [Procurement Reference Library]