# EXHIBIT 9





# 99 -- Pentagon Food Concessions

## General Information

Document Type:            Combine Solicitation
Solicitation Number:      Reference-Number-NNA250-05-R-0082
Posted Date:              Nov 04, 2005
Original Response Date:   Jan 13, 2006
Current Response Date:    Jan 13, 2006
Original Archive Date:    Jan 28, 2006
Current Archive Date:     Jan 28, 2006
Classification Code:      99 -- Miscellaneous
Naics Code:               722310 -- Food Service Contractors

## Contracting Office Address

Department of the Navy, Naval Supply Systems Command, Navy Exchange Service Command (NEXCOM), 3280 Virginia Beach Boulevard, Virginia Beach, VA, 23452

## Description

It is the Navy Exchange Service Command's (NEXCOM's) intention to award a license agreement to a qualified, responsible firm to provide food services in designated areas of the Pentagon as described below.   These locations are currently operated by Eurest Dining Services and will transition to the successful offeror upon award of this license agreement.   The food requirements for each location are identified below.   To be considered for award, offeror proposals must include all 3 locations.   Proposals for a portion of the locations identified in this solicitation will not be considered.   Except for bulk food storage needs, all food production to support the three separate food service areas described below must be accomplished within designated food court areas and no other food production space will be available.   Storage requirements beyond one

day's requirements for chill, freeze and dry storage will be made available apart from the three food service areas.

Wedge I food court.    The preferred concepts within the food court are:    sushi, name brand coffee, pizza, chicken, comfort food, bakery/sandwich and a salad concept.    The approximate sales of each of the presently operated concepts in the Wedge I food court are listed below.    It is anticipated that responsibility for operation of the food court shall be transitioned from the present food court operator to the successful offeror ("Licensee") approximately 60 days after award.    The Licensee is not expected to invest a significant amount of capital to renovate Wedge I spaces but generally assume and operate the food court based on its present configuration.    Should an offeror propose significant operational or concept changes to the current food court space, associated costs to make the changes shall be borne by the offeror.    Before making such changes, approval by cognizant Pentagon officials will be required.    Accordingly, offerors' proposed space design changes will also be required as part of the proposals.    Estimated current annual sales for the Wedge 1 food court are $2 million.

Corridor 10.    The Licensee shall assume operation of designated areas (two concepts) in the current Corridor 10 food court within 60 days from contract award.    The brands currently offered in these spaces are Hearth Stone Oven and Manchu Wok.    NEXCOM would prefer to maintain these menu segments (Comfort Foods and Asian) whether branded or unbranded.    As with Wedge I, the Licensee is not expected to invest any significant capital to renovate these designated areas.    The food court is scheduled to close for Pentagon renovations in the fall of 2007.

Concourse.    The Licensee shall assume operation of this area, currently operated as an Au Bon Pain, on the concourse level within 60 days from contract award.    The Licensee must operate the same bakery/sandwich concept in this area as they have proposed to operate in the Wedge1 Food Court.    As with Wedge I and Corridor 10, the Licensee is not expected to invest any significant capital to renovate this area.    The concourse is scheduled to close for Pentagon renovation in the fall of 2007.

## Point of Contact

Shelley Driver, Senior Contract Specialist, Phone 757-631-3626, Fax 757-631-4506, Email shelley_driver@nexnet.navy.mil

## Place of Performance

Address: Pentagon Arlington, VA
Country: United States

Register to Receive Notification

## Government-wide Numbered Notes
**You may return to Business Opportunities at:**

- DON NAVSUP listed by [Posted Date]
- DON Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]