# EXHIBIT 13

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE NATIONAL FEDERATION     \*

OF THE BLIND, *et al.*,     \*     Case No. 1:05 CV 01839

      Plaintiffs,     \*     Judge Colleen Kollar-Kotelly

        v.     \*

MARGARET SPELLINGS, *et al.*,     \*

      Defendants     \*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## AFFIDAVIT OF MARC MAURER

1.     My name is Marc Maurer. I am over the age of 18 and am competent to testify.

2.     I am the President of the National Federation of the Blind.

3.     The vast majority of the Federation's approximately 50,000 members are blind persons within the meaning of the Randolph-Sheppard Act, 29 U.S.C. § 107e(1), and many of those members are unemployed, could be trained to successfully operate Randolph-Sheppard vending facilities, and would desire that opportunity.

4.     The National Federation of the Blind promotes the general welfare of the blind by aiding in their efforts to integrate themselves into society on terms of equality and remove barriers and change social attitudes, stereotypes, and mistaken beliefs held by sighted and blind people about the limitations created by blindness that result in the denial of opportunity to the blind in virtually every sphere of life.

5.     The Federation's mission includes advocating for programs that provide opportunities for the blind, such as the program created by the Randolph-Sheppard Act.

6.    The National Association of Blind Merchants is a division of the National Federation of the Blind. It is a membership organization for blind entrepreneurs, most of them Randolph-Sheppard vendors. NABM exists to provide training, support, and advocacy for blind business people.

7.    More than seventy percent of blind individuals are unemployed.

8.    Some of the Federation's blind members are unemployed or underemployed. Some of these members would like to become licensed Randolph-Sheppard vendors, but are prevented from doing so because the Department of Education has failed to promote the program's growth to generate additional vending sites.

I SOLEMNLY AFFIRM UNDER THE PENALTIES OF PERJURY THAT THE CONTENTS OF THE FOREGOING AFFIDAVIT ARE TRUE TO THE BEST OF MY KNOWLEDGE, INFORMATION, AND BELIEF.

_____    _____
Dr. Marc Maurer                            Date