**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * | |
| | * | Case No. 1:05 CV 01839 |
| Plaintiffs, | * | |
| | * | Judge Colleen Kollar-Kotelly |
| v. | * | |
| MARGARET SPELLINGS, *et al.*, | * | |
| Defendants | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## REQUEST FOR HEARING ON DEFENDANTS' MOTION TO DISMISS

Plaintiffs the National Federation of the Blind, the National Association of Blind Merchants, Kevan Worley, Don Morris, and Billie Ruth Schlank, through their undersigned counsel, hereby request that the Court schedule the Defendants' Motion to Dismiss for a hearing and state:

1. Plaintiffs filed suit to contest the Department of Education's reduction in staffing for the Randolph-Sheppard program below the minimum level established by Congress.

2. The Defendants moved to dismiss the complaint, alleging that no private right of action exists.

3. The Plaintiffs believe that the most efficient use of their resources is to obtain a ruling on the motion to dismiss before starting discovery and expending significant amounts of time and effort that may ultimately prove unnecessary if the case is dismissed.

4. The Plaintiffs respectfully request that the Court schedule the Defendants' motion to dismiss for a hearing at the earliest possible date that is convenient for the Court.

5.   Despite multiple attempts, Plaintiffs have been unable to reach Defendants' counsel to seek consent to this motion.

WHEREFORE the Court should schedule the Defendants' Motion to Dismiss for a hearing. A proposed Order is attached.

Respectfully submitted,

/s/
Daniel F. Goldstein (pro hac vice)
Shelly Marie Martin (D.C. Bar No. 473462)
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street
Suite 1700
Baltimore, Maryland 21202
410-962-1030/fax 410-385-0869

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, a copy of the foregoing Request for Hearing on Defendants' Motion to Dismiss was served on all parties via the Court's electronic filing system.

/s/
Shelly Marie Martin