**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, | * |
| | *   Case No. 1:05 CV 01839 |
| Plaintiffs, | |
| | *   Judge Colleen Kollar-Kotelly |
| v. | |
| | * |
| MARGARET SPELLINGS, *et al.*, | |
| | * |
| Defendants | |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The parties shall appear on _____ 2006 at _____ a.m./p.m. for a hearing to address the Defendants' Motion to Dismiss.

_____
Hon. Colleen Kollar-Kotelly

Copies to:  Oliver McDaniel
Assistant United States Attorney
Civil Division
555 4th Street, N.W.
Washington D.C. 20530

Daniel F. Goldstein
Shelly Marie Martin
Brown, Goldstein & Levy, LLP
120 E. Baltimore Street, Suite 1700
Baltimore, Maryland 21202