UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THE NATIONAL FEDERATION OF THE BLIND, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MARGARET SPELLINGS, *et al.*, <br><br> Defendants. | Civil Action No. 05-1839 (CKK) |

**ORDER**
(September 19, 2007)

Defendants' [5] Motion to Dismiss in this case has been pending on the docket such that there may have been intervening changes in the facts or the applicable case law.  The Court requires the Parties to indicate whether the Court may proceed on the papers presently under consideration or whether any additional information on factual and legal developments is material to the Court's consideration of the pending Motion to Dismiss.  Furthermore, the Court shall determine whether or not a hearing is required with respect to Defendants' [5] Motion to Dismiss upon consideration of that motion.

Accordingly, it is this 19th day of September, 2007, hereby

ORDERED that the Parties shall file a notice with the Court by September 25, 2007, indicating whether any updated information with respect to the pending Motion to Dismiss should be considered by the Court; it is also

ORDERED that [12] Plaintiffs' Request for Hearing on Defendants' Motion to Dismiss is HELD IN ABEYANCE pending the Court's consideration of Defendants' Motion to Dismiss and determination as to whether a hearing is required.

SO ORDERED.

                                                           /s/
                                        COLLEEN KOLLAR-KOTELLY
                                        United States District Judge