## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

THE NATIONAL FEDERATION    *
OF THE BLIND, *et al.*,

       *    Case No. 1:05 CV 01839

    Plaintiffs,

       *    Judge Colleen Kollar-Kotelly

       v.             *

MARGARET SPELLINGS, *et al.*,    *

    Defendants          *

       *   *   *   *   *   *   *   *   *   *   *   *   *   *   *

### <u>JOINT STATUS REPORT</u>

The Parties through their undersigned counsel, submit the following status report:

1.     The Defendants filed a Motion to Dismiss on December 28, 2005.  The briefing on that Motion is complete.

2.     The Plaintiffs are unaware of any change in circumstance that affects the Motion to Dismiss.

3.     Plaintiffs do not believe that any supplementation of the Motion to Dismiss or the Opposition thereto are necessary.

4.     Defendants believe that supplemental briefing is necessary and intend to file supplemental authority in support of the Motion to Dismiss within 10 days.  Plaintiffs reserve their right to respond to any such supplemental briefing.

Respectfully submitted,


_____/s/_____          _____/s/_____
Oliver McDaniel (D.C. Bar No. 377360)   Daniel F. Goldstein (admitted pro hac vice)
Assistant United States Attorney        Shelly Marie Martin (D.C. Bar No. 473462)
Civil Division                          Brown, Goldstein & Levy, LLP
555 4th Street NW                       120 E. Baltimore Street, Suite 1700
Washington, D.C. 20530                  Baltimore, Maryland 21202


## **CERTIFICATE OF SERVICE**

I hereby certify that on this __19th__ day of February 2008  the forgoing Joint status

Report was served on all parties via the Court's electronic filing system.


_____/s/_____
Shelly Marie Martin