# EXHIBIT 1

Case 1:05-cv-01839-CKK    Document 16-2    Filed 03/10/2008    Page 1 of 3





# S -- Food Service Attendants

- Solicitation 01 - Posted on Dec 05, 2006
- Amendment 01 - Posted on Dec 20, 2006
- Amendment 02 - Posted on Dec 28, 2006
- Amendment 03 - Posted on Jan 04, 2007

## General Information

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | FA4620-07-R-A001 |
| Posted Date: | Nov 16, 2006 |
| Original Response Date: | |
| Current Response Date: | |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | S -- Utilities and housekeeping services |
| Set Aside: | Total HUB-Zone |
| Naics Code: | 722310 -- Food Service Contractors |

## Contracting Office Address

Department of the Air Force, Air Mobility Command, 92nd Contracting Squadron, 110 West ENT, Fairchild AFB, WA, 99011-8568, UNITED STATES

## Description

Description:

This is a pre-solicitation notice for Food Attendant services at Fairchild AFB, WA under solicitation FA4620-07-R-A001.  The major elements of service include the manning of two full-service dining facilities on base.  This acquisition will be solicited utilizing FAR Part 15 negotiated procedures. The Government will evaluate offers utilizing Performance Price Tradeoff (PPT) procedures.  Recent and relevant past performance will be evaluated.  This acquisition is a 100% HUBZone small business competitive set-aside.  The applicable North American Industry Classification System Code (NAICS) is 722310 and the related small business size standard is $17.5 million.  A Firm Fixed Price (FFP), Indefinite Delivery Indefinite Quantity (IDIQ) type contract will result from this solicitation with all work performed under individual task orders.  The performance period will be for a six month base period with an anticipated start date of 1 Apr 07 and four one-year option periods beginning 1 Oct 07 ? 30 Sep 11.  The entire solicitation will be made available only on the Federal Business Opportunities (FBO) website at

http://www.fbo.gov.  Procurement documents will NOT be directly provided in a paper hard copy format nor CDs.  Offers shall be submitted via paper copy.  Notification of any changes to this solicitation will be made ONLY on the FBO website.   It is, therefore, the contractor's responsibility to check the site daily for any posted changes in the solicitation documents, which will be available on or about 5 Dec 2006.   Download from the Internet is free of charge; however, the solicitation documents may take time to download.   The closing date and time for submission of offers and site visit information will be contained in the solicitation package.   By submission of an offer, the offeror acknowledges the requirement that a prospective awardee must be registered in the Central Contractor Registration (CCR) at www.ccr.gov database prior to award, during performance, and through final payment of any contract resulting from this solicitation.   Lack of registration in the CCR database will make an offeror ineligible for award.   The Unit Small Business Specialist is Mrs. Marion Nelson, at (509) 247-4880; link to USAF Small Business, http://www.selltoairforce.org; link to SBA, http://sba.gov; link to the Unit public information web site, http://public.fairchild.amc.af.mil.   All responsible sources may submit an offer, which shall be considered by the agency.   Any questions regarding this notice should be directed to SSgt Jeremy Swistak, Contract Specialist, Phone (509) 247-2620, Fax (509) 247-8685, Email jeremy.swistak@fairchild.af.mil

**Original Point of Contact**

Jeremy Swistak, Contracting Specialist, Phone 509-247-2620, Email jeremy.swistak@fairchild.af.mil - Laurie Whelan, Contracting Officer, Phone (509)247-3859, Fax (509)247-8685, Email laurie.whelan@fairchild.af.mil

**Current Point of Contact**

Jeremy Swistak, Contracting Specialist, Phone 509-247-2620, Fax null, Email jeremy.swistak@fairchild.af.mil - Laurie Whelan, Contracting Officer, Phone (509)247-3859, Fax (509)247-8685, Email laurie.whelan@fairchild.af.mil

**Place of Performance**

Address:     610 N DEPOT RD BLDG 2447 Fairchild AFB, WA
Postal Code: 99011
Country:     UNITED STATES

[ Register to Receive Notification ]

**Government-wide Numbered Notes**
You may return to Business Opportunities at:

- USAF AMC listed by [Posted Date]
- USAF Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]