# EXHIBIT 2





# M--Cooks, Prep Workers and Food Service Attendants for UTAs

- Amendment to Combined Synopsis/Solicitation 01 - Posted on Dec 17, 2007

**General Information**

| | |
|---|---|
| Document Type: | Combine Solicitation |
| Solicitation Number: | W912KN-08-T-0002 |
| Posted Date: | Dec 07, 2007 |
| Original Response Date: | Dec 21, 2008 |
| Current Response Date: | Dec 21, 2008 |
| Original Archive Date: | Feb 19, 2009 |
| Current Archive Date: | Feb 19, 2009 |
| Classification Code: | M -- Operation of Government-owned facilities |
| Set Aside: | Total Small Business |
| Naics Code: | 722310 -- Food Service Contractors |

**Contracting Office Address**

177 FW/LGC, 400 Langley Road, Egg Harbor Township, NJ 08234-9500

**Description**

This is a combined synopsis/solicitation for commercial items prepared in accordance with the format in Subpart 12.6, as supplemented with additional information included in this notice. This announcement constitutes the only solicitation; proposals are being requested and a written solicitation will not be issued. This solicitation W912KN-08-T-0002 is being issued as a Request for Quotation (RFQ). The solicitation document and incorporated provisions and clauses are those in effect through Federal A cquisition Circular 2005-19. This solicitation is set-aside 100% for small business. The NAICS code that applies is 722310 and business size is $19.0 Million. This action will result in a FFP purchase order utilizing simplified commercial acquisition proce dures under Full and Open competition. This requirement is for Dining Hall Attendant and Cook and Prep Worker services at the 177FW NJANG Base, 400 Langley Road, Egg Harbor Twp, NJ 08234. Services required approximately 8 hours per day, 2 days per month, 9 months per this contract period. It is recommended that a minimum of 6 attendants per day on Unit Training Assemblies (UTAs) be furnished to assure performance of the service; however, this recommendation does not in any way minimize the contractors oblig ation to use as many employees as are necessary for proper contract performance. The contractor will furnish all work required. Dates service is required: Food Service Attendants (9 months): Jan 5-6, Feb 9-10, Mar 28-29, Apr 26-27, May 17-18, Jun 21-22, Ju l 19-20, Aug 23-24, and Sep 13-14, 2008; and Cooks and

Prep Workers (5 months): Jan 5-6, Feb 9-10, May 17-18, Jul 19-20 and Sep 13-14, 2008, with an additional requirement for 1 prep worker on the Friday prior to designated UTA. The contract period is 01 Jan 08 through 30 Sep 08 plus 1 option year. Statement of Work will be provided upon request, which contains mandatory specifications pertaining to work to be performed, contractor personnel attire and conduct, security requirements, etc. The Government wil l make an award to the responsible offeror whose offer conforming to the solicitation is the most advantageous to the Government. The following provisions are included in this acquisition: FAR 52.212-1, Instruction to Offerors Commercial (Nov 2007), FAR 52 .212-2, Evaluation Commercial items (Jan 1999). Evaluation criteria includes price and past performance. Offeror shall include 3-5 references from recent and relevant contracts to include with their offer a brief description of performance and and name and    phone number of POC. FAR 52.212-3, Offeror Representations and Certifications    Commercial Items (Nov 2006) Alternate I (Nov 2007). A completed signed copy of provision FAR 52.212-3 shall be submitted with any quotation. The following clauses apply to this acquisition: FAR 52.204-7, Central Contractor Registration (Jul 2006); FAR 52.212-4, Contract Terms and Conditions Commercial Items (Feb 2007); FAR 52.212-5, Contract Terms and Conditions Required to Implement Statutes or Executive Orders - Commercial Ite ms (Nov 2007). The following additional FAR clauses cited within clause 52.212-5 also apply: 52.203-6, Restriction on Subcontractor Sales to the Government, with Alt 1; 52.219-6, Notice of Total Small Business Set-Aside; 52.219-28, Post Award Small Busines s Program Representation; 52.222-3, Convict Labor, 52.222-19, Child Labor Cooperation with Authorities and Remedies, 52.222-21, Prohibition of Segregated Facilities; 52.222-26, Equal Opportunity; 52.222-36, Affirmative Action for Workers with Disabilities; 52.225-13, Restrictions on Certain Foreign Purchases; 52.232-33, Payment by Electronic Funds Transfer-Central Contractor Registration; 52.222-41, Service Contract Act of 1965, As Amended. FAR Clause 52.222-42, Statement of Equivalent Rates for Federal Hir es (May 1989), 52.232-18 Availability of Funds (Apr 1984), 52.247-34, F.O. B. Destination and 52. 252-2 Clauses Incorporated by Reference (Feb 1988) applies to this acquisition. The following DFAR clauses also apply: DFARS 252.204-7004 Alt A, Required Central Contractor Registration Alternate A (Sep 2007); 252.212-7001, Contract Terms and Conditions Required to Implement Statutes or Executive Orders Applicable to    Defense Acquisitions of Commercial Items (Apr 2007). The following additional DFAR clauses cited with clause 252.212-7001 also apply: 252.247-7023, Transportation of Supplies by Sea, Alternate III (May 2002). DFARS Clause 252.232-7003, Electronic Submissi on of Payment Requests (Mar 2007) and 252.243-7001, Pricing of Contract Modifications also apply to this acquisition. For information regarding this solicitation please contact SMSgt Beth Bullock 609-645-6095. All offers are due by 10:00 Friday December 21 , 2008 by e-mail to BCO.177FW@njatla.ang.af.mil, by mail or hand carried to 177FW Base Contracting Office, 400 Langley Road, Building 52 Room 11, Egg Harbor Twp, NJ 08234-9500.

**Original Point of Contact**

Beth Rosa, 609-645-6095

Email your questions to 177 FW/LGC at beth.rosa@njatla.ang.af.mil

**Current Point of Contact**

Beth Bullock, 609-645-6095

Email your questions to 177 FW/LGC at beth.bullock@njatla.ang.af.mil

**Place of Performance**

Address:    177 FW/LGC 400 Langley Road, Egg Harbor Township NJ
Postal Code: 08234-9500
Country:    US

Register to Receive Notification

**Government-wide Numbered Notes**
**You may return to Business Opportunities at:**

- USA NGB listed by [Posted Date]
- USA Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]