# EXHIBIT 3

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30* || 1. REQUISITION NUMBER<br>F3F3JD7060A100 || PAGE 1 OF    45 ||
|---|---|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER<br>FA4897-07-R-0001 || 6. SOLICITATION ISSUE DATE<br>22-May-2007 |
| 7. FOR SOLICITATION<br>INFORMATION CALL: | a. NAME<br>CYNTHIA A. TORTOLANO || b. TELEPHONE NUMBER *(No Collect Calls)*<br>208-828-3102 || 8. OFFER DUE DATE/LOCAL TIME<br>04:30 PM 21 Jun 2007 |
| 9. ISSUED BY    CODE    FA4897<br>366 CONS/LGCA2<br>366 GUNFIGHTER AVE, STE 498<br>MOUNTAIN HOME AFB ID 83648-5296<br><br><br>TEL: 208-828-3103<br>FAX: 208-828-6486 || 10. THIS ACQUISITION IS<br>[ ] UNRESTRICTED<br>[X] SET ASIDE:   100 % FOR<br>   [ ] SMALL BUSINESS<br>   [ ] HUBZONE SMALL BUSINESS<br>   [X] 8(A)<br>NAICS: 722310<br>SIZE STANDARD: $19.0 Million || 11. DELIVERY FOR FOB<br>DESTINATION UNLESS<br>BLOCK IS MARKED<br>[ ] SEE SCHEDULE | 12. DISCOUNT TERMS |
|^^|^^|^^| 13a. THIS CONTRACT IS A RATED ORDER<br>     UNDER DPAS (15 CFR 700) ||
|^^|^^|^^| 13b. RATING ||
|^^|^^|^^| 14. METHOD OF SOLICITATION<br>[ ] RFQ   [ ] IFB   [X] RFP ||
| 15. DELIVER TO    CODE    F3F3JD<br>366 SVS/SVMF - F3F3JD<br>ROSS RYAN<br>480 7TH AVE<br>BLDG 2316<br>MOUNTAIN HOME AFB ID 83648-5000<br>TEL: 208-828-2270 FAX: || 16. ADMINISTERED BY    CODE ||||
| 17a. CONTRACTOR/OFFEROR    CODE<br><br><br><br>FACILITY<br>CODE<br>TEL. |||| 18a. PAYMENT WILL BE MADE BY    CODE ||
| [ ] 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT<br>SUCH ADDRESS IN OFFER |||| 18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK<br>BELOW IS CHECKED   [ ] SEE ADDENDUM ||
| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES || 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|  | SEE SCHEDULE |||||
| 25. ACCOUNTING AND APPROPRIATION DATA ||||| 26. TOTAL AWARD AMOUNT (For Govt. Use Only) |
| [X] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED.    ADDENDA [X] ARE  [ ] ARE NOT ATTACHED ||||||
| [ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA [ ] ARE  [ ] ARE NOT ATTACHED ||||||
| 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN    1   COPIES<br>[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS<br>SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS<br>SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN. |||| 29. AWARD OF CONTRACT: REFERENCE<br>[ ] OFFER DATED          . YOUR OFFER ON SOLICITATION<br>(BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE<br>SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS: ||
| 30a. SIGNATURE OF OFFEROR/CONTRACTOR ||| 31a. UNITED STATES OF AMERICA   (SIGNATURE OF CONTRACTING OFFICER) || 31c. DATE SIGNED |
| 30b. NAME AND TITLE OF SIGNER<br>(TYPE OR PRINT) | 30c. DATE SIGNED || 31b. NAME OF CONTRACTING OFFICER   *(TYPE OR PRINT)*<br><br>TEL:                                          EMAIL: |||

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449   (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

ATTACHMENT 1
FA4897-07-R-0001



FOOD SERVICES

366TH SERVICES SQUADRON

# MOUNTAIN HOME AFB ID

# Food Service Attendant Services Performance Work Statement (PWS)

# APRIL 2007

ATTACHMENT 1
FA4897-07-R-0001

## TABLE OF CONTENTS

| SECTION NO. AND TITLE | PAGE NO. |
|---|---|
| I. Description of Services | |
| 1. Scope of Work | 3 |
| 2. Program Overview | 3 |
| 3. Customer Eligibility | 3 |
| 4. Operational Requirements and Specific Tasks | 3 |
| 5. Cashier Services | 4 |
| 6. Sanitation Requirements | 4 |
| 7. Housekeeping Services | 4 |
| 8. Waste Management | 5 |
| 9. Grounds Maintenance | 5 |
| 10. Major Equipment Maintenance and Repair | 6 |
| 11. Preventive and Required Maintenance | 6 |
| 12. Contractor Personnel | 7 |
| 13. Hours of Operation | 7 |
| 14. Contingency Operations | 8 |
| 15. Quality Control | 8 |
| 16. Quality Assurance | 8 |
| 17. Phase-In | 9 |
| II. Service Delivery Summary | 10 |
| III. Government-Furnished Property and Services | |
| 1. Property | 11 |
| 2. Services | 11 |
| IV. General Information | |
| 1. Contractor Personnel Meals | 13 |
| 2. Training | 13 |
| 3. Security Requirements | 13 |
| 4. Contractor-Furnished Items and Services | 14 |
| 5. Interruption of Service | 14 |
| V. Appendixes | |
| 1. Hours of Operation | 15 |
| 2. Workload Estimates | 16 |
| 3. Applicable Publications and Forms | 18 |
| 4. Maps and Work Area Layouts | 20 |
| 5a. Government-Furnished Facilities | 23 |
| 5b. Government-Furnished Equipment | 24 |
| 5c. Government-Reimbursed Materials | 27 |
| 6. Definitions | 28 |

ATTACHMENT 1
FA4897-07-R-0001

## PERFORMANCE WORK STATEMENT (PWS)

### I. DESCRIPTION OF SERVICES

**1. Scope Of Work.** The contractor shall, except as specified in this Performance Work Statement (PWS) as government-furnished property or services, provide all personnel, supervision, equipment, and labor necessary to perform food service attendant services at Mountain Home AFB, ID as defined in this PWS. The contractor shall perform all requirements, conform to the professional standards, and follow all applicable instructions and directives as identified by this PWS. Contractor tasks include, but are not limited to, the following: cleaning facilities, equipment, and utensils; serving and replenishing food; preparing vegetables and fruits for the flight line dining facility; bussing tables in dining areas; performing cashier services; handling foods, supplies, and equipment; maintaining quality control; ensuring operator maintenance and minor/major repair of food service equipment; and in the event of contingency, perform all required tasks to include cooking to ensure continued service. The estimated quantities of work are listed in Appendix 2, *Workload Estimates*. The contractor shall submit reports and documentation as identified throughout this PWS. Requests for such reports and documentation and responses shall be coordinated through quality assurance personnel (QAP).

**2. Program Overview.** The Mountain Home AFB, ID appropriated fund food service operation consists of a main dining facility, the Wagon Wheel Dining Facility, and a flight line dining facility with collocated flight kitchen, the Trail Winds Café. These facilities are dedicated to providing full meal service and meeting the nutritional needs of Department of Defense (DOD) personnel who frequent the facilities. The Wagon Wheel Dining Facility is a full service dining facility to include carryout service. The Trail Winds Café flight line dining facility provides hot and cold food carryout service on normal business days. Additionally, the Trail Winds Café offers boxed meals for passengers and crews in support of flying missions on a 24 hour basis and to customers requesting them in support of ground operations.

**3. Customer Eligibility**. The primary customers at these dining facilities are Essential Station Messing (ESM) recipients. These are military personnel who are allotted rations in government dining facilities at the expense of the government. Secondary customers are military personnel who wish to and are granted permission to dine in the facility at their expense. Organizations such as local Scout troops occasionally dine in the dining facility upon permission from the installation commander. The installation commander may authorize dependents and guests to occasionally eat in the dining facilities. Cashiers shall refer to the government provided cashier instruction book and/or the military shift leader or the dining facility manager to verify customer eligibility when in doubt. The contractor shall ensure only authorized individuals are served.

**4. Operational Requirements and Specific Tasks.** The contractor shall perform the following tasks:

    **a. Menu Boards**. Post and maintain all menu boards. Post menu and prices at the entrance to the dining facility for all meals during the day before the start of the breakfast meal. Post menu and price changes within 5 minutes of notification.

ATTACHMENT 1
FA4897-07-R-0001

    **b. Table Bussing Service**. Clear, clean, and sanitize dining room tables, chairs, or benches, and replenish dining table items (napkins, salt, pepper, condiments, etc.) so that they are available to all patrons without waiting.

    **c. Guest Flow Rate**. Provide sufficient personnel to ensure that patrons can be served at the rate of 5 guests per minute in main serving line and 3 guests per minute on short order serving line or breakfast line.

**5. Cashier Services**. The contractor shall perform cashier duties for each meal to maintain a flow rate of guests to correspond with serving line flow rates specified in this contract. The contractor shall turn in funds no later than next business day and operate the Point of Sales (POS) system provided by the government. The contractor shall reconcile the cash drawer at the end of each meal period and do a consolidated daily turn-in. The accountant will verify the cash against the receipts and generate a DD Form 1131, Cash Collection Voucher. The QAP will audit bank deposit slips against the DD Form 1131 and register. Any shortage in cash collections shall be made up by the contractor. Any overages in cash collections shall be turned into the government. The contractor shall use AF Form 79 (Cash Collection Record), when requested by the Food Service Officer, to record attendance at each meal.

**6. Sanitation Requirements**. The contractor shall comply with all Federal and Air Force mandated sanitation requirements, to include AFI 48-116 Food Safety Program, all chapters.

**7. Housekeeping Services**. The contractor shall clean those areas that immediately affect customer service to include appearance of the dining facility. These areas include entry and exit foyers, hallways, dining rooms, serving areas, kitchens, pot and pan cleaning rooms, dishwashing rooms, employee and public latrines, closets, garbage can cleaning rooms, storerooms, walk-in refrigerators and freezers, and offices.

    **a. Floor Cleaning**. The contractor shall clean floors so that no visible dirt or dust remains on floors, floor mats or runners, in corners, behind doors, or under furniture and equipment. Do not place chairs on tables at any time.

    **b. Spot Floor Cleaning**. The contractor shall spot clean floors so that floors are free from food spills and debris.

    **c. Lavatories**. The contractor shall spot check lavatories during meal times to ensure tidiness and supplies are available. Clean toilets, urinals, wash basins, slop sinks, and partitions with a germicidal detergent solution. Descale toilets and urinals as required. Proper cleaning removes all deposits, stains, and foreign matter, including those under fixture edges, lips, and on all exposed surfaces.

    **d. Clean and Sanitize**. The contractor shall clean and sanitize dishes, pots, pans, kitchen, and dining areas in accordance with the Food and Drug Administration (FDA) Food Code.

ATTACHMENT 1
FA4897-07-R-0001

**e. Other Housekeeping Tasks.** The contractor shall replace all burned out light bulbs and fluorescent tubes unless the lights are mounted 10 feet or higher, both inside and outside the assigned facilities, with government-supplied bulbs and tubes and within 24 hours of inoperation.

**8. Waste Management.** The contractor shall assist the government by complying with the base recycling program. This may require segregating reusable/recyclable waste materials by type. The government shall retain ownership of all reusable waste materials. Non-reusable waste materials (trash and garbage) will be removed from the facility, by the contractor, and taken to a government-provided dumpster. All hazardous materials (HAZMAT) brought on the base must go through the HAZMART Pharmacy for notification and use approval.

**9. Grounds Maintenance.** The contractor shall clean and maintain the exterior around each facility indicated in Appendix 4, marked in dark lines.

For Bldg 2316 the contractor shall:

a. Sweep and clean in and around entrances, exits and sidewalks as required to maintain a neat and clean facility appearance at all times. Cleaning includes removing all paper, trash, and cigarette butts from the area.

b. Water flowers and shrubbery as required to maintain and promote growth in accordance with local base schedule. Provide supplemental lawn watering for those grass areas not adequately covered by the base sprinkler system.

c. All entrances, exits, and sidewalks leading to and from the facility must be free of snow and ice prior to and throughout each meal period. The contractor shall apply government provided deicers, such as urea, upon completion of snow removal to reduce ice threat.

d. Additional Maintenance. Weather, traffic, or other conditions may demand additional cleaning or maintenance to ensure that the grounds are clean and orderly.

For Bldg 1224 the contractor shall:

a. Sweep and clean in and around single exterior entrance to Trail Winds Café as required to maintain a neat and clean facility appearance at all times. Cleaning includes removing all paper, trash, and cigarette butts from the area.

b. Keep exterior entrance free of snow and ice at start of kitchen operations or as needed. The contractor shall apply government provided deicers, such as urea, upon completion of snow removal to reduce ice threat.

c. Additional Maintenance. Weather, traffic, or other conditions may demand additional cleaning or maintenance to ensure that the grounds are clean and orderly.

ATTACHMENT 1
FA4897-07-R-0001

**10. Major Equipment Maintenance and Repair.** The contractor shall provide maintenance on equipment to include: annual calibration of temperature controls for ovens, deep fryers, and all types of grills; repair of all government-furnished equipment; and replacement of component parts, hood filters, and water faucets.

    a. The contractor shall connect and disconnect all utility lines to equipment, when required, and provide maintenance for the utility line connections. The contractor shall arrange for the repair or replacement of equipment and parts that are covered by a warranty.

    b. The contractor shall furnish a written cost estimate to the Food Service Officer (FSO) or designated representative on any equipment repair exceeding $500.00 to include material and labor costs. Upon approval of the estimate, the contractor shall ensure that the repair is completed satisfactorily. The contractor shall then be reimbursed by the government, at actual invoice cost to the contractor, for all parts and labor used plus any related special handling costs.

    c. If the contractor and FSO determine equipment is beyond economical repair, the contractor shall recommend to the FSO, in writing, that such equipment be replaced. The contractor shall include substantiating data to support the recommended replacement. The contractor shall return equipment no longer used to the government.

    d. The contractor shall furnish all replacement parts. The contractor shall own all parts purchased until they are installed on government-owned equipment. The government will then reimburse the contractor, at actual invoice cost, for all parts used plus any related special handling costs.

    e. Parts purchased for repairs and maintenance shall be of equal or greater quality to the parts replaced. The contractor shall purchase parts at the lowest price obtainable after securing reasonable competition for such purchases. The contractor shall credit all discounts and rebates to the government. Used parts, or a credit invoice for it, shall be turned in to the government.

    f. The dining hall supervisor or his/her representative shall determine the classification and response time required for repairs as follows. The contractor shall initiate and complete repairs within the period of time designated below. If the repairs are not completed within the designated time frame, the contractor shall submit a written explanation to the Food Service Officer stating why the equipment has not been repaired and the estimated date when repairs will be completed.

        (1) Routine – Initiate 24 hours – Repair within 96 hours
        (2) Urgent – Initiate 12 hours – Repair within 48 hours
        (3) Emergency – Initiate 1 hour – Repair within 24 hours

**11. Preventive and Required Maintenance.** Perform preventive and required maintenance in accordance with manufacturer's instructions on all equipment. The contractor shall submit an equipment maintenance plan no later than the contract start date. The plan shall specify when calibration of thermostatically controlled equipment is to be accomplished, when preventive

maintenance is accomplished, and how maintenance and repairs are documented. The contractor shall provide all materials and supplies necessary to perform preventive and required maintenance.

**12. Contractor Personnel.** Management. The contractor shall provide a full-time contract manager on site who shall be responsible for the performance of the work. The name of this person, and an alternate or alternates, who shall act for the contractor when the manager is absent, shall be designated in writing to the contracting officer. The contract manager or alternate shall have full authority to act for the contractor on all contract matters relating to daily operation of this contract. During normal duty hours the contract manager or alternate shall be available at all times to meet at Mountain Home AFB, ID with government personnel designated by the contracting officer to discuss problem areas. After normal duty hours, the manager or designated alternate shall be available within 2 hours. The contract manager and alternate or alternates must be able to read, write, speak, and understand English. These positions shall at no time be vacant. All personnel shall comply with installation rules and regulations for motor vehicle use on flight line.

   a. Personal Hygiene. The contractor shall make sure all employees meet personnel hygiene requirements in accordance with the FDA Food Code.

   b. Contract personnel shall wear a designated uniform and name tag at all times.

**13. Hours of Operation**

   a. Normal. The contractor shall maintain operating hours at the Wagon Wheel Dining Facility and Trail Winds Café as listed in Appendix 1. During the required serving hours for the facilities, any authorized patron may select foods from a complete menu. The contractor shall not remove foods from serving areas until 15 minutes after the end of the posted meal hours. This allows patrons additional time for second servings.

   b. Holidays. The Wagon Wheel Dining Facility is open on all holidays. The contractor shall plan for increased attendance that may occur at Thanksgiving and Christmas, and additional service hours, if necessary. The government will provide holiday schedules during Thanksgiving, the Christmas season, and other special occasions to the contractor at least 5 days before the date of the event.

   c. Emergency or Special Event Services. Special and emergency situations (for example, accident and rescue operations, civil disturbances, weather warnings, base alerts) may necessitate a dining facility to operate on an extended basis of up to 24 hours per day. The contractor shall provide these services when required by the contracting officer, at the line item price for extended service hours. A representative of the contracting officer will verbally advise the contractor of the effort required and the contracting officer will follow up with a modification of the contract.

   d. Contingency Services. Operations which may increase workload, to include Performance of Services during Crisis Declared by the National Command Authority or 366th Wing leadership:

ATTACHMENT 1
FA4897-07-R-0001

      (1) Civic Groups: Civic groups are authorized to use the dining facility upon permission from the installation commander. Group size typically ranges from 10-40 persons with visits occurring May through August. Scout Pack/Troop Support: Occasionally, the Wagon Wheel Dining Facility will host local or traveling scouts or organized non-profit youth groups, usually groups of 20 persons, but occasionally up to 250.

      (2) Provide service during military exercises, emergencies, natural disasters and other contingency operations. The numbers of operations vary, but can be reasonably predicted from history. The contractor shall respond to an estimated four (4) Operational Readiness Exercises or Inspections (ORE/ORI), military exercises or actual emergencies, or natural disasters during an average year by extending serving hours as directed by the contracting officer at the hourly rate shown in the price schedule for extended service hours. Serving hours under this provision may be increased to twenty-four hours per day and may be implemented as directed by the contracting officer at any time as required to meet military mission requirements.

      (3) Reserve and Air National Guard Weekends: Mountain Home AFB, ID supports occasional Air National Guard (ANG) and Reserve units performing active duty requirements. The government will furnish a tentative list of these active duty training events, which is subject to change with a 24-hour notice. The contractor shall provide sufficient personnel at the Wagon Wheel Dining Facility and/or the Trail Winds Café to provide meal service to ANG and Reserve training requirements.

**14. Contingency Operations.** In special and emergency situations including, but not limited to, deployments, mobilization and surge requirements, the contracting officer may direct the contractor to provide cooks as well as additional salad prep workers and line servers. This service shall be provided at the line item cost per the price schedule. A separate Delivery Order will be issued when required. The government will provide the contractor a minimum of three days' advance notice to replace a specific number of military cooks, salad preparation and line servers. A 33% backfill rate will be required for military cooks' replacement; 66% will be backfilled with salad prep workers and contingency mess attendants. The government will provide the expected duration of the requirement.

**15. Quality Control Plan (QCP).** The contractor shall develop and maintain a quality control plan to ensure food service attendant services identified in the Service Delivery Summary are performed in accordance with commonly accepted commercial practices, manufacturers' recommendations, this contract, and all federal, state, and local laws and regulations. The contractor shall provide a copy of the quality control plan to the contracting officer no later than 30 days after full performance begins, and updated copies as changes occur. Records of all inspections conducted by the contractor and corrective action taken shall be made available to the government upon request.

**16. Quality Assurance (QA).** The government will periodically evaluate the contractor's performance by appointing representative(s) to monitor performance. The government representative will evaluate the contractor's performance through intermittent on-site inspections of the contractor's quality control program, other government inspections, and receipt of

ATTACHMENT 1
FA4897-07-R-0001

complaints from base personnel. The government may inspect each task as completed or increase the number of inspections if called for because of repeated failures discovered during quality assurance inspections, other government inspections, or repeated customer complaints. Likewise, the government may decrease the number of inspections if performance dictates. The government will also receive and investigate complaints from various customers located on the installation. The contractor shall be responsible for initially validating customer complaints. However, the QAP shall make final determination of the validity of customer complaint(s) in cases of disagreement with customer(s).

**17. Phase-In.** The contractor shall provide a complete phase-in plan to ensure a smooth transition in the change of contractors. The plan shall be submitted to the contracting officer at the preperformance conference.

ATTACHMENT 1
FA4897-07-R-0001

II. SERVICE DELIVERY SUMMARY

| Performance Objective | PWS paragraph | Performance Threshold |
|---|---|---|
| Comply with sanitation requirements of the FDA Food Code and state and local laws/regulations, which results in a satisfactory or better rating in Health Inspections | I.6., I.7., and I.8. | 100% of the time |
| Reconcile cash drawer with POS reports and ensure cash is turned in on-time, NLT 1300 next business day | I.5. and IV3.c. | 100% cash accountability & 95% of deposit timeliness per month |
| Maintain the interior and exterior of the dining facility in a clean and sanitary condition | I.4.b, I.6., I.7. and I.9. | 85% of days per month. Contractor shall correct deficiencies immediately upon notification. |
| Repairs will be initiated/completed within the following time frames:<br>    Routine: 24 hours/96 hours<br>    Urgent: 12 hours/48 hours<br>    Emergency: 1 hour/24 hours | I.10.f. | 95% of the time. Contractor shall correct deficiencies within 1 hour of notification. |
| Provide cooks/food servers to ensure there is no impact on food service operations during contingency operations | I.13.d. and I.14. | 100% of the time |
| Make available supplies and materials necessary to serve the guests | I.1, I.11, and IV4.c. | 95% of monthly meal periods. Contractor shall correct deficiencies immediately upon notification. |

Page 10 of 29