# EXHIBIT 4






# S -- Food Services / Mess Attendant Services

- Amendment 01 - Posted on Jul 31, 2007
- Amendment 02 - Posted on Aug 01, 2007
- Solicitation 01 - Posted on Aug 01, 2007
- Amendment 03 - Posted on Aug 21, 2007
- Site Visit Briefing Charts and Questions 01 - Posted on Aug 21, 2007

**General Information**

| | |
|---|---|
| Document Type: | Presolicitation Notice |
| Solicitation Number: | FA4417-07-R-0012 |
| Posted Date: | Jun 22, 2007 |
| Original Response Date: | |
| Current Response Date: | |
| Original Archive Date: | |
| Current Archive Date: | |
| Classification Code: | S -- Utilities and housekeeping services |
| Set Aside: | 8a Competitive |
| Naics Code: | 722310 -- Food Service Contractors |

**Contracting Office Address**

Department of the Air Force, Air Force Special Operations Command, 16th CON - Hurlburt, 350 Tully Street, Hurlburt Field, FL, 32544-5810, UNITED STATES

**Description**

The contractor shall furnish all labor, materials, tools, supervision, equipment (except those identified as Government Furnished Supplies/Services elsewhere in the Performance Work Statement), and perform all operations necessary to all work to provide Food Services / Mess attendant Services at Hurlburt Field, Florida.    Hurlburt Field is an Air Force installation located on the Florida panhandle approximately 50 miles east of Pensacola.

This acquisition is being offered for competition to eligible 8(a) small business concerns, 100 percent set-aside under the Small Business Administration Competitive 8(a) Small Business Program.    The North American Industry Classification System (NAICS) code for this project is 722310, Food Service Contractors, with a size standard of $19,000,000.    The Standard Industrial Classification (SIC) system code is 5812.    Please direct your attention to Federal Acquisition Regulation (FAR) subpart 52.219-14, Limitations on Subcontracting (Dec1996).    The issuance date for the solicitation is projected to be on or around 19 July 2007.    Potential offerors should note that a site visit

will be held approximately two weeks after the posting date.    Actual site visit date will be listed in the solicitation.    Attendance is highly recommended.    Please try to limit your attendees to two representatives.    Commercial and Best Value practices will be utilized in this procurement.    Any resulting contract shall be firm fixed price with a base period and three (3) pre-priced 12-month option periods.    Work consists of providing mess attendant services at two dining facilities at Hurlburt Field, FL.    A Collective Bargaining Agreement exists and any successor is advised that statutory requirements exist concerning wages contained in the agreement.

Prospective offerors must be registered in the Central Contractor Registration Database prior to award of a Government contract.    Offerors are further advised that failure to register in the DoD Registration Database will render your firm ineligible for award.    Registration requires applicants to have a DUNS number.    Recommend registering immediately in order to be eligible for timely award.    The solicitation will be available ONLY via the Internet on the Federal Business Opportunities (FBO) website at the following address: http://www.fbo.gov.    Select FedBizOpps for Vendors; DoD; USAF ? Offices; Air Force Special Operations Command ? Locations; 16th CON - Hurlburt, Hurlburt Field, FL ? NAICS; 72.    Then scroll down to find 722310 ? Food Services / Mess Attendant Services.    No paper copies will be furnished.    The primary point of contact is Marvin B. Butler, Contract Administrator, at (850) 884-6196 or via email at marvin.butler@hurlburt.af.mil.    A secondary contact is Rose Hooper, Contracting Officer, at (850) 884-1258 and via email at rosica.hooper@hurlburt.af.mil.

## Point of Contact

Marvin Butler, Contracting Specialist, Phone (850) 884-3266, Fax (850) 884-5372, Email marvin.butler@hurlburt.af.mil - Belva Parton, Contract Specialist, Phone 850-884-1269, Fax 850-884-5372, Email belva.parton@hurlburt.af.mil

## Place of Performance

Address:    350 Tully Street
Postal Code: 32544
Country:    UNITED STATES

[ Register to Receive Notification ]

## Government-wide Numbered Notes
## You may return to Business Opportunities at:

- USAF AFSOC listed by [Posted Date]
- USAF Agencywide listed by [Posted Date]

[Home] [SEARCH synopses] [Procurement Reference Library]

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS  *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, AND 30* | | 1. REQUISITION NUMBER | | PAGE 1 OF    72 | |
|---|---|---|---|---|---|
| 2. CONTRACT NO. | 3. AWARD/EFFECTIVE DATE | 4. ORDER NUMBER | 5. SOLICITATION NUMBER  FA4417-07-R-0012 | | 6. SOLICITATION ISSUE DATE  19-Jul-2007 |

**7. FOR SOLICITATION INFORMATION CALL:**

a. NAME: MARVIN B. BUTLER

b. TELEPHONE NUMBER *(No Collect Calls)*: 850-884-6196

8. OFFER DUE DATE/LOCAL TIME: 04:00 PM 24 Aug 2007

**9. ISSUED BY**  CODE  FA4417

1 SOCONS
350 TULLY ST
HURLBURT FIELD FL 32544-5810

TEL: 850-884-7602
FAX: 850-884-5839

**10. THIS ACQUISITION IS**

[ ] UNRESTRICTED

[X] SET ASIDE:    100 % FOR

[ ] SMALL BUSINESS

[ ] HUBZONE SMALL BUSINESS

[X] 8(A)

NAICS: 722310

SIZE STANDARD: $

**11. DELIVERY FOR FOB DESTINATION UNLESS BLOCK IS MARKED**

[ ] SEE SCHEDULE

[X] **13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700)**

13b. RATING    S-10

**14. METHOD OF SOLICITATION**

[ ] RFQ    [ ] IFB    [X] RFP

**12. DISCOUNT TERMS**

**15. DELIVER TO**  CODE  F2F315

1 SOSVS
CLAUDINE BROWN
313 CODY AVE
BLDG 90326
HURLBURT FIELD FL 32544-5405
TEL: 884-2957 FAX:

**16. ADMINISTERED BY**  CODE

**17a. CONTRACTOR/OFFEROR**  CODE

FACILITY CODE

TEL.

[ ] **17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER**

**18a. PAYMENT WILL BE MADE BY**  CODE

**18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a. UNLESS BLOCK BELOW IS CHECKED**    [ ] SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/ SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | SEE SCHEDULE | | | | |

**25. ACCOUNTING AND APPROPRIATION DATA**

**26. TOTAL AWARD AMOUNT (For Govt. Use Only)**

[ ] 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1. 52.212-4. FAR 52.212-3. 52.212-5 ARE ATTACHED.    ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

[ ] 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED.    ADDENDA [ ] ARE [ ] ARE NOT ATTACHED

**28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN    2    COPIES**

[X] TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

**29. AWARD OF CONTRACT: REFERENCE**

[ ] OFFER DATED              . YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

**30a. SIGNATURE OF OFFEROR/CONTRACTOR**

**31a. UNITED STATES OF AMERICA**    (SIGNATURE OF CONTRACTING OFFICER)

**31c. DATE SIGNED**

**30b. NAME AND TITLE OF SIGNER**  *(TYPE OR PRINT)*

**30c. DATE SIGNED**

**31b. NAME OF CONTRACTING OFFICER**    *(TYPE OR PRINT)*

TEL:                EMAIL:

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449  (REV 4/2002)
Prescribed by GSA
FAR (48 CFR) 53.212

Solicitation Number:  FA4417-07-R-0012

**Attachment 1**            **PERFORMANCE WORK STATEMENT (PWS))**

## I.  DESCRIPTION OF SERVICES

1.  <u>Scope Of Work</u>.  The contractor shall, except as specified in this Performance Work Statement (PWS) as government-furnished property or services, provide all personnel, supervision, and any items and services necessary to perform food service mess attendant services at Hurlburt Field Air Force Base (AFB) as defined in this PWS.  The contractor shall perform the requirements in this PWS and conform to the professional standards identified in this contract, and shall follow all applicable federal, state and local regulations including instructions and directives as identified by this PWS.  Contractor tasks include, but are not limited to, the following: serving and replenishing food, buffet services, cleaning facilities, equipment, and utensils, preparing vegetables and fruits for the salad bar, bussing tables in dining areas, performing cashier services, handling foods, supplies, and equipment, maintaining quality control, ensuring operator maintenance and minor repair of food service equipment, and maintaining grounds, and in the event of contingency, perform all required tasks to include cooking to ensure continued service. The estimated quantities of work are listed in Appendix 2, *Workload Estimates*. The contractor shall submit reports and documentation as identified throughout this PWS. Requests for such reports and documentation and responses shall be coordinated through the Quality Assurance Personnel (QAP).

2.  <u>Program Overview</u>.

   a.  **Operation Of Facilities**.  The Hurlburt Field AFB appropriated-funds food service mess attendant operation consists of two main dining facilities, The Reef and The Ripitde, plus the Riptide Flight Kitchen.  These facilities are dedicated to providing full meal/buffet service and meeting the nutritional needs of Department of Defense (DOD) personnel who frequent the facilities.  The Reef is a buffet service dining facility that does not include carry out service.  The Oasis includes a full food/short order service, midnight meal, with carry out service available for all meals.  The Riptide Flight Kitchen provides boxed meals (grab and go) for passengers and crews in support of flying missions on a 24 hour/seven day a week basis and to customers requesting them in support of ground operations.  The Rip Tide seats approximately 156 and is a full service (Ala Carte) facility serving three meals per day 7 days a week.

   b.  **Customer Eligibility**.  The primary customers at these dining facilities are Subsistence in Kind (SIK) recipients.  These are military personnel who are allotted rations in government dining facilities at the expense of the government.  Secondary customers are military personnel who wish to and are granted permission to dine in the facility at their own expense. Organizations such as local Reserve Officer Training Corps (high school as well as college) and Boy Scout troops occasionally dine in the dining facility upon permission from the installation commander. The installation commander may authorize dependents and guests to eat in the dining facilities on special occasions such as Thanksgiving and Christmas.  Cashiers shall refer to the military shift leader or the dining facility manager to verify customer eligibility when in doubt.  The contractor shall ensure only authorized individuals are served in accordance with AFI 34-241 Meal Card Program, all chapters, and the Cashier book (operating instructions).

## 3. Operational Requirements and Specific Tasks

**a. Menu Boards**. The contractor shall post and maintain all menu boards. Post menu and prices at the entrance to each of the dining facilities for all meals during the day before the start of the first meal of the day. Post menu and price changes within 5 minutes of notification. Healthy Heart items shall be identified on the menu boards. Items will be identified on the Cooks Work Sheet/menu as Healthy Heart.

**b. Subsistence and Material Handling**. The Contractor shall put away stock in stockroom upon receipt using First In First Out (FIFO); perishable within 30 minutes, non-perishable within 1 hours. Put away expendable supplies upon arrival of the delivery when notified by military/civilian representative.

**c. Food Preparation Tasks.** The contractor shall obtain food/salad items from the shiftleader for each meal and accomplish the food preparation tasks listed on the AF Form 662, Food Service Production Log, (or computer generated form) in accordance with the recipe cards.

**d. Service of Food**. The contractor shall serve food in standard portions, as listed on the Food Service Production Log (or computer generated form)  (portion size column), and the Air Force Automated Recipe Service, unless smaller portions are requested by the patron (The Reef will be a combination buffet style/self service). The contractor shall move full serving containers (pans, trays, etc.) to serving lines; replenish, replace or remove containers. Partially used pans shall be removed to the kitchen area and given to the shift supervisor. Perform standard cross panning procedures; maintain proper temperature on serving lines. Set up and close down serving lines/buffet lines in accordance with (IAW)  Food Service Production Log (or computer generated form).

**(1) Table Bussing Service**. The contractor shall clear, clean, and sanitize dining room tables, chairs, or benches within 3 minutes of being vacated. Trays will not be scraped or stacked in front of customers.  Replenish dining table items (napkins, salt, pepper, condiments, etc.) so that they are available to all patrons without waiting. Post flyers from marketing regarding special events at each table as provide by the facility manager/QAP or shift leader.

**(2) Guest Flow rate**. The contractor shall provide sufficient personnel to ensure that patrons at The RipTide) shall be served at the rate of 5 guests per minute on the main serving line and 3 guests per minute on the short order serving line or breakfast/midnight line. At the Reef the service rate for buffet service patrons going through the cash register shall be 8 per minute.

4. **Cashier Services**. The Contractor shall perform cashier duties for each meal to maintain a flow rate of guests to correspond with serving line flow rates specified in this contract. Contractor shall turn in funds and operate the Point of Sales System (cash register system) provided by the Government. Use AF Form 1339 (Dining Hall Signature Record) and AF Form 79 (Cash Collection Record) when required by the Food Service Manager to record attendance at each meal. Cashiers shall check ID cards and orders on TDY personnel. SIK Customers will present their ID cards to verify their entitlements. Cashiers must get permission from the military shift leader or the dining facility manager to allow guest without ID cards to dine in the facilities.

5. **Sanitation Requirements**. The contractor shall comply with all federal and Air Force mandated sanitation requirements. The contractor shall comply with all AFI 48-116, Food Safety Program, in conjunction with the Food Code.

6. **Housekeeping Services**. The contractor shall cleanup those areas that immediately affect customer service to include appearance of the dining facility. The Contractor shall perform housekeeping services as follows:

    a. **Floor Cleaning**. Clean floors/drains so that no visible dirt or dust remains on floors, walls, floor mats or runners, in corners, behind/over doors, or under furniture and equipment. Clean table legs/booths. Do not place chairs on tables at any time. Carpet cleaning will be accomplished as required based on heavy traffic or excessive soiling due to spills.

    b. **Spot Floor Cleaning**. Spot clean floors to remove food spills and debris immediately to promote a clean and safe working environment. Caution signs shall be posted/removed on wet floors.

    c. **Lavatories**. Shall be cleaned after each meal. Spot check lavatories hourly to ensure tidiness and supplies are available. Clean toilets, urinals, wash basins; slop sinks, and partitions with a germicidal detergent solution. Descale toilets and urinals as required. Proper cleaning shall include removing all deposits, stains, and foreign matter, including those under fixture edges, lips, and on all exposed surfaces.

    d. **Clean, sanitize, and air dry** dishes, pots, pans and equipment in the kitchen and dining areas in accordance with IAW the U.S. Department of Health & Human Services FDA Food Code, and local policy/regulations as required by Military Public Health. Contractor shall provide a cleaning schedule to include all cleaning and sanitation of equipment and facilities. Schedule will reflect frequency of cleaning and method to accomplish. Cleaning schedule, frequency and method shall be included as part of the Quality Control Plan required by this PWS.

    e. **Other Housekeeping Tasks**. Replace all burned out light bulbs and fluorescent tubes, inside or outside the assigned facilities, with government-supplied bulbs and tubes within 24 hours. The fluorescent tubes should be returned to the supply storage area to be recycled.

7. **Waste Management**. The contractor shall assist the government by complying with the Base Recycling Program. This shall require segregating reusable/recyclable (rinse cans/plastic, etc) waste materials by type. The government shall retain ownership of all reusable waste materials. Non-reusable waste materials (trash and garbage) shall be removed from the facility by a government-approved method i.e. paper, can, or cardboard recycle bins. Contractors at the Riptide dining facility must load discarded grease on truck to be transported to the Reef Dining Facility to be properly disposed of by the contract staff at that facility. Contractors performing base services are considered a part of the mission of Hurlburt Field, FL, and are therefore subject to the same requirement for hazardous materials (HAZMAT) as base personnel. All HAZMAT materials, including cleaning supplies, brought on the base must have a Material Safety Data Sheet (MSDS) on file at all times. The contractor must process an AF Form 3952 or the electronic equivalent through the HAZMART in Building 90715 for all products considered hazardous IAW AFI 32-7086. Preference to environmentally friendly products shall be given. Product usage shall be reported to the HAZMART on 1 June of each year with final reporting to occur at the end of the contract. Final payment will not be made without proof of final HAZMAT usage reporting. Compliance with the HAZMAT requirements of AFI 32-7086 and Hurlburt Field Instruction 32-7001 is mandatory. Contractor will designate a POC for HAZMAT in writing.

8. **Contingency Workload for Contract Cooks**

    **a.** In special and emergency situations, including, but not limited to, mobilization and surge requirements, the contracting officer may direct the contractor to provide cooks in addition to attendant personnel. This service shall be provided at the hourly rate shown in the applicable CLIN for Contingency Cooks.

        **(1)** The government will provide the contractor a minimum of five calendar days notice to replace a specific number of military cooks and the expected duration of the requirement, which typically range from 3-150 days.

        **(2)** The contractor shall provide cooks who are qualified to perform the cook duties as specified in AFMAN 36-2108, Attachment 25, paragraph 3.4.1 in regards to food service experience only. Contractor cooks' qualifications shall be equivalent to the "3M051" skill level.

    **b.** The government, at its option, when perceived that mission accomplishment is endangered, may augment surge requirements beyond the capability of the contractor.

9. **Special Functions**. The contractor shall decorate the Reef and Riptide with government-provided decorative materials for holidays and special occasions. This will include, but not be limited to, decorating the entryways to the dining facilities, the dining areas, and the serving line areas. It shall also include setting up VIP table settings with tablecloths, silverware, glasses, and china. Decorative materials will also include government-provided flower arrangements.

II. SERVICES SUMMARY

| Performance Objective | SOW Para. | Performance Threshold |
|---|---|---|
| Serve food IAW recipe cards and production log. | I.3.c. | 95% of menu items/meal period |
| Comply with sanitation requirements of the food code and state and local laws/regulations, which results in a satisfactory or better rating in Health Inspections. | I.3., I.5., I.6.,and I.7. | 100% of the time |
| Satisfy facility manager and guests in reference to timeliness of service and courteousness of employees. | I.3.d. and I.4. | No more than 3 valid complaints per month |
| Reconcile cash drawer with POS reports and ensure cash is turned in on time. | I.4.. | 0 overages/shortages per month |
| Clean and sanitize all dishes, pots, pans, and food contact surfaces. | I.5. and I.6.d. | 100% of the time |
| Maintain the interior and exterior of the dining facility in a clean and sanitary condition. | I.5., I.6., I.7., and  I.8 | No more than 2 valid complaints per month |
| Provide cooks/food servers to ensure there is no impact on food service operations during contingency operations. | I.1. and I.9. | 100% of the time. |
|  |  |  |

## III.  GOVERNMENT-FURNISHED PROPERTY AND SERVICES.  The government will provide the facilities, fixtures, equipment, materials and services listed here or in Appendices 5a & 5b(1) & 5b(2).

## 1.  Property.

    **a.   Facilities**.   The government will furnish or make available facilities described in Appendix 4a, 4b, and 5a.  No alterations to the facilities will be made without specific written permission from the contracting officer.

    **b.   Equipment**.  The government will furnish the equipment listed in Appendix 5b(1) & 5b(2).