UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THE NATIONAL FEDERATION
OF THE BLIND, *et al.*,

    Plaintiffs,

    v.

MARGARET SPELLINGS, *et al.*,

    Defendants.

Civil Action No. 05-1839 (CKK)

**ORDER**
(June 24, 2008)

Based on the reasoning set forth in an accompanying memorandum opinion, it is, this 24th day of June, 2008, hereby

**ORDERED** that Defendants' [5] Motion to Dismiss is GRANTED; it is further

**ORDERED** that Plaintiffs' [12] Motion for a Hearing on Defendants' Motion to Dismiss is DENIED; and it is further

**ORDERED** that this case shall be dismissed in its entirety.

***This is a Final, Appealable Order.***

                                                  */s/*
                                          COLLEEN KOLLAR-KOTELLY
                                          United States District Judge